Bruce R. Braun
bbraun@winston.com
Scott P. Glauberman
sglauberman@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Steven D. Atlee (SBN: 151025)
satlee@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:  213-615-1700
Facsimile:   213-615-1750

Attorneys for Defendant
GRANT THORNTON LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LIGITATION<br><br>This Document Applies to: All Actions | Lead Case No. CV 07-05295 MRP (MANx)<br><br>**DEFENDANT GRANT THORNTON LLP'S NOTICE OF AGREEMENT TO WAIVE ORAL ARGUMENT**<br><br>Hearing Date: January 12, 2009<br>Time:  10:00 a.m.<br>Judge:  The Hon. Mariana R. Pfaelzer<br>Courtroom:  12 |

1

NOTICE OF AGREEMENT TO WAIVE ORAL ARGUMENT

TO ALL PARTIES:

PLEASE TAKE NOTICE that pursuant to Local Rule 7-15, counsel for Defendant Grant Thornton LLP and counsel for Lead Plaintiffs have agreed that oral argument on Grant Thornton LLP's Motion for Entry of Final Judgment Under Rule 54(b), which is currently noticed for January 12, 2009, is unnecessary and have agreed to waive oral arguments on said Motion.

Dated: January 7, 2009              WINSTON & STRAWN LLP

                                    By:  /s/ Bruce R. Braun

                                    BRUCE R. BRAUN
                                    STEVEN D. ATLEE
                                    SCOTT P. GLAUBERMAN

                                    Attorneys for Defendant
                                    GRANT THORNTON LLP

NOTICE OF AGREEMENT TO WAIVE ORAL ARGUMENT