1  BRIEN T. O'CONNOR (admitted *pro hac vice*)
   Brien.O'Connor@ropesgray.com
2  EVA CIKO CARMAN (admitted *pro hac vice*)
   Eva.Carman@ropesgray.com
3  **ROPES & GRAY LLP**
   1211 Avenue of the Americas
4  New York, NY 10036-8704
   Telephone:  (212) 596-9000
5  Facsimile:  (212) 596-9090

6  THAD A. DAVIS (SBN 220503)
   Thad.Davis@ropesgray.com
7  **ROPES & GRAY LLP**
   One Embarcadero Center, Suite 2200
8  San Francisco, CA 94111-3711
   Telephone:  (415) 315-6300
9  Facsimile:  (415) 315-6350

Attorneys for Defendant Andrew Gissinger III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. SECURITIES LITIGATION<br><br>This document applies to:<br>All actions | Lead Case No. 07-cv-05295-MRP (MANx)<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT ANDREW GISSINGER III IN THE REPLY BRIEFS FILED BY COUNTRYWIDE DEFENDANTS, OUTSIDE DIRECTOR DEFENDANTS AND UNDERWRITER DEFENDANTS IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO DISMISS THE SECOND CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Hon. Mariana R. Pfaelzer, Court Room 12<br>Hearing Date:  April 13, 2009<br>Hearing Time:  10:00 a.m. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Andrew Gissinger III hereby joins in the Reply Briefs filed by Countrywide Financial Corporation, Countrywide Capital V, and Countrywide Securities Corporation (collectively, the "Countrywide Defendants"); Henry Cisneros, Jeff Cunningham, Robert Donata, Ben M. Enis, Edwin Heller, Gwendolyn S. King, Martin Melone, Robert Parry, Oscar Robertson, Keith Russell and Harley Snyder (the "Outside Director Defendants"); and the Underwriter Defendants, and all supporting documents filed therewith (collectively, "Reply Briefs"), in Support of their respective Motions to Dismiss the Second Consolidated Class Action Complaint, which are scheduled for hearing on April 13, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Mariana R. Pfaelzer, United States District Judge, Central District of California, Western Division, located at 312 N. Spring Street, Courtroom 12, Los Angeles, California 90012. This Joinder is made following a conference of counsel pursuant to Civil Local Rule 7-3, which took place on January 28, 2009. The parties were unable to reach agreement.

This Joinder adopts and incorporates by reference the arguments contained in, and all documents filed in support of, the Reply Briefs as if fully set forth herein pertaining to Count VII of the Second Consolidated Amended Class Action Complaint against Mr. Gissinger, which asserts a claim for violation of Section 11 of the Securities Act, 15 U.S.C. § 77k.

This Joinder is based upon this Notice, the Countrywide Defendants' Reply Brief, the Outside Director Defendants' Reply Brief, the Underwriter Defendants' Reply Brief, the memoranda of points and authorities and all further documents filed in support thereof, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider.

Dated:  March 26, 2009                     ROPES & GRAY LLP

                                           By:  /s/ Eva Ciko Carman
                                                Eva Ciko Carman

                                           Attorneys for Defendant Andrew Gissinger III