ERIC S. WAXMAN (SBN 106649)
eric.waxman@skadden.com
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendants
Michael E. Dougherty and Kathleen Brown

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Applies To:  All Actions | LEAD CASE NO.:<br>CV 07-05295 MRP (MANx)<br><br>MICHAEL E. DOUGHERTY'S AND KATHLEEN BROWN'S JOINDER IN:<br><br>(1) COUNTRYWIDE DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT;<br><br>(2) OUTSIDE DIRECTORS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT;<br><br>(3) DEFENDANT THOMAS K. MCLAUGHLIN'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT. |

Former Outside Directors Michael E. Dougherty and Kathleen Brown ("Former Outside Directors") hereby join in, and herein incorporate by reference: (1) Countrywide Defendants' Reply Memorandum in Support of the Motion To Dismiss The Second Consolidated Amended Class Action Complaint For Violation Of The Federal Securities Laws ("Countrywide Reply Brief");[1] (2) Outside Directors' Reply Memorandum in Support of Motion To Dismiss Second Consolidated Amended Class Action Complaint ("Outside Directors' Reply Brief"); and (3) Defendant Thomas K. McLaughlin's Reply Memorandum In Support Of Motion To Dismiss Second Amended Consolidated Class Action Complaint ("McLaughlin Reply Brief"). Each of these reply memoranda sets forth reasons why the Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") should be dismissed. These reasons are equally applicable and persuasive as to the claims brought against the Former Outside Directors.

For all the reasons stated in the Former Outside Directors' Motion to Dismiss the Second Amended Consolidated Class Action Complaint joinder (Docket #366) and for the reasons in each of the moving memoranda and reply memoranda filed by the other defendants in this action, the claims against the Former Outside Directors should be dismissed as well.

DATED: March 26, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: */s/ Eric S. Waxman*
Eric S. Waxman
Attorneys for Defendants
Michael E. Dougherty and Kathleen Brown

---

[1] The initial Countrywide Motion adopts in their entirety the grounds for dismissal asserted in the motions to dismiss filed by KPMG LLP and the Underwriter Defendants. The Former Outside Directors accordingly join in those motions as well.

1