Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067
Telephone: 310-788-5177
Facsimile: 310-286-0992

Brian E. Pastuszenski (*Pro Hac Vice*)
bpastuszenski@goodwinprocter.com
Inez Friedman-Boyce (*Pro Hac Vice*)
ifriedmanboyce@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Securities Corporation, and
Countrywide Capital V

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re COUNTRYWIDE FINANCIAL CORP. SECURITIES LITIGATION | Lead Case No. 07-CV-005295-MRP (MANx) |
|---|---|
| | **DECLARATION OF LLOYD WINAWER IN SUPPORT OF COUNTRYWIDE DEFENDANTS' AND KPMG LLP'S JOINT SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE** |
| | Date:  April 13, 2009<br>Time:  10:00 a.m.<br>Courtroom: 12<br>Judge:  Mariana R. Pfaelzer |

DECLARATION OF LLOYD WINAWER IN SUPPORT OF
JOINT SUPP. REQUEST FOR JUDICIAL NOTICE

LEAD CASE NO. 07-CV-05295-MRP (MANX)

# DECLARATION OF LLOYD WINAWER

I, Lloyd Winawer, declare as follows:

1.     I am an attorney duly licensed to practice law before all of the courts of the State of California and before this Court.  I am a partner at the law firm of Goodwin Procter LLP and am one of the attorneys responsible for the representation of the Countrywide Defendants that are submitting this Supplemental Request for Judicial Notice.  Except where otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.  The copies attached hereto are true and correct and, where stated, are accessible via the SEC's website to the best of my knowledge.

2.     Attached as Exhibit 25 is a true and correct copy of excerpts from Countrywide's 2004 Form 10-K, filed with the SEC on or about March 15, 2005, accessible from the Securities and Exchange Commission's online "EDGAR" Database, available at http://www.sec.gov.

3.     Attached as Exhibit 26 is a true and correct copy of excerpts from Countrywide's 2005 Form 10-K, filed with the SEC on or about March 1, 2006, accessible from the Securities and Exchange Commission's online "EDGAR" Database, available at http://www.sec.gov.

4.     Attached as Exhibit 27 is a true and correct copy of excerpts from Countrywide's 2006 Form 10-K, filed with the SEC on or about March 1, 2007, accessible from the Securities and Exchange Commission's online "EDGAR" Database, available at http://www.sec.gov.

5.     Attached as Exhibit 28 is a true and correct copy of excerpts from Countrywide's 2007 Form 10-K, filed with the SEC on or about February 29, 2008, accessible from the Securities and Exchange Commission's online "EDGAR" Database, available at http://www.sec.gov.

6.     Attached as Exhibit 29 is a true and correct copy of excerpts from Countrywide's Q3 2007 Form 10-Q, filed with the SEC on or about

Goodwin Procter LLP
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067

November 9, 2007, accessible from the Securities and Exchange Commission's online "EDGAR" Database, available at http://www.sec.gov.

7. Attached as Exhibit 30 is a true and correct copy of excerpts from Countrywide's Q3 2006 Form 10-Q, filed with the SEC on or about November 7, 2006, accessible from the Securities and Exchange Commission's online "EDGAR" Database, available at http://www.sec.gov.

8. Attached as Exhibit 31 is a true and correct copy of excerpts from Countrywide's Form S-3, filed with the SEC on or about April 7, 2004, accessible from the Securities and Exchange Commission's online "EDGAR" Database, available at http://www.sec.gov.

9. Attached as Exhibit 32 is a true and correct copy of excerpts from Statement of Financial Accounting Standards No. 140 (Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities).

10. Attached as Exhibit 33 is a true and correct copy of excerpts from Statement of Financial Accounting Standards No. 157 (Fair Value Measurements).

11. Attached as Exhibit 34 is a true and correct copy of the AICPA Audit and Accounting Guide: Depository and Lending Institutions: Banks and Savings Institutions, Credit Unions, Finance Companies and Mortgage Companies – Chapter 7;

12. Attached as Exhibit 35 is a true and correct copy of Gradient Analytics, Inc.'s November 7, 2007 Report entitled "Games People Play: A Critical Analysis of Quality of Earnings at Five Large Capitalization Firms in the Mortgage Banking Business";

13. Attached as Exhibit 36 is a true and correct copy of an October 30, 2007 article from *The Wall Street Journal*; and

14. Attached as Exhibit 37 is a true and correct copy of a March 8, 2008 article from *The Wall Street Journal*.

DECLARATION OF LLOYD WINAWER IN SUPPORT OF JOINT SUPP. REQUEST FOR JUDICIAL NOTICE

LEAD CASE NO. 07-CV-05295-MRP (MANx)

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of March, 2009.

/s/  Lloyd Winawer

Lloyd Winawer

3
DECLARATION OF LLOYD WINAWER IN SUPPORT OF JOINT SUPP. REQUEST FOR JUDICIAL NOTICE    LEAD CASE NO. 07-CV-05295-MRP (MANx)

Goodwin Procter LLP
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067