JAMES L. SANDERS (SBN 126291)
jsanders@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457 8000
Facsimile: (213) 457 8080

FRANCISCA M. MOK (State Bar No. 206063)
fmok@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East
Suite 3800
Los Angeles, CA 90067-3218
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendant
Carlos Garcia

## UNTIED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION, | Lead Case No. CV 07-005295-MRP (MANx) |

**DEFENDANT CARLOS GARCIA'S NOTICE OF JOINDER AND JOINDER IN:**

**1) COUNTRYWIDE DEFENDANTS' OPP. TO MOTION FOR CLASS CERTIFICATION;**

**2) DEFENDANT STANFORD L. KURLAND'S MEMO. OF POINTS AND AUTHORITIES IN OPP. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

**3) DEFENDANT ANDREW GISSINGER III'S OPP. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**4) NOTICE OF JOINDER AND JOINDER OF UNDERWRITER DEFENDANTS IN COUNTRYWIDE'S MEMO. IN OPP. CLASS CERTIFICATION**

**DATE:** September 22, 2009
**TIME:** 1:00 p.m.
**COURTROOM: 12**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

1 | Defendant Carlos Garcia opposes the Motion for Class Certification filed by
2 | Plaintiffs and hereby joins: (1) Countrywide Defendants' Opposition to Motion for
3 | Class Certification, (2) Defendant Stanford L. Kurland's Memorandum of Points and
4 | Authorities in Opposition to Plaintiffs' Motion for Class Certification, (3) Defendant
5 | Andrew Gissinger, III's Opposition to Plaintiffs' Motion for Class Certification, and
6 | (4) Notice of Joinder and Joinder of Underwriter Defendants in Countrywide's
7 | Memorandum in Opposition to Class Certification.

Plaintiffs' Motion must be denied because the class certification requirements set forth in Rule 23 of the Federal Rule of Civil Procedure have not been met with respect to the claims asserted against Mr. Garcia in the Second Consolidated Amended Class Action Complaint ("SAC").  Mr. Garcia is named in Counts I, IV, and VII of the SAC, which assert claims against Mr. Garcia for alleged violations of Section 11 to the Securities Act of 1933, 15 U.S.C. § 77k, brought on behalf of purchasers of the Series A Medium-term Notes, Series B Medium-term Notes, 6.25% Subordinated Notes Due May 15, 2016, and 7% Capital Securities.

DATED:  September 9, 2009.

REED SMITH LLP

By    /s/ James L. Sanders
James L. Sanders
Attorneys for Defendant
Carlos Garcia

# PROOF OF SERVICE

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067-6078. On September 9, 2009, I served the following document(s) by the method indicated below:

**DEFENDANT CARLOS GARCIA'S NOTICE OF JOINDER AND JOINDER IN:**

**1) COUNTRYWIDE DEFENDANTS' OPP. TO MOTION FOR CLASS CERTIFICATION;**

**2) DEFENDANT STANFORD L. KURLAND'S MEMO. OF POINTS AND AUTHORITIES IN OPP. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

**3) DEFENDANT ANDREW GISSINGER III'S OPP. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**4) NOTICE OF JOINDER AND JOINDER OF UNDERWRITER DEFENDANTS IN COUNTRYWIDE'S MEMO. IN OPP. CLASS CERTIFICATION**

☐    by transmitting via facsimile on this date from fax number +1 310 734 5299 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐    by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

following the date of consignment to the address(es) set forth below.  A copy of the consignment slip is attached to this proof of service.

☒   by transmitting via email to the parties at the email addresses listed below:

Ann E Gittleman
Labaton Sucharow LLP
140 Broadway 34th Floor
New York, NY 10005
email: agittleman@labaton.com

Pamela Kentos Graham
Irell and Manella
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067-4276
email: pgraham@irell.com

Sandy A Liebhard
Bernstein Liebhard & Lifshitz
10 E 40th St, 22nd Fl
New York, NY 10016
email: liebhard@bernlieb.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on September 9, 2009, at Los Angeles, California.

/s/ James L. Sanders
James L. Sanders

US_ACTIVE-102048032.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –
Proof of Service