**4**

# Exhibit 4
## Countrywide Financial Corp.
### Characteristics of CFC Debt Securities [1]

Source: Appendix A to Plaintiffs' Opposition to Motion to Dismiss dated 8/11/06;
Medium-Term Notes, Series A and Series B Prospectuses and Prospectus Supplements; Bloomberg;
6.25% Subordinated Notes Prospectus and Prospectus Supplement; 7% Capital Securities Prospectus and Prospectus Supplement

| CUSIP | Issue | Issuance Date [2] | Maturity Date [3] | Principal Amount [4] | Guarantor [5][6] | Coupon Rate Type [5] | Coupon Rate at Issuance [3] | Moody Rating [3] | Redeemable [3][5] | Average Weekly Turnover [6] | % of Eligible Days with Quotes [7] | % of Eligible Days with Trades [7] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 222372AJ3 | 6.25% Subordinated Notes | 5/9/06 | 5/15/16 | $1,000,000,000 | CFC Guaranty | Fixed | 6.25% | Baa2 | ✓ | 7.8% | N/A | 98.9% |
| 222388209 | 7% Capital Securities | 11/8/06 | 11/1/36 | $1,485,000,000 | CFC Guaranty | Fixed | 7.00% | Baa3 | | 2.8% | N/A | 100.0% |
| 22238HAA8 | Series A | 3/21/05 | 3/21/05 | $575,000,000 | CHL Guaranty | Floating Quarterly | 3.12% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HAB6 | Series A | 4/11/05 | 4/11/07 | $945,000,000 | CHL Guaranty | Floating Quarterly | 3.29% | A3 | | 0.9% | 30.6% | 30.4% |
| 22238HAC4 | Series A | 5/6/05 | 5/6/08 | $500,000,000 | CHL Guaranty | Floating Quarterly | 4.54% | A3 | | 1.3% | 49.0% | 25.9% |
| 22238HAD2 | Series A | 5/11/05 | 5/11/15 | $991,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 2.2% | 0.0% | 4.1% |
| 22238HAE0 | Series A | 5/11/05 | 5/11/20 | $1,284,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.5% | 5.3% | 4.9% |
| 22238HAF7 | Series A | 5/27/05 | 5/27/20 | $20,000,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.4% | 33.2% | 33.8% |
| 22238HAG5 | Series A | 6/13/05 | 6/15/10 | $500,000,000 | CHL Guaranty | Fixed | 4.50% | A3 | | 2.5% | 103.3% | 91.3% |
| 22238HAH3 | Series A | 6/24/05 | 6/24/15 | $19,155,000 | CHL Guaranty | Step Coupon [8] | 4.13% | A3 | | 0.2% | 0.0% | 18.4% |
| 22238HAK6 | Series A | 7/28/05 | 7/28/15 | $6,302,000 | CHL Guaranty | Step Coupon [8] | 4.00% | A3 | | 1.3% | 26.3% | 26.3% |
| 22238HAM2 | Series A | 8/25/05 | 8/25/20 | $5,000,000 | CHL Guaranty | Fixed | 4.03% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HAN0 | Series A | 8/26/05 | 8/26/20 | $10,000,000 | CHL Guaranty | Step Coupon [8] | 4.06% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HAP5 | Series A | 9/13/05 | 9/13/06 | $1,000,000,000 | CHL Guaranty | Floating Quarterly | 3.92% | A3 | | 0.0% | 24.4% | 24.7% |
| 22238HAQ3 | Series A | 11/3/05 | 11/3/06 | $1,000,000,000 | CHL Guaranty | Floating Quarterly | 4.34% | A3 | | 0.5% | 44.1% | 47.2% |
| 22238HAR1 | Series A | 11/14/05 | 11/14/35 | $46,374,000 | CHL Guaranty | Fixed | 6.00% | A3 | ✓ | 0.4% | 20.7% | 23.5% |
| 22238HAS9 | Series A | 11/22/05 | 11/22/20 | $30,000,000 | CHL Guaranty | Fixed | 6.00% | A3 | ✓ | 0.4% | 17.3% | 17.3% |
| 22238HAT7 | Series A | 12/2/05 | 12/2/05 | $840,000,000 | CHL Guaranty | Floating Quarterly | 4.56% | A3 | | 1.0% | 81.0% | 22.6% |
| 22238HAW0 | Series A | 12/19/05 | 12/19/08 | $500,000,000 | CHL Guaranty | Floating Quarterly | 5.67% | A3 | | 0.5% | 34.9% | 40.1% |
| 22238HAU4 | Series A | 12/15/05 | 12/14/35 | $5,000,000 | CHL Guaranty | Fixed | 6.00% | Not Found | ✓ | 0.4% | 10.5% | 6.9% |
| 22238HAV2 | Series A | 12/19/05 | 12/19/07 | $500,000,000 | CHL Guaranty | Floating Quarterly | 4.67% | A3 | | 0.5% | 18.4% | 18.9% |
| 22238HAX8 | Series A | 1/24/06 | 1/24/31 | $12,300,000 | CHL Guaranty | Fixed | 5.75% | A3 | ✓ | 0.5% | 17.7% | 18.1% |
| 22238HAY6 | Series A | 1/27/06 | 1/27/31 | $10,140,000 | CHL Guaranty | Fixed | 5.80% | A3 | ✓ | 0.4% | 50.9% | 53.3% |
| 22238HAZ3 | Series A | 2/8/06 | 2/8/26 | $53,526,000 | CHL Guaranty | Fixed | 6.00% | A3 | ✓ | 0.4% | 50.9% | 53.3% |
| 222370AF9 | Series B | 6/1/06 | 6/1/09 | $(CDN)275,000,000 | CHL Guaranty | Fixed | 4.99% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HBA7 | Series B | 2/27/06 | 2/27/08 | $800,000,000 | CHL Guaranty | Fixed | 4.96% | A3 | | 0.7% | 34.7% | 24.8% |
| 22238HBB5 | Series B | 3/16/06 | 3/16/26 | $50,000,000 | CHL Guaranty | Fixed | 6.00% | A3 | ✓ | 0.4% | 36.9% | 46.8% |
| 22238HBC3 | Series B | 3/23/06 | 3/23/21 | $4,425,000 | CHL Guaranty | Fixed | 6.00% | A3 | ✓ | 1.0% | 14.6% | 14.8% |
| 22238HBD1 | Series B | 3/24/06 | 3/24/09 | $800,000,000 | CHL Guaranty | Floating Quarterly | 5.61% | A3 | | 0.2% | 85.7% | 49.6% |
| 22238HBE9 | Series B | 4/6/06 | 4/6/21 | $998,000 | CHL Guaranty | Fixed | 6.00% | A3 | | 0.2% | 0.0% | 1.7% |
| 22238HBF6 | Series B | 4/13/06 | 4/13/21 | $4,643,000 | CHL Guaranty | Fixed | 6.00% | A3 | | 0.6% | 11.7% | 11.5% |
| 22238HBG4 | Series B | 4/25/06 | 4/15/09 | $1,215,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.9% | 5.5% | 4.3% |
| 22238HBH2 | Series B | 4/25/06 | 4/15/11 | $1,465,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 1.3% | 7.2% | 6.0% |
| 22238HBJ8 | Series B | 4/25/06 | 4/25/21 | $4,548,000 | CHL Guaranty | Fixed | 6.13% | A3 | | 0.4% | 7.4% | 7.4% |
| 22238HBK5 | Series B | 4/28/06 | 4/28/36 | $16,205,000 | CHL Guaranty | Fixed | 6.30% | A3 | ✓ | 0.5% | 21.4% | 23.3% |
| 22238HBL3 | Series B | 5/5/06 | 5/15/07 | $9,294,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.1% | 0.0% | 2.7% |
| 22238HBM1 | Series B | 5/9/06 | 5/15/09 | $731,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 4.4% |
| 22238HBN9 | Series B | 5/19/06 | 5/19/20 | $36,830,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.9% | 0.0% | 1.3% |
| 22238HBP4 | Series B | 5/19/06 | 5/15/09 | $585,000 | CHL Guaranty | Fixed | 5.38% | A3 | | 0.7% | 0.9% | 0.9% |

Page 1

## Exhibit 4 (Cont'd)
## Countrywide Financial Corp.
## Characteristics of CFC Debt Securities[1]

Source: Appendix A to Plaintiffs' Opposition to Motion to Dismiss dated 8/11/08;
Medium-Term Notes, Series A and Series B Prospectuses and Prospectus Supplements; Bloomberg;
6.25% Subordinated Notes Prospectus and Prospectus Supplement; 7% Capital Securities Prospectus and Prospectus Supplement

| CUSIP | Issue | Issuance Date[2][3] | Maturity Date[3] | Principal Amount[4] | Guarantor[5][6] | Coupon Rate Type[3] | Coupon Rate at Issuance[3] | Moody Rating[7] | Redeemable[3][8] | Average Weekly Turnover[9] | % of Eligible Days with Quotes[7] | % of Eligible Days with Trades[9] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22238HBD2 | Series B | 5/26/05 | 5/15/07 | $2,042,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HBR0 | Series B | 5/26/05 | 5/15/09 | $1,855,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 2.8% | 9.8% | 9.6% |
| 22238HBS8 | Series B | 6/2/05 | 5/15/07 | $1,700,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HBU3 | Series B | 6/2/05 | 5/15/09 | $515,000 | CHL Guaranty | Fixed | 5.38% | A3 | | 0.2% | 0.2% | 0.7% |
| 22238HBV1 | Series B | 6/9/05 | 6/15/07 | $2,173,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.8% | 0.0% |
| 22238HBW9 | Series B | 6/9/05 | 6/15/09 | $284,000 | CHL Guaranty | Fixed | 5.38% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HBX7 | Series B | 6/16/05 | 6/15/09 | $1,759,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HBY5 | Series B | 6/16/05 | 6/15/09 | $318,000 | CHL Guaranty | Fixed | 5.40% | A3 | | 0.9% | 0.0% | 1.8% |
| 22238HBZ2 | Series B | 6/23/05 | 6/15/09 | $5,107,000 | CHL Guaranty | Fixed | 5.35% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCA6 | Series B | 6/23/05 | 6/15/09 | $160,000 | CHL Guaranty | Fixed | 5.40% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCB4 | Series B | 6/30/05 | 6/15/07 | $6,093,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCC2 | Series B | 6/27/06 | 6/27/07 | $100,000,000 | CHL Guaranty | Floating Quarterly | 5.56% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCD0 | Series B | 7/7/05 | 7/16/07 | $3,803,000 | CHL Guaranty | Fixed | 5.55% | A3 | | 0.3% | 4.7% | 3.1% |
| 22238HCE8 | Series B | 7/7/05 | 7/16/07 | $1,397,000 | CHL Guaranty | Fixed | 5.75% | Not Found | | 1.4% | 4.3% | 4.3% |
| 22238HCH1 | Series B | 7/14/06 | 7/16/07 | $3,220,000 | CHL Guaranty | Fixed | 5.55% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCJ7 [3] | Series B | 7/14/06 | 7/16/09 | $195,000 | CHL Guaranty | Fixed | 5.63% | Not Found | | 11.0% | 0.0% | 1.2% |
| 22238HCK4 | Series B | 7/21/05 | 7/16/07 | $303,000 | CHL Guaranty | Fixed | 5.55% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCL2 | Series B | 7/21/05 | 7/16/09 | $1,603,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 0.0% | 0.0% | 5.6% |
| 22238HCM0 [3] | Series B | 7/28/06 | 7/16/07 | — | CHL Guaranty | Fixed | 5.50% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCN8 | Series B | 7/28/05 | 7/15/09 | $1,992,000 | CHL Guaranty | Fixed | 5.60% | A3 | | 0.9% | 6.9% | 7.4% |
| 22238HCP3 | Series B | 8/4/05 | 8/15/07 | $10,597,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 0.1% | 0.0% | 7.7% |
| 22238HCQ1 | Series B | 8/4/05 | 8/15/09 | $2,482,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 1.6% | 7.3% | 7.3% |
| 22238HCR9 | Series B | 8/11/05 | 8/17/09 | $1,616,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 0.0% | 7.5% | 5.9% |
| 22238HCT5 | Series B | 8/11/05 | 8/17/09 | $15,712,000 | CHL Guaranty | Fixed | 5.40% | A3 | | 2.1% | 3.0% | 3.0% |
| 22238HCU2 | Series B | 8/18/05 | 8/17/07 | $673,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCP9 | Series B | 8/18/05 | 8/17/09 | $525,102,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 0.7% | 0.0% | 1.5% |
| 22238HCT5 | Series B | 8/25/05 | 8/17/09 | $55,468,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCU2 | Series B | 8/25/05 | 8/17/09 | $14,848,000 | CHL Guaranty | Fixed | 5.40% | A3 | | 1.2% | 6.8% | 6.5% |
| 22238HCV0 | Series B | 9/1/05 | 9/17/07 | $700,000,000 | CHL Guaranty | Floating Quarterly | 5.40% | A3 | | 0.5% | 0.0% | 8.8% |
| 22238HCW8 | Series B | 8/28/05 | 9/2/08 | $77,773,000 | CHL Guaranty | Fixed | 5.55% | A3 | | 0.3% | 22.9% | 7.6% |
| 22238HCX6 | Series B | 9/8/05 | 9/17/07 | $52,240,000 | CHL Guaranty | Fixed | 5.40% | A3 | | 0.6% | 11.3% | 11.3% |
| 22238HCY4 | Series B | 9/8/05 | 9/15/08 | $52,711,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 1.4% | 8.8% | 9.6% |
| 22238HCZ1 | Series B | 9/8/05 | 9/15/08 | $111,758,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 1.8% | 0.0% | 5.5% |
| 22238HDA5 | Series B | 9/15/05 | 9/17/07 | $52,271,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 2.3% | 0.0% | 7.0% |
| 22238HDB3 | Series B | 9/15/05 | 9/15/08 | $574,000 | CHL Guaranty | Fixed | 5.13% | A3 | | 2.9% | 5.4% | 5.7% |
| 22238HDC1 | Series B | 9/22/05 | 9/17/07 | $111,070,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 0.5% | 0.0% | 0.0% |
| 22238HDD9 | Series B | 9/22/05 | 9/15/08 | $909,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 1.2% | 2.2% | 2.2% |
| 22238HDE7 | Series B | 9/22/05 | 9/15/09 | $1,675,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 1.0% | 4.6% | 5.5% |
| 22238HDF4 | Series B | 9/29/05 | 9/17/07 | $33,706,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HDG2 | Series B | 9/29/05 | 9/15/08 | $1,638,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.6% | 0.0% | 1.9% |
| 22238HDH0 | Series B | 9/29/05 | 9/15/09 | $500,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 1.7% | 2.5% | 3.0% |
| 22238HDJ6 | Series B | 10/6/05 | 10/15/07 | $8,325,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 0.4% | 0.0% | 8.2% |

Page 2

## Exhibit 4 (Cont'd)
## Countrywide Financial Corp.
### Characteristics of CFC Debt Securities [1]

Source: Appendix A to Plaintiffs' Opposition to Motion to Dismiss dated 8/11/08;
Medium-Term Notes, Series A and Series B Prospectuses and Prospectus Supplements; Bloomberg;
6.25% Subordinated Notes Prospectus and Prospectus Supplement; 7% Capital Securities Prospectus and Prospectus Supplement

| | | | | | | Issue Characteristics | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP | Issue | Issuance Date [1][2] | Maturity Date [3] | Principal Amount [4] | Guarantor [5][6] | Coupon Rate Type [7] | Coupon Rate at Issuance [7] | Moody Rating [5] | Redeemable [8][9] | Average Weekly Turnover [7] | % of Eligible Days with Quotes [7] | % of Eligible Days with Trades [7] |
| 22238HCK3 | Series B | 10/5/06 | 10/15/08 | $61,000 | CHL Guaranty | Fixed | 4.90% | A3 | | 1.9% | 0.0% | 0.6% |
| 22238HCL1 | Series B | 10/6/06 | 10/15/09 | $2,115,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 0.9% | 5.6% | 5.9% |
| 22238HCM9 | Series B | 10/13/06 | 10/15/09 | $13,581,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCN7 | Series B | 10/13/06 | 10/15/09 | $1,015,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 1.6% | 4.8% | 6.6% |
| 22238HCP2 | Series B | 10/20/06 | 10/15/07 | $9,110,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 6.6% |
| 22238HCQ0 | Series B | 10/20/06 | 10/15/08 | $52,000 | CHL Guaranty | Fixed | 5.05% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCR8 | Series B | 10/20/06 | 10/15/09 | $1,715,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 0.9% | 0.0% | 4.0% |
| 22238HCS6 | Series B | 10/27/06 | 10/15/07 | $12,632,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCT4 | Series B | 10/27/06 | 10/15/09 | $3,293,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.8% | 7.5% | 8.5% |
| 22238HCU1 | Series B | 11/3/06 | 11/15/07 | $20,000,000 | CHL Guaranty | Fixed | 5.35% | A3 | | 0.9% | 0.0% | 23.1% |
| 22238HCV9 | Series B | 11/3/06 | 11/15/09 | $3,566,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.7% | 5.7% | 7.4% |
| 22238HCW7 | Series B | 11/10/06 | 11/15/07 | $6,006,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 0.7% | 0.0% | 7.1% |
| 22238HCX5 | Series B | 11/10/06 | 11/15/09 | $2,034,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 1.4% | 0.0% | 6.6% |
| 22238HCY3 | Series B | 11/6/06 | 10/31/07 | $1,000,000,000 | CHL Guaranty | Floating Quarterly | 5.45% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HCZ0 | Series B | 11/17/06 | 11/15/07 | $16,704,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 0.0% | 1.5% | 5.5% |
| 22238HDA4 | Series B | 11/17/06 | 11/15/09 | $3,497,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 0.4% | 0.0% | 0.0% |
| 22238HDB2 | Series B | 11/24/06 | 11/15/09 | $3,438,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HDC0 | Series B | 11/24/06 | 11/15/09 | $2,446,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.6% | 3.1% | 5.2% |
| 22238HEE6 | Series B | 12/8/06 | 12/17/07 | $8,133,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 1.9% | 20.6% | 20.2% |
| 22238HEF3 | Series B | 12/15/06 | 12/17/07 | $6,991,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 0.0% | 9.0% | 16.0% |
| 22238HEG1 | Series B | 12/15/06 | 12/17/09 | $892,000 | CHL Guaranty | Fixed | 4.80% | A3 | | 1.7% | 0.0% | 6.8% |
| 22238HEH9 | Series B | 12/22/06 | 12/17/07 | $7,512,000 | CHL Guaranty | Fixed | 5.10% | A3 | | 0.0% | 4.6% | 8.8% |
| 22238HEJ5 | Series B | 12/22/06 | 12/15/09 | $819,000 | CHL Guaranty | Fixed | 4.88% | Not Found | | 1.4% | 2.0% | 2.6% |
| 22238HEK2 | Series B | 12/18/06 | 6/18/08 | $400,000,000 | CHL Guaranty | Floating Quarterly | 5.47% | A3 | | 0.3% | 2.3% | 7.2% |
| 22238HEM8 | Series B | 12/29/06 | 12/17/07 | $12,834,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 7.4% |
| 22238HEN6 | Series B | 12/29/06 | 12/15/09 | $3,146,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 1.2% | 3.4% | 7.7% |
| 22238HEP1 | Series B | 1/5/07 | 1/15/08 | $4,695,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 0.4% | 0.0% | 3.9% |
| 22238HEQ9 | Series B | 1/5/07 | 1/15/10 | $1,362,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 0.6% | 0.0% | 4.7% |
| 22238HER7 | Series B | 1/12/07 | 1/15/08 | $17,034,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.7% | 24.8% | 24.8% |
| 22238HES5 | Series B | 1/12/07 | 1/15/10 | $917,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 1.5% | 2.4% | 3.4% |
| 22238HET3 | Series B | 1/19/07 | 1/15/08 | $17,399,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HEU0 | Series B | 1/19/07 | 1/15/10 | $1,059,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 0.4% | 0.0% | 2.8% |
| 22238HEV8 | Series B | 1/26/07 | 1/15/08 | $11,307,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HEW6 | Series B | 1/26/07 | 1/15/10 | $1,330,000 | CHL Guaranty | Fixed | 5.13% | A3 | | 1.2% | 5.0% | 5.7% |
| 22238HEX4 | Series B | 2/2/07 | 2/15/08 | $19,353,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 1.2% | 21.8% | 21.8% |
| 22238HEY2 | Series B | 2/2/07 | 2/15/10 | $1,762,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 1.9% | 0.0% | 10.5% |
| 22238HEZ9 | Series B | 2/16/07 | 2/15/08 | $11,633,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HFA3 | Series B | 2/16/07 | 2/16/10 | $607,000 | CHL Guaranty | Fixed | 5.10% | A3 | | 1.8% | 3.8% | 3.8% |
| 22238HFB1 | Series B | 2/23/07 | 2/15/08 | $10,806,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HFC9 | Series B | 2/23/07 | 2/16/10 | $1,167,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 2.0% | 0.0% | 12.8% |
| 22238HFD7 | Series B | 3/2/07 | 3/17/08 | $7,083,000 | CHL Guaranty | Fixed | 5.25% | A3 | | | 0.0% | 2.3% |
| 22238HFE5 | Series B | 3/2/07 | 3/16/09 | $195,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 0.8% | 0.0% | 0.4% |

Page 3

78

**Exhibit 4 (Cont'd)**
**Countrywide Financial Corp.**
**Characteristics of CFC Debt Securities[1]**

Source: Appendix A to Plaintiffs' Opposition to Motion to Dismiss dated 8/11/08;
Medium-Term Notes, Series A and Series B Prospectuses and Prospectus Supplements; Bloomberg;
6.25% Subordinated Notes Prospectus and Prospectus Supplement; 7% Capital Securities Prospectus and Prospectus Supplement

### Issue Characteristics

| CUSIP | Issue | Issuance Date[2][3] | Maturity Date[3] | Principal Amount[4] | Guarantor[3][4] | Coupon Rate Type[3] | Coupon Rate at Issuance[3] | Moody Rating[5] | Redeemable[3][6] | Average Weekly Turnover[6] | % of Eligible Days with Quote[7] | % of Eligible Days with Trades[7] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22238HFF2 | Series B | 2/28/08 | 2/28/08 | $800,000,000 | CHL Guaranty | Floating Quarterly | 5.44% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HFG0 | Series B | 3/9/07 | 3/9/08 | $7,212,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 1.0% | 0.0% | 16.7% |
| 22238HFH8 | Series B | 3/9/07 | 3/9/09 | $435,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 4.8% | 0.0% | 3.6% |
| 22238HFJ4 | Series B | 3/16/07 | 3/16/08 | $3,512,000 | CHL Guaranty | Fixed | 5.10% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HFK1 | Series B | 3/16/07 | 3/16/09 | $702,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HFL9 | Series B | 3/20/07 | 3/17/08 | $55,517,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 1.2% |
| 22238HFM7 | Series B | 3/20/07 | 3/17/08 | $381,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HFN5 | Series B | 3/23/07 | 3/17/09 | $6,626,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HFP0 | Series B | 3/23/07 | 3/16/09 | $227,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 2.6% | 0.0% | 0.0% |
| 22238HFQ8 | Series B | 4/5/07 | 4/15/08 | $6,229,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.8% | 0.0% | 2.5% |
| 22238HFR6 | Series B | 4/5/07 | 4/15/08 | $158,000 | CHL Guaranty | Fixed | 4.90% | Not Found | | 0.0% | 0.0% | 10.3% |
| 22238HFS4 | Series B | 4/13/07 | 4/15/10 | $5,479,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.5% | 0.0% | 0.0% |
| 22238HFT2 | Series B | 4/13/07 | 4/15/08 | $370,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 9.2% |
| 22238HFU9 | Series B | 4/20/07 | 4/15/10 | $3,292,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 3.7% | 0.0% | 0.0% |
| 22238HFV7 | Series B | 4/20/07 | 4/15/09 | $403,000 | CHL Guaranty | Fixed | 5.10% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HFW5 | Series B | 4/27/07 | 4/15/08 | $4,842,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 1.3% |
| 22238HFX3 | Series B | 4/27/07 | 4/15/10 | $381,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HFY1 | Series B | 5/4/07 | 5/15/08 | $4,226,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 1.4% | 0.0% | 9.4% |
| 22238HFZ8 | Series B | 5/4/07 | 5/17/10 | $286,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 7.0% | 0.0% | 6.1% |
| 22238HGA2 | Series B | 5/11/07 | 5/17/08 | $3,172,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.9% | 0.0% | 6.6% |
| 22238HGB0 | Series B | 5/11/07 | 5/17/08 | $221,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 5.1% | 0.0% | 7.2% |
| 22238HGC8 | Series B | 5/18/07 | 5/17/10 | $5,907,000 | CHL Guaranty | Fixed | 5.00% | A3 | | 0.0% | 0.0% | 2.4% |
| 22238HGD6 | Series B | 5/18/07 | 5/17/10 | $915,000 | CHL Guaranty | Fixed | 5.05% | Not Found | | 2.5% | 0.0% | 0.0% |
| 22238HGE4 | Series B | 5/11/07 | 4/30/08 | $417,000,000 | CHL Guaranty | Fixed | 5.46% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HGF1 | Series B | 5/25/07 | 5/25/08 | $5,238,000 | CHL Guaranty | Floating Quarterly | 5.20% | A3 | | 2.1% | 0.0% | 4.9% |
| 22238HGG9 | Series B | 5/18/07 | 5/17/10 | $738,000 | CHL Guaranty | Fixed | 5.46% | Baa3 | | 0.0% | 0.0% | 0.0% |
| 22238HGH7 | Series B | 6/1/07 | 6/16/08 | $15,000,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 1.1% | 6.2% | 7.1% |
| 22238HGJ3 | Series B | 6/1/07 | 6/16/08 | $3,967,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 2.2% | 2.5% | 7.7% |
| 22238HGK0 | Series B | 6/8/07 | 6/16/08 | $171,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.8% | 0.0% | 3.1% |
| 22238HGL8 | Series B | 6/8/07 | 6/15/10 | $1,840,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 4.2% |
| 22238HGM6 | Series B | 6/8/07 | 6/15/10 | $644,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HGN4 | Series B | 6/15/07 | 6/15/08 | $1,673,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 0.6% | 0.0% | 0.0% |
| 22238HGP9 | Series B | 6/15/07 | 6/15/10 | $301,000 | CHL Guaranty | Fixed | 5.35% | A3 | | 0.0% | 0.0% | 0.5% |
| 22238HGQ7 | Series B | 6/7/07 | 6/7/12 | $2,000,000,000 | CHL Guaranty | Fixed | 5.80% | A3 | | 4.2% | 104.7% | 98.9% |
| 22238HGR5 | Series B | 6/7/07 | 6/7/12 | $500,000,000 | CHL Guaranty | Floating Quarterly | 5.78% | A3 | | 1.8% | 27.9% | 31.6% |
| 22238HGS3 | Series B | 6/22/07 | 6/16/08 | $3,538,000 | CHL Guaranty | Fixed | 5.45% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HGT1 | Series B | 6/22/07 | 6/16/08 | $2,085,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 1.2% | 0.0% | 10.1% |
| 22238HGU8 | Series B | 6/29/07 | 6/16/08 | $2,190,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HGV6 | Series B | 6/29/07 | 6/16/10 | $1,690,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.2% | 0.0% | 1.1% |
| 22238HGX2 | Series B | 7/6/07 | 7/15/08 | $1,729,000 | CHL Guaranty | Fixed | 5.40% | A3 | | 1.5% | 0.0% | 8.6% |
| 22238HGY0 | Series B | 7/13/07 | 7/15/08 | $1,377,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.9% | 0.0% | 0.0% |
| 22238HGZ7 | Series B | 7/13/07 | 7/15/10 | $1,061,000 | CHL Guaranty | Fixed | 5.35% | A3 | | 0.9% | 0.0% | 3.0% |
| | | | | $212,000 | | | | | | | | 1.2% |

Page 4

## Exhibit 4 (Cont'd)
## Countrywide Financial Corp.
### Characteristics of CFC Debt Securities[1]

Source: Appendix A to Plaintiffs' Opposition to Motion to Dismiss dated 8/11/08;
Medium-Term Notes, Series A and Series B Prospectuses and Prospectus Supplements; Bloomberg;
6.25% Subordinated Notes Prospectus and Prospectus Supplement; 7% Capital Securities Prospectus and Prospectus Supplement

**Issue Characteristics**

| CUSIP | Issue | Issuance Date[2] | Maturity Date[3] | Principal Amount[3] | Guarantor[3][4] | Coupon Rate Type[3] | Coupon Rate at Issuance[3] | Moody Rating[5] | Redeemable[3][5] | Average Weekly Turnover[6] | % of Eligible Days with Quotes[7] | % of Eligible Days with Trades[8] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22238HA1 | Series B | 7/20/07 | 7/15/08 | $3,450,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HB9 | Series B | 7/20/07 | 7/15/10 | $2,511,000 | CHL Guaranty | Fixed | 5.50% | A3 | | 1.0% | 7.5% | 8.8% |
| 22238HC7 | Series B | 8/3/07 | 8/15/08 | $512,000 | CHL Guaranty | Fixed | 5.20% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HD5 | Series B | 8/3/07 | 8/16/10 | $290,000 | CHL Guaranty | Fixed | 5.35% | A3 | | 0.6% | 0.0% | 0.7% |
| 22238HE3 | Series B | 8/1/07 | 8/15/08 | $95,000 | CHL Guaranty | Fixed | 5.15% | A3 | | 0.7% | 0.0% | 1.4% |
| 22238HF0 | Series B | 8/1/07 | 8/16/10 | $140,000 | CHL Guaranty | Fixed | 5.30% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HG8 | Series B | 7/27/07 | 7/15/08 | $2,292,000 | CHL Guaranty | Fixed | 5.25% | A3 | | 0.0% | 0.0% | 0.0% |
| 22238HH6 | Series B | 7/27/07 | 7/15/10 | $2,272,000 | CHL Guaranty | Fixed | 5.45% | A3 | | 2.1% | 12.9% | 14.2% |
| Across All CFC Debt Securities:[12] | | | | | | | | | | | 16.1% | 11.5% |

**Note:**

[1] CFC debt securities are identified in Appendix A to Plaintiffs' Opposition to Motion to Dismiss dated 8/11/08, in which plaintiffs list "Countrywide securities other than common stock at issue." CFC debt securities exclude Floating Rate Subordinated Notes which the court dismissed in the claim against KPMG (2008 Order, p. 111). Plaintiffs list the CUSIPs of four securities in Series A as "Unavailable." I matched three of those by maturity date to Bloomberg-listed securities. The matched securities are 22238HAA8, 22238HAV5, and 22238HAQ3. The fourth security for which plaintiffs do not provide a CUSIP has a maturity date of 1/3/100 and could not be found in Bloomberg. Plaintiffs list a note with CUSIP 22238HAU4 maturing on 12/5/06. However, according to Bloomberg the note with this CUSIP matures on 12/14/05. The maturity date as cited by plaintiffs occurs "before the sale was brought" (Opposition to Motion to Dismiss, Appendix A). Instead of excluding this note from my analysis, I matched plaintiffs' 22238HAU4 to note 22238HA17, which matures on the date plaintiffs indicate.

[2] Issuance Date refers to the first settlement date, which is the date on which all buy orders for a newly-issued bond are executed.

[3] Information pertaining to Issuance date, maturity date, principal amount, guarantor, coupon rate type, coupon rate at issuance, Moody's rating, and the possibility of redemption prior to maturity was taken from Bloomberg. Moody's Rating is the security's rating closest to the issuance date.

[4] "CHL" refers to Countrywide Home Loans, Inc. "CFC" refers to Countrywide Financial Corp.

[5] Bloomberg refers to the redemption feature of these securities as callable. The issue prospectuses, for example the Medium-Term Notes Series A Prospectus, refer to this feature as redeemable.

[6] Average Weekly Turnover is defined as the average of weekly turnover from the issuance date until the earlier of maturity date, redemption date, or the end of the putative class period. Weekly turnover is the ratio of weekly volume over shares outstanding, defined as the Bloomberg reported Principal Amount divided by Minimum Increment.

[7] A security's eligible trading days is defined as the number of days between the security's issuance and the earlier of maturity date, redemption date, or the end of the putative class period. % of Eligible Trading Days with Quotes is defined as the ratio of the number of days with quotes (identified by Bloomberg) over the number of eligible trading days. Since quotes appear on non-trading days, % of Eligible Days with Quotes for notes 22238HAG5 and 22238HAM5 exceeds 100%. No quotes exist on Bloomberg for the 6.25% Subordinated Notes and the 7% Capital Securities (identified by Bloomberg) over the number of eligible trading days.

[8] % of Eligible Days with Trades is defined as the ratio of the number of days with trades (identified by Bloomberg) over the number of eligible trading days. % of Eligible Days with Trades Across All CFC debt securities is the total Number of Eligible Days Across All CFC debt securities divided by the total Number of Eligible Trading Days across all CFC debt securities.

[9] Step coupon refers to notes whose rate increases by a fixed amount on a fixed date (see Pricing Supplements for notes 22238HAH3, 22238HAK6, and 22238HAN8).

[10] Principal amount for note 22272HAF9 is in SGD.

[11] Bloomberg does not list principal amounts for notes 22238HCH8 and 22238HCJ7.

[12] CFC Debt Securities is the total Number of Days with Trades Across All CFC debt securities divided by the total Number of Eligible Trading Days Across All CFC debt securities.

5

**Exhibit 5**

**Countrywide Financial Corp.**

**Summary of Trades and Price Changes for CFC Debt Securities[1]**

**Impact Days for Alleged Corrective Disclosures**

Source: Bloomberg; Complaint

| Alleged Corrective Disclosure Impact Date[2] | No. of Outstanding Securities[3] | No. of Securities Traded[4] | % of Outstanding Securities Not Trading | No. of Available One-Day Returns[5] | No. of Positive Returns[6] | % Positive Returns | No. of Negative Returns[7] | % Negative Returns | No. of Zero Returns[8] | % Zero Returns |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/24/07 | 152 | 11 | 92.8% | 6 | 2 | 33.3% | 3 | 50.0% | 1 | 16.7% |
| 8/9/07 | 156 | 19 | 87.8% | 9 | 3 | 33.3% | 6 | 66.7% | 0 | 0.0% |
| 8/10/07 | 158 | 25 | 84.2% | 7 | 1 | 14.3% | 6 | 85.7% | 0 | 0.0% |
| 8/14/07 | 158 | 25 | 84.2% | 16 | 9 | 56.3% | 5 | 31.3% | 2 | 12.5% |
| 8/15/07 | 158 | 30 | 81.0% | 14 | 3 | 21.4% | 11 | 78.6% | 0 | 0.0% |
| 8/16/07 | 154 | 46 | 70.1% | 23 | 5 | 21.7% | 18 | 78.3% | 0 | 0.0% |
| 8/24/07 | 154 | 28 | 81.8% | 22 | 9 | 40.9% | 13 | 59.1% | 0 | 0.0% |
| 8/27/07 | 154 | 29 | 81.2% | 18 | 10 | 55.6% | 8 | 44.4% | 0 | 0.0% |
| 9/10/07 | 154 | 18 | 88.3% | 10 | 5 | 50.0% | 4 | 40.0% | 1 | 10.0% |
| 10/24/07 | 145 | 15 | 89.7% | 11 | 3 | 27.3% | 8 | 72.7% | 0 | 0.0% |
| 10/26/07 | 145 | 15 | 89.7% | 7 | 6 | 85.7% | 1 | 14.3% | 0 | 0.0% |
| 10/30/07 | 145 | 19 | 86.9% | 13 | 5 | 38.5% | 6 | 46.2% | 2 | 15.4% |
| 11/7/07 | 144 | 10 | 93.1% | 7 | 1 | 14.3% | 6 | 85.7% | 0 | 0.0% |
| 11/8/07 | 144 | 11 | 92.4% | 7 | 3 | 42.9% | 3 | 42.9% | 1 | 14.3% |
| 11/26/07 | 140 | 30 | 78.6% | 18 | 6 | 33.3% | 11 | 61.1% | 1 | 5.6% |
| 12/13/07 | 140 | 18 | 87.1% | 14 | 1 | 7.1% | 13 | 92.9% | 0 | 0.0% |
| 12/14/07 | 140 | 22 | 84.3% | 12 | 5 | 41.7% | 7 | 58.3% | 0 | 0.0% |
| 1/8/08 | 135 | 25 | 81.5% | 11 | 1 | 9.1% | 10 | 90.9% | 0 | 0.0% |
| 1/9/08 | 135 | 35 | 74.1% | 21 | 1 | 4.8% | 20 | 95.2% | 0 | 0.0% |
| 1/11/08 | 135 | 33 | 75.6% | 23 | 22 | 95.7% | 1 | 4.3% | 0 | 0.0% |
| 1/14/08 | 135 | 25 | 81.5% | 20 | 8 | 40.0% | 11 | 55.0% | 1 | 5.0% |
| 2/4/08 | 131 | 20 | 84.7% | 11 | 5 | 45.5% | 4 | 36.4% | 2 | 18.2% |
| 2/5/08 | 131 | 45 | 65.6% | 18 | 7 | 38.9% | 10 | 55.6% | 1 | 5.6% |
| 3/6/08 | 126 | 15 | 88.1% | 12 | 7 | 58.3% | 5 | 41.7% | 0 | 0.0% |
| 3/7/08 | 126 | 17 | 86.5% | 11 | 2 | 18.2% | 8 | 72.7% | 1 | 9.1% |
| 3/10/08 | 126 | 18 | 85.7% | 10 | 3 | 30.0% | 7 | 70.0% | 0 | 0.0% |
| **Average** | | | 83.8% | | | 37.8% | | | | |

Note:

[1] CFC debt securities are identified in Exhibit 4.

[2] Alleged corrective disclosure days are identified in the Complaint. The impact date of an alleged disclosure is identified as follows. If an alleged corrective disclosure occurs after the close of market, the impact day for this disclosure is defined as the following CFC common stock trading day. If an alleged corrective disclosure occurs later in a trading day, i.e. between 2:00 PM and market close, or at an unknown time, the impact date for this disclosure is defined as the disclosure day and the following CFC common stock trading day. Otherwise, the impact date is defined as the same day as the alleged corrective disclosure day.

[3] No. of Outstanding Securities is defined as the number of CFC debt securities with issuance date on or prior to the alleged corrective disclosure impact date and whose maturity date or redemption date, if any, is after the alleged corrective disclosure impact date.

[4] No. of Securities Traded is the number of CFC debt securities that trade on the alleged corrective disclosure impact date.

[5] No. of Available One-Day Returns is the number of CFC debt securities with one-day returns on the alleged corrective disclosure impact date.

[6] No. of Positive Returns is the number of CFC debt securities that have a positive one-day return on the alleged corrective disclosure impact date.

[7] No. of Negative Returns is the number of CFC debt securities that have a negative one-day return on the alleged corrective disclosure impact date.

[8] No. of Zero Returns is the number of CFC debt securities that have a zero one-day return on the alleged corrective disclosure impact date.

**6**



**Exhibit 6**

**Countrywide Financial Corp.**

**Summary of Trades, Price Changes, and Co-Movement of Price Changes**

**All CFC Debt Securities[1]**

*Source: Bloomberg*

3,251,937 Potential Eligible Paired Trading Days

45,993 Paired Trading Days with Trades

15,245 Paired Trading Days with Two-Day Consecutive Trades

Security Pairs with Negative Price Movement[2] — 21.2%

Security Pairs with Zero Price Movement[3] — 8.6%

Security Pairs Moving in Opposite Directions[4] — 39.1%

Security Pairs with Positive Price Movement[2] — 31.1%

33.1%

66.9%

98.6%

1.4%

Note:
[1] CFC debt securities are identified in Exhibit 4.
[2] Percent of paired trading days with two-day consecutive trades on which security prices moved in the same direction.
[3] Percent of paired trading days with two-day consecutive trades on which at least one security observed zero price movement.
[4] Percent of paired trading days with two-day consecutive trades on which security prices moved in opposite directions.

7

# Exhibit 7
## Countrywide Financial Corp.
### Summary of Trades, Price Changes, and Co-Movement of Price Changes MT Series A Note (22238HAG5), MT Series B Note (22238HGQ7), 6.25% Subordinated Notes, and 7% Capital Securities[1]

Source: *Bloomberg*



**Note:**
[1] MT Series A Note (22238HAG5), MT Series B Note (22238HGQ7), 6.25% Subordinated Notes, and 7% Capital Securities are a subset of securities identified in Exhibit 4 that had average weekly turnover in excess of 2% and traded on more than 90% of eligible trading days.
[2] Percent of paired trading days with two-day consecutive trades on which security prices moved in the same direction.
[3] Percent of paired trading days with two-day consecutive trades on which at least one security observed zero price movement.
[4] Percent of paired trading days with two-day consecutive trades on which security prices moved in opposite directions.

8



**Amended Exhibit 8**
**Countrywide Financial Corp.**
**Summary of Trades, Price Changes, and Co-Movement of Price Changes Maturity Matched Set[1]**

Source: *Bloomberg*

2,050 Potential Eligible Paired Trading Days

429 Paired Trading Days with Trades

137 Paired Trading Days with Two-Day Consecutive Trades

Security Pairs with Positive Price Movement[2]

Security Pairs Moving in Opposite Directions[4]

Security Pairs with Negative Price Movement[2]

Security Pairs with Zero Price Movement[3]

Note:
[1] Price changes in MT Series A Note, 22238HAG5 are compared to price changes in MT Series B Notes 22238HBD1, 22238HCF5, 22238HCP3, 22238HEE6, 22238HFV7, and 22238HFZ8.  The securities in the maturity matched set are a subset of securities identified in Exhibit 4 that have average weekly turnover in excess of 1% and have similar maturities.
[2] Percent of paired trading days with two-day consecutive trades on which security prices moved in the same direction.
[3] Percent of paired trading days with two-day consecutive trades on which at least one security observed zero price movement.
[4] Percent of paired trading days with two-day consecutive trades on which security prices moved in opposite directions.

**9**

## Exhibit 9
## Countrywide Financial Corp.
## Regression Summary of Selected CFC Debt Securities[1] on CFC Stock Returns
## Issuance Date to End of Putative Class Period[2]

Source: *Bloomberg; CRSP*

| | | CFC Stock Return$_t$ | CFC Stock Return$_{t-1}$ | CFC Stock Return$_{t-2}$ |
|---|---|---|---|---|
| **6.25% Subordinated Notes** | Coefficient | 0.585 | 0.110 | -0.153 |
| | T-Statistic[3] | **15.449** | **2.946** | **-4.050** |
| | Adjusted R-Squared | | 0.388 | |
| | # of Observations | | 444 | |
| | | | | |
| **7% Capital Securities** | Coefficient | 1.070 | 0.066 | -0.217 |
| | T-Statistic[3] | **20.120** | 1.247 | **-4.065** |
| | Adjusted R-Squared | | 0.577 | |
| | # of Observations | | 333 | |
| | | | | |
| **Series A Medium Term Note 22238HAG5** | Coefficient | 0.249 | 0.062 | -0.069 |
| | T-Statistic[3] | **12.333** | **3.132** | **-3.413** |
| | Adjusted R-Squared | | 0.242 | |
| | # of Observations | | 575 | |
| | | | | |
| **Series B Medium Term Note 22238HGQ7** | Coefficient | 0.281 | 0.071 | -0.082 |
| | T-Statistic[3] | **7.035** | 1.791 | **-2.059** |
| | Adjusted R-Squared | | 0.242 | |
| | # of Observations | | 186 | |

Note:
[1] Regression analysis is performed for each of the four most liquid CFC debt securities:  the 6.25% Subordinated Notes, the 7% Capital Securities, MT Series A Note (22238HAG5), and MT Series B Note (22238HGQ7).
[2] Regression sample consists of all trading returns for each CFC debt security from issuance date until the end of the putative class period.
[3] T-statistics in bold denote significance using a 95% confidence interval.

10



**Exhibit 10**
**Countrywide Financial Corp.**
**Short Sales Volume**
**April 2004 – March 2008**
Source: NYSE Volume Summary; Complaint

Short Sales Volume as a Percent of Total Sales Volume During the Putative Class Period: 38.2%[1]

Percent of Total Sales Volume by Month

Note:
[1] The putative class period is 3/12/04 – 3/7/08.  NYSE Volume Summary data are available from 4/1/04.

11



Exhibit 11
Countrywide Financial Corp.
Short Interest
March 2004 – March 2008

Source: *Bloomberg*; Complaint

Note:
[1] Short Interest is the number of shares held in short positions. *Bloomberg* reports short interest starting on 3/15/04 during the putative class period and short interest is only shown on a monthly basis from that point forward. After 9/14/07, *Bloomberg* reports short interest on a biweekly basis.
[2] Short Interest as a Percent of Total Shares Outstanding is short interest divided by total shares outstanding for Countrywide common stock.

# EXHIBIT B

# REBUTTAL REPORT OF

# ALLAN W. KLEIDON, Ph.D.

**In re Countrywide Financial Corporation Securities Litigation**

**June 29, 2009**

# Table of Contents

I.   Qualifications and Assignment ................................................................................. 4

II.  Summary of Opinions ............................................................................................... 5

III. Analysis of the Jarrell Affidavit .............................................................................. 6

    A.   Jarrell's Analysis Does Not Address the Issues Raised in My Initial Report ......... 7

    B.   Jarrell's Application of the Event Study Methodology Is Flawed and Inconsistent with Relevant Academic Literature and, Therefore, Provides No Evidence Concerning Market Efficiency .......................................................... 7

    C.   Jarrell's Application of the Event Study Methodology to Countrywide Common Stock Does Not Support His Conclusion of Market Efficiency .......... 11

    D.   Jarrell's Application of the Event Study Methodology to Countrywide Debt Securities Does Not Support His Conclusion of Market Efficiency .................... 13

        1)   Jarrell's Presumption of Market Efficiency for Countrywide Debt Securities Is Unsubstantiated ................................................................. 13

        2)   Jarrell's Analysis of Market Efficiency for Countrywide Debt Securities Is Incomplete ................................................................... 14

            a)   Jarrell Analyzes Only a Subset of Countrywide Debt Securities .......................................................................... 15

            b)   Jarrell's Earnings Surprise Test Does Not Support His Presumption of Market Efficiency for Countrywide Debt Securities .................................................................... 19

            c)   Extending Jarrell's Analysis to Alleged Corrective Disclosures Does Not Support His Presumption of Market Efficiency for Countrywide Debt Securities ................................................. 21

    E.   Jarrell's Attempt to Infer Market Efficiency of Countrywide Debt Securities Based on the Presumed Efficiency of His "Representative Bond" Is Flawed and Does Not Support His Presumption of Market Efficiency for Countrywide Debt Securities .......................................................................... 24

        1)   Jarrell's Own Analysis Indicates that Countrywide Debt Securities Moved in Opposite Directions to His "Representative Bond" ................ 25

            a)   Price Changes in Countrywide Debt Securities Were Frequently Inconsistent with Those of His "Representative Bond" on Earnings Announcement Days ................................... 26

            b)   Price Changes in Countrywide Debt Securities Were Frequently Inconsistent with Those of His "Representative Bond" on Alleged Corrective Disclosure Days ........................... 27

            c)   Price Changes in Countrywide Debt Securities Were Frequently Inconsistent with Those of His "Representative Bond" on Days on Which Price Changes in His "Representative Bond" Were Statistically Significant .......................................... 27

        d)     Price Changes in Countrywide Debt Securities Were
Frequently Inconsistent with Those of His "Representative
Bond" During the Putative Class Period......................................28

2)    Jarrell's Own Analysis Shows That His "Representative Bond"
Is Not Representative of Other Debt Securities........................................28