3

## Exhibit 3
## Countrywide Financial Corp.
## Summary of Jarrell's Regression Results for Selected Countrywide Debt Securities[1]
### Earnings Announcement Dates
Source: Exhibit 5 and Appendices B, C, and D to Jarrell Affidavit

| Earnings Announcement Date[2] | 7% Capital Securities 222388209 | | | 6.75% Preferred Securities 22238E206 | | | Series L Note 22237LNR9 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Return | Residual Return | Significant[3] | Return | Residual Return | Significant[3] | Return | Residual Return | Significant[3] |
| 4/21/04 | | | | -1.81% | -0.95% | No | -0.52% | -0.47% | Yes |
| 7/22/04 | | | | 0.49% | 0.27% | No | 0.25% | 0.21% | No |
| 10/20/04 | | | | -0.04% | 0.01% | No | 0.12% | 0.06% | No |
| 2/2/05 | | | | -0.11% | -0.10% | No | 0.02% | 0.02% | No |
| 4/26/05 | | | | -0.12% | -0.01% | No | 0.03% | 0.07% | No |
| 7/26/05 | | | | 0.31% | 0.27% | No | -0.07% | -0.08% | No |
| 10/27/05 | | | | 1.58% | 1.76% | No | 0.03% | -0.02% | No |
| 1/31/06 | | | | -0.16% | -0.15% | No | 0.31% | 0.28% | No |
| 4/27/06 | | | | 0.83% | 0.77% | No | 0.18% | 0.12% | No |
| 7/25/06 | | | | 0.41% | 0.34% | No | 0.18% | 0.23% | No |
| 10/24/06 | | | | -0.16% | -0.35% | No | 0.02% | 0.01% | No |
| 1/30/07 | -0.12% | -0.25% | No | 0.08% | -0.06% | No | -0.20% | -0.23% | No |
| 4/26/07 | 0.27% | 0.26% | No | 0.00% | 0.01% | No | 0.00% | 0.09% | No |
| 7/24/07 | -3.84% | -3.12% | No | -3.87% | -2.96% | No | 0.16% | 0.15% | No |
| 10/26/07 | 22.09% | 21.91% | Yes | 21.55% | 21.35% | Yes | 1.53% | 1.59% | Yes |
| 1/29/08 | 7.65% | 6.83% | Yes | 5.18% | 4.20% | Yes | 1.43% | 1.56% | Yes |

Note:
[1] Jarrell Affidavit provides regression results for three Countrywide debt securities: the 7% Capital Securities, the 6.75% Preferred Securities, and the Series L Note (Appendices B, C, and D to Jarrell Affidavit).
[2] Earnings Announcement Dates are provided in Exhibit 5 to Jarrell Affidavit.
[3] Jarrell uses the following criteria to indicate significance: a t-statistic greater than 1.96 in absolute value indicates statistical significance at the 95% confidence level using a two-tailed test (Appendices B, C, and D to Jarrell Affidavit).

4

## Exhibit 4

## Countrywide Financial Corp.

## Summary of Trades and Price Changes for Countrywide Debt Securities Analyzed by Jarrell[1]

### Earnings Announcement Dates

Source: Bloomberg; Jarrell Affidavit; Exhibit 5 to Jarrell Affidavit

| Earnings Announcement Date[2] | No. of Outstanding Securities[3] | No. of Securities Traded[4] | % of Outstanding Securities Not Trading | No. of Available One-Day Returns[5] | No. of Positive Returns[6] | % Positive Returns | No. of Negative Returns[7] | % Negative Returns | No. of Zero Returns[8] | % Zero Returns |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/04 | 7 | 7 | 0.0% | 7 | 2 | 28.6% | 5 | 71.4% | 0 | 0.0% |
| 7/22/04 | 7 | 6 | 14.3% | 6 | 2 | 33.3% | 4 | 66.7% | 0 | 0.0% |
| 10/20/04 | 9 | 9 | 0.0% | 8 | 2 | 25.0% | 6 | 75.0% | 0 | 0.0% |
| 2/2/05 | 9 | 9 | 0.0% | 9 | 1 | 11.1% | 8 | 88.9% | 0 | 0.0% |
| 4/26/05 | 9 | 7 | 22.2% | 7 | 2 | 28.6% | 5 | 71.4% | 0 | 0.0% |
| 7/26/05 | 11 | 9 | 18.2% | 8 | 1 | 12.5% | 7 | 87.5% | 0 | 0.0% |
| 10/27/05 | 11 | 9 | 18.2% | 7 | 7 | 100.0% | 0 | 0.0% | 0 | 0.0% |
| 1/31/06 | 13 | 10 | 23.1% | 8 | 5 | 62.5% | 3 | 37.5% | 0 | 0.0% |
| 4/27/06 | 17 | 12 | 29.4% | 10 | 7 | 70.0% | 3 | 30.0% | 0 | 0.0% |
| 7/25/06 | 18 | 13 | 27.8% | 10 | 6 | 60.0% | 4 | 40.0% | 0 | 0.0% |
| 10/24/06 | 20 | 11 | 45.0% | 9 | 3 | 33.3% | 6 | 66.7% | 0 | 0.0% |
| 1/30/07 | 23 | 11 | 52.2% | 11 | 6 | 54.5% | 5 | 45.5% | 0 | 0.0% |
| 4/26/07 | 23 | 16 | 30.4% | 12 | 5 | 41.7% | 5 | 41.7% | 2 | 16.7% |
| 7/24/07 | 25 | 13 | 48.0% | 11 | 2 | 18.2% | 9 | 81.8% | 0 | 0.0% |
| 10/26/07 | 24 | 15 | 37.5% | 12 | 11 | 91.7% | 1 | 8.3% | 0 | 0.0% |
| 1/29/08 | 22 | 15 | 31.8% | 12 | 12 | 100.0% | 0 | 0.0% | 0 | 0.0% |
| Average | | | 30.6% | | | 50.3% | | 48.3% | | 1.4% |

Note:
[1] Countrywide debt securities analyzed by Jarrell includes the 7% Capital Securities, the 6.75% Preferred Securities, and 24 other Countrywide debt securities for which he has TRACE data (Jarrell Affidavit, ¶¶53, 105-7, 131).
[2] Earnings Announcement Dates are provided in Exhibit 5 to Jarrell Affidavit.
[3] No. of Outstanding Securities is defined as the number of Countrywide debt securities with issuance date on or prior to the earnings announcement date and whose maturity date or redemption date, if any, is after the earnings announcement date.
[4] No. of Securities Traded is the number of Countrywide debt securities that trade on the earnings announcement date.
[5] No. of Available One-Day Returns is the number of Countrywide debt securities with one-day returns on the earnings announcement date.
[6] No. of Positive Returns is the number of Countrywide debt securities that have a positive one-day return on the earnings announcement date.
[7] No. of Negative Returns is the number of Countrywide debt securities that have a negative one-day return on the earnings announcement date.
[8] No. of Zero Returns is the number of Countrywide debt securities that have a zero one-day return on the earnings announcement date.

**5**

## Exhibit 5
### Countrywide Financial Corp.
### Summary of Trades and Price Changes for Countrywide Debt Securities
### Included in Kleidon Report and Analyzed by Jarrell[1]
### Earnings Announcement Dates

Source: Bloomberg; Exhibit 4 to Kleidon Report; Jarrell Affidavit; Exhibit 5 to Jarrell Affidavit

| Earnings Announcement Date[2] | No. of Outstanding Securities[3] | No. of Securities Traded[4] | % of Outstanding Securities Not Trading | No. of Available One-Day Returns[5] | No. of Positive Returns[6] | % Positive Returns | No. of Negative Returns[7] | % Negative Returns | No. of Zero Returns[8] | % Zero Returns |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/04 | 7 | 7 | 0.0% | 7 | 2 | 28.6% | 5 | 71.4% | 0 | 0.0% |
| 7/22/04 | 7 | 6 | 14.3% | 6 | 2 | 33.3% | 4 | 66.7% | 0 | 0.0% |
| 10/20/04 | 9 | 9 | 0.0% | 8 | 2 | 25.0% | 6 | 75.0% | 0 | 0.0% |
| 2/2/05 | 10 | 9 | 10.0% | 9 | 1 | 11.1% | 8 | 88.9% | 0 | 0.0% |
| 4/26/05 | 12 | 8 | 33.3% | 7 | 2 | 28.6% | 5 | 71.4% | 0 | 0.0% |
| 7/26/05 | 18 | 11 | 38.9% | 9 | 1 | 11.1% | 7 | 77.8% | 1 | 11.1% |
| 10/27/05 | 22 | 9 | 59.1% | 7 | 7 | 100.0% | 0 | 0.0% | 0 | 0.0% |
| 1/31/06 | 31 | 11 | 64.5% | 8 | 5 | 62.5% | 3 | 37.5% | 0 | 0.0% |
| 4/27/06 | 40 | 15 | 62.5% | 10 | 7 | 70.0% | 3 | 30.0% | 0 | 0.0% |
| 7/25/06 | 65 | 13 | 80.0% | 10 | 6 | 60.0% | 4 | 40.0% | 0 | 0.0% |
| 10/24/06 | 96 | 15 | 84.4% | 10 | 4 | 40.0% | 6 | 60.0% | 0 | 0.0% |
| 1/30/07 | 124 | 18 | 85.5% | 13 | 6 | 46.2% | 6 | 46.2% | 1 | 7.7% |
| 4/26/07 | 146 | 24 | 83.6% | 15 | 6 | 40.0% | 7 | 46.7% | 2 | 13.3% |
| 7/24/07 | 163 | 18 | 89.0% | 12 | 2 | 16.7% | 9 | 75.0% | 1 | 8.3% |
| 10/26/07 | 156 | 22 | 85.9% | 14 | 12 | 85.7% | 2 | 14.3% | 0 | 0.0% |
| 1/29/08 | 140 | 33 | 76.4% | 22 | 19 | 86.4% | 2 | 9.1% | 1 | 4.5% |
| Average | | | 78.2% | | | 50.3% | | 46.1% | | 3.6% |

Note:
[1] Includes 187 Countrywide debt securities composed of 176 Countrywide debt securities from Exhibit 4 to Kleidon Report, 10 Countrywide debt securities for which Jarrell has TRACE data and were not included in Exhibit 4 to Kleidon Report, plus the 6.75% Preferred Securities.
[2] Earnings Announcement Dates are provided in Exhibit 5 to Jarrell Affidavit.
[3] No. of Outstanding Securities is defined as the number of Countrywide debt securities with issuance date on or prior to the earnings announcement date and whose maturity date or redemption date, if any, is after the earnings announcement date.
[4] No. of Securities Traded is the number of Countrywide debt securities that trade on the earnings announcement date.
[5] No. of Available One-Day Returns is the number of Countrywide debt securities with one-day returns on the earnings announcement date.
[6] No. of Positive Returns is the number of Countrywide debt securities that have a positive one-day return on the earnings announcement date.
[7] No. of Negative Returns is the number of Countrywide debt securities that have a negative one-day return on the earnings announcement date.
[8] No. of Zero Returns is the number of Countrywide debt securities that have a zero one-day return on the earnings announcement date.

6

## Amended Exhibit 6 to Kleidon Rebuttal Report
## Countrywide Financial Corp.

### Summary of Jarrell's Regression Results for Selected Countrywide Debt Securities[1]
### Impact Days for Alleged Corrective Disclosures

Source: Appendices B, C, and D to Jarrell Affidavit; Complaint

| Alleged Corrective Disclosure Impact Date[2] | 7% Capital Securities 22238Z09 | | | 6.75% Preferred Securities 22238E206 | | | Series L Note 22237LNR9 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Return | Residual Return | Significant[3] | Return | Residual Return | Significant[3] | Return | Residual Return | Significant[3] |
| 7/24/07 | -3.84% | -3.12% | No | -3.87% | -2.96% | No | 0.16% | 0.15% | No |
| 8/9/07 | -2.45% | -1.80% | No | -1.25% | -0.43% | No | 0.69% | 0.57% | Yes |
| 8/10/07 | -8.21% | -7.75% | Yes | -8.15% | -7.56% | Yes | -0.84% | -0.84% | Yes |
| 8/14/07 | -4.89% | -3.78% | Yes | -4.46% | -3.07% | No | -0.71% | -0.77% | Yes |
| 8/15/07 | -17.89% | -17.19% | Yes | -19.53% | -18.65% | Yes | -2.50% | -2.47% | Yes |
| **8/16/07 [4]** | **-1.63%** | **0.82%** | **No** | **2.90%** | **5.93%** | **Yes** | **-6.30%** | **-6.45%** | **Yes** |
| 8/24/07 | -4.00% | -4.50% | Yes | -4.47% | -5.05% | Yes | -0.61% | -0.60% | Yes |
| 8/27/07 | -4.54% | -4.64% | Yes | -3.35% | -3.45% | Yes | 0.13% | 0.05% | No |
| 9/10/07 | -4.47% | -4.66% | Yes | -4.70% | -4.90% | Yes | -0.52% | -0.56% | Yes |
| 10/24/07 | -9.05% | -8.82% | Yes | -10.82% | -10.51% | Yes | -0.52% | -0.64% | Yes |
| 10/26/07 | 22.09% | 21.91% | Yes | 21.55% | 21.35% | Yes | 1.53% | 1.59% | Yes |
| 10/30/07 | -0.11% | -0.17% | No | 0.39% | 0.34% | No | 0.13% | 0.15% | No |
| 11/7/07 | -4.02% | -2.00% | No | -5.41% | -2.81% | No | -0.30% | -0.27% | No |
| 11/8/07 | -4.06% | -2.40% | No | -3.08% | -1.01% | No | 1.20% | 1.16% | No |
| 11/26/07 | -9.01% | -8.67% | Yes | -9.84% | -9.40% | Yes | 0.76% | 0.44% | No |
| 12/13/07 | -8.89% | -7.97% | Yes | -3.79% | -2.64% | No | -1.44% | -1.24% | Yes |
| 12/14/07 | -2.28% | -2.11% | No | -2.60% | -2.37% | No | 1.38% | 1.51% | Yes |
| 1/8/08 | -22.61% | -23.21% | Yes | -21.96% | -22.66% | Yes | -4.11% | -4.06% | Yes |
| 1/9/08 | -3.90% | -3.89% | Yes | -6.60% | -6.56% | Yes | -6.61% | -6.61% | Yes |
| 1/11/08 | 6.56% | 5.39% | Yes | 2.51% | 1.11% | No | 12.38% | 12.22% | No |
| 1/14/08 | -5.22% | -6.20% | Yes | -4.74% | -5.91% | Yes | -0.61% | -0.63% | No |
| 2/4/08 | -0.50% | -0.06% | No | 0.17% | 0.73% | No | 0.36% | 0.46% | No |
| 2/5/08 | -2.60% | -2.45% | No | -2.50% | -2.29% | No | 0.02% | -0.12% | No |
| 3/6/08 | -7.23% | -5.78% | Yes | -8.10% | -6.30% | Yes | -0.66% | -0.64% | Yes |
| 3/7/08 | -2.57% | -1.99% | No | -2.38% | -1.64% | No | | | |
| 3/1/08 | -17.56% | -15.79% | Yes | -16.98% | -14.79% | Yes | | | |

Note:

[1] Jarrell Affidavit provides regression results for three Countrywide debt securities: the 7% Capital Securities, the 6.75% Preferred Securities, and the Series L Note (Appendices B, C, and D to Jarrell Affidavit).

[2] Alleged corrective disclosure days are identified in the Complaint. The impact date for this disclosure is identified as follows. If an alleged corrective disclosure occurs after the close of market, the impact day for this disclosure is defined as the following Countrywide common stock trading day. If an alleged corrective disclosure occurs late in the trading day, i.e., between 2:00 PM and market close, or at an unknown time, the impact date for this disclosure is defined as the following Countrywide common stock trading day and the following Countrywide common stock trading day. Otherwise, the impact date is defined as the same day as the alleged corrective disclosure day.

[3] Jarrell uses the following criteria to indicate significance: a t-statistic greater than 1.96 in absolute value indicates statistical significance at the 95% confidence level using a two-tailed test (Appendices B, C, and D to Jarrell Affidavit).

[4] Bold indicates days on which Jarrell identifies significant residual returns that move in opposite directions on the given date.

7

## Exhibit 7

## Countrywide Financial Corp.

### Summary of Trades and Price Changes for Countrywide Debt Securities Analyzed by Jarrell[1]
### Impact Days for Alleged Corrective Disclosures

Source: Bloomberg; Complaint; Jarrell Affidavit

| Alleged Corrective Disclosure Impact Date[2] | No. of Outstanding Securities[3] | No. of Securities Traded[4] | % of Outstanding Securities Not Trading | No. of Available One-Day Returns[5] | No. of Positive Returns[6] | % Positive Returns | No. of Negative Returns[7] | % Negative Returns | No. of Zero Returns[8] | % Zero Returns |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/24/07 | 25 | 13 | 48.0% | 11 | 2 | 18.2% | 9 | 81.8% | 0 | 0.0% |
| 8/9/07 | 25 | 13 | 48.0% | 12 | 5 | 41.7% | 7 | 58.3% | 0 | 0.0% |
| 8/10/07 | 25 | 11 | 56.0% | 11 | 3 | 27.3% | 8 | 72.7% | 0 | 0.0% |
| 8/14/07 | 25 | 15 | 40.0% | 12 | 4 | 33.3% | 8 | 66.7% | 0 | 0.0% |
| 8/15/07 | 24 | 14 | 41.7% | 12 | 0 | 0.0% | 12 | 100.0% | 0 | 0.0% |
| 8/16/07 | 24 | 16 | 33.3% | 13 | 1 | 7.7% | 12 | 92.3% | 0 | 0.0% |
| 8/24/07 | 24 | 15 | 37.5% | 12 | 5 | 41.7% | 7 | 58.3% | 0 | 0.0% |
| 8/27/07 | 24 | 15 | 37.5% | 13 | 5 | 38.5% | 8 | 61.5% | 0 | 0.0% |
| 9/10/07 | 24 | 13 | 45.8% | 13 | 7 | 53.8% | 6 | 46.2% | 0 | 0.0% |
| 10/24/07 | 24 | 15 | 37.5% | 13 | 7 | 53.8% | 6 | 46.2% | 0 | 0.0% |
| 10/26/07 | 24 | 15 | 37.5% | 12 | 11 | 91.7% | 1 | 8.3% | 0 | 0.0% |
| 10/30/07 | 24 | 15 | 37.5% | 12 | 4 | 33.3% | 8 | 66.7% | 0 | 0.0% |
| 11/7/07 | 24 | 14 | 41.7% | 12 | 3 | 25.0% | 9 | 75.0% | 0 | 0.0% |
| 11/8/07 | 24 | 14 | 41.7% | 13 | 5 | 38.5% | 8 | 61.5% | 0 | 0.0% |
| 11/26/07 | 24 | 15 | 37.5% | 14 | 5 | 35.7% | 9 | 64.3% | 0 | 0.0% |
| 12/13/07 | 24 | 15 | 37.5% | 14 | 1 | 7.1% | 13 | 92.9% | 0 | 0.0% |
| 12/14/07 | 24 | 15 | 37.5% | 15 | 5 | 33.3% | 8 | 53.3% | 2 | 13.3% |
| 1/8/08 | 22 | 15 | 31.8% | 12 | 0 | 0.0% | 11 | 100.0% | 0 | 0.0% |
| 1/9/08 | 22 | 17 | 22.7% | 15 | 4 | 26.7% | 11 | 73.3% | 0 | 0.0% |
| 1/11/08 | 22 | 18 | 18.2% | 18 | 17 | 94.4% | 1 | 5.6% | 0 | 0.0% |
| 1/14/08 | 22 | 15 | 31.8% | 15 | 7 | 46.7% | 7 | 46.7% | 1 | 6.7% |
| 2/4/08 | 22 | 14 | 36.4% | 11 | 5 | 45.5% | 5 | 45.5% | 1 | 9.1% |
| 2/5/08 | 22 | 15 | 31.8% | 13 | 7 | 53.8% | 6 | 46.2% | 0 | 0.0% |
| 3/6/08 | 21 | 13 | 38.1% | 13 | 5 | 38.5% | 8 | 61.5% | 0 | 0.0% |
| 3/7/08 | 21 | 13 | 38.1% | 12 | 2 | 16.7% | 9 | 75.0% | 1 | 8.3% |
| 3/10/08 | 21 | 13 | 38.1% | 11 | 0 | 0.0% | 11 | 100.0% | 0 | 0.0% |
| **Average** | | | **38.1%** | | | **35.9%** | | **62.6%** | | **1.5%** |

Note:

[1] Countrywide debt securities Analyzed by Jarrell includes the 7% Capital Securities, the 6.75% Preferred Securities, and 24 other Countrywide debt securities for which he has TRACE data (Jarrell Affidavit, ¶¶63, 106-7, 131).

[2] Alleged corrective disclosure days are identified in the Complaint. The impact date of an alleged corrective disclosure is identified as follows. If an alleged corrective disclosure occurs late in the trading day, i.e., between 2:00 PM and market close, or at an unknown time, the impact date for this disclosure is defined as the disclosure day and the following Countrywide common stock trading day. Otherwise, the impact date is defined as the same day as the alleged corrective disclosure day.

[3] No. of Outstanding Securities is defined as the number of Countrywide debt securities with issuance date on or prior to the alleged corrective disclosure impact date and whose maturity date or redemption date, if any, is after the alleged corrective disclosure impact date.

[4] No. of Securities Traded is the number of Countrywide debt securities that trade on the alleged corrective disclosure impact date.

[5] No. of Available One-Day Returns is the number of Countrywide debt securities with one-day returns on the alleged corrective disclosure impact date.

[6] No. of Positive Returns is the number of Countrywide debt securities that have a positive one-day return on the alleged corrective disclosure impact date.

[7] No. of Negative Returns is the number of Countrywide debt securities that have a negative one-day return on the alleged corrective disclosure impact date.

[8] No. of Zero Returns is the number of Countrywide debt securities that have a zero one-day return on the alleged corrective disclosure impact date.

8

## Exhibit 8
### Countrywide Financial Corp.
### Summary of Trades and Price Changes for Countrywide Debt Securities
### Included in Kleidon Report and Analyzed by Jarrell[1]
### Impact Days for Alleged Corrective Disclosures

Source: Bloomberg; Complaint; Exhibit 4 to Kleidon Report; Jarrell Affidavit

| Alleged Corrective Disclosure Impact Date[2] | No. of Outstanding Securities[3] | No. of Securities Traded[4] | % of Outstanding Securities Not Trading | No. of Available One-Day Returns[5] | No. of Positive Returns[6] | % Positive Returns | No. of Negative Returns[7] | % Negative Returns | No. of Zero Returns[8] | % Zero Returns |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/2/07 | 163 | 18 | 89.0% | 12 | 2 | 16.7% | 9 | 75.0% | 1 | 8.3% |
| 8/9/07 | 167 | 26 | 84.4% | 16 | 7 | 43.8% | 9 | 56.3% | 0 | 0.0% |
| 8/10/07 | 169 | 32 | 81.1% | 14 | 4 | 28.6% | 10 | 71.4% | 0 | 0.0% |
| 8/14/07 | 169 | 33 | 80.5% | 23 | 11 | 47.8% | 10 | 43.5% | 2 | 8.7% |
| 8/15/07 | 169 | 37 | 78.1% | 21 | 3 | 14.3% | 18 | 85.7% | 0 | 0.0% |
| 8/16/07 | 165 | 54 | 67.3% | 30 | 6 | 20.0% | 24 | 80.0% | 0 | 0.0% |
| 8/24/07 | 165 | 38 | 76.2% | 29 | 12 | 41.4% | 17 | 58.6% | 0 | 0.0% |
| 8/27/07 | 165 | 37 | 77.6% | 25 | 13 | 52.0% | 12 | 48.0% | 0 | 0.0% |
| 9/1/07 | 165 | 25 | 84.8% | 17 | 9 | 52.9% | 7 | 41.2% | 1 | 5.9% |
| 9/10/07 | 165 | 25 | 85.3% | 18 | 7 | 38.9% | 11 | 61.1% | 0 | 0.0% |
| 10/24/07 | 156 | 23 | 85.3% | 14 | 12 | 85.7% | 2 | 14.3% | 0 | 0.0% |
| 10/26/07 | 156 | 22 | 85.9% | 20 | 8 | 40.0% | 10 | 50.0% | 2 | 10.0% |
| 10/30/07 | 156 | 26 | 83.3% | 14 | 3 | 21.4% | 11 | 78.6% | 0 | 0.0% |
| 11/7/07 | 155 | 17 | 89.0% | 14 | 5 | 35.7% | 8 | 57.1% | 1 | 7.1% |
| 11/8/07 | 155 | 19 | 87.7% | 25 | 8 | 32.0% | 16 | 64.0% | 1 | 4.0% |
| 11/26/07 | 150 | 37 | 75.3% | 21 | 2 | 9.5% | 19 | 90.5% | 0 | 0.0% |
| 12/13/07 | 150 | 26 | 82.7% | 20 | 7 | 35.0% | 11 | 55.0% | 2 | 10.0% |
| 12/14/07 | 150 | 30 | 80.0% | 16 | 1 | 6.3% | 15 | 93.8% | 0 | 0.0% |
| 1/8/08 | 144 | 32 | 77.8% | 28 | 4 | 14.3% | 24 | 85.7% | 0 | 0.0% |
| 1/9/08 | 144 | 42 | 70.8% | 30 | 28 | 93.3% | 2 | 6.7% | 0 | 0.0% |
| 1/11/08 | 144 | 40 | 72.2% | 26 | 12 | 46.2% | 13 | 50.0% | 1 | 3.8% |
| 1/14/08 | 144 | 31 | 78.5% | 17 | 8 | 47.1% | 7 | 41.2% | 2 | 11.8% |
| 2/8/08 | 140 | 27 | 80.7% | 24 | 10 | 41.7% | 13 | 54.2% | 1 | 4.2% |
| 3/6/08 | 135 | 51 | 63.6% | 18 | 10 | 55.6% | 8 | 44.4% | 0 | 0.0% |
| 3/7/08 | 135 | 23 | 83.0% | 17 | 3 | 17.6% | 13 | 76.5% | 1 | 5.9% |
| 3/10/08 | 135 | 25 | 81.5% | 16 | 3 | 18.8% | 13 | 81.3% | 0 | 0.0% |
| **Average** | | | **80.2%** | | | **37.7%** | | **59.4%** | | **2.9%** |

Note:

[1] Includes 187 Countrywide debt securities composed of 176 Countrywide debt securities from Exhibit 4 to Kleidon Report, 10 Countrywide debt securities for which Jarrell has TRACE data and were not included in Exhibit 4 to Kleidon Report, plus the 6.75% Preferred Securities.

[2] Alleged corrective disclosure days are identified in the Complaint. The impact date of an alleged disclosure is identified as follows. If an alleged corrective disclosure occurs after the close of market, the impact day for this disclosure is defined as the following Countrywide common stock trading day. If an alleged corrective disclosure occurs late in the trading day, i.e., between 2:00 PM and market close, or at an unknown time, the impact date for this disclosure is defined as the following Countrywide common stock trading day. Otherwise, the impact date is defined as the same day as the alleged corrective disclosure day, and whose maturity date or redemption date, if any, is after the alleged corrective disclosure impact date.

[3] No. of Outstanding Securities is defined as the number of Countrywide debt securities with issuance date on or prior to the alleged corrective disclosure impact date.

[4] No. of Securities Traded is the number of Countrywide debt securities that trade on the alleged corrective disclosure impact date.

[5] No. of Available One-Day Returns is the number of Countrywide debt securities with one-day returns on the alleged corrective disclosure impact date.

[6] No. of Positive Returns is the number of Countrywide debt securities that have a positive one-day return on the alleged corrective disclosure impact date.

[7] No. of Negative Returns is the number of Countrywide debt securities that have a negative one-day return on the alleged corrective disclosure impact date.

[8] No. of Zero Returns is the number of Countrywide debt securities that have a zero one-day return on the alleged corrective disclosure impact date.

**9**

## Amended Exhibit 9
## Countrywide Financial Corp.
## Summary of Trades, Price Changes, and Co-Movement of Price Changes
## Countrywide Debt Securities Included in Kleidon Report and Analyzed by Jarrell
## Matched to Series L Note on Earnings Announcement Dates[1]

Source: Bloomberg; Exhibit 4 to Kleidon Report; Jarrell Affidavit



**1,030 Potential Eligible Paired Trading Days**

**212 Paired Trading Days with Trades**

**161 Paired Trading Days with Two-Day Consecutive Trades**

- Security Pairs with Positive Price Movement[2] — 29.1%
- Security Pairs with Negative Price Movement[2] — 32.5%
- Security Pairs Moving in Opposite Directions[4] — 34.4%
- Security Pairs with Zero Price Movement[3] — 4.0%

79.4% / 20.6% — 71.2% / 28.8%

**Note:**
[1] Includes 187 Countrywide debt securities composed of 176 Countrywide debt securities from Exhibit 4 to Kleidon Report, 10 Countrywide debt securities for which Jarrell has TRACE data and were not included in Exhibit 4 to Kleidon Report, plus the 6.75% Preferred Securities. The Series L Note is compared to the remaining 186 Countrywide debt securities. Earnings Announcement Dates are provided in Exhibit 5 to Jarrell Affidavit.
[2] Percent of paired trading days with two-day consecutive trades on which security prices moved in the same direction.
[3] Percent of paired trading days with two-day consecutive trades on which at least one security observed zero price movement.
[4] Percent of paired trading days with two-day consecutive trades on which security prices moved in opposite directions.

10

# Amended Exhibit 10
## Countrywide Financial Corp.
### Summary of Trades, Price Changes, and Co-Movement of Price Changes Countrywide Debt Securities Included in Kleidon Report and Analyzed by Jarrell Matched to Series L Note on Impact Days for Alleged Corrective Disclosures[1]

Source: *Bloomberg; Exhibit 4 to Kleidon Report; Jarrell Affidavit*



**3,826 Potential Eligible Paired Trading Days**

**740 Paired Trading Days with Trades**

**484 Paired Trading Days with Two-Day Consecutive Trades**

Note:
[1] Includes 187 Countrywide debt securities composed of 176 Countrywide debt securities from Exhibit 4 to Kleidon Report, 10 Countrywide debt securities for which Jarrell has TRACE data and were not included in Exhibit 4 to Kleidon Report, plus the 6.75% Preferred Securities. The Series L Note is compared to the remaining 186 Countrywide debt securities. Impact Days for Alleged Corrective Disclosures are identified in Exhibit 6.
[2] Percent of paired trading days with two-day consecutive trades on which security prices moved in the same direction.
[3] Percent of paired trading days with two-day consecutive trades on which at least one security observed zero price movement.
[4] Percent of paired trading days with two-day consecutive trades on which security prices moved in opposite directions.

11

# Amended Exhibit 11
## Countrywide Financial Corp.
### Summary of Trades, Price Changes, and Co-Movement of Price Changes
### Countrywide Debt Securities Included in Kleidon Report and Analyzed by Jarrell
### Matched to Series L Note on Statistically Significant Days[1]

Source: *Bloomberg; Exhibit 4 to Kleidon Report; Jarrell Affidavit*



Note:
[1] Includes 187 Countrywide debt securities composed of 176 Countrywide debt securities from Exhibit 4 to Kleidon Report, 10 Countrywide debt securities for which Jarrell has TRACE data and were not included in Exhibit 4 to Kleidon Report, plus the 6.75% Preferred Securities. The Series L Note is compared to the remaining 186 Countrywide debt securities. Jarrell uses the following criteria to indicate significance: a t-statistic greater than 1.96 in absolute value indicates statistical significance at the 95% confidence level using a two-tailed test (Appendix D to Jarrell Affidavit).
[2] Percent of paired trading days with two-day consecutive trades on which security prices moved in the same direction.
[3] Percent of paired trading days with two-day consecutive trades on which at least one security observed zero price movement.
[4] Percent of paired trading days with two-day consecutive trades on which security prices moved in opposite directions.

150

12

Amended Exhibit 12
Countrywide Financial Corp.

Summary of Trades, Price Changes, and Co-Movement of Price Changes
Countrywide Debt Securities Included in Kleidon Report and Analyzed by Jarrell
Matched to Series L Note on all Eligible Trading Days in the Putative Class Period[1]

Source: Bloomberg; Exhibit 4 to Kleidon Report; Jarrell Affidavit



Note:
[1] Includes 187 Countrywide debt securities composed of 176 Countrywide debt securities from Exhibit 4 to Kleidon Report, 10 Countrywide debt securities for
   which Jarrell has TRACE data and were not included in Exhibit 4 to Kleidon Report, plus the 6.75% Preferred Securities.  The Series L Note is compared to the
   remaining 186 Countrywide debt securities.
[2] Percent of paired trading days with two-day consecutive trades on which security prices moved in the same direction.
[3] Percent of paired trading days with two-day consecutive trades on which at least one security observed zero price movement.
[4] Percent of paired trading days with two-day consecutive trades on which security prices moved in opposite directions.