UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Date: September 22, 2009

**Case No: CV07-5295-MRP (MANx)  GEORGE PAPPAS, et al., v. COUNTRYWIDE FINANCIAL CORP.,**
==================================================================================
PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| Cynthia Salyer | Mark Schweitzer |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| Joel Bernstein | Brian Pastaszenski, for Countrywide |
| David Goldsmith | John O. Farley, for Countrywide |
| Mark I. Labaton | Michael Tu, for Sambol |
| Ira Schochet | Lori Lynn Phillips, for Sambol |
| Joshua Crowell | Joel B. Strauss, for Braun & Katzeff |
| | Christopher Caldwell, for Kurland |
| | Peter B. Morrison, for Daugherty & Brown |
| | James L. Sanders, for Garcia |
| | Daniel P. Lefler, for Mozilo |
| | J. Warren Rissier, for KPMG |
| | David Priebe, for Sieracki |
| | Jane H. Bu, for Gissinger |
| | Dean Kitchens, for Underwriters |
| | Jordan Eth, for Outside Directors Cisneros, Cunningham, Donato, Enis, Heller, King, Melone, Parry, Robertson, Russell and Snyder |

**PROCEEDINGS:   IN COURT PROCEEDING - HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (fld 8/26/09 #509)**

   The case is called and appearances are made.  Court and counsel argue the Motion for Class Certification. The motion is taken under submission and the Court's order will follow.

MINUTES FORM 11                                                                  Initials of Deputy Clerk cs
CIVIL - GEN                                                                               TIME: 3 hours /.45 min.