UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 07-CV-5295-MRP (MANx) | Date | December 9, 2009 |
| Title | *In re Countrywide Financial Corp. Sec. Litig.* | | |

Present: The Honorable   Mariana R. Pfaelzer, Senior U.S. District Judge

| Cynthia Salyer | Not present. |
|---|---|
| Courtroom Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None. | None. |

**Proceedings:**   **IN CHAMBERS**

Before the Court is Countrywide Defendants' motion for judgment on the pleadings (and several Defendants' joinders in that motion). Background provided in the prior order on this matter is hereby incorporated by reference. Docket no. 483 (July 10, 2009).

Accordingly, the Court will give Plaintiffs' counsel the benefit of the doubt on this occasion. The Court will resolve the ambiguities in the complaint, and the less obvious ambiguity of the relevant hearing transcript, in favor of Plaintiffs.

The motion for judgment on the pleadings is DENIED. Docket nos. 462, 465, 466.

The protective order regarding this matter is VACATED. Docket no. 483. Plaintiffs may renew any requests precluded by that protective order, if necessary.

This order is without prejudice to these events being raised in any future proceeding, whether upon motion of the Defendants or otherwise.

IT IS SO ORDERED.