# Exhibit K

Case 2:07-cv-05295-MRP-MAN   Document 729-11   Filed 03/05/10   Page 1 of 5

| | |
|---|---|
| **From:** | Eric Carsten |
| **To:** | Goldsmith, David |
| **Subject:** | RE: Countrywide |
| **Date:** | Wednesday, February 03, 2010 10:31:39 PM |

Dear David:

As I stated during our call, plaintiffs need to address all alleged false and misleading statements for which they seek to hold Mr. Mozilo personally liable. If plaintiffs are not willing to do that, please let me know the basis for their position.

Thank you.

Regards,
Eric

---

**From:** Goldsmith, David [mailto:dgoldsmith@labaton.com]
**Sent:** Wednesday, February 03, 2010 4:57 PM
**To:** Carsten, Eric
**Subject:** RE: Countrywide

Eric:

Further to the e-mails below, I write to clarify, consistent with our meet-and-confer discussion on January 21, 2010, that our supplemental answer and objections to Interrogatory No. 11 of Defendant Mozilo's First Set of Interrogatories to New York State Common Retirement Fund will be limited to alleged false and misleading statements made by Defendant Mozilo (as opposed to any and all Defendants).

Please let me know if this differs from your understanding.

Thanks,
David




David J. Goldsmith
Partner
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
Direct dial 212.907.0879
Direct fax 212.883.7079
dgoldsmith@labaton.com
www.labaton.com

---

> **From:** Goldsmith, David
> **Sent:** Friday, January 29, 2010 8:54 PM
> **To:** Eric Carsten

**Subject:** RE: Countrywide

Agreed.  Thank you.



David J. Goldsmith
Partner
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
Direct dial 212.907.0879
Direct fax 212.883.7079
dgoldsmith@labaton.com
www.labaton.com

---

**From:** Carsten, Eric [mailto:ECarsten@irell.com]
**Sent:** Friday, January 29, 2010 8:20 PM
**To:** Goldsmith, David
**Subject:** RE: Countrywide

Dear David:

We agree to grant an extension until February 10, 2010 to serve responses and objections to Defendan Mozilo's Second Set of Requests for Admission to New York City Pension Funds, dated December 30, 2009.

We agree to grant an extension until February 22, 2010 to serve answers and objections to Defendant Mozilo's Second Set of Interrogatories to New York City Pension Funds, dated December 30, 2009.

We agree to grant an extension until February 22, 2010 to serve supplemental answers and objections to Interrogatories Nos. 11, 12, 13, and 22 of Defendant Mozilo's First and Second Set of Interrogatories to New York State Common Retirement Fund.

As we discussed, the extensions above are contingent on your clients providing sufficient time to allow my client to review the responses, meet and confer with you, and serve any motion to compel if necessary, and on your clients agreeing not to take the position that any such motion is untimely.  We propose that the opening portion of any motion to compel based on the responses discussed above be served within fourteen calendar days of the date the response is served.  Please let me know if you agree.

Regards,
Eric

---

**From:** Goldsmith, David [mailto:dgoldsmith@labaton.com]
**Sent:** Thursday, January 28, 2010 8:50 PM
**To:** Carsten, Eric
**Subject:** Countrywide

583

Eric:

I'm responding to your voice mail from Tuesday.

During our meet-and-confer discussion on January 21, we discussed the following extensions:

1.  An extension to February 5, 2010 to serve responses and objections to Defendant Mozilo's Second Set of Requests for Admission to New York City Pension Funds, dated December 30, 2009.  Since the Wright and Levine depositions have recently been rescheduled and now will not be completed until February 8, 2010, it would make sense to have a further extension until February 10 to serve these responses.  Let me know if you will agree to this.

2.  An extension to February 22, 2010 to serve answers and objections to Defendant Mozilo's Second Set of Interrogatories to New York City Pension Funds dated December 30, 2009.

3.  An extension to February 22, 2010 to serve supplemental answers and objections to Interrogatories No. 11, 12, 13 and 22 of Defendant Mozilo's First and Second Sets of Interrogatories to New York State Common Retirement Fund dated October 15 and December 16, 2009, respectively.

Please confirm your agreement to these extensions of time.

Thanks,
David


David J. Goldsmith
Partner
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
Direct dial 212.907.0879
Direct fax 212.883.7079
dgoldsmith@labaton.com
www.labaton.com


 Please consider the environment before printing this email.
***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact

us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

ccmailg.irell.com made the following annotations
--------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.


--------------------------------------------------------------------

ccmailg.irell.com made the following annotations
--------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.



--------------------------------------------------------------------