LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
*jbernstein@labaton.com*
JONATHAN M. PLASSE
*jplasse@labaton.com*
IRA A. SCHOCHET
*ischochet@labaton.com*
DAVID J. GOLDSMITH
*dgoldsmith@labaton.com*
MICHAEL H. ROGERS
*mrogers@labaton.com*
JOSHUA L. CROWELL
*jcrowell@labaton.com*
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiffs New York Funds*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Applies to:  All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**SUPPLEMENTAL DECLARATION OF DAVID J. GOLDSMITH IN OPPOSITION TO DEFENDANT KEITH P. RUSSELL'S MOTION TO COMPEL FURTHER RESPONSES TO FIRST SET OF INTERROGATORIES**<br><br>Date:  March 15, 2010<br>Time:  11:00 a.m.<br>Judge:  Hon. Mariana R. Pfaelzer<br>Place:  Courtroom 12<br><br>Discovery cut-off:  January 31, 2010<br>Trial Date:  August 10, 2010 |

## DECLARATION OF DAVID J. GOLDSMITH

I, David J. Goldsmith, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the New York law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel for Lead Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and as Trustee of the New York State Common Retirement Fund; and Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, and Teachers' Retirement System of the City of New York in the above-titled matter. I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this supplemental declaration in opposition to Defendant Keith P. Russell's motion to compel further responses to his First Set of Interrogatories. I have personal knowledge of the facts set forth herein.

3. On March 3, 2010, I left a voice-mail for Philip T. Besirof of Morrison & Foerster LLP, counsel for the Outside Directors, indicating an interest in having a discussion to potentially narrow or resolve this discovery dispute. That evening, I received a voice-mail from Mr. Besirof advising of the Outside Directors' intention to withdraw the motion to compel as to Interrogatories No. 2-4 and 6-8, but to continue to press the motion as to Interrogatories No. 9-15.

4. Annexed hereto as Exhibit A is a true and correct copy of Plaintiffs' Verified Supplemental Answers and Objections to Interrogatories No. 2-4 and 6-15 Propounded by Defendant Keith P. Russell to Lead Plaintiffs and Plaintiffs, dated March 1, 2010 and served on all Defendants in this action.

5. Annexed hereto as Exhibit B is a true and correct copy of Lead Plaintiff New York State Common Retirement Fund's Verified Supplemental Answers and Objections to Defendant Angelo R. Mozilo's Interrogatories No. 11,

1  12, 13, and 22, dated February 22, 2010 and served on all Defendants in this
2  action.
3          6.     Annexed hereto as Exhibit C is a true and correct copy of Plaintiffs'
4  Second Supplemental Verified Answers and Objections to the First Set of
5  Interrogatories Propounded to Plaintiffs by Defendant David Sambol, dated
6  February 22, 2010 and served on all Defendants in this action.
7          7.     Annexed hereto as Exhibit D is a true and correct copy of Plaintiffs'
8  Verified Answers and Objections to Defendant Eric Sieracki's First Set of
9  Interrogatories to Plaintiffs, dated February 22, 2010 and served on all
10 Defendants in this action.
11         8.     Annexed hereto as Exhibit E is a true and correct copy of Lead
12 Plaintiff New York City Pension Funds' Verified Supplemental Answers and
13 Objections to Defendant Carlos Garcia's Second Set of Interrogatories, dated
14 February 22, 2010 and served on all Defendants in this action.
15         9.     Annexed hereto as Exhibit F is a true and correct copy of Second
16 Supplemental Answers and Objections to the Second Set of Interrogatories to
17 Plaintiffs Barry Brahn and Shelley B. Katzeff by Defendant Carlos Garcia, dated
18 February 22, 2010 and served on all Defendants in this action.
19         10.    Annexed hereto as Exhibit G is a true and correct copy of
20 Supplemental Answers and Objections to Defendant Andrew Gissinger III's First
21 Set of Interrogatories to Plaintiffs Barry Brahn and Shelley B. Katzeff, dated
22 February 22, 2010 and served on all Defendants in this action.
23         11.    Annexed hereto as Exhibit H is a true and correct copy of Plaintiffs'
24 Verified Answers and Objections to Defendant Banc of America Securities,
25 LLC's First Set of Interrogatories, dated February 22, 2010 and served on all
26 Defendants in this action.
27         12.    Annexed hereto as Exhibit I is a true and correct copy of a letter
28 dated February 23, 2010 from J. Warren Rissier of Bingham McCutchen LLP,

1  counsel for Defendant KPMG LLP, to Michael H. Rogers of Labaton Sucharow
2  LLP, Lead Counsel for Lead Plaintiffs.
3       13.   Annexed hereto as Exhibit J is a true and correct copy of Lead
4  Plaintiff New York State Common Retirement Fund's [Original] Verified
5  Answers and Objections to Defendant Angelo R. Mozilo's First Set of
6  Interrogatories, dated December 2, 2009 and served on all Defendants in this
7  action.
8       14.   Annexed hereto as Exhibit K is a true and correct copy of an e-
9  mail exchange concluding on February 3, 2010 between me and Eric J. Carsten of
10 Irell & Manella LLP, counsel for Defendant Angelo Mozilo.
11
12    I declare under penalty of perjury of the laws of the United States that the
13 foregoing is true and correct to the best of my knowledge.
14    Executed this 5th day of March, 2010.
15
16                                          */s/ David J. Goldsmith*
17                                          DAVID J. GOLDSMITH