| | |
|---|---|
| 1 | JORDAN ETH (SBN 121617) |
|  | JEth@mofo.com |
| 2 | JUDSON E. LOBDELL (SBN 146041) |
|  | JLobdell@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 4 | San Francisco, California 94105 |
|  | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| 6 | Attorneys for Defendants |
|  | HENRY G. CISNEROS, JEFFREY M. |
| 7 | CUNNINGHAM, ROBERT J. DONATO, |
|  | BEN M. ENIS, EDWIN HELLER, |
| 8 | GWENDOLYN S. KING, MARTIN R. |
|  | MELONE, ROBERT T. PARRY, |
| 9 | OSCAR P. ROBERTSON, KEITH P. |
|  | RUSSELL, and HARLEY W. SNYDER |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION | Case No. CV 07-05295-MRP (MANx) |
|  | **DECLARATION OF PHILIP T. BESIROF IN SUPPORT OF DEFENDANT KEITH P. RUSSELL'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO FIRST SET OF INTERROGATORIES** |
| This Document Relates To: All Actions | Date: March 15, 2010 |
|  | Time: 11:00 a.m. |
|  | Judge: Hon. Mariana R. Pfaelzer |
|  | Place: Courtroom 12 |
|  | Discovery cut-off: January 31, 2010 |
|  | Trial Date: August 10, 2010 |

BESIROF DECL. ISO DEFENDANT'S SUPPLEMENTAL MEMORANDUM.
CASE NO. CV 07-05295 MRP(MANx)
sf-2811225

**0001**

I, PHILIP T. BESIROF, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record in this action for Defendant Keith P. Russell. I submit this Declaration in Support of Defendant Keith P. Russell's Supplemental Memorandum In Support Of Motion To Compel Further Responses To First Set Of Interrogatories. If called as a witness, I would testify to the following facts.

2.    Attached as Exhibit A is a true and correct copy of Plaintiffs' Verified Supplemental Answers And Objections To Interrogatories No. 2-4 And 6-15 Propounded By Defendant Keith P. Russell To Lead Plaintiffs And Plaintiffs, received by my law firm on March 1, 2010.

3.    Attached as Exhibit B is a true and correct copy of Lead Plaintiff New York State Common Retirement Fund's Verified Supplemental Answers And Objections To Defendant Angelo R. Mozilo's Interrogatories No. 11, 12, 13 And 22, received by my law firm on February 23, 2010, and identified in Ex. A above at 78:11-13 as item "(a)."

4.    Attached as Exhibit C is a true and correct copy of Plaintiffs' Second Supplemental Verified Answers And Objections To The First Set Of Interrogatories Propounded To Plaintiffs By Defendant David Sambol, received by my law firm on February 23, 2010, and identified in Ex. A above at 78:13-15 as item "(b)."

5.    Attached as Exhibit D is a true and correct copy of Plaintiffs' Verified Answers And Objections To Defendant Eric Sieracki's First Set Of Interrogatories To Plaintiffs, received by my law firm on February 23, 2010, and identified in Ex. A above at 78:15-17 as item "(c)."

6.    Attached as Exhibit E is a true and correct copy of Lead Plaintiffs New York City Pension Funds' Verified Supplemental Answers And

Objections To Defendant Carlos Garcia's Second Set Of Interrogatories, received by my law firm on February 23, 2010, and identified in Ex. A above at 78:17-19 as item "(d)."

  7. Attached as Exhibit F is a true and correct copy of Second Supplemental Answers And Objections To The Second Set Of Interrogatories To Plaintiffs Barry Brahn And Shelley B. Katzeff By Defendant Carlos Garcia, received by my law firm on February 23, 2010, and identified in Ex. A above at 78:19-21 as item "(e)."

  8. Attached as Exhibit G is a true and correct copy of Supplemental Answers And Objections To Defendant Andrew Gissinger III's First Set Of Interrogatories To Plaintiffs Barry Brahn And Shelley B. Katzeff, received by my law firm on February 23, 2010, and identified in Ex. A above at 78:21-23 as item "(f)."

  9. Attached hereto as Exhibit H is a true and correct copy of Plaintiffs' Verified Answers And Objections To Defendant Banc Of America Securities, LLC's First Set Of Interrogatories, received by my law firm on February 23, 2010, and identified in Ex. A above at 78:23-24 as item "(g)."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California, on this 5th day of March, 2010.

            /s/ Philip T. Besirof
            Philip T. Besirof