LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
*jbernstein@labaton.com*
JONATHAN M. PLASSE
*jplasse@labaton.com*
IRA A. SCHOCHET
*ischochet@labaton.com*
DAVID J. GOLDSMITH
*dgoldsmith@labaton.com*
MICHAEL H. ROGERS
*mrogers@labaton.com*
JOSHUA L. CROWELL
*jcrowell@labaton.com*
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiffs New York Funds*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Applies to:  All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**DECLARATION OF JOEL H. BERNSTEIN IN OPPOSITION TO THE COUNTRYWIDE OFFICERS' MOTION FOR PROTECTIVE ORDER**<br><br>Date:  April 15, 2010<br>Time:  11:00 a.m.<br>Judge:  Hon. Mariana R. Pfaelzer<br>Place:  Courtroom 12<br><br>Discovery cut-off:  January 31, 2010<br>Trial date:  August 10, 2010 |

Joel H. Bernstein declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the New York law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel for Lead Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and as Trustee of the New York State Common Retirement Fund; and Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, and Teachers' Retirement System of the City of New York in the above-titled matter. I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in opposition of the motion to compel filed jointly by Defendants Angelo R. Mozilo, David Sambol, and Eric P. Sieracki (together, the "Countrywide Officers") seeking a protective order quashing the document subpoena Plaintiffs issued to the SEC.

3. On February 2, 2010, I spoke with Lynn M. Dean, Esq., an attorney with the Los Angeles Regional Office of the SEC. Ms. Dean is one of the lead attorneys who conducted the SEC's investigation styled *In re Countrywide Financial Corporation,* File No. LA-3370 (the "SEC Investigation"), and who represents the plaintiff in *SEC v. Mozilo, et al.,* No. CV 09-03994 JFF (MANx) (C.D. Cal.).

4. Ms. Dean told me, among other things, that the SEC's customary litigation practice is to produce to defendants the evidentiary record of a pre-litigation investigation after a civil enforcement action is commenced. This is the first time that Plaintiffs' counsel—following their earlier discussions with certain Individual Defendants in which they denied having such materials—became aware that the Countrywide Officers could have later come into possession of testimony and exhibits from the SEC Investigation other than the transcripts of the Countrywide Officers' own SEC testimony.

1     5.    Ms. Dean also told me that the SEC would soon subpoena my Firm for all of the deposition transcripts and exhibits in this action. She further indicated that she would accept service on behalf of the SEC of a subpoena seeking similar materials relating to the SEC Investigation.

6.    Plaintiffs issued such a subpoena to the SEC on or about February 11, 2010. That subpoena is the subject of the present motion for protective order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of March, 2010.

*/s/ Joel H. Bernstein*
JOEL H. BERNSTEIN

BERNSTEIN DECL. IN OPP. TO MOT. FOR PROTECTIVE ORDER
LEAD CASE NO. CV 07-05295 MRP (MANx)
2