O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5295-MRP (MANx) | Date | March 31, 2010 |
|---|---|---|---|
| Title | In re COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION [GEORGE PAPPAS, et al., v. COUNTRYWIDE FINANCIAL CORP.] | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joel Bernstein | Brian Pastuszenski |
| Jon Plasse | Matthew Lindenbaum |
| Larry Sucharow | Marc Lackner |
| Mike Hennigan | |

**Proceedings:**     Mediation (Day 1 of 3) (non-evidentiary)

   Cause called; appearances made. Also present are Professor Eric D. Green, Mediator, Michael S. Robertson, ADR Law Clerk, Maurice Peaslee, Diane Foody, Ricardo Morales, Carolyn Wolpert, Frank Torchio, Shirli Weiss, Esq., David K. Willingham, Esq., David C. Codell, Esq., David Siegel, Esq., David Aufhauser, Esq., Michael Tu, Esq., Walt Brown, Esq., Peter Morrison, Esq., Jordan Eth, Esq., Dean Kitchens, Esq., Todd Gordinier, Esq., Gwyn Quillen, Esq., Dennis O'Hara, Esq., Ralph A. Guirgis, Esq., and Catherine Casavant, Esq.

   Court, mediator, and counsel confer regarding the ground rules for the three-day mediation and informs counsel of the steps taken by the Court in preparation for the mediation.

   After excusing the Court Reporter, the first day of the confidential mediation is held.

   Day two of mediation will resume tomorrow, April 1, 2010 at 9:00 a.m.

|  | 1 | : | 50 |
|---|---|---|---|
| Initials of Preparer | | SMO | |