| Name & Address: | |
|---|---|
| Lloyd Winawer (State Bar No. 157823) | |
| lwinawer@goodwinprocter.com | |
| **GOODWIN PROCTER LLP** | |
| 10250 Constellation Blvd., 21st Floor | |
| Los Angeles, CA 90067 | |
| Telephone: 310-788-5177    Facsimile: 310-286-0992 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re COUNTRYWIDE FINANCIAL CORP. SECURITIES LITIGATION | CASE NUMBER: LEAD CASE NO. 07-CV-05295-MRP (MANx) |
|---|---|
| | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1.) JOINT APPLICATION TO MODIFY SCHEDULING ORDER; 2.) [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other 1.) JOINT APPLICATION TO MODIFY SCHEDULING ORDER; 2.) [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated  8/25/2009

☐ Manual Filing required (*reason*):

| April 7, 2010 | /s/ Brian E. Pastuszenski |
|---|---|
| Date | Attorney Name |
| | Brian E. Pastuszenski |
| | Party Represented |
| | *Attorneys for Defendants* |
| | Countrywide Financial Corporation, Countrywide Securities Corporation, and Countrywide Capital V |

Note:  File one Notice in each case, each time you manually file document(s).