1  LABATON SUCHAROW LLP
   JOEL H. BERNSTEIN
2  *jbernstein@labaton.com*
   JONATHAN M. PLASSE
3  *jplasse@labaton.com*
   IRA A. SCHOCHET
4  *ischochet@labaton.com*
   140 Broadway
5  New York, New York  10005
   Telephone: (212) 907-0700
6  Facsimile: (212) 818-0477

7  *Lead Counsel for Lead*
   *Plaintiffs New York Funds*
8
   GOODWIN PROCTER LLP
9  BRIAN E. PASTUSZENSKI
   *bpastuszenski@goodwinprocter.com*
10 INEZ H. FRIEDMAN-BOYCE
   *ifriedmanboyce@goodwinprocter.com*
11 ALEXIS L .SHAPIRO
   *ashapiro@goodwinprocter.com*
12 53 State Street
   Boston, Massachusetts 02464
13 Telephone: (617) 523-1231
   Facsimile: (617) 570-1000
14
15 LLOYD WINAWER
   *lwinawer@goodwinprocter.com*
16 10250 Constellation Blvd., 21st Floor
   Los Angeles, California  90067
17 Telephone: (310) 788-5177
   Facsimile: (310) 286-0992

18 *Attorneys for Defendants*
   *Countrywide Financial Corporation,*
19 *Countrywide Securities Corporation,*
   *and Countrywide Capital V*
20
21 [Additional counsel listed on signature pages]

22            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
23                  WESTERN DIVISION

24 | IN RE COUNTRYWIDE FINANCIAL | Lead Case No. |
   | CORPORATION SECURITIES | CV 07-05295 MRP (MANx) |
25 | LITIGATION | **JOINT APPLICATION TO EXTEND STAY OF PROCEEDINGS** |
26 | This Document Relates to: All Actions | |
27 | | Courtroom:  12 |
   | | Judge:  Hon. Mariana R. Pfaelzer |
28

1       The Parties respectfully seek a ten-day extension of the stay of proceedings

2   imposed by the Court's April 8, 2010 Order Modifying Scheduling Order ("April

3   8 Stay Order").

4       On May 12, 2009, the Court entered a Scheduling Order concerning fact

5   and expert discovery, summary judgment motions, and trial, adopting the parties'

6   Joint Proposed Schedule filed with the Court on May 11, 2009.[1]

7       From March 31 through April 2, 2010, the Parties participated in mediation

8   proceedings presided over by the Honorable A. Howard Matz, a sitting Judge of

9   this Court, and Professor Eric D. Green.  On April 2, 2010, the Parties reached an

10  agreement-in-principle to settle this action in its entirety ("Settlement in

11  Principle").[2]

12      On April 8, 2010, the Court issued the April 8 Stay Order, staying the

13  proceedings and all pending pre-trial and trial deadlines from April 3, 2010 to a

14  date forty-five (45) days after the date of the Order—*i.e.*, through May 23, 2010.

15      Beginning after the issuance of the April 8 Stay Order, the Parties have

16  been engaged in discussions regarding the content and form of the various

17  documents that will need to be negotiated in connection with the Settlement in

18  Principle.  The Parties have made good progress in many respects, but discussions

19  continue as to several issues, and further mediation may be required to resolve

20  certain disputed issues.

---

[1] The Court's May 12, 2009 Scheduling Order was amended by Orders dated March 11, 2010 and March 22, 2010.

[2] Prior to the mediation, defendant Carlos Garcia, defendant Andrew Gissinger III and Plaintiffs entered into a stipulation to dismiss the Action as to Garcia and Gissinger, against whom Plaintiffs asserted Section 11 claims.

After consultation with Judge Matz and Eric Green about these discussions on May 17, 2010, the Parties were advised to submit a joint application to extend the stay by ten days.

Accordingly, the Parties are filing this Joint Application to Extend Stay of Proceedings for an additional ten (10) days, through June 2, 2010.  As represented to the Court in their Joint Application to Modify Scheduling Order, the Parties still expect to file a final, executed Stipulation and Agreement of Settlement, along with a Motion for Preliminary Approval of the Settlement, by May 28, 2010.

The Parties respectfully request that the Court approve the proposed ten-day extension of the stay set forth in its April 8 Stay Order by endorsing the Proposed Order filed concurrently herewith.


Dated:  May 19, 2010                    Respectfully submitted,

                                        LABATON SUCHAROW LLP

                                        By: _____/s/_____
                                            JOEL H. BERNSTEIN
                                            JONATHAN M. PLASSE
                                            IRA A. SCHOCHET
                                            DAVID J. GOLDSMITH
                                            MICHAEL H. ROGERS
                                            JOSHUA L. CROWELL

                                        *Lead Counsel for Lead Plaintiff
                                        Thomas P. DiNapoli, Comptroller
                                        of the State of New York, as
                                        Administrative Head of the New
                                        York State and Local Retirement
                                        Systems and as Trustee of the New
                                        York State Common Retirement Fund,
                                        and Lead Plaintiffs New York City
                                        Pension Funds*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KREINDLER & KREINDLER LLP

By: _____/s/_____
       GRETCHEN M. NELSON (#112566)
       gnelson@kreindler.com
       MARK LABATON (#159555)
       mlabaton@kreindler.com
       707 Wilshire Boulevard, Suite 4100
       Los Angeles, California  90017
       Telephone:  (213) 622-6469
       Facsimile:  (213) 622-6019

       *Liaison Counsel for Lead Plaintiffs*

KAPLAN FOX & KILSHEIMER LLP

By: _____/s/_____
       JOEL B. STRAUSS
       jstrauss@kaplanfox.com
       JEFFREY P. CAMPISI
       jcampisi@kaplanfox.com
       850 Third Avenue
       New York, New York  10022
       Telephone:  212-687-1980
       Facsimile:   212-687-7714

       *Attorneys for Plaintiff Barry Brahn*

HENNIGAN, BENNETT &
    DORMAN LLP

By: _____/s/_____
       J. MICHAEL HENNIGAN (#59491)
       hennigan@hbdlawyers.com
       KIRK D. DILLMAN (#110486)
       dillmank@hbdlawyers.com
       MICHAEL SWARTZ (#163590)
       swartzm@hbdlawyers.com
       865 South Figueroa Street, Suite 2900
       Los Angeles, California  90017
       Telephone:  (213) 694-1200
       Facsimile:  (213) 694-1234

       *Liaison Counsel for Lead Plaintiffs*

1   Dated:  May 19, 2010                    GOODWIN PROCTER LLP

2                                           By: _____/s/_____
3                                                BRIAN E. PASTUSZENSKI (*pro hac vice*)
                                                 *bpastuszenski@goodwinprocter.com*
4                                                ALEXIS L .SHAPIRO (*pro hac vice*)
                                                 *ashapiro@goodwinprocter.com*
5                                                53 State Street
                                                 Boston, Massachusetts 02464
6                                                Telephone: (617) 523-1231
                                                 Facsimile: (617) 570-1000
7
                                                 LLOYD WINAWER (SBN # 157823)
8                                                *lwinawer@goodwinprocter.com*
                                                 10250 Constellation Blvd., 21st Floor
9                                                Los Angeles, California  90067
                                                 Telephone: (310) 788-5177
10                                               Facsimile: (310) 286-0992

11                                               *Attorneys for Defendants*
                                                 *Countrywide Financial Corporation,*
12                                               *Countrywide Securities Corporation,*
                                                 *and Countrywide Capital V*
13

14  Dated:  May 19, 2010                    IRELL & MANELLA LLP

15                                           By: _____/s/_____
16                                               DAVID SIEGEL (SBN # 101355)
                                                 *dsiegel@irell.com*
17                                               DANIEL LEFLER (SBN # 151253)
                                                 *dlefler@irell.com*
18                                               CHARLES ELDER (SBN # 186524)
                                                 *pgraham@irell.com*
19                                               RANDALL JACKSON (SBN # 244545)
                                                 *rjackson@irell.com*
20                                               1800 Avenue of the Stars, Suite 900
                                                 Los Angeles, California  90067
21                                               Telephone:  310-277-1010
                                                 Facsimile:   310-203-7199
22                                               *Attorneys for Defendant*
23                                               *Angelo R. Mozilo*

24

25

26

27

28

1    Dated:  May 19, 2010                ORRICK, HERRINGTON
                                             & SUTCLIFFE LLP
2
                                       By:_____/s/_____
3                                            MICHAEL D. TORPEY (SBN # 79424)
                                             *mtorpey@orrick.com*
4                                            PENELOPE A. GRABOYS BLAIR
                                             (SBN # 214742)
5                                            *pgraboysblair@orrick.com*
                                             The Orrick Building
6                                            405 Howard Street
                                             San Francisco, California  94105-2669
7                                            Telephone:  415-773-5700
                                             Facsimile:   415-773-5759
8
                                             MICHAEL C. TU (SBN # 186793)
9                                            *mtu@orrick.com*
                                             777 S. Figueroa Street, Suite 3200
10                                           Los Angeles, California  90017
                                             Telephone:  213-629-2020
11                                           Facsimile:   213-612-2499

12                                           LORI LYNN PHILLIPS
                                             *lphillips@orrick.com*
13                                           701 Fifth Avenue, Suite 5700
                                             Seattle, Washington  98104-7097
14                                           Telephone:  206-839-4300
                                             Facsimile:   206-839-4301
15
                                           *Attorneys for Defendant David Sambol*
16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  May 19, 2010                  DLA PIPER LLP (US)

                                      By:_____/s/_____
                                         SHIRLI FABBRI WEISS
                                         (SBN # 079225)
                                         *shirli.weiss@dlapiper.com*
                                         401 B Street, Suite 1700
                                         San Diego, California  92101-4297
                                         Telephone:  619-699-2700
                                         Facsimile:  619-699-2701

                                         NICOLAS MORGAN (SBN # 166441)
                                         *nicolas.morgan@dlapiper.com*
                                         1999 Avenue of the Stars, Suite 400
                                         Los Angeles, California  90067-6022
                                         Telephone:  310-595-3000
                                         Facsimile:  310-595-3300

                                         DAVID PRIEBE (SBN # 148679)
                                         *david.priebe@dlapiper.com*
                                         JEFFREY B. COOPERSMITH
                                         (SBN # 252819)
                                         *jeff.coopersmith@dlapiper.com*
                                         2000 University Avenue
                                         East Palo Alto, California  94303-2248
                                         Telephone:  650-833-2000
                                         Facsimile:  650-833-2001

                                      *Attorneys for Defendant Eric P. Sieracki*

Dated:  May 19, 2010                  CALDWELL LESLIE & PROCTOR, PC

                                      By:_____/s/_____
                                         CHRISTOPHER G. CALDWELL
                                         (SBN # 106790)
                                         *caldwell@caldwell-leslie.com*
                                         ANDREW ESBENSHADE
                                         (SBN # 202301)
                                         *esbenshade@caldwell-leslie.com*
                                         DAVID K. WILLINGHAM
                                         (SBN #198874)
                                         *willingham@caldwell-leslie.com*
                                         1000 Wilshire Blvd., Suite 600
                                         Los Angeles, California  90017-2463
                                         Telephone:  213-629-9040
                                         Facsimile:  213-629-9022

                                      *Attorneys for Defendant Stanford L. Kurland*

1  | Dated:  May 19, 2010                          MORRISON & FOERSTER LLP

2  | By:_____/s/_____
3  | JORDAN ETH (SBN # 121617)
   | JEth@mofo.com
4  | JUDSON E. LOBDELL (SBN # 146041)
   | JLobdell@mofo.com
5  | 425 Market Street
   | San Francisco, California  94105
6  | Telephone:  415-268-7000
   | Facsimile:  415-268-7522

7  | Attorneys for Defendants
   | Henry Cisneros, Jeff Cunningham,
8  | Robert Donato, Ben M. Enis,
   | Edwin Heller, Gwendolyn S. King,
9  | Martin Melone, Robert Parry,
   | Oscar Robertson, Keith Russell,
10 | and Harley Snyder

11 |
12 | Dated:  May 19, 2010                          REED SMITH LLP

13 | By:_____/s/_____
   | JAMES L. SANDERS (SBN # 126291)
14 | JSanders@ReedSmith.com
   | FRANCISCA M. MOK (SBN # 206063)
15 | fmok@reedsmith.com
   | 1901 Avenue of the Stars
16 | Suite 700
   | Los Angeles, California  90067-6078
17 | Telephone:  310-734-5200
   | Facsimile:  310-734-5299

18 | Attorneys for Defendant Carlos Garcia

19 |
20 | Dated:  May 19, 2010                          ROPES & GRAY LLP

21 | By:_____/s/_____
   | EVA C. CARMAN (*Pro Hac Vice*)
22 | Eva.Carman@ropesgray.com
   | 1211 Avenue of the Americas
23 | New York, New York  10036-8704
   | Telephone:  212-596-9000
   | Facsimile:  212-596-9090

24 |
25 | Attorneys for Defendant
   | Andrew Gissinger III

1

Dated:  May 19, 2010

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

2

3

By:_____/s/_____
ERIC S. WAXMAN (SBN # 106649)
*eric.waxman@skadden.com*
PETER B. MORRISON (SBN # 230148)
*peter.morrison@skadden.com*
VIRGINIA F. MILSTEAD
(SBN # 234578)
*virginia.milstead@skadden.com*
300 South Grand Avenue
Los Angeles, California  90071-3144
Telephone:  213-687-5000
Facsimile:   213-687-5600

4

5

6

7

8

9

*Attorneys for Defendants
Kathleen Brown and Michael E.
Dougherty*

10

11

Dated:  May 19, 2010

GIBSON, DUNN & CRUTCHER LLP

12

13

By:_____/s/_____
DEAN J. KITCHENS (SBN # 82096)
*DKitchens@gibsondunn.com*
LINDSAY PENNINGTON
(SBN # 249879)
*LPennington@gibsondunn.com*
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213-229-7000
Facsimile:   213-229-7520

14

15

16

17

18

JONATHAN DICKEY (SBN # 88226)
*JDickey@gibsondunn.com*
200 Park Avenue, 48th Floor
New York, New York  10166-0193
Telephone:  212-351-2399
Facsimile:   212-351-6399

19

20

21

*Attorneys for Underwriter Defendants*

22

23

24

25

26

27

28

Dated:  May 19, 2010                    BINGHAM MCCUTCHEN LLP

By: _____/s/_____
GWYN QUILLEN (SBN # 138428)
*gwyn.quillen@bingham.com*
J. WARREN RISSIER (SBN # 197939)
*warren.rissier@bingham.com*
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, California  90404-4060
Telephone:  310-907-1000
Facsimile:   310-907-2000

TODD E. GORDINIER (SBN # 82200)
*todd.gordinier@bingham.com*
EDWARD S. KIM (SBN # 192856)
*edward.kim@bingham.com*
600 Anton Boulevard, 18th Floor
Costa Mesa, California  92626-1924
Telephone:  714-830-0600
Facsimile:   714-830-0700

*Attorneys for Defendant KPMG LLP*