KREINDLER & KREINDLER LLP
GRETCHEN M. NELSON (#112566)
gnelson@kreindler.com
MARK LABATON (#159555)
mlabaton@kreindler.com
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Liaison Counsel for Lead
Plaintiffs New York Funds*

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
jbernstein@labaton.com
JONATHAN M. PLASSE
jplasse@labaton.com
IRA A. SCHOCHET
ischochet@labaton.com
DAVID J. GOLDSMITH
dgoldsmith@labaton.com
MICHAEL H. ROGERS
mrogers@labaton.com
JOSHUA L. CROWELL
jcrowell@labaton.com
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Lead Counsel for Lead
Plaintiffs New York Funds*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Applies to: All Actions | Lead Case No.<br>CV-07-05295 MRP (MANx)<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**<br><br>Date: June 22, 2010<br>Time: 1:00 p.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

NOTICE OF PLS.' UNOPPOSED MOT. FOR PRELIM. APPROVAL OF PROPOSED SETTLEMENT
LEAD CASE NO. CV 07-05295 MRP (MANx)

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that, on June 22, 2010, at 1:00 a.m. or as soon |
| 3 | thereafter as counsel may be heard, Lead Plaintiffs Thomas P. DiNapoli, |
| 4 | Comptroller of the State of New York, as Administrative Head of the New York |
| 5 | State and Local Retirement Systems and as Trustee of the New York State |
| 6 | Common Retirement Fund, and the New York City Employees' Retirement |
| 7 | System, New York City Police Pension Fund, New York City Fire Department |
| 8 | Pension Fund, New York City Board of Education Retirement System, and |
| 9 | Teachers' Retirement System of the City of New York, and Plaintiff Barry Brahn, |
| 10 | on behalf of the Class (collectively, "Plaintiffs") will move this Court before the |
| 11 | Honorable Mariana R. Pfaelzer, United States District Judge, at the United States |
| 12 | Courthouse, 312 North Spring Street, Courtroom 12, Los Angeles, California |
| 13 | 90012, for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil |
| 14 | Procedure, granting preliminary approval of the proposed settlement of this action, |
| 15 | and related relief. |
| 16 | This motion is premised on the accompanying memorandum of points and |
| 17 | authorities, the Stipulation and Agreement of Settlement, with exhibits, dated as of |
| 18 | June 4, 2010 and filed contemporaneously herewith, and all prior papers and |
| 19 | proceedings in this action. |
| 20 | A proposed Order Granting Preliminary Approval to Settlement and |
| 21 | Directing Dissemination of Notice to the Class is submitted herewith. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF PLS.' UNOPPOSED MOT. FOR PRELIM. APPROVAL OF PROPOSED SETTLEMENT
LEAD CASE NO. CV 07-05295 MRP (MANx)

| | | |
|---|---|---|
| 1 | Dated:  June 4, 2010 | Respectfully submitted, |
| 2 | | LABATON SUCHAROW LLP |
| 3 | By: | */s/ Joel H. Bernstein* |
| | | JOEL H. BERNSTEIN |
| 4 | | JONATHAN M. PLASSE |
| | | IRA A. SCHOCHET |
| 5 | | DAVID J. GOLDSMITH |
| | | MICHAEL H. ROGERS |
| 6 | | JOSHUA L. CROWELL |

*Lead Counsel for Lead Plaintiffs New York Funds*

KREINDLER & KREINDLER LLP
GRETCHEN M. NELSON
MARK LABATON

*Liaison Counsel for Lead Plaintiffs New York Funds*

HENNIGAN, BENNETT
  & DORMAN LLP
J. MICHAEL HENNIGAN (#59591)
*hennigan@hbdlawyers.com*
KIRK D. DILLMAN (#110486)
*dillmand@hbdlawyers.com*
MICHAEL SWARTZ (#163590)
*swartzm@hbdlawyers.com*
865 South Figueroa Street, Suite 2900
Los Angeles, California  90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

*Liaison Counsel for Lead Plaintiffs New York Funds*

KAPLAN FOX & KILSHEIMER LLP
JOEL B. STRAUSS
*jstrauss@kaplanfox.com*
JEFFREY P. CAMPISI
*jcampisi@kaplanfox.com*
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile:  (212) 687-7714

*Attorneys for Plaintiff Barry Brahn*