LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
jbernstein@labaton.com
JONATHAN M. PLASSE
jplasse@labaton.com
IRA A. SCHOCHET
ischochet@labaton.com
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Lead Counsel for Lead
Plaintiffs New York Funds*

GOODWIN PROCTER LLP
BRIAN E. PASTUSZENSKI
*bpastuszenski@goodwinprocter.com*
ALEXIS L .SHAPIRO
*ashapiro@goodwinprocter.com*
53 State Street
Boston, Massachusetts 02464
Telephone: (617) 523-1231
Facsimile: (617) 570-1000

*Attorneys for Defendants
Countrywide Financial Corporation,
Countrywide Securities Corporation,
and Countrywide Capital V*

[Additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Lead Case No. CV 07-05295 MRP (MANx)<br><br>**ORDER SHORTENING TIME IN WHICH PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WILL BE HEARD** |

[PROPOSED] ORDER SHORTENING TIME
Lead Case No. CV 07-05295 MRP (MANx)

1 | Based upon the Stipulation for an Order Shortening Time in Which Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement Will Be Heard, filed on June 4, 2010, and for good cause shown,

IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement shall be heard on June 22, 2010, at 1:00 pm.

SO ORDERED.

Dated:  June 7, 2010

HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER SHORTENING TIME
Lead Case No. CV 07-05295 MRP (MANx)