LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
*jbernstein@labaton.com*
JONATHAN M. PLASSE
*jplasse@labaton.com*
IRA A. SCHOCHET
*ischochet@labaton.com*
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead
Plaintiffs New York Funds*

GOODWIN PROCTER LLP
BRIAN E. PASTUSZENSKI
*bpastuszenski@goodwinprocter.com*
ALEXIS L. SHAPIRO
*ashapiro@goodwinprocter.com*
53 State Street
Boston, Massachusetts  02109
Telephone: (617) 523-1231
Facsimile:  (617) 570-1000

*Attorneys for Defendants
Countrywide Financial Corporation,
Countrywide Securities Corporation,
and Countrywide Capital V*

[Additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**STIPULATION FOR AN ORDER SHORTENING TIME IN WHICH PLAINTIFFS' RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WILL BE HEARD** |

1    IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs
2 and all Defendants (together, the "Parties"), through their respective undersigned
3 counsel, as follows:
4    WHEREAS, on June 4, 2010, Plaintiffs filed a Stipulation and Agreement
5 of Settlement and an Unopposed Motion for Preliminary Approval of Proposed
6 Settlement, together with a Stipulation for an Order Shortening Time requesting
7 that the motion be heard on June 22, 2010, at 1:00 p.m.;
8    WHEREAS, on June 8, 2010, the Court "so ordered" that Stipulation;
9    WHEREAS, on June 16, 2010, the Court issued an Order re Preliminary
10 Approval of Settlement (the "June 16 Order"), taking the June 22, 2010 hearing
11 off calendar and directing Plaintiffs to re-file and re-notice their motion with
12 certain additional information and supporting submissions;
13    WHEREAS, on June 29, 2010, pursuant to the June 16 Order, Plaintiffs
14 filed an Amended Stipulation and Agreement of Settlement and a Renewed
15 Unopposed Motion for Preliminary Approval of Proposed Settlement (the
16 "Renewed Motion"), noticing a hearing date of August 2, 2010, at 11:00 a.m. as
17 required by Local Rule 6-1 and this Court's individual practices;
18    WHEREAS, the Parties have agreed that the time in which the Renewed
19 Motion will be heard by this Court should be shortened from the twenty-eight
20 (28) days required by Local Rule 6-1; and
21    WHEREAS, the Parties believe that there is no reason for delaying the date
22 on which the Renewed Motion should be heard by this Court, and respectfully
23 submit that the hearing date should be set on July 19, 20, 22 or 23, 2010, at a
24 specific day and time convenient for the Court;
25    THEREFORE, it is hereby stipulated by the Parties, through their
26 respective undersigned counsel, that shortening the time in which the Renewed
27 Motion will be heard by this Court and setting the hearing date for July 19, 20, 22
28

STIPULATION FOR AN ORDER SHORTENING TIME
Lead Case No. CV 07-05295 MRP (MANx)

1  or 23, 2010, at a specific day and time convenient for the Court, would be
2  appropriate.

4  Dated:  July 7, 2010			Respectfully submitted,

			LABATON SUCHAROW LLP

			By:_____/s/_____
				JOEL H. BERNSTEIN
				JONATHAN M. PLASSE
				IRA A. SCHOCHET
				DAVID J. GOLDSMITH
				MICHAEL H. ROGERS
				JOSHUA L. CROWELL

			*Lead Counsel for Lead Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and as Trustee of the New York State Common Retirement Fund, and Lead Plaintiffs New York City Pension Funds*

			KREINDLER & KREINDLER LLP

			By:_____/s/_____
				GRETCHEN M. NELSON (#112566)
				gnelson@kreindler.com
				MARK LABATON (#159555)
				mlabaton@kreindler.com
				707 Wilshire Boulevard, Suite 4100
				Los Angeles, California  90017
				Telephone:  (213) 622-6469
				Facsimile:   (213) 622-6019

			*Liaison Counsel for Lead Plaintiffs*

---

STIPULATION FOR AN ORDER SHORTENING TIME					2
Lead Case No. CV 07-05295 MRP (MANx)

HENNIGAN, BENNETT & DORMAN LLP

By: _____/s/_____
J. MICHAEL HENNIGAN (#59491)
hennigan@hbdlawyers.com
KIRK D. DILLMAN (#110486)
dillmank@hbdlawyers.com
MICHAEL SWARTZ (#163590)
swartzm@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

*Liaison Counsel for Lead Plaintiffs*

KAPLAN FOX & KILSHEIMER LLP

By: _____/s/_____
JOEL B. STRAUSS
jstrauss@kaplanfox.com
JEFFREY P. CAMPISI
jcampisi@kaplanfox.com
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for Plaintiff Barry Brahn*

Dated: July 7, 2010

GOODWIN PROCTER LLP

By: _____/s/_____
BRIAN E. PASTUSZENSKI
LLOYD WINAWER
ALEXIS L. SHAPIRO

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, and Countrywide Capital V*

IRELL & MANELLA LLP

By: /s/
DAVID SIEGEL (SBN # 101355)
*dsiegel@irell.com*
DANIEL LEFLER (SBN # 151253)
*dlefler@irell.com*
CHARLES ELDER (SBN # 186524)
*pgraham@irell.com*
RANDALL JACKSON (SBN # 244545)
*rjackson@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067
Telephone:  310-277-1010
Facsimile:  310-203-7199

*Attorneys for Defendant*
*Angelo R. Mozilo*

ORRICK, HERRINGTON
 & SUTCLIFFE LLP

By: /s/
LORI LYNN PHILLIPS
*lphillips@orrick.com*
701 Fifth Avenue, Suite 5700
Seattle, Washington  98104-7097
Telephone:  206-839-4300
Facsimile:  206-839-4301

MICHAEL D. TORPEY (SBN # 79424)
*mtorpey@orrick.com*
PENELOPE A. GRABOYS BLAIR
(SBN # 214742)
*pgraboysblair@orrick.com*
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5759

MICHAEL C. TU (SBN # 186793)
*mtu@orrick.com*
777 S. Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:  213-629-2020
Facsimile:  213-612-2499

*Attorneys for Defendant David Sambol*

DLA PIPER LLP (US)

By: \_\_\_/s/_____
SHIRLI FABBRI WEISS
(SBN # 079225)
*shirli.weiss@dlapiper.com*
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:  619-699-2700
Facsimile:   619-699-2701

NICOLAS MORGAN (SBN # 166441)
*nicolas.morgan@dlapiper.com*
1999 Avenue of the Stars, Suite 400
Los Angeles, California  90067-6022
Telephone:  310-595-3000
Facsimile:   310-595-3300

DAVID PRIEBE (SBN # 148679)
*david.priebe@dlapiper.com*
JEFFREY B. COOPERSMITH
(SBN # 252819)
*jeff.coopersmith@dlapiper.com*
2000 University Avenue
East Palo Alto, California  94303-2248
Telephone:  650-833-2000
Facsimile:   650-833-2001

*Attorneys for Defendant Eric P. Sieracki*

CALDWELL LESLIE & PROCTOR, PC

By: \_\_\_/s/_____
CHRISTOPHER G. CALDWELL
(SBN # 106790)
*caldwell@caldwell-leslie.com*
ANDREW ESBENSHADE
(SBN # 202301)
*esbenshade@caldwell-leslie.com*
DAVID K. WILLINGHAM
(SBN #198874)
*willingham@caldwell-leslie.com*
1000 Wilshire Blvd., Suite 600
Los Angeles, California  90017-2463
Telephone:  213-629-9040
Facsimile:   213-629-9022

*Attorneys for Defendant*
*Stanford L. Kurland*

---

STIPULATION FOR AN ORDER SHORTENING TIME
Lead Case No. CV 07-05295 MRP (MANx)

5

MORRISON & FOERSTER LLP

By: /s/
JORDAN ETH (SBN # 121617)
*JEth@mofo.com*
JUDSON E. LOBDELL (SBN # 146041)
*JLobdell@mofo.com*
425 Market Street
San Francisco, California  94105
Telephone:  415-268-7000
Facsimile:   415-268-7522

*Attorneys for Defendants
Henry Cisneros, Jeff Cunningham,
Robert Donato, Ben M. Enis,
Edwin Heller, Gwendolyn S. King,
Martin Melone, Robert Parry,
Oscar Robertson, Keith Russell,
and Harley Snyder*

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/
ERIC S. WAXMAN (SBN # 106649)
*eric.waxman@skadden.com*
PETER B. MORRISON (SBN # 230148)
*peter.morrison@skadden.com*
VIRGINIA F. MILSTEAD
(SBN # 234578)
*virginia.milstead@skadden.com*
300 South Grand Avenue
Los Angeles, California  90071-3144
Telephone:  213-687-5000
Facsimile:   213-687-5600

*Attorneys for Defendants Kathleen
Brown and Michael E. Dougherty*

GIBSON, DUNN & CRUTCHER LLP

By:  /s/
DEAN J. KITCHENS (SBN # 82096)
*DKitchens@gibsondunn.com*
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213-229-7000
Facsimile:   213-229-7520

JONATHAN DICKEY (SBN # 88226)
*JDickey@gibsondunn.com*
200 Park Avenue, 48th Floor
New York, New York  10166-0193
Telephone:  212-351-2399
Facsimile:   212-351-6399

*Attorneys for Underwriter Defendants*

BINGHAM MCCUTCHEN LLP

By:  /s/
GWYN QUILLEN (SBN # 138428)
*gwyn.quillen@bingham.com*
J. WARREN RISSIER (SBN # 197939)
*warren.rissier@bingham.com*
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, California  90404-4060
Telephone:  310-907-1000
Facsimile:   310-907-2000

TODD E. GORDINIER (SBN # 82200)
*todd.gordinier@bingham.com*
EDWARD S. KIM (SBN # 192856)
*edward.kim@bingham.com*
600 Anton Boulevard, 18th Floor
Costa Mesa, California  92626-1924
Telephone:  714-830-0600
Facsimile:   714-830-0700

*Attorneys for Defendant KPMG LLP*