# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>[~~PROPOSED~~] ORDER SHORTENING TIME IN WHICH PLAINTIFFS' RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WILL BE HEARD |

Based upon the Stipulation for an Order Shortening Time in Which Plaintiffs' Renewed Unopposed Motion for Preliminary Approval of Proposed Settlement Will Be Heard, filed on July 7, 2010, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

[PROPOSED] ORDER SHORTENING TIME
Lead Case No. CV 07-05295 MRP (MANx)

1  The hearing on Plaintiffs' Renewed Unopposed Motion for Preliminary
2  Approval of Proposed Settlement shall proceed on July ___, 2010, at ___:___
3  ___.m

**DENIED**
5  SO ORDERED.           BY ORDER OF THE COURT

**DENIED**
7  Dated: July 12, 2010
8                          BY ORDER OF THE COURT
   HON. MARIANA R. PFAELZER
9  UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER SHORTENING TIME
Lead Case No. CV 07-05295 MRP (MANx)