Exhibit A

Per Option Inflation for Potentially Damaged Exchange-Traded Options on Countrywide Common Stock

| Expiration Date | Exercise Price | Call Inflation (per Underlying Share) | | | | | | | | | Put Deflation (per Underlying Share) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3/12/04 - 1/30/06 | 1/31/06 - 6/30/06 | 7/1/06 - 9/30/06 | 10/1/06 - 12/31/06 | 1/1/07 - 7/23/07 | 7/24/07 - 8/13/07 | 8/14/07 - 8/14/07 | 8/15/07 - 8/15/07 | 8/16/07 - on | 3/12/04 - 1/30/06 | 1/31/06 - 6/30/06 | 7/1/06 - 9/30/06 | 10/1/06 - 12/31/06 | 1/1/07 - 7/23/07 | 7/24/07 - 8/13/07 | 8/14/07 - 8/14/07 | 8/15/07 - 8/15/07 | 8/16/07 - on |
| 8/18/07 | $5.00 | -- | -- | -- | -- | -- | $5.84 | $4.08 | $1.44 | $0.00 | -- | -- | -- | -- | -- | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/18/07 | $7.50 | -- | -- | -- | -- | -- | $5.84 | $4.08 | $1.44 | $0.00 | -- | -- | -- | -- | -- | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/18/07 | $10.00 | -- | -- | -- | -- | -- | $5.83 | $4.07 | $1.44 | $0.00 | -- | -- | -- | -- | -- | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/18/07 | $12.50 | -- | -- | -- | -- | -- | $5.82 | $4.06 | $1.43 | $0.00 | -- | -- | -- | -- | -- | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/18/07 | $15.00 | -- | -- | -- | -- | -- | $5.83 | $4.07 | $1.44 | $0.00 | -- | -- | -- | -- | -- | $0.04 | $0.04 | $0.00 | $0.00 |
| 8/18/07 | $17.50 | -- | -- | -- | -- | -- | $5.78 | $4.02 | $1.42 | $0.00 | -- | -- | -- | -- | -- | $0.29 | $0.29 | $0.00 | $0.00 |
| 8/18/07 | $20.00 | -- | -- | -- | -- | -- | $4.91 | $3.17 | $0.86 | $0.00 | -- | -- | -- | -- | -- | $0.96 | $0.92 | $0.59 | $0.00 |
| 8/18/07 | $22.50 | -- | -- | -- | -- | -- | $3.42 | $2.04 | $0.46 | $0.00 | -- | -- | -- | -- | -- | $2.39 | $2.02 | $0.95 | $0.00 |
| 8/18/07 | $25.00 | -- | -- | -- | -- | -- | $1.97 | $0.92 | $0.10 | $0.00 | -- | -- | -- | -- | -- | $3.73 | $3.03 | $1.27 | $0.00 |
| 8/18/07 | $27.50 | -- | -- | -- | -- | $3.38 | $0.96 | $0.37 | $0.09 | $0.00 | -- | -- | -- | -- | $5.22 | $4.85 | $3.68 | $1.35 | $0.00 |
| 8/18/07 | $30.00 | -- | -- | -- | -- | $2.40 | $0.33 | $0.12 | $0.00 | $0.00 | -- | -- | -- | -- | $6.14 | $5.41 | $3.79 | $1.36 | $0.00 |
| 8/18/07 | $32.50 | -- | -- | -- | -- | $1.57 | $0.06 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $6.90 | $5.66 | $3.90 | $1.42 | $0.00 |
| 8/18/07 | $35.00 | -- | -- | -- | -- | $0.84 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $7.60 | $5.74 | $3.98 | $1.40 | $0.00 |
| 8/18/07 | $37.50 | -- | -- | -- | -- | $0.39 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $7.80 | $5.53 | $3.77 | $1.25 | $0.00 |
| 8/18/07 | $40.00 | -- | -- | -- | -- | $0.18 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $7.97 | $5.50 | $3.74 | $1.25 | $0.00 |
| 8/18/07 | $42.50 | -- | -- | -- | -- | $0.08 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $8.09 | $5.49 | $3.73 | $1.25 | $0.00 |
| 8/18/07 | $45.00 | -- | -- | -- | -- | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $8.29 | $5.59 | $3.83 | $1.25 | $0.00 |
| 8/18/07 | $47.50 | -- | -- | -- | -- | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $8.14 | $5.54 | $3.78 | $1.25 | $0.00 |
| 9/22/07 | $5.00 | -- | -- | -- | -- | -- | $5.77 | $4.01 | $1.37 | $0.00 | -- | -- | -- | -- | -- | $0.03 | $0.03 | $0.03 | $0.00 |
| 9/22/07 | $7.50 | -- | -- | -- | -- | -- | $5.82 | $4.06 | $1.42 | $0.00 | -- | -- | -- | -- | -- | $0.18 | $0.18 | $0.08 | $0.00 |
| 9/22/07 | $10.00 | -- | -- | -- | -- | -- | $5.84 | $4.08 | $1.44 | $0.00 | -- | -- | -- | -- | -- | $0.32 | $0.32 | $0.13 | $0.00 |
| 9/22/07 | $12.50 | -- | -- | -- | -- | -- | $5.62 | $3.86 | $1.24 | $0.00 | -- | -- | -- | -- | -- | $0.23 | $0.21 | $0.21 | $0.00 |
| 9/22/07 | $15.00 | -- | -- | -- | -- | -- | $4.95 | $3.39 | $1.14 | $0.00 | -- | -- | -- | -- | -- | $0.88 | $0.70 | $0.30 | $0.00 |
| 9/22/07 | $17.50 | -- | -- | -- | -- | -- | $4.60 | $3.11 | $1.03 | $0.00 | -- | -- | -- | -- | -- | $1.25 | $0.97 | $0.41 | $0.00 |
| 9/22/07 | $20.00 | -- | -- | -- | -- | -- | $4.15 | $2.78 | $0.91 | $0.00 | -- | -- | -- | -- | -- | $1.69 | $1.30 | $0.53 | $0.00 |
| 9/22/07 | $22.50 | -- | -- | -- | -- | -- | $3.62 | $2.38 | $0.76 | $0.00 | -- | -- | -- | -- | -- | $2.21 | $1.69 | $0.68 | $0.00 |
| 9/22/07 | $25.00 | -- | -- | -- | -- | $5.57 | $3.02 | $1.94 | $0.59 | $0.00 | -- | -- | -- | -- | $3.07 | $2.80 | $2.11 | $0.84 | $0.00 |
| 9/22/07 | $27.50 | -- | -- | -- | -- | $4.66 | $2.38 | $1.49 | $0.44 | $0.00 | -- | -- | -- | -- | $3.92 | $3.43 | $2.56 | $0.99 | $0.00 |
| 9/22/07 | $30.00 | -- | -- | -- | -- | $3.72 | $1.77 | $1.07 | $0.30 | $0.00 | -- | -- | -- | -- | $4.86 | $4.05 | $2.99 | $1.12 | $0.00 |
| 9/22/07 | $32.50 | -- | -- | -- | -- | $2.70 | $1.17 | $0.68 | $0.19 | $0.00 | -- | -- | -- | -- | $5.83 | $4.62 | $3.34 | $1.23 | $0.00 |
| 9/22/07 | $35.00 | -- | -- | -- | -- | $1.77 | $0.69 | $0.38 | $0.10 | $0.00 | -- | -- | -- | -- | $6.66 | $5.02 | $3.57 | $1.28 | $0.00 |
| 9/22/07 | $37.50 | -- | -- | -- | -- | $1.02 | $0.35 | $0.17 | $0.05 | $0.00 | -- | -- | -- | -- | $7.38 | $5.33 | $3.73 | $1.30 | $0.00 |
| 9/22/07 | $40.00 | -- | -- | -- | -- | $0.46 | $0.09 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $7.84 | $5.53 | $3.78 | $1.30 | $0.00 |
| 9/22/07 | $42.50 | -- | -- | -- | -- | $0.20 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $8.11 | $5.61 | $3.85 | $1.32 | $0.00 |
| 9/22/07 | $45.00 | -- | -- | -- | -- | $0.08 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $8.29 | $5.69 | $3.93 | $1.35 | $0.00 |
| 10/20/07 | $5.00 | -- | -- | -- | -- | -- | $5.84 | $4.08 | $1.44 | $0.00 | -- | -- | -- | -- | -- | $0.05 | $0.05 | $0.05 | $0.00 |
| 10/20/07 | $7.50 | -- | -- | -- | -- | -- | $5.84 | $4.08 | $1.44 | $0.00 | -- | -- | -- | -- | -- | $0.09 | $0.09 | $0.09 | $0.00 |
| 10/20/07 | $10.00 | -- | -- | -- | -- | -- | $5.70 | $3.94 | $1.31 | $0.00 | -- | -- | -- | -- | -- | $0.18 | $0.18 | $0.15 | $0.00 |
| 10/20/07 | $12.50 | -- | -- | -- | -- | -- | $5.20 | $3.59 | $1.24 | $0.00 | -- | -- | -- | -- | -- | $0.65 | $0.51 | $0.21 | $0.00 |
| 10/20/07 | $15.00 | -- | -- | -- | -- | -- | $4.90 | $3.36 | $1.14 | $0.00 | -- | -- | -- | -- | -- | $0.94 | $0.74 | $0.30 | $0.00 |
| 10/20/07 | $17.50 | -- | -- | -- | -- | -- | $4.55 | $3.09 | $1.04 | $0.00 | -- | -- | -- | -- | -- | $1.29 | $0.99 | $0.40 | $0.00 |
| 10/20/07 | $20.00 | -- | -- | -- | -- | -- | $4.16 | $2.80 | $0.92 | $0.00 | -- | -- | -- | -- | -- | $1.68 | $1.28 | $0.52 | $0.00 |
| 10/20/07 | $22.50 | -- | -- | -- | -- | -- | $3.70 | $2.47 | $0.80 | $0.00 | -- | -- | -- | -- | -- | $2.13 | $1.61 | $0.64 | $0.00 |
| 10/20/07 | $25.00 | -- | -- | -- | -- | $5.64 | $3.21 | $2.11 | $0.67 | $0.00 | -- | -- | -- | -- | $2.96 | $2.62 | $1.96 | $0.77 | $0.00 |
| 10/20/07 | $27.50 | -- | -- | -- | -- | $4.87 | $2.67 | $1.73 | $0.53 | $0.00 | -- | -- | -- | -- | $3.71 | $3.16 | $2.33 | $0.89 | $0.00 |

| Expiration Date | Exercise Price | *Call Inflation (per Underlying Share)* | | | | | | | | | *Put Deflation (per Underlying Share)* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3/12/04 - 1/30/06 | 1/31/06 - 6/30/06 | 7/1/06 - 9/30/06 | 10/1/06 - 12/31/06 | 1/1/07 - 7/23/07 | 7/24/07 - 8/13/07 | 8/14/07 - 8/14/07 | 8/15/07 - 8/15/07 | 8/16/07 - on | 3/12/04 - 1/30/06 | 1/31/06 - 6/30/06 | 7/1/06 - 9/30/06 | 10/1/06 - 12/31/06 | 1/1/07 - 7/23/07 | 7/24/07 - 8/13/07 | 8/14/07 - 8/14/07 | 8/15/07 - 8/15/07 | 8/16/07 - on |
| 10/20/07 | $30.00 | -- | -- | -- | -- | $4.04 | $2.13 | $1.36 | $0.41 | $0.00 | -- | -- | -- | -- | $4.55 | $3.71 | $2.71 | $1.02 | $0.00 |
| 10/20/07 | $32.50 | -- | -- | -- | -- | $3.15 | $1.59 | $1.01 | $0.30 | $0.00 | -- | -- | -- | -- | $5.42 | $4.23 | $3.05 | $1.11 | $0.00 |
| 10/20/07 | $35.00 | -- | -- | -- | -- | $2.30 | $1.13 | $0.71 | $0.20 | $0.00 | -- | -- | -- | -- | $6.15 | $4.59 | $3.25 | $1.17 | $0.00 |
| 10/20/07 | $37.50 | -- | -- | -- | -- | $1.53 | $0.73 | $0.45 | $0.15 | $0.00 | -- | -- | -- | -- | $6.90 | $4.99 | $3.53 | $1.27 | $0.00 |
| 10/20/07 | $40.00 | -- | -- | -- | -- | $0.98 | $0.47 | $0.30 | $0.10 | $0.00 | -- | -- | -- | -- | $7.41 | $5.26 | $3.66 | $1.28 | $0.00 |
| 10/20/07 | $42.50 | -- | -- | -- | -- | $0.55 | $0.26 | $0.18 | $0.07 | $0.00 | -- | -- | -- | -- | $7.92 | $5.52 | $3.77 | $1.29 | $0.00 |
| 10/20/07 | $45.00 | -- | -- | -- | -- | $0.32 | $0.14 | $0.08 | $0.00 | $0.00 | -- | -- | -- | -- | $8.17 | $5.62 | $3.87 | $1.29 | $0.00 |
| 10/20/07 | $47.50 | -- | -- | -- | -- | $0.12 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $8.19 | $5.59 | $3.83 | $1.30 | $0.00 |
| 10/20/07 | $50.00 | -- | -- | -- | -- | $0.08 | $0.00 | $0.00 | $0.00 | $0.00 | -- | -- | -- | -- | $8.24 | $5.59 | $3.83 | $1.30 | $0.00 |
| 1/19/08 | $12.50 | -- | -- | -- | -- | -- | $5.04 | $3.48 | $1.20 | $0.00 | -- | -- | -- | -- | -- | $0.73 | $0.56 | $0.22 | $0.00 |
| 1/19/08 | $15.00 | -- | -- | -- | -- | -- | $4.79 | $3.29 | $1.13 | $0.00 | -- | -- | -- | -- | -- | $0.98 | $0.75 | $0.29 | $0.00 |
| 1/19/08 | $17.50 | -- | -- | -- | -- | -- | $4.50 | $3.07 | $1.04 | $0.00 | -- | -- | -- | -- | -- | $1.27 | $0.96 | $0.37 | $0.00 |
| 1/19/08 | $20.00 | -- | -- | -- | -- | $6.72 | $4.17 | $2.83 | $0.96 | $0.00 | -- | -- | -- | -- | $1.81 | $1.61 | $1.21 | $0.47 | $0.00 |
| 1/19/08 | $22.50 | -- | -- | -- | -- | $6.24 | $3.80 | $2.57 | $0.87 | $0.00 | -- | -- | -- | -- | $2.30 | $1.98 | $1.47 | $0.56 | $0.00 |
| 1/19/08 | $25.00 | $0.00 | $0.40 | $3.01 | $4.71 | $5.67 | $3.38 | $2.26 | $0.76 | $0.00 | $0.00 | $0.20 | $1.51 | $2.37 | $2.85 | $2.41 | $1.77 | $0.66 | $0.00 |
| 1/19/08 | $27.50 | -- | -- | $2.67 | $4.18 | $5.04 | $2.94 | $1.95 | $0.65 | $0.00 | -- | -- | $1.84 | $2.89 | $3.48 | $2.85 | $2.08 | $0.76 | $0.00 |
| 1/19/08 | $30.00 | $0.00 | $0.31 | $2.31 | $3.62 | $4.36 | $2.48 | $1.64 | $0.55 | $0.00 | $0.00 | $0.29 | $2.23 | $3.49 | $4.20 | $3.34 | $2.42 | $0.86 | $0.00 |
| 1/19/08 | $32.50 | -- | -- | -- | -- | $3.60 | $2.00 | $1.31 | $0.46 | $0.00 | -- | -- | -- | -- | $4.92 | $3.79 | $2.71 | $0.95 | $0.00 |
| 1/19/08 | $35.00 | $0.00 | $0.20 | $1.50 | $2.35 | $2.83 | $1.52 | $0.99 | $0.36 | $0.00 | $0.00 | $0.40 | $3.01 | $4.71 | $5.67 | $4.26 | $3.03 | $1.05 | $0.00 |
| 1/19/08 | $37.50 | -- | -- | -- | -- | $2.11 | $1.10 | $0.72 | $0.27 | $0.00 | -- | -- | -- | -- | $6.27 | $4.58 | $3.22 | $1.11 | $0.00 |
| 1/19/08 | $40.00 | $0.00 | $0.11 | $0.80 | $1.25 | $1.51 | $0.77 | $0.51 | $0.21 | $0.00 | $0.00 | $0.48 | $3.67 | $5.74 | $6.92 | $4.98 | $3.48 | $1.15 | $0.00 |
| 1/19/08 | $42.50 | -- | -- | -- | -- | $1.02 | $0.49 | $0.32 | $0.15 | $0.00 | -- | -- | -- | -- | $7.49 | $5.38 | $3.73 | $1.25 | $0.00 |
| 1/19/08 | $45.00 | $0.00 | $0.04 | $0.29 | $0.45 | $0.54 | $0.18 | $0.09 | $0.09 | $0.00 | $0.00 | $0.56 | $4.20 | $6.58 | $7.93 | $5.53 | $3.77 | $1.19 | $0.00 |
| 1/19/08 | $50.00 | -- | $0.01 | $0.10 | $0.16 | $0.19 | $0.06 | $0.06 | $0.06 | $0.00 | -- | $0.58 | $4.39 | $6.88 | $8.29 | $5.54 | $3.78 | $1.25 | $0.00 |
| 1/19/08 | $55.00 | -- | $0.00 | $0.03 | $0.04 | $0.05 | $0.05 | $0.05 | $0.05 | $0.00 | -- | $0.57 | $4.32 | $6.77 | $8.16 | $5.46 | $3.70 | $1.17 | $0.00 |
| 1/17/09 | $5.00 | -- | -- | -- | -- | -- | $5.43 | $3.78 | $1.32 | $0.00 | -- | -- | -- | -- | -- | $0.19 | $0.15 | $0.06 | $0.00 |
| 1/17/09 | $7.50 | -- | -- | -- | -- | -- | $5.28 | $3.67 | $1.28 | $0.00 | -- | -- | -- | -- | -- | $0.34 | $0.25 | $0.10 | $0.00 |
| 1/17/09 | $10.00 | -- | -- | -- | -- | -- | $5.11 | $3.54 | $1.23 | $0.00 | -- | -- | -- | -- | -- | $0.52 | $0.38 | $0.15 | $0.00 |
| 1/17/09 | $12.50 | -- | -- | -- | -- | -- | $4.92 | $3.40 | $1.18 | $0.00 | -- | -- | -- | -- | -- | $0.71 | $0.52 | $0.20 | $0.00 |
| 1/17/09 | $15.00 | -- | -- | -- | -- | -- | $4.71 | $3.25 | $1.13 | $0.00 | -- | -- | -- | -- | -- | $0.92 | $0.68 | $0.25 | $0.00 |
| 1/17/09 | $17.50 | -- | -- | -- | -- | -- | $4.49 | $3.09 | $1.07 | $0.00 | -- | -- | -- | -- | -- | $1.14 | $0.84 | $0.30 | $0.00 |
| 1/17/09 | $20.00 | -- | $0.46 | $3.51 | $5.49 | $6.62 | $4.25 | $2.92 | $1.01 | $0.00 | -- | $0.12 | $0.92 | $1.44 | $1.73 | $1.40 | $1.03 | $0.38 | $0.00 |
| 1/17/09 | $22.50 | -- | -- | -- | -- | -- | $3.99 | $2.73 | $0.95 | $0.00 | -- | -- | -- | -- | -- | $1.65 | $1.19 | $0.42 | $0.00 |
| 1/17/09 | $25.00 | -- | $0.41 | $3.11 | $4.87 | $5.87 | $3.71 | $2.54 | $0.88 | $0.00 | -- | $0.17 | $1.30 | $2.04 | $2.46 | $1.92 | $1.39 | $0.49 | $0.00 |
| 1/17/09 | $30.00 | -- | $0.35 | $2.68 | $4.19 | $5.05 | $3.18 | $2.19 | $0.78 | $0.00 | -- | $0.23 | $1.77 | $2.77 | $3.34 | $2.52 | $1.81 | $0.64 | $0.00 |
| 1/17/09 | $35.00 | -- | $0.29 | $2.16 | $3.39 | $4.08 | $2.54 | $1.75 | $0.62 | $0.00 | -- | $0.30 | $2.25 | $3.53 | $4.25 | $3.11 | $2.20 | $0.74 | $0.00 |
| 1/17/09 | $37.50 | -- | -- | -- | -- | $3.56 | $2.21 | $1.51 | $0.52 | $0.00 | -- | -- | -- | -- | $4.64 | $3.33 | $2.34 | $0.82 | $0.00 |
| 1/17/09 | $40.00 | -- | $0.22 | $1.64 | $2.57 | $3.10 | $1.94 | $1.34 | $0.46 | $0.00 | -- | $0.35 | $2.68 | $4.19 | $5.05 | $3.58 | $2.50 | $0.86 | $0.00 |
| 1/17/09 | $45.00 | -- | $0.15 | $1.16 | $1.82 | $2.19 | $1.38 | $0.95 | $0.32 | $0.00 | -- | $0.43 | $3.29 | $5.15 | $6.20 | $4.40 | $2.95 | $0.92 | $0.00 |
| 1/17/09 | $50.00 | -- | $0.10 | $0.79 | $1.24 | $1.49 | $0.97 | $0.69 | $0.26 | $0.00 | -- | $0.55 | $4.18 | $6.54 | $7.88 | $5.23 | $3.47 | $0.94 | $0.00 |
| 1/17/09 | $55.00 | -- | -- | -- | $0.73 | $0.88 | $0.58 | $0.39 | $0.16 | $0.00 | -- | -- | -- | $6.96 | $8.38 | $5.73 | $3.97 | $1.44 | $0.00 |
| 1/16/10 | $10.00 | -- | -- | -- | -- | -- | -- | $3.47 | $1.21 | $0.00 | -- | -- | -- | -- | -- | -- | $0.36 | $0.13 | $0.00 |
| 1/16/10 | $20.00 | -- | -- | -- | -- | $6.61 | $4.30 | $2.98 | $1.04 | $0.00 | -- | -- | -- | -- | $1.58 | $1.23 | $0.89 | $0.30 | $0.00 |
| 1/16/10 | $30.00 | -- | -- | -- | -- | $5.35 | $3.46 | $2.39 | $0.85 | $0.00 | -- | -- | -- | -- | $2.82 | $2.06 | $1.45 | $0.47 | $0.00 |
| 1/16/10 | $40.00 | -- | -- | -- | -- | $3.88 | $2.52 | $1.73 | $0.62 | $0.00 | -- | -- | -- | -- | $4.05 | $2.81 | $1.95 | $0.63 | $0.00 |
| 1/16/10 | $50.00 | -- | -- | -- | -- | $2.50 | $1.65 | $1.13 | $0.42 | $0.00 | -- | -- | -- | -- | $6.34 | $4.19 | $2.89 | $0.71 | $0.00 |
| 1/16/10 | $60.00 | -- | -- | -- | -- | $1.68 | $1.15 | $0.83 | $0.36 | $0.00 | -- | -- | -- | -- | $7.70 | $5.05 | $3.29 | $0.71 | $0.00 |