1 | LABATON SUCHAROW LLP
   | JOEL H. BERNSTEIN
2 | jbernstein@labaton.com
   | JONATHAN M. PLASSE
3 | jplasse@labaton.com
   | IRA A. SCHOCHET
4 | ischochet@labaton.com
   | DAVID J. GOLDSMITH
5 | dgoldsmith@labaton.com
   | 140 Broadway
6 | New York, New York 10005
   | Telephone: (212) 907-0700
7 | Facsimile: (212) 818-0477

8 | *Lead Counsel for Lead Plaintiffs*

9 | GOODWIN PROCTER LLP
   | BRIAN E. PASTUSZENSKI
10 | *bpastuszenski@goodwinprocter.com*
   | ALEXIS L. SHAPIRO
11 | *ashapiro@goodwinprocter.com*
   | 53 State Street
12 | Boston, Massachusetts 02109
   | Telephone: (617) 523-1231
13 | Facsimile: (617) 570-1000

14 | *Attorneys for Defendants*
   | *Countrywide Financial Corporation,*
15 | *Countrywide Securities Corporation,*
   | *and Countrywide Capital V*

16 |

17 | **UNITED STATES DISTRICT COURT**

18 | **CENTRAL DISTRICT OF CALIFORNIA**

19 | **WESTERN DIVISION**

20 | IN RE COUNTRYWIDE FINANCIAL ) Lead Case No.
   | CORPORATION SECURITIES ) CV-07-05295 MRP (MANx)
21 | LITIGATION )
   | ) ~~[PROPOSED]~~ **ORDER**
   | This Document Applies to: All Actions ) **EXTENDING PAGE LIMITS**
22 | ) **FOR LEAD PLAINTIFFS'**
   | ) **MEMORANDA IN SUPPORT OF**
23 | ) **MOTIONS FOR FINAL**
   | ) **APPROVAL OF PROPOSED**
24 | ) **SETTLEMENT AND PLAN OF**
   | ) **ALLOCATION AND AWARD OF**
25 | ) **ATTORNEY'S FEES AND**
   | ) **REIMBURSEMENT OF**
26 | ) **EXPENSES**
   | )
27 |

28 |

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

[PROPOSED] ORDER EXTENDING PAGE LIMITS
LEAD CASE NO. CV-07-05295 MRP (MANx)

THE COURT HEREBY ORDERS AS FOLLOWS:

Lead Plaintiffs shall file a memorandum of law in support of their motion for final approval of the proposed Settlement of this class action and the Plan of Allocation of the Net Settlement Fund of no longer than 65 pages; and Lead Counsel shall file a memorandum of law in support of its application for an award of counsels' fees and expenses of no longer than 40 pages.


IT IS SO ORDERED.


Dated:  September 24, 2010

_Mariana R. Pfaelzer_
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE