LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
*jbernstein@labaton.com*
JONATHAN M. PLASSE
*jplasse@labaton.com*
IRA A. SCHOCHET
*ischochet@labaton.com*
DAVID J. GOLDSMITH
*dgoldsmith@labaton.com*
MICHAEL H. ROGERS
*mrogers@labaton.com*
JOSHUA L. CROWELL
*jcrowell@labaton.com*
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Lead Counsel for Lead
Plaintiffs New York Funds*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Applies to: All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**NOTICE OF MOTION OF PLAINTIFFS FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND PLAN OF ALLOCATION OF NET SETTLEMENT FUND**<br><br>Date: November 15, 2010<br>Time: 1:00 p.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on November 15, 2010, at 1:00 p.m. or as soon thereafter as counsel may be heard, Lead Plaintiffs Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and as sole Trustee of the New York State Common Retirement Fund, Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, and Teachers' Retirement System of the City of New York, and Plaintiff Barry Brahn, on behalf of the Class (collectively, "Plaintiffs") will move this Court before the Honorable Mariana R. Pfaelzer, United States District Judge, at the United States Courthouse, 312 North Spring Street, Courtroom 12, Los Angeles, California 90012, for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, granting final approval to the proposed Settlement of this action, approving the Plan of Allocation of the Net Settlement Fund, dismissing this action with prejudice and on the merits, and granting related relief.

This motion is premised on the accompanying Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Proposed Settlement and Plan of Allocation of Net Settlement Fund; the accompanying Declaration of Joel H. Bernstein in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Net Settlement Fund and Lead Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Expenses, and certain exhibits thereto; the accompanying Declaration of Frank C. Torchio for Settlement Purposes, with exhibits and appendix; the accompanying Declaration of Thomas R. Glenn of Rust Consulting, Inc. Regarding Notice to the Class, with exhibits; this Court's Order Granting Preliminary Approval to Settlement and Directing Dissemination of Notice to the Class, dated August 2,

2010; the Amended Stipulation and Agreement of Settlement, with exhibits, dated as of June 29, 2010; and all prior papers and proceedings in this action.

A proposed Final Judgment and Order of Dismissal With Prejudice and proposed Order Approving Plan of Allocation of Net Settlement Fund are submitted herewith.

Dated: October 11, 2010

Respectfully submitted,

LABATON SUCHAROW LLP

By: */s/ Joel H. Bernstein*
JOEL H. BERNSTEIN
JONATHAN M. PLASSE
IRA A. SCHOCHET
DAVID J. GOLDSMITH
MICHAEL H. ROGERS
JOSHUA L. CROWELL

*Lead Counsel for Lead Plaintiffs New York Funds*

KREINDLER & KREINDLER LLP
GRETCHEN M. NELSON (#112566)
*gnelson@kreindler.com*
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

HENNIGAN, BENNETT
 & DORMAN LLP
J. MICHAEL HENNIGAN (#59591)
*hennigan@hbdlawyers.com*
KIRK D. DILLMAN (#110486)
*dillmank@hbdlawyers.com*
MICHAEL SWARTZ (#163590)
*swartzm@hbdlawyers.com*
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

*Liaison Counsel for Lead Plaintiffs New York Funds*

| | |
|---|---|
| 1 | KAPLAN FOX & KILSHEIMER LLP |
| | JOEL B. STRAUSS |
| 2 | *jstrauss@kaplanfox.com* |
| | JEFFREY P. CAMPISI |
| 3 | *jcampisi@kaplanfox.com* |
| | 850 Third Avenue |
| 4 | New York, New York 10022 |
| | Telephone: (212) 687-1980 |
| 5 | Facsimile: (212) 687-7714 |
| 6 | *Attorneys for Plaintiff* |
| | *Barry Brahn* |