1  LABATON SUCHAROW LLP
   JOEL H. BERNSTEIN
2  *jbernstein@labaton.com*
   JONATHAN M. PLASSE
3  *jplasse@labaton.com*
   IRA A. SCHOCHET
4  *ischochet@labaton.com*
   DAVID J. GOLDSMITH
5  *dgoldsmith@labaton.com*
   MICHAEL H. ROGERS
6  *mrogers@labaton.com*
   JOSHUA L. CROWELL
7  *jcrowell@labaton.com*
   140 Broadway
8  New York, New York  10005
   Telephone:  (212) 907-0700
9  Facsimile:  (212) 818-0477

10 *Lead Counsel for Lead*
   *Plaintiffs New York Funds*
11
   [Additional counsel listed on signature page]
12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15                    WESTERN DIVISION

| | |
|---|---|
| 16 IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION | Lead Case No. CV 07-05295 MRP (MANx) |
| 18 This Document Applies to:  All Actions | **NOTICE OF PETITION OF LEAD COUNSEL FOR LEAD PLAINTIFFS FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES** |
| | Date:   November 15, 2010 Time:  1:00 p.m. Courtroom:  12 Judge:  Hon. Mariana R. Pfaelzer |

17

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on November 15, 2010, at 1:00 p.m. or as soon thereafter as counsel may be heard, Labaton Sucharow LLP, Court-appointed Lead Counsel for Lead Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and as sole Trustee of the New York State Common Retirement Fund, and Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, and Teachers' Retirement System of the City of New York, will petition this Court on behalf of all Plaintiffs' Counsel before the Honorable Mariana R. Pfaelzer, United States District Judge, at the United States Courthouse, 312 North Spring Street, Courtroom 12, Los Angeles, California 90012, for an Order, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, *(i)* awarding attorney's fees of $47,372,000.00, or approximately 7.59% of the Settlement Amount, with interest; and *(ii)* granting reimbursement of expenses in the total amount of $8,080,517.87, with interest on the amount of expenses actually paid as of September 15, 2010, all to be paid out of the Gross Settlement Fund in this action.

This motion is premised on the accompanying Memorandum of Points and Authorities in Support of Lead Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Expenses; the accompanying Declaration of Joel H. Bernstein in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Net Settlement Fund and Lead Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Expenses, and certain exhibits thereto; the accompanying Declaration of Michael H. Diamond in Support of Lead Counsel's Request for Attorneys' Fees and Expenses, with exhibits; and the accompanying Compendium of Individual Declarations Submitted in Support of

1   Lead Counsel's Petition for an Award of Attorney's Fees and Reimbursement of

2   Expenses; this Court's Order Granting Preliminary Approval to Settlement and

3   Directing Dissemination of Notice to the Class, dated August 2, 2010; the

4   Amended Stipulation and Agreement of Settlement, with exhibits, dated as of June

5   29, 2010; and all prior papers and proceedings in this action.

6       A proposed Order Awarding Attorney's Fees and Expenses to Lead Counsel

7   is submitted herewith.

8

9   Dated: October 11, 2010           Respectfully submitted,

10                         LABATON SUCHAROW LLP

11               By:   */s/ Joel H. Bernstein*
   JOEL H. BERNSTEIN

12                         JONATHAN M. PLASSE
   IRA A. SCHOCHET

13                         DAVID J. GOLDSMITH
   MICHAEL H. ROGERS

14                         JOSHUA L. CROWELL

15                         *Lead Counsel for Lead*

16                         *Plaintiffs New York Funds*

17                         KREINDLER & KREINDLER LLP
   GRETCHEN M. NELSON (#112566)

18                         *gnelson@kreindler.com*
   707 Wilshire Boulevard, Suite 4100

19                         Los Angeles, California 90017
   Telephone: (213) 622-6469

20                         Facsimile: (213) 622-6019

21                         HENNIGAN, BENNETT
   & DORMAN LLP

22                         J. MICHAEL HENNIGAN (#59591)
   *hennigan@hbdlawyers.com*

23                         KIRK D. DILLMAN (#110486)
   *dillmank@hbdlawyers.com*

24                         MICHAEL SWARTZ (#163590)
   *swartzm@hbdlawyers.com*

25                         865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017

26                         Telephone: (213) 694-1200
   Facsimile: (213) 694-1234

27                         *Liaison Counsel for Lead*
   *Plaintiffs New York Funds*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAPLAN FOX & KILSHEIMER LLP
JOEL B. STRAUSS
*jstrauss@kaplanfox.com*
JEFFREY P. CAMPISI
*jcampisi@kaplanfox.com*
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile:  (212) 687-7714

*Attorneys for Plaintiff*
*Barry Brahn*