LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
*jbernstein@labaton.com*
JONATHAN M. PLASSE
*jplasse@labaton.com*
IRA A. SCHOCHET
*ischochet@labaton.com*
DAVID J. GOLDSMITH
*dgoldsmith@labaton.com*
MICHAEL H. ROGERS
*mrogers@labaton.com*
JOSHUA L. CROWELL
*jcrowell@labaton.com*
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiffs New York Funds*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Applies to:  All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**COMPENDIUM OF INDIVIDUAL DECLARATIONS SUBMITTED IN SUPPORT OF LEAD COUNSEL'S PETITION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:  November 15, 2010<br>Time:  1:00 p.m.<br>Courtroom:  12<br>Judge:  Hon. Mariana R. Pfaelzer |

# INDEX OF DECLARATIONS

| | |
|---|---|
| Tab 1) | Declaration Joel H. Bernstein on Behalf of Labaton Sucharow LLP in Support of An Award of Attorney's Fees and Reimbursement of Expenses |
| Tab 2) | Declaration of Joel B. Strauss on Behalf of Kaplan Fox & Kilsheimer LLP in Support of Motion for Award of Attorneys' Fees and Reimbursements of Expenses |
| Tab 3) | Declaration of Gretchen M. Nelson on Behalf of Kreindler & Kreindler LLP in Support of Motion for Award of Attorneys' Fees and Reimbursements of Expenses |
| Tab 4) | Declaration of Karen H. Riebel on Behalf of Lockridge Grindel Nauen P.L.L.P in Support of Motion for Award of Attorneys' Fees and Reimbursements of Expenses |
| Tab 5) | Declaration of J. Michael Hennigan on Behalf of Hennigan, Bennett & Dorman LLP in Support of Motion for Award of Attorneys' Fees and Reimbursements of Expenses |
| Tab 6) | Declaration of Jeffrey Klafter on Behalf of Klafter Olsen & Lesser LLP in Support of Motion for Award of Attorneys' Fees and Reimbursements of Expenses |
| Tab 7) | Declaration of Frank C. Torchio Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 8) | Declaration of Richard G. Vestuto of Merrill Communications LLC Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 9) | Declaration of D. Paul Regan of Hemming Morse, Inc. Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 10) | Declaration of Leonard Blum of Westwood Capital LLC Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 11) | Declaration of Richard K. Green of University of Southern California Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |

COMPENDIUM OF DECLARATIONS IN SUPP. OF PETITION FOR FEES & EXPENSES
LEAD CASE NO. CV 07-05295 MRP (MANx)

|   |   |   |
|---|---|---|
| Tab 12) | | Declaration of Gregg A. Jarrell Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 13) | | Declaration of Professors Linda Allen and Anthony Saunders Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 14) | | Declaration of Kathleen Dahlgren of Cognition Technologies, Inc. Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 15) | | Declaration of Sharon Sabba Fierstein of Marks Paneth & Shron LLP Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 16) | | Declaration of Axia Advisors, LLC Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 17) | | Declaration of Lucian A. Bebchuk Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |
| Tab 18) | | Declaration of H. Nejat Seyhun Concerning Fees and Costs for Services Rendered to Lead Plaintiffs |