UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

Date: October 26, 2010

**CASE NO:  CV07-5295-MRP (MANx)  GEORGE PAPPAS, et al., v. COUNTRYWIDE FINANCIAL CORP.,**
==================================================================
PRESENT:  <u>THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE</u>

<u>Cynthia Salyer</u>                                                   <u>Not Reported</u>
Courtroom Clerk                                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                         Not Present

**PROCEEDINGS:     IN CHAMBERS**

    The Fairness Hearing scheduled for Monday, November 15, 2010 at 1:00 p.m., is continued to Monday, December 6, 2010, at 1:00 p.m.

MINUTES FORM 11                                                 Initials of Deputy Clerk <u>cs</u>
CIVIL - GEN                                                          TIME: