LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
*jbernstein@labaton.com*
JONATHAN M. PLASSE
*jplasse@labaton.com*
IRA A. SCHOCHET
*ischochet@labaton.com*
DAVID J. GOLDSMITH
*dgoldsmith@labaton.com*
MICHAEL H. ROGERS
*mrogers@labaton.com*
JOSHUA L. CROWELL
*jcrowell@labaton.com*
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiffs New York Funds*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:  All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**NOTICE OF UNOPPOSED MOTION OF PLAINTIFFS FOR PRELIMINARY APPROVAL OF FIRST AMENDMENT TO SETTLEMENT AGREEMENT**<br><br>Date:  January 12, 2011<br>Time:  1:30 p.m.<br>Courtroom:  12<br>Judge:  Hon. Mariana R. Pfaelzer |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, on January 12, 2011, at 1:30 p.m. or as soon thereafter as counsel may be heard, Lead Plaintiffs Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and as sole Trustee of the New York State Common Retirement Fund; Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, and Teachers' Retirement System of the City of New York; and Plaintiff Barry Brahn, on behalf of the Class, will move this Court before the Honorable Mariana R. Pfaelzer, United States District Judge, at the United States Courthouse, 312 North Spring Street, Courtroom 12, Los Angeles, California 90012, for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and the Court's directives during the status telephonic status conference held on December 16, 2010, granting preliminary approval to proposed modifications to the Settlement of this action, and granting related relief.

This motion is premised on the accompanying Plaintiffs' Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of First Amendment to Settlement Agreement; the First Amendment to Amended Stipulation and Agreement of Settlement, with exhibits, dated as of January 4, 2011 and filed contemporaneously herewith; and all prior papers and proceedings in this action.

A proposed Order Granting Preliminary Approval to First Amendment to Settlement Agreement and Directing Dissemination of Supplemental Notice to the Class is submitted herewith.

PLS.' UNOPPOSED MOT. FOR PRELIM. APPROVAL OF SETT. AMENDMENT
LEAD CASE NO. CV 07-05295 MRP (MANx)

| | | |
|---|---|---|
| 1 | Dated:  January 4, 2011 | Respectfully submitted, |
| 2 | | LABATON SUCHAROW LLP |
| 3 | | By:  /s/ Joel H. Bernstein |
| | | JOEL H. BERNSTEIN |
| 4 | | JONATHAN M. PLASSE |
| | | IRA A. SCHOCHET |
| 5 | | DAVID J. GOLDSMITH |
| | | MICHAEL H. ROGERS |
| 6 | | JOSHUA L. CROWELL |

*Lead Counsel for Lead Plaintiffs New York Funds*

KREINDLER & KREINDLER LLP
GRETCHEN M. NELSON (#112566)
gnelson@kreindler.com
707 Wilshire Boulevard, Suite 4100
Los Angeles, California  90017
Telephone:  (213) 622-6469
Facsimile:  (213) 622-6019

HENNIGAN, BENNETT
  & DORMAN LLP
J. MICHAEL HENNIGAN (#59591)
hennigan@hbdlawyers.com
KIRK D. DILLMAN (#110486)
dillmank@hbdlawyers.com
MICHAEL SWARTZ (#163590)
swartzm@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California  90017
Telephone:  (213) 694-1200
Facsimile:  (213) 694-1234

*Liaison Counsel for Lead Plaintiffs New York Funds*

KAPLAN FOX & KILSHEIMER LLP
JOEL B. STRAUSS
jstrauss@kaplanfox.com
JEFFREY P. CAMPISI
jcampisi@kaplanfox.com
850 Third Avenue
New York, New York  10022
Telephone:  (212) 687-1980
Facsimile:  (212) 687-7714

*Attorneys for Plaintiff Barry Brahn*