1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**ORDER GRANTING PRELIMINARY APPROVAL TO FIRST AMENDMENT TO SETTLEMENT AGREEMENT AND DIRECTING DISSEMINATION OF SUPPLEMENTAL NOTICE TO THE CLASS** |

1    The parties have presented to the Court for preliminary approval an

2  amendment to the previously submitted Settlement Agreement in the above-

3  captioned case.  The terms of the amendment are set out in a First Amendment to

4  Amended Stipulation and Agreement of Settlement (the "Amendment") executed by

5  counsel for the parties as of January 4, 2011.  All capitalized terms used herein have

6  the meanings set forth and defined in the previously submitted Settlement

7  Agreement, as modified by the Amendment.

8    The Court, upon careful review of the Amendment, and having found it

9  unnecessary to hold a hearing, has preliminarily determined the Amendment is

10  sufficiently fair, reasonable, and adequate to warrant the issuance of Supplemental

11  Notice of the proposed Amendment to the members of the Class certified by the

12  Court.  It is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

13    1.    Preliminary Findings Concerning Proposed Settlement.  The Court

14  preliminarily finds that the proposed Amendment should be approved.

15    2.    Fairness Hearing.  A hearing (the "Fairness Hearing") will be held on

16  February 25, 2011 at 1:00 p.m. before the Honorable Mariana R. Pfaelzer in

17  Courtroom 12 of the United States District Court for the Central District of

18  California, 312 North Spring Street, Los Angeles, California 90012, to determine,

19  among other things, (a) whether the proposed Settlement of the Action on the terms

20  and conditions provided in the Settlement Agreement and Amendment thereto is

21  fair, reasonable, and adequate and should be approved by the Court; (b) whether the

22  proposed Plan of Allocation of the Net Settlement Fund is fair and reasonable and

23  should be approved by the Court; (c) whether a Final Judgment and Order of

24  Dismissal with Prejudice substantially in the form of Exhibit B to the Amendment

25  should be entered in this Action; and (d) to consider Plaintiffs' Lead Counsel's

26  application for a Fee and Expense Award.  Any supplemental papers in support of

27  final approval of the Settlement Agreement, approval of the Plan of Allocation, and

28

1 Plaintiffs' Lead Counsel's application for a Fee and Expense Award shall be filed

2 with the Court no later than twenty-one (21) days before the Fairness Hearing.

3       3.    Supplemental Notice. The Court approves the form and substance of

4 the Supplemental Notice form annexed to the Amendment as Exhibit 1 to Exhibit A,

5 and finds that the procedures established for mailing and distribution of the

6 Supplemental Notice substantially in the manner and form set forth in Paragraphs 4

7 and 6 of this Order (a) constitute the best notice to Class members practicable under

8 the circumstances, (b) are reasonably calculated, under the circumstances, to

9 describe the terms and effect of the Amendment and to apprise Class Members of

10 their opportunity to object to the proposed Amendment and modification to the Plan

11 of Allocation, (c) are reasonable and constitute due, adequate, and sufficient notice

12 to all persons entitled to receive such notice, and (d) satisfy all applicable

13 requirements of the Federal Rules of Civil Procedure (including Rules 23(c) and

14 (d)), the United States Constitution (including the Due Process Clause), the Private

15 Securities Litigation Reform Act of 1995, the Rules of this Court, and any other

16 applicable law.

17       4.    Manner of Supplemental Notice. Plaintiffs' Lead Counsel is hereby

18 authorized to use Rust Consulting, Inc. (the "Claims Administrator") to supervise

19 and administer the Supplemental Notice procedure under the supervision of

20 Plaintiffs' Lead Counsel. The manner of providing Supplemental Notice shall be as

21 follows:

22       (a)    Not later than nine (9) calendar days after entry of this Order by

23       this Court (the "Supplemental Notice Date"), the Claims Administrator shall

24       cause the Supplemental Notice, substantially in the form annexed hereto as

25       Exhibit 1, to be sent to each Class Member who can be identified by

26       reasonable effort. Such notice shall be sent by first-class mail, postage

27       prepaid, to the Class Member's last known address.

28

1         (b)   Not later than twenty-one (21) days before the Fairness Hearing,

2    Plaintiffs' Lead Counsel shall file with the Court one or more affidavits or

3    declarations showing timely compliance with the foregoing mailing

4    requirements.

5         5.    Nominee Purchasers. The Claims Administrator shall mail the

6    Supplemental Notice directly to (a) individual beneficial owners whose last-known

7    names and addresses have been supplied by banks, brokerage firms, institutions, and

8    other Persons who are nominees for the beneficial interest of other Persons during

9    the Class Period ("Nominee Purchasers"); (b) any Nominee Purchasers who

10   requested bulk shipments of the original notice of this Settlement ("Original Notice

11   Packet"); and (c) any Nominee Purchasers who supplied the Claims Administrator

12   with mailing labels for individual beneficial owners in response to efforts made by

13   the Claims Administrator in connection with the mailing of the Original Notice

14   Packet. Within five (5) days of receipt of either the Supplemental Notice or the bulk

15   shipment of the Supplemental Notice, Nominee Purchasers shall either mail the

16   Supplemental Notice form directly to such beneficial owners or provide the Claims

17   Administrator with mailing labels for the name and last-known address of each

18   beneficial owner. Within ninety (90) days of the Supplemental Notice Date,

19   Nominee Purchasers who receive bulk shipments or send mailing labels may request

20   and the Claims Administrator shall, upon receipt of appropriate supporting

21   documentation, reimburse Nominee Purchasers out of the Set-Aside solely for

22   Nominee Purchasers' reasonable out-of-pocket expenses incurred in sending notice

23   to the beneficial owners who are potential Class Members, which expenses would

24   not have been incurred except for the sending of such Supplemental Notice, subject

25   to further order of this Court with respect to any dispute concerning such

26   reimbursement.

27        6.    Submission of Proof of Claim Forms. Proof of Claim forms shall be

28   submitted by Class Members in accordance with Paragraph 8 of this Court's Order

3

1 | Granting Preliminary Approval to Settlement and Directing Dissemination of Notice

2 | to the Class dated August 2, 2010 (the "First Preliminary Approval Order"), except

3 | the deadline for submitting such Proof of Claim forms shall be sixty (60) days

4 | following the Fairness Hearing, or such other date as may be set by the Court.

5 |        7.       Objections to Amendment or Modification to Plan of Allocation. Any

6 | member of the Class who wishes to object to the fairness, reasonableness, or

7 | adequacy of the Amendment or modification to the Plan of Allocation may file an

8 | objection.  An objector must file with the Court a written statement setting forth his,

9 | her or its objection(s) to the Amendment and/or modification to the Plan of

10 | Allocation, (a) clearly indicating that objector's name, mailing address, daytime

11 | telephone number, and e-mail address; (b) stating that the objector is objecting to the

12 | proposed Amendment or the modification to the Plan of Allocation in *In re*

13 | *Countrywide Financial Corporation Securities Litigation,* No. CV 07-05295 MRP

14 | (MANx) (C.D. Cal.); (c) specifying the reason(s), if any, for each such objection

15 | made, including any legal support and/or evidence that such objector wishes to bring

16 | to the Court's attention or introduce in support of such objection; and (d) identifying

17 | and supplying documentation showing the date(s), price(s), and numbers of shares

18 | or units of all purchases and sales of Countrywide Securities by such objector during

19 | the Class Period and, for options that expired during the Class Period, the cash

20 | settlement or delivery amounts (if any).  The objector must also mail the objection

21 | and all supporting documentation to Plaintiffs' Lead Counsel, counsel for the

22 | Countrywide Defendants and counsel for KPMG.

23 |        Any objections previously submitted by Class Members need not be

24 | submitted again.  The Court's original objection deadline of October 18, 2010 set

25 | forth in the First Preliminary Approval Order is **not** hereby extended.  The only

26 | objections permitted to be filed pursuant to this Order are those related to the

27 | Amendment or modification to the Plan of Allocation.  The addresses for filing

28 | objections with the Court and service on counsel are as follows:

4

1

*To the Court:*

2

Clerk of the Court
United States District Court
   for the Central District of California
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

3

4

5

*To Plaintiffs' Lead Counsel:*

6

Joel H. Bernstein, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

7

8

9

*To the Countrywide Defendants:*

10

Brian E. Pastuszenski, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

11

12

13

*To KPMG LLP:*

14

Gwyn Quillen, Esq.
Bingham McCutchen LLP
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404

15

16

17

18

The objector or his, her or its counsel (if any) must effect service of the

19

objection upon the counsel listed above and file it with the Court so that it is

20

received no later than seven (7) days before the Fairness Hearing. A Class Member

21

may file an objection on his, her or its own or through an attorney hired at his, her or

22

its own expense. If an objector hires an attorney to represent him, her or it for the

23

purposes of making such objection pursuant to this paragraph, the attorney must

24

both effect service of a notice of appearance on the counsel listed above and file it

25

with the Court no later than seven (7) days before the Fairness Hearing. Any

26

member of the Class or other Person who does not timely file and serve a written

27

objection complying with the terms of this paragraph shall be deemed to have

28

waived, and shall be foreclosed from raising, any objection to the Amendment or

1  modification to the Plan of Allocation, and any untimely objection shall be barred.

2  Any submissions by the Parties in opposition or response to objections submitted

3  pursuant to this paragraph shall be filed with the Court no later than three (3) days

4  before the Fairness Hearing.

5       8.    Appearance at Fairness Hearing. Any objector who files and serves or

6  has filed and served a timely, written objection in accordance with the instructions

7  above and herein, may also appear at the Fairness Hearing either in person or

8  through counsel retained at the objector's expense. Objectors or their attorneys

9  intending to appear at the Fairness Hearing must effect service of a notice of

10  intention to appear, setting forth, among other things, the name, mailing address,

11  daytime telephone number, and e-mail address of the objector (and, if applicable,

12  the name, mailing address, daytime telephone number, and e-mail address of the

13  objector's attorney) on Plaintiffs' Lead Counsel, counsel for the Countrywide

14  Defendants and counsel for KPMG (at the addresses set out above). The objector

15  must also file the notice of intention to appear with the Court no later than seven (7)

16  days before the Fairness Hearing. Any objector who does not timely file and serve a

17  notice of intention to appear in accordance with this paragraph shall not be

18  permitted to appear at the Fairness Hearing, except for good cause shown. Any

19  objectors or their attorneys who filed and served a notice of intention to appear in

20  connection with the First Preliminary Approval Order need not file and serve

21  another notice of intention to appear.

22       9.    Requests for Exclusion. Any potential Class Member who previously

23  filed a request for exclusion from the Class need not file their request again. No

24  additional requests for exclusion shall be allowed.

25       10.   Service of Papers. Counsel for the Countrywide Defendants, counsel

26  for KPMG LLP, and Plaintiffs' Lead Counsel shall promptly furnish all Parties with

27  copies of any and all objections and notices of intention to appear that come into

28  their possession.

1      11.   <u>Fees and Expenses</u>. All reasonable costs associated with Supplemental

2  Notice and incurred in notifying Class Members shall be paid as set forth in the

3  Amendment. In the event the Amendment is not approved by the Court, or

4  otherwise fails to become effective, none of the Parties or their counsel shall have

5  any obligation to repay the reasonable and necessary Supplemental Notice expenses

6  actually incurred as of the date the Amendment is terminated.

7      12.   <u>Termination of Settlement</u>. This Order shall become null and void, and

8  shall be without prejudice to the rights of the Parties if the Settlement is terminated

9  in accordance with the Settlement Agreement. In such event, Paragraphs 37, 38 or

10  39 (as the context requires) of the Settlement Agreement shall govern the rights of

11  the Parties.

12      13.   <u>Nullification of Amendment (Paragraph 5.1)</u>. In the event that the

13  Amendment is declared null and void by Lead Plaintiffs or Countrywide pursuant to

14  Paragraph 5.1 therein, but the Settlement is not terminated, then this Order shall

15  become null and void, the Parties shall be restored to their respective positions in the

16  Action as of November 30, 2010, and Countrywide and KPMG shall each have ten

17  (10) calendar days from the time of such declaration to elect to terminate their

18  respective portions of the Settlement or go forward with the Settlement as it existed

19  on November 30, 2010.

20      14.   <u>Nullification of Amendment (Paragraph 5.4)</u>. In the event that the

21  Amendment automatically becomes null and void pursuant to Paragraph 5.4 therein,

22  then this Order shall become null and void, the Parties shall revert to their positions

23  in the litigation as of November 30, 2010, and the Parties shall have all rights and

24  obligations as set forth in the Settlement Agreement other than those pursuant to

25  Paragraph 43 thereof.

26      15.   <u>CAFA Notice</u>. The Court finds that, to the extent the notice provisions

27  of the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), apply to this Action,

28  such notice having already been provided by Defendants as evidenced in the

7

1   declaration filed with the Court by Countrywide's counsel on October 8, 2010, no

2   further notice under CAFA is required.

3       16.   Use of Order.  This Order shall not be construed or used as an

4   admission, concession, or presumption by or against any of the Released Parties of

5   any fault, wrongdoing, breach, or liability or as a waiver by any Party of any

6   arguments, defenses, or claims he, she, or it may have in the event that the

7   Settlement Agreement is terminated or the Amendment is nullified, nor shall it be

8   used in any manner prohibited by Paragraph 51 of the Settlement Agreement.  In the

9   event this Order becomes of no force or effect, it shall not be construed or used as an

10  admission, concession, or presumption by or against the Released Parties, Plaintiffs

11  or the Class.

12      17.   Continuance of Hearing.  The Court reserves the right to continue or

13  adjourn the Fairness Hearing from time to time without further notice to the Class.

14  The Court may approve the Settlement, including the Amendment thereto, with such

15  further modifications as may be agreed to by the Parties, if appropriate, without

16  further notice to the Class.

17

18      SO ORDERED this 7th day of January, 2011.

19

20

21                          HONORABLE MARIANA R. PFAELZER
22                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28