LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
*jbernstein@labaton.com*
JONATHAN M. PLASSE
*jplasse@labaton.com*
IRA A. SCHOCHET
*ischochet@labaton.com*
DAVID J. GOLDSMITH
*dgoldsmith@labaton.com*
MICHAEL H. ROGERS
*mrogers@labaton.com*
JOSHUA L. CROWELL
*jcrowell@labaton.com*
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiffs New York Funds*

[Additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Applies to:  All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**NOTICE OF MOTION OF PLAINTIFFS FOR FINAL APPROVAL OF PROPOSED MODIFIED SETTLEMENT AND MODIFIED PLAN OF ALLOCATION OF NET SETTLEMENT FUND**<br><br>Date:  February 25, 2011<br>Time:  1:00 p.m.<br>Courtroom:  12<br>Judge:  Hon. Mariana R. Pfaelzer |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on February 25, 2010, at 1:00 p.m. or as soon thereafter as counsel may be heard, Lead Plaintiffs Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and as sole Trustee of the New York State Common Retirement Fund, Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, and Teachers' Retirement System of the City of New York, and Plaintiff Barry Brahn, on behalf of the Class (collectively, "Plaintiffs"), will move this Court before the Honorable Mariana R. Pfaelzer, United States District Judge, at the United States Courthouse, 312 North Spring Street, Courtroom 12, Los Angeles, California 90012, for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, granting final approval to the proposed Settlement of this action, as modified; approving the Plan of Allocation of the Net Settlement Fund, as modified; dismissing this action with prejudice and on the merits; and granting related relief.

This motion is premised upon the accompanying Plaintiffs' Supplemental Memorandum of Points and Authorities in Support of Motion for Final Approval of Proposed Settlement and Plan of Allocation of Net Settlement Fund; the accompanying Supplemental Declaration of Joel H. Bernstein in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Net Settlement Fund and Lead Counsel's Modified Petition for an Award of Attorneys' Fees and Reimbursement of Expenses, with exhibits; the accompanying Declaration of Diane D. Foody, Esq. in Support of Final Approval of Settlement as Modified, the Proposed Plan of Allocation as Modified, and Modified Award of Attorneys' Fees and Reimbursement of Expenses, with exhibit; the accompanying

1  Supplemental Declaration of Karen J. Seemen, Esq. in Support of Final Approval
2  of Settlement as Modified, Proposed Plan of Allocation as Modified, and Modified
3  Award of Attorneys' Fees and Reimbursement of Expenses, with exhibit; and the
4  accompanying Second Supplemental Declaration of Thomas R. Glenn of Rust
5  Consulting, Inc. Regarding Notice to the Class, with exhibits.
6      This motion is also premised upon this Court's Order Granting Preliminary
7  Approval to First Amendment to Settlement Agreement and Directing
8  Dissemination of Supplemental Notice to the Class, dated January 7, 2011 (Dkt.
9  No. 1021); the First Amendment to Amended Stipulation and Agreement of
10  Settlement, with exhibits, dated as of January 4, 2011 (Dkt. No. 1015); Plaintiffs'
11  Memorandum of Points and Authorities Responding to Objections, Concerning
12  Requests for Exclusion from the Class, and Reporting on Settlement of SEC
13  Action, dated November 29, 2010 (Dkt. No. 1005); the Declaration of Joel H.
14  Bernstein Responding to Objections, Concerning Requests for Exclusion From the
15  Class, and Reporting on Settlement of SEC Action, with exhibits, dated November
16  29, 2010 (Dkt. No. 1006); the Supplemental Declaration of Thomas R. Glenn of
17  Rust Consulting, Inc. Regarding Notice to the Class, with exhibits, filed on
18  November 29, 2010 (Dkt. No. 1007); Plaintiffs' Memorandum of Points and
19  Authorities in Support of Motion for Final Approval of Proposed Settlement and
20  Plan of Allocation of Net Settlement Fund, dated October 11, 2010 (Dkt. No. 984);
21  the Declaration of Joel H. Bernstein in Support of Plaintiffs' Motion for Final
22  Approval of Settlement and Plan of Allocation of Net Settlement Fund and Lead
23  Counsel's Petition for an Award of Attorney's Fees and Reimbursement of
24  Expenses, and certain exhibits thereto, dated October 11, 2010 (Dkt. No. 985); the
25  Declaration of Thomas R. Glenn of Rust Consulting, Inc. Regarding Notice to the
26  Class, with exhibits, filed on October 11, 2010 (Dkt. No. 986); the Declaration of
27  Frank C. Torchio for Settlement Purposes, with exhibits and appendix, filed on
28

1 | October 11, 2010 (Dkt. No. 987); this Court's Order Granting Preliminary
2 | Approval to Settlement and Directing Dissemination of Notice to the Class, with
3 | exhibits, dated August 2, 2010 (Dkt. No. 976); the Amended Stipulation and
4 | Agreement of Settlement, with exhibits, dated as of June 29, 2010 (Dkt. No. 841);
5 | and all prior papers and proceedings in this action.

A proposed Final Judgment and Order of Dismissal With Prejudice and proposed Order Approving Plan of Allocation of Net Settlement Fund as Modified are submitted herewith.

Dated: February 4, 2011

Respectfully submitted,

LABATON SUCHAROW LLP

By: */s/ Joel H. Bernstein*
JOEL H. BERNSTEIN
JONATHAN M. PLASSE
IRA A. SCHOCHET
DAVID J. GOLDSMITH
MICHAEL H. ROGERS
JOSHUA L. CROWELL

*Lead Counsel for Lead Plaintiffs New York Funds*

KREINDLER & KREINDLER LLP
GRETCHEN M. NELSON (#112566)
gnelson@kreindler.com
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

| | |
|---|---|
| 1 | HENNIGAN, BENNETT |
| 2 | & DORMAN LLP |
|   | J. MICHAEL HENNIGAN (#59591) |
| 3 | hennigan@hbdlawyers.com |
|   | KIRK D. DILLMAN (#110486) |
| 4 | dillmank@hbdlawyers.com |
|   | MICHAEL SWARTZ (#163590) |
| 5 | swartzm@hbdlawyers.com |
|   | 865 South Figueroa Street, Suite 2900 |
| 6 | Los Angeles, California 90017 |
|   | Telephone: (213) 694-1200 |
| 7 | Facsimile: (213) 694-1234 |

*Liaison Counsel for Lead Plaintiffs New York Funds*

KAPLAN FOX & KILSHEIMER LLP
JOEL B. STRAUSS
jstrauss@kaplanfox.com
JEFFREY P. CAMPISI
jcampisi@kaplanfox.com
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for Plaintiff Barry Brahn*

PLAINTIFFS' MOT. FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOC. AS MODIFIED
LEAD CASE NO. CV 07-05295 MRP (MANx)                                                                4