LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
*jbernstein@labaton.com*
JONATHAN M. PLASSE
*jplasse@labaton.com*
IRA A. SCHOCHET
*ischochet@labaton.com*
DAVID J. GOLDSMITH
*dgoldsmith@labaton.com*
MICHAEL H. ROGERS
*mrogers@labaton.com*
JOSHUA L. CROWELL
*jcrowell@labaton.com*
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiffs New York Funds*

[Additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Applies to:  All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**NOTICE OF MODIFIED PETITION OF LEAD COUNSEL FOR LEAD PLAINTIFFS FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:   February 25, 2011<br>Time:   1:00 p.m.<br>Courtroom:  12<br>Judge:  Hon. Mariana R. Pfaelzer |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on February 25, 2011, at 1:00 p.m. or as soon thereafter as counsel may be heard, Labaton Sucharow LLP, Court-appointed Lead Counsel for Lead Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and as sole Trustee of the New York State Common Retirement Fund, and Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, and Teachers' Retirement System of the City of New York, will petition this Court on behalf of all Plaintiffs' Counsel before the Honorable Mariana R. Pfaelzer, United States District Judge, at the United States Courthouse, 312 North Spring Street, Courtroom 12, Los Angeles, California 90012, for an Order, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, *(i)* awarding attorneys' fees of $46,472,000.00, or approximately 7.73% of the anticipated Settlement Amount, with interest; and *(ii)* granting reimbursement of expenses in the total amount of $8,080,517.87, with interest on the amount of expenses actually paid as of September 15, 2010, all to be paid out of the Gross Settlement Fund in this action.

This petition is premised upon the accompanying Memorandum of Points and Authorities in Support of Lead Counsel's Modified Petition for an Award of Attorneys' Fees and Reimbursement of Expenses; the accompanying Supplemental Declaration of Joel H. Bernstein in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Net Settlement Fund and Lead Counsel's Modified Petition for an Award of Attorneys' Fees and Reimbursement of Expenses; the accompanying Declaration of Diane D. Foody, Esq. in Support of Final Approval of Settlement as Modified, the Proposed Plan of Allocation as Modified, and Modified Award of Attorneys' Fees and Reimbursement of

Expenses, with exhibit; the accompanying Supplemental Declaration of Karen J. Seemen, Esq. in Support of Final Approval of Settlement as Modified, Proposed Plan of Allocation as Modified, and Modified Award of Attorneys' Fees and Reimbursement of Expenses, with exhibit; and the accompanying Supplemental Declaration of Michael H. Diamond in Support of Lead Counsel's Modified Request for Attorneys' Fees and Expenses, with exhibit.

    This petition is also premised upon this Court's Order Granting Preliminary Approval to First Amendment to Settlement Agreement and Directing Dissemination of Supplemental Notice to the Class, dated January 7, 2011 (Dkt. No. 1021); the First Amendment to Amended Stipulation and Agreement of Settlement, with exhibits, dated as of January 4, 2011 (Dkt. No. 1015); the Memorandum of Points and Authorities in Support of Lead Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Expenses, dated October 11, 2010 (Dkt. No. 989); the Declaration of Joel H. Bernstein in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Net Settlement Fund and Lead Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Expenses, and certain exhibits thereto, dated October 11, 2010 (Dkt. No. 985); the Declaration of Michael H. Diamond in Support of Lead Counsel's Request for Attorneys' Fees and Expenses, with exhibits, filed on October 11, 2010 (Dkt. No. 990); the Compendium of Individual Declarations Submitted in Support of Lead Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Expenses, filed on October 11, 2010 (Dkt. No. 991); this Court's Order Granting Preliminary Approval to Settlement and Directing Dissemination of Notice to the Class, with exhibits, dated August 2, 2010 (Dkt. No. 976); the Amended Stipulation and Agreement of Settlement, with exhibits, dated as of June 29, 2010 (Dkt. No. 841); and all prior papers and proceedings in this action.

A proposed Order Awarding Attorneys' Fees and Expenses to Lead Counsel is submitted herewith.

Dated: February 4, 2011

Respectfully submitted,

LABATON SUCHAROW LLP

By: */s/ Joel H. Bernstein*
JOEL H. BERNSTEIN
JONATHAN M. PLASSE
IRA A. SCHOCHET
DAVID J. GOLDSMITH
MICHAEL H. ROGERS
JOSHUA L. CROWELL

*Lead Counsel for Lead Plaintiffs New York Funds*

KREINDLER & KREINDLER LLP
GRETCHEN M. NELSON (#112566)
*gnelson@kreindler.com*
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

HENNIGAN, BENNETT
 & DORMAN LLP
J. MICHAEL HENNIGAN (#59591)
*hennigan@hbdlawyers.com*
KIRK D. DILLMAN (#110486)
*dillmank@hbdlawyers.com*
MICHAEL SWARTZ (#163590)
*swartzm@hbdlawyers.com*
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

*Liaison Counsel for Lead Plaintiffs New York Funds*

|   |   |
|---|---|
| 1 | KAPLAN FOX & KILSHEIMER LLP |
|   | JOEL B. STRAUSS |
| 2 | jstrauss@kaplanfox.com |
|   | JEFFREY P. CAMPISI |
| 3 | jcampisi@kaplanfox.com |
|   | 850 Third Avenue |
| 4 | New York, New York 10022 |
|   | Telephone: (212) 687-1980 |
| 5 | Facsimile:  (212) 687-7714 |
| 6 | *Attorneys for Plaintiff* |
|   | *Barry Brahn* |