24 NO. 2 Class Action Reports 4

## TABLE 1 – Class Action Fee Awards for All Cases by Size of Recovery

| | | [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pend-ing | [7] Fee Date | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. (2/03 $) | [11] Lode-star Hourly Rate | [12] Multi-plier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total Hourly Rate 2/03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 497 | | (S) Seapong Uniform v. Texaco | 7,025 | 1,400 | 25 | 20.3 | 5.6 | 10/1/89 | 3,140 | | 2,580 | 228.18 | 1.95 | 445.86 | 645.01 |
| 498 | | (S,A,B,J) Deutscher v. Pac. Sci. | 7,000 | 2,450 | 619 | 43.8 | 4.0 | 6/1/89 | 5,992 | | 961 | 209.42 | 1.95 | 408.88 | 598.66 |
| 499 | | (S) Cityscape Financial Corp. | 7,000 | 2,333 | 113 | 34.9 | 2.4 | 11/27/00 | | | | | | | |
| 500 | | (S) Schindler v. Overland Express | 7,000 | 2,100 | 365 | 35.2 | 2.0 | 3/10/97 | 3,877 | | 1,328 | 287.92 | 2.10 | 541.63 | 615.00 |
| 501 | | (S) Lewry v. Eisai | 7,000 | 2,100 | 507 | 37.2 | 6.0 | 6/17/94 | | | | | | | |
| 502 | % | (S) Weinberger v. Schroeder | 7,000 | 2,025 | 328 | 33.6 | 5.7 | 8/1/90 | 4,918 | | 1,305 | 219.31 | 1.88 | 411.75 | 568.51 |
| 503 | | (E) Holden v. Burlington Northern, Inc | 7,000 | 1,839 | 3,117 | 70.8 | 5.8 | 6/1/87 | | | | | | | |
| 504 | % | (S) National Data Corp. | 6,950 | 1,690 | 190 | 27.0 | 4.0 | 1/7/94 | | | | | | | |
| 505 | | (S) Robinson v. Allegheny Bev. | 6,950 | 1,344 | 61 | 20.2 | 2.2 | 9/1/88 | 2,483 | | 3,387 | 190.89 | 2.84 | 541.45 | 821.21 |
| 506 | % | (S) Paragine Options v. Farley | 6,940 | 1,735 | 75 | 26.1 | 2.8 | 10/27/92 | | | | | | | |
| 507 | | (S) Kohn v. Am. Metal Climax | 6,924 | 1,700 | 242 | 27.6 | 2.7 | 3/17/94 | | | | | | | |
| 508 | | (A) Bulk Popcorn | 6,901 | 1,863 | 434 | 33.3 | 3.0 | 9/3/92 | 4,063 | | 5,302 | 77.15 | 3.11 | 240.02 | 911.24 |
| 509 | | (S) Ross v. A.H. Robins | 6,900 | 1,800 | 255 | 29.8 | 11.5 | 9/1/88 | 6,039 | | 1,217 | 163.39 | 1.82 | 298.06 | 452.07 |
| 510 | | (L) Hofer v. Capitol American Life Ins | 6,826 | 1,993 | 358 | 34.5 | 6.0 | 7/10/98 | 11,510 | | 450 | 112.78 | 1.54 | 173.18 | 200.42 |
| 511 | | (S) Drew Savings Bank | 6,800 | 1,578 | 184 | 25.9 | 4.7 | 2/1/94 | 7,582 | | 823 | 236.66 | 0.88 | 208.17 | 257.84 |
| 512 | | (S) Compact Video Sec. Lit | 6,800 | 1,096 | 180 | 18.8 | 3.8 | 6/1/86 | 6,894 | 364 | 1,329 | 177.18 | 0.90 | 159.03 | 283.88 |
| 513 | % | (S) Reynolds v. First Alabama Bank | 6,754 | 1,795 | 0 | 26.6 | | 4/19/86 | | | | | | | |
| 514 | | (S) Madera Securities Litigation | 6,750 | 3,025 | 862 | 41.6 | 2.7 | 3/1/96 | | | | | | | |
| 515 | | (S) Centocor Securities Litigation II | 6,750 | 1,418 | 268 | 25.0 | 2.9 | 12/1/95 | 9,498 | | 631 | 265.58 | 0.56 | 149.24 | 176.66 |
| 516 | % | (C) Coca Cola Co. Apple Juice | 6,750 | 1,405 | 95 | 22.2 | | 5/4/98 | | | | | | | |
| 517 | | (S) In re American Integrity | 6,700 | 1,433 | 150 | 23.6 | 2.8 | 9/1/89 | 3,122 | 40 | 2,382 | 199.00 | 2.31 | 459.04 | 667.26 |
| 518 | | (S) In re Paine Webber | 6,606 | 1,935 | 802 | 41.4 | 8.2 | 8/5/94 | | | | | | | |
| 519 | | (S) In re Fidler's Woods | 6,604 | 1,962 | 482 | 37.0 | 4.3 | 10/27/87 | 15,348 | | 427 | 148.87 | 0.86 | 127.83 | 201.45 |
| 520 | | (A) Hannay v. American Honda | 6,600 | 828 | 9 | 12.7 | 4.6 | 9/1/76 | | | | | | | |
| 521 | | (S) In re V Agents | 6,600 | 3,025 | 4,500 | 42.3 | 4.3 | 4/25/96 | | | | | | | |
| 522 | | (S) Bally Shareholder Litigation | 6,500 | 2,000 | 83 | 32.0 | 3.0 | 7/1/90 | 6,326 | | 973 | 210.20 | 1.50 | 316.16 | 440.53 |
| 523 | | (S) Nat'l Auto Credit, Inc. Sec. Lit | 6,500 | 1,975 | 159 | 32.8 | 2.5 | 11/28/00 | | | | | | | |
| 524 | | (S) In re RasterOps Corp. | 6,500 | 1,950 | 968 | 44.7 | 3.2 | 8/28/95 | | | | | | | |
| 525 | | (S) Bank of New England | 6,500 | 1,848 | 267 | 32.5 | 3.0 | 12/15/92 | | | | | | | |
| 526 | | (S) Marks v. Simulation Sciences, Inc | 6,500 | 1,625 | 170 | 27.6 | 3.0 | 6/4/01 | | | | | | | |
| 527 | | (S) Equabiscal Comm. Sec. Lit | 6,480 | 1,595 | 202 | 27.7 | 2.3 | 11/1/88 | 3,677 | | 1,924 | 209.12 | 2.07 | 433.78 | 655.17 |
| 528 | | (E) Roberson v. Collins-gurion Fin. | 6,450 | 2,020 | 61 | 32.3 | 4.3 | 9/25/96 | | | | | | | |
| 529 | | (S) Avon Products | 6,400 | 1,920 | 188 | 32.9 | 3.2 | 11/1/92 | 3,933 | | 1,396 | 228.90 | 2.13 | 488.13 | 624.60 |
| 530 | | (L) Koch v. Dwyer | 6,400 | 1,920 | 223 | 33.5 | 3.8 | 5/3/02 | | | | | | | |
| 531 | | (C) Purdue v. County Mutual Ins. Co. | 6,300 | 2,100 | 0 | 33.3 | 1.5 | 4/25/01 | | | | | | | |
| 532 | | (S) PNC Securities | 6,300 | 2,100 | 326 | 38.5 | 3.7 | 12/6/93 | | | | | | | |
| 533 | | (S) Copley Pharmaceutical | 6,300 | 2,098 | 367 | 39.1 | 1.5 | 2/8/96 | | | | | | | |
| 534 | | (S) Detection Sys. Inc. Sec. Lit | 6,300 | 1,575 | 146 | 27.3 | 2.8 | 11/23/00 | | | | | | | |
| 535 | | (S) Robensen v. Collins-? | 6,250 | 1,894 | 611 | 38.5 | 4.3 | 9/25/96 | | | | | | | |
| 536 | | (S) Kleidner v. Michaels Stores Inc. | 6,250 | 1,875 | 687 | 41.0 | 2.4 | 1/26/98 | | | | | | | |
| 537 | | (S) In re Wraf Securities Lit | 6,250 | 364 | 64 | 6.9 | 4.3 | 9/8/87 | 2,768 | 623 | 3,323 | 131.65 | 1.00 | 131.65 | 208.01 |
| 538 | | (S,K,A) Doege, IRA v. Skolnick, Inc | 6,200 | 2,066 | 463 | 40.8 | 2.4 | 4/1/97 | | | | | | | |
| 539 | | (S) In re Medlantic Corp. | 6,200 | 2,065 | 417 | 40.0 | 5.3 | 6/6/95 | | | | | | | |
| 540 | % | (S) Gould v. Harris | 6,200 | 1,860 | 252 | 34.1 | 4.8 | 1/14/00 | | | | | | | |
| 541 | | (S) Cross v. NationsBank of Florida | 6,151 | 1,118 | 0 | 18.2 | 1.3 | 2/17/95 | | | | | | | |
| 542 | | (S) Olympic Financial Sec. Lit | 6,125 | 2,060 | 338 | 39.1 | 2.9 | 5/5/01 | | | | | | | |
| 543 | | (S) Charal v. Andes | 6,100 | 1,260 | 338 | 26.2 | 3.3 | 10/29/80 | 6,383 | | 1,512 | 125.03 | 1.58 | 197.34 | 422.84 |
| 544 | | (S) In re Defexoul Tender Offer | 6,059 | 1,658 | 172 | 30.2 | 1.3 | 10/13/95 | | | | | | | |
| 545 | % | (S) Makeka v. deCastro | 6,000 | 2,000 | 245 | 37.4 | 5.4 | 11/1/90 | 10,000 | | 510 | 209.44 | 0.95 | 200.00 | 271.60 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

SE NO7 (CLASS ACTION REPORTS)

24 NO. 2 Class Action Reports 4

**TABLE 1 - Class Action Fee Awards for All Cases by Size of Recovery**

| | | [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pending | [7] Fee Date | [8] Hours Awarded | [9] Hours Disallowed | [10] Net Recovery per hr. (2/03 $) | [11] Lodestar Hourly Rate | [12] Multiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] 2/03 Total Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 546 | | (S) Zeid v. Open Environment Corp. | 6,000 | 2,000 | 80 | 34.7 | 2.5 | 6/24/99 | | | | | | | |
| 547 | | (S) Trimble Navigation Sec. Lit. | 6,000 | 1,800 | 500 | 38.3 | 4.8 | 9/23/99 | | | | | | | |
| 548 | % | (S) Businessland | 6,000 | 1,800 | 91 | 31.5 | 0.8 | 6/14/91 | | | | | | | |
| 549 | | (S) In re Microcom | 6,000 | 1,800 | 195 | 33.3 | 3.0 | 6/21/93 | | | | | | | |
| 550 | | (S) Gerstein v. Micron Technology | 6,000 | 1,703 | 495 | 36.6 | 4.3 | 9/8/93 | | | | | | | |
| 551 | | (S) Hallman v. Aura Sys. | 6,000 | 1,665 | 281 | 32.4 | 2.2 | 9/14/95 | | | | | | | |
| 552 | | (S) Sequoia Systems | 6,000 | 1,620 | 82 | 28.4 | 1.3 | 9/1/93 | | | | | | | |
| 553 | | (S) Curran v. Oakbrest | 6,000 | 1,469 | 711 | 36.3 | 4.3 | 7/1/89 | 5,086 | 37 | 1,097 | 134.17 | 2.15 | 288.79 | 421.81 |
| 554 | | (S) Gould v. Am. Hawaiian | 6,000 | 1,250 | 31 | 21.3 | 7.1 | 6/17/76 | 4,401 | | 3,425 | 106.12 | 2.68 | 284.03 | 907.13 |
| 555 | % | (A) Arizona Bakery Prods. | 6,000 | 1,048 | 330 | 23.0 | 3.0 | 1/11/76 | 7,259 | | 1,862 | 74.51 | 1.81 | 135.06 | 422.20 |
| 556 | % | (A) In re Mid-Atic Beer Lit. | 6,000 | 993 | 28 | 17.0 | 2.3 | 4/11/83 | 2,796 | | 3,575 | 129.59 | 1.50 | 194.21 | 351.53 |
| 557 | | (C) Romero v. Total Credit | 5,954 | 1,388 | 0 | 23.3 | 1.2 | 7/19/94 | | | | | | | |
| 558 | % | (S) Fleet/Norstar Sec. Lit. | 5,875 | 1,175 | 481 | 28.2 | 6.3 | 7/31/96 | 7,300 | | 669 | 164.38 | 0.98 | 160.96 | 186.28 |
| 559 | % | (S) Golden v. U.S. Diagnostic, Inc. | 5,850 | 1,755 | 60 | 31.0 | 1.9 | 12/21/98 | 3,000 | | 1,491 | 356.67 | 1.64 | 585.00 | 648.53 |
| 560 | | (S) Goodman v. Streufert | 5,850 | 1,469 | 120 | 27.2 | 1.3 | 12/1/93 | | | | | | | |
| 561 | | (S) Intermec Securities | 5,825 | 1,456 | 109 | 26.9 | 2.0 | 6/10/92 | | | | | | | |
| 562 | % | (S) In re Ross Securities Systems | 5,800 | 1,740 | 492 | 38.5 | 1.9 | 12/15/95 | | | | | | | |
| 563 | | (S) Hollywood Park, Inc. | 5,800 | 1,450 | 146 | 27.5 | 1.7 | 2/15/96 | | | | | | | |
| 564 | | (S) Stewart v. Butler | 5,773 | 865 | 151 | 17.6 | 1.5 | 10/1/89 | 1,651 | | 4,168 | 272.40 | 1.92 | 524.09 | 758.18 |
| 565 | | (S) Tel-Save Securities Litigation | 5,750 | 1,917 | 268 | 38.0 | 3.4 | 11/9/01 | | | | | | | |
| 566 | | (S) Unisys Corp. Sec. Lit. | 5,750 | 1,808 | 573 | 43.0 | 2.2 | 12/8/01 | | | | | | | |
| 567 | | (S) Urohealth Sys. Sec. Lit. | 5,750 | 1,438 | 705 | 37.3 | 2.9 | 6/1/00 | | | | | | | |
| 568 | | (S) Zucker v. Sasaki | 5,750 | 1,118 | 227 | 23.4 | 3.5 | 6/1/99 | | | | | | | |
| 569 | | (S) Butler v. Northstar Health Servs. | 5,750 | 1,150 | 158 | 17.8 | 1.6 | 11/1/97 | | | | | | | |
| 570 | | (S) In re Crazy Eddie Cases | 5,720 | 1,250 | 308 | 34.4 | 2.8 | 9/11/90 | 2,902 | | 3,287 | 80.98 | 2.00 | 161.96 | 310.10 |
| 571 | | (E) DeSario v. Industrial Excess | 5,608 | 1,902 | 882 | 46.1 | 6.5 | 10/16/95 | | | | | | | |
| 572 | | (E) Wooten v. Difonzo, Inc. | 5,600 | 1,350 | 60 | 25.0 | 2.3 | 11/16/02 | | | | | | | |
| 573 | | (S) Antonson v. Robertson | 5,550 | 1,815 | 221 | 36.7 | 5.0 | 11/23/93 | | | | | | | |
| 574 | | (S) U.S. Healthcare Sec. Lit. | 5,550 | 1,218 | 345 | 28.2 | 1.8 | 11/1/89 | 5,660 | 956 | 1,035 | 191.04 | 1.15 | 219.12 | 316.24 |
| 575 | | (S) Scholes v. Tomlinson | 5,527 | 2,133 | 168 | 41.4 | 4.5 | 9/29/94 | | | | | | | |
| 576 | % | (S) Newberger v. Shapiro | 5,520 | 1,650 | 335 | 30.5 | 2.8 | 10/1/00 | | | | | | | |
| 577 | % | (S) In re Werner Sec. Lit. | 5,500 | 1,430 | 313 | 31.9 | 1.9 | 11/15/94 | | | | | | | |
| 578 | | (S) Warfel v. Cummins Engine Co. | 5,500 | 1,832 | 206 | 37.0 | 6.3 | 7/8/96 | 4,801 | | 835 | 242.43 | 1.57 | 381.48 | 441.50 |
| 579 | | (S) Jacobacci v. Engelhard | 5,500 | 1,650 | 96 | 31.8 | 5.5 | 3/1/90 | | | | | | | |
| 580 | % | (S) Leonard v. NetFrame Sys. | 5,500 | 1,650 | 254 | 34.6 | 1.2 | 3/20/96 | 6,928 | | 1,669 | 75.00 | 1.65 | 123.83 | 399.35 |
| 581 | % | (S) Surgical Laser | 5,500 | 1,488 | 90 | 28.7 | 1.3 | 10/1/92 | 197 | | 43,100 | 150.36 | 8.44 | 1,288.46 | 2,091.47 |
| 582 | | (S) In re Gillette | 5,350 | 2,282 | 0 | 42.3 | 5.8 | 3/30/94 | 1,255 | | 4,360 | 257.87 | 2.55 | 657.37 | 771.11 |
| 583 | | (S) Brookline Securities | 5,350 | 1,580 | 100 | 31.6 | 3.7 | 5/24/02 | | | | | | | |
| 584 | % | (S) Ascend Communications | 5,450 | 1,226 | 303 | 29.1 | 2.8 | 7/18/98 | 7,100 | | 541 | 283.08 | 0.95 | 241.04 | 278.96 |
| 585 | % | (S) O'Sullivan Indus. Holdings, Inc. | 5,425 | 1,573 | 156 | 32.8 | 6.7 | 7/1/78 | | | | | | | |
| 586 | % | (S) Delay v. First Midwest Co. | 5,412 | 858 | 914 | 34.6 | 1.8 | 7/1/76 | | | | | | | |
| 587 | | (S) Hall v. Security Planning | 5,400 | 1,324 | 322 | 31.1 | 10.8 | 9/1/77 | | | | | | | |
| 588 | | (S) Spivak v. Petro-Lewis | 5,400 | 2,550 | 95 | 4.6 | 0.6 | 9/1/86 | | | | | | | |
| 589 | | (S) In re Gillette | 5,350 | 1,560 | 100 | 30.7 | 1.0 | 2/6/96 | | | | | | | |
| 590 | % | (S) Shipping Fin. v. Able Telecom | 5,300 | 1,711 | 268 | 35.4 | 1.0 | 11/18/94 | | | | | | | |
| 591 | % | (S) O'Sullivan Indus. Holdings, Inc. | 5,300 | 1,325 | 90 | 25.9 | 2.9 | 11/18/98 | | | | | | | |
| 592 | | (S) Beecher v. Able | 5,290 | 1,324 | 110 | 35.4 | 1.0 | 9/1/77 | | | | | | | |
| 593 | % | (S) Carnegie Int'l Corp. Sec. Lit. | 5,250 | 1,750 | 110 | 35.4 | 2.9 | 5/31/02 | 9,022 | | 1,197 | 141.27 | 1.04 | 146.70 | 434.69 |
| 594 | | (S) Chaharara v. Pegasystems, Inc. | 5,250 | 1,733 | 143 | 35.7 | 3.1 | 12/19/00 | | | | | | | |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 2:07-cv-05295-MRP -MAN   Document 1032-3   Filed 02/04/11   Page 3 of 84   Page ID #:42969

**TABLE 1 - Class Action Fee Awards for All Cases by Size of Recovery**

| | [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pend-ing | [7] Fee Date | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. (2/03 $) | [11] Lode-star Hourly Rate | [12] Mul-tiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total 2/03 Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .595 | (A) Dennis v. Saks & Co. | 5,211 | 758 | 36 | | 3.5 | 2/1/78 | 5,505 | 42 | 2,314 | 104.72 | 1.31 | 137.63 | 396.89 |
| .596 | (A) Fox v. American Cyanamid Co. | 5,205 | 1,733 | 134 | 35.9 | 2.2 | 6/2/99 | 3,996 | 91 | 1,666 | 129.12 | 2.99 | 386.46 | 717.26 |
| .597 | (A) Arizona Escrow Fee Lit. | 5,200 | 1,544 | 69 | 31.0 | 2.0 | 9/1/82 | | | | | | | |
| .598 | (S) Ventana Securities Lit. | 5,200 | 1,692 | 35 | 33.5 | 1.5 | 10/1/87 | | | | | | | |
| .599 | (S) Cerdian Corp. Sec. Lit. | 5,175 | 1,275 | 278 | 30.0 | 2.5 | 3/31/00 | | | | | | | |
| .600 | (S) Bullock v. Kircher | 5,175 | 1,100 | 205 | 25.2 | 2.8 | 8/1/79 | 6,675 | | 1,422 | 94.73 | 1.74 | 164.75 | 404.14 |
| .601 | (S) WorldPort Communications, Inc. | 5,100 | 1,530 | 57 | 31.1 | 2.3 | 10/19/01 | | | | | | | |
| .602 | (A) N.Y. v. Darling-Delaware | 5,100 | 1,279 | 246 | 29.9 | 7.0 | 6/1/77 | 6,888 | | 1,553 | 104.48 | 1.78 | 185.69 | 555.81 |
| .603 | (S) Rameds Stockholder Lit. | 5,100 | 1,261 | 101 | 26.7 | 3.1 | 12/1/84 | 5,448 | | 1,184 | 164.17 | 1.41 | 231.51 | 399.48 |
| .604 | (A) Aamco Automatic Trans. | 5,072 | 810 | 133 | 18.6 | 6.3 | 4/1/79 | 5,686 | | 1,863 | 71.35 | 2.00 | 142.44 | 365.31 |
| .605 | (S) Vermont H. J. Heinz & Co. | 5,041 | 1,908 | 290 | 35.6 | 3.0 | 11/1/05 | 2,600 | | 1,562 | 411.72 | 0.98 | 403.26 | 420.86 |
| .606 | (S) Devosky v. BankShares | 5,020 | 258 | 4 | 5.2 | 0.3 | 5/1/93 | 456 | | 13,149 | 232.65 | 2.43 | 565.03 | 711.97 |
| .607 | (S) Penn Central | 5,000 | 1,042 | 121 | 23.3 | 6.0 | 6/1/76 | 14,985 | 1,502 | 818 | 61.23 | 1.14 | 69.55 | 222.15 |
| .608 | (S) PS Group, Inc. | 5,000 | 1,667 | 521 | 43.7 | 3.4 | 10/25/95 | | | | | | | |
| .609 | (S) Moelis v. Hyperion Capital Mgt | 5,000 | 1,667 | 173 | 36.8 | 3.4 | 10/1/97 | | | | | | | |
| .610 | (C) Bobalik v. Ameritech Mobile | 5,000 | 1,650 | 14 | 33.3 | 5.9 | 3/5/02 | | | | | | | |
| .611 | (S) Brogan v. Polsad | 5,000 | 1,600 | 73 | 33.5 | 5.2 | 12/1/98 | | | | | | | |
| .612 | (S) Calarico v. Sun Microsystems | 5,000 | 1,500 | 2 | 30.0 | 3.0 | 6/1/93 | | | | | | | |
| .613 | (S) Berk v. Pitt | 5,000 | 1,500 | 148 | 33.0 | 5.7 | 9/30/84 | 1,655 | | 3,031 | 225.58 | 3.98 | 898.20 | 1,309.82 |
| .614 | (S) Arnold v. Bank of Boston | 5,000 | 1,500 | 102 | 32.0 | 3.0 | 11/6/96 | | | | | | | |
| .615 | (S) Balen v. Merrill Lynch & Co. | 5,000 | 1,500 | 54 | 31.1 | 6.0 | 12/1/00 | | | | | | | |
| .616 | (S) Datastream Systems, Inc. | 5,000 | 1,500 | 98 | 32.0 | 1.9 | 12/1/00 | | | | | | | |
| .617 | (E) Vasztavik v. Storage Technology | 5,000 | 1,500 | 309 | 36.2 | 4.4 | 3/1/00 | | | | | | | |
| .618 | (S) Vakulak, Inc. Securities Litigation | 5,000 | 1,500 | 379 | 37.6 | 3.4 | 10/28/99 | | | | | | | |
| .619 | (S) WMT Securities Litigation | 5,000 | 1,500 | 107 | 32.1 | 4.2 | 2/1/03 | | | | | | | |
| .620 | (S) O'Brien v. Nat'l Property | 5,000 | 1,497 | 74 | 31.2 | 1.3 | 8/1/89 | 1,655 | | 3,031 | 187.01 | 2.28 | 423.45 | 629.12 |
| .621 | (S) Wiegand v. Barry Petroleum | 5,000 | 1,355 | 145 | 30.0 | 4.0 | 11/25/91 | | | | 4,525 | 222.19 | 3.25 | 873.86 | 1,151.60 |
| .622 | (S) AIA Index. Securities Lit. | 5,000 | 1,288 | 296 | 31.7 | 3.8 | 3/31/88 | 7,234 | 74 | 737 | 178.01 | 1.00 | 178.01 | 277.63 |
| .623 | (S) Southeast Banking | 5,000 | 1,250 | 113 | 27.3 | 3.7 | 11/23/93 | | | | | | | |
| .624 | (S) Leasing Solutions, Inc. | 5,000 | 1,250 | 77 | 26.9 | 1.5 | 2/1/00 | | | | | | | |
| .625 | (S) In re Shared Medical Sys. | 5,000 | 1,198 | 117 | 25.1 | 1.4 | 3/1/89 | | | | 2,075 | 175.12 | 1.81 | 317.11 | 508.38 |
| .626 | (S) Baci v. Southland | 5,000 | 975 | 3,532 | 28.6 | 3.8 | 11/1/93 | | | | 2,844 | 168.88 | 1.87 | 307.80 | 516.79 |
| .627 | (S) Shapiro v. Consol. Edison | 5,000 | 975 | 23 | 20.0 | 3.9 | 3/1/78 | | | | 2,252 | 112.57 | 1.70 | 191.59 | 548.73 |
| .628 | (S) Giesen v. Colo. Interstate | 5,000 | 800 | 65 | 19.1 | 2.0 | 4/1/75 | | | | 1,311 | 41.93 | 2.00 | 83.71 | 283.71 |
| .629 | (S) Silverman v. WMX Technologies | 5,000 | 855 | 0 | 17.3 | 7.4 | 9/1/00 | | | | | | | |
| | **Group VIII Summary, N = 217** | 1,478,543 | 391,747 | 57,038 | 30.4 | 2.1 | | 568,985 | 4,201 | 2,600 | 175.45 | 1.89 | 321.97 | 513.39 |
| | **Group VIII Without Proxy Data, N = 200** | 1,349,473 | 368,349 | 53,507 | 30.5 | 3.5 | | 466,311 | 4,151 | 2,535 | 175.12 | 1.81 | 317.11 | 508.38 |
| % | **Group VIII Proxy Data Only, N = 17** | 129,070 | 33,398 | 3,532 | 28.6 | 3.5 | | 102,674 | 50 | 2,075 | 221.76 | 1.87 | 408.14 | 547.05 |
| | **Group VIII No. Percentage Fee, N = 122** | 828,470 | 207,764 | 31,071 | 25.8 | 3.8 | | 420,307 | 4,201 | 2,844 | 168.88 | 1.87 | 307.80 | 516.79 |
| % | **Group VIII Percentage Fee Only, N = 95** | 650,073 | 163,983 | 25,067 | 32.3 | 3.2 | | 148,678 | 0 | 1,375 | 227.44 | 1.71 | 410.10 | 515.23 |
| | **Group VIII — Recovery is $3 million but less than $5 million** | | | | | | | | | | | | | |
| .630 | (S) Computer Input Services | 4,984 | 1,449 | 153 | 32.1 | 4.3 | 6/1/87 | 6,660 | | 968 | 173.10 | 1.48 | 256.40 | 410.47 |
| .631 | (S) Hinckley v. E.I. DuPont | 4,900 | 542 | 31 | 11.7 | 1.3 | 6/30/83 | 2,010 | 211 | 3,931 | 89.75 | 3.01 | 269.72 | 492.54 |
| .632 | (S) Cross v. Dickstein Partners, Inc. | 4,850 | 1,616 | 312 | 39.7 | 4.3 | 12/17/99 | | | | | | | |
| .633 | (S) Ann Taylor Stores | 4,800 | 1,320 | 120 | 30.0 | 1.0 | 6/28/93 | | | | | | | |
| .634 | (S) Po v. Del. Deposit Midland Co. | 4,792 | 1,197 | 0 | 25.0 | 3.8 | 3/8/91 | | | | | | | |
| .635 | (CP) Alabama v. Brown | 4,789 | | | | | | | | | | | | |
| .636 | (A) D.C. Soft Drinks | 4,778 | 1,200 | 225 | 29.8 | 2.6 | 5/1/89 | 6,887 | | 836 | 203.78 | 1.00 | 203.78 | 299.08 |
| .637 | (S) Larkins v. Snipley | 4,765 | 1,427 | 129 | 32.7 | 5.0 | 12/1/88 | 3,334 | | 1,447 | 210.38 | 2.03 | 427.86 | 645.17 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

TABLE 1 – Class Action Fee Awards for All Cases by Size of Recovery

| [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pend-ing | [7] Fee Date | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. (2/03 $) | [11] Lode-star Hourly Rate | [12] Mul-tiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total 2/03 Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 638 (S) In re Activision Sec. Lit | 4,750 | 1,161 | 399 | 32.8 | 3.5 | 10/1/89 | 7,021 | | 657 | 185.16 | 0.89 | 165.42 | 239.31 |
| 639 (S) Goldberg v. Touche Ross | 4,750 | 746 | 232 | 20.6 | 5.7 | 6/1/79 | 4,305 | | 2,195 | 100.65 | 1.72 | 173.38 | 434.30 |
| 640 % (S) Kellerko v. STB Systems, Inc | 4,700 | 1,410 | 121 | 32.6 | 0.9 | 11/1/00 | | | | | | | |
| 641 (S) Epstein v. MCorp | 4,700 | 377 | 76 | 10.5 | 3.0 | 1/1/77 | 3,061 | | 4,287 | 98.30 | 1.28 | 123.07 | 381.40 |
| 642 (S) Beeson v. Producer's Brog | 4,658 | 1,322 | 76 | 30.0 | 1.6 | 6/5/87 | 3,738 | | 1,397 | 119.45 | 2.96 | 353.58 | 566.04 |
| 643 (S) Bosco v. Scott | 4,650 | 1,400 | 450 | 39.8 | | 5/17/02 | | | | | | | |
| 644 (S) Asmes Fin. Corp. Sec. Lit | 4,625 | 1,388 | 113 | 32.4 | 1.4 | 2/1/99 | | | | | | | |
| 645 % (A) Anthracite Coal | 4,605 | 819 | 145 | 20.9 | 3.1 | 1/1/79 | 6,371 | | 1,517 | 80.41 | 1.60 | 128.49 | 341.03 |
| 646 % (S) Goldsmith v. Tech. Solutions | 4,600 | 1,533 | 408 | 42.2 | 3.0 | 11/15/95 | | | | | | | |
| 647 % (S) Nextlevel Sys. Inc. Sec. Lit | 4,600 | 1,533 | 103 | 35.6 | 3.6 | 3/14/01 | | | | | | | |
| 648 (S) Gendes v. Merrill Lynch | 4,585 | 653 | 671 | 28.9 | 5.1 | 12/7/88 | 3,284 | | 1,287 | 178.73 | 2.26 | 403.49 | 567.44 |
| 649 (S) Safety Components, Inc. Sec. Lit | 4,570 | 1,496 | 191 | 35.6 | 1.8 | 9/27/01 | 3,122 | | 1,575 | 162.95 | 1.28 | 209.31 | 315.62 |
| 650 (S) Millar v. Fisco | 4,560 | 1,134 | 73 | 26.5 | 4.1 | 2/1/78 | 1,508 | | 1,989 | 353.89 | 2.69 | 952.52 | 970.68 |
| 651 (S) Adams v. Std. Knitting Mill | 4,503 | 1,160 | 0 | 25.8 | 5.3 | 1/1/78 | 3,771 | | 2,564 | 105.18 | 2.86 | 300.67 | 867.03 |
| 652 (S) Sonnenfield v. Denver City/County | 4,500 | 1,816 | 0 | 40.4 | 2.8 | 12/1/97 | 6,045 | 582 | 1,608 | 100.88 | 1.90 | 191.89 | 557.18 |
| 653 % (S) Copland v. Fischer & Porter Co | 4,500 | 1,409 | 230 | 36.4 | 8.2 | 12/13/01 | | | | | | | |
| 654 % (S) Steinbery v. Widar | 4,500 | 1,350 | 192 | 34.3 | 5.4 | 6/1/04 | | | | | | | |
| 655 (S) Guthne County Bank | 4,500 | 1,125 | 113 | 27.7 | 2.5 | 2/1/93 | | | | | | | |
| 656 (S) Boggs v. Chatsey | 4,500 | 1,133 | 832 | 43.5 | 4.8 | 11/30/01 | 2,972 | | 1,390 | 187.73 | 2.03 | 381.17 | 483.99 |
| 657 (S) Shopping.com, Inc. Sec. Lit | 4,500 | 1,125 | 94 | 27.1 | 2.8 | 2/1/01 | | | | | | | |
| 658 % (M) Rio Hair Naturalizer | 4,500 | 1,125 | 124 | 22.8 | 3.2 | 12/20/96 | 7,000 | | 569 | 180.69 | 0.71 | 128.57 | 147.30 |
| 659 % (C) Conley v. Bank One, Youngstown | 4,500 | 900 | 8 | 29.8 | 4.9 | 4/19/94 | | | | | | | |
| 660 (C) Murphy v. Presley Cos. | 4,443 | 1,316 | 100 | 22.7 | 7.2 | 3/1/81 | 2,327 | | 2,993 | 162.50 | 2.38 | 386.76 | 792.26 |
| 661 (C) Zaduck v. Bank One, Youngstown | 4,400 | 900 | 8 | 22.7 | 2.0 | 11/1/93 | | | | | | | |
| 662 (S) Greenwich Pharmaceuticals | 4,387 | 1,348 | 118 | 26.3 | 1.8 | 4/26/95 | | | | | | | |
| 663 (S) Schwartz v. Celestial Seasonings | 4,375 | 1,457 | 184 | 37.5 | 2.0 | 4/1/00 | | | | | | | |
| 664 % (S) Cole v. Schenley Indus. | 4,365 | 1,455 | 222 | 38.4 | 4.9 | 6/1/79 | | | | | | | |
| 665 (S) Newbridge Networks Sec. Lit | 4,350 | 900 | 143 | 24.0 | 7.2 | 10/1/98 | 11,250 | 677 | 736 | 116.93 | 0.68 | 80.00 | 200.30 |
| 666 % (A) Chain Link Fence | 4,335 | 1,290 | 186 | 34.0 | 4.2 | 11/9/89 | | | | | | | |
| 667 (S) Sherman v. La -Pacific | 4,329 | 1,005 | 525 | 32.3 | 4.8 | 6/1/92 | | | | | | | |
| 668 % (S) Seidman v. Wabor | 4,263 | 1,272 | 525 | 25.1 | 2.0 | 6/1/00 | 2,506 | | 1,880 | 192.33 | 2.20 | 400.09 | 582.88 |
| 669 (S) Brown v. Steinberg | 4,250 | 1,000 | 149 | 42.3 | 1.8 | 10/13/00 | 5,148 | | 886 | 149.13 | 1.66 | 247.04 | 458.97 |
| 670 (S) Weinberger v. Int'l. Harv. | 4,260 | 1,269 | 282 | 36.5 | 6.3 | 1/1/88 | 6,435 | 131 | 571 | 174.54 | 1.13 | 197.23 | 268.44 |
| 671 % (S) Electro-Cathater Sec. Lit | 4,260 | 1,118 | 132 | 29.4 | 5.8 | 9/1/89 | 5,631 | | 837 | 146.30 | 1.36 | 198.58 | 311.86 |
| 672 (S) Avant-Garde Computing | 4,260 | 1,114 | 300 | 33.5 | 2.7 | 7/1/90 | 4,478 | | 918 | 248.94 | 1.00 | 248.66 | 361.45 |
| 673 (S) In re Coldome Sec. Lit | 4,200 | 1,277 | 474 | 41.7 | 5.0 | 3/1/90 | 7,332 | | 465 | 252.57 | 0.69 | 174.13 | 242.63 |
| 674 (S) Kaler v. Micositis Metals Corp | 4,150 | 1,070 | 119 | 28.6 | 1.7 | 4/19/96 | 3,241 | | 1,290 | 223.23 | 1.48 | 330.25 | 466.25 |
| 675 % (S) Oelsen Technical Servs. Co | 4,100 | 1,350 | 270 | 39.5 | 4.8 | 5/24/99 | | | | | | | |
| 676 % (S) Remtek Securities | 4,100 | 1,190 | 190 | 32.3 | 1.8 | 4/20/92 | | | | | | | |
| 677 (S) Almand v. Lesok | 4,100 | 1,030 | 586 | 39.4 | 3.5 | 2/1/99 | | | | | | | |
| 678 (L) Long v. TWA | 4,100 | 700 | 150 | 20.7 | 2.7 | 4/19/93 | | | | | | | |
| 679 (S) Gilman v. Mohawk Data | 4,075 | 1,304 | 204 | 37.0 | 6.5 | 5/1/76 | | | | | | | |
| 680 % (S) Nanophase Technologies Corp | 4,050 | 534 | 64 | 14.8 | 2.8 | 3/1/01 | 2,199 | | 5,040 | 98.40 | 2.47 | 242.99 | 780.07 |
| 681 (S) Rohr Shareholder Litigation | 4,025 | 1,342 | 685 | 35.5 | 2.8 | 8/23/93 | | | | | | | |
| 682 % (S) Danto v. Stern Bros | 4,025 | 1,208 | 637 | 45.8 | 3.8 | 7/12/83 | | | | | | | |
| 683 (S) Air West | 4,023 | 638 | 165 | 19.9 | | 9/1/79 | 4,744 | | 1,227 | 74.91 | 1.80 | 134.48 | 244.59 |
| 684 (S) HMO America | 4,000 | 1,367 | 226 | 39.8 | 6.5 | 7/21/93 | | | | | | | |
| 685 % (S) Lynn v. Infinity Investors, Ltd | 4,000 | 1,200 | 335 | 30.9 | 6.5 | 9/1/79 | 15,301 | 2,080 | 382 | 72.47 | 1.23 | 89.32 | 216.91 |
| 686 | 4,000 | 1,200 | 121 | 33.0 | 4.2 | 5/21/01 | | | | | | | |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

## TABLE 1 - Class Action Fee Awards for All Cases by Size of Recovery

| | (1) Name of Case | (2) Recovery ($ 000's) | (3) Fee Awarded ($ 000's) | (4) Costs ($ 000's) | (5) Fees & Costs as % of Recovery | (6) Years Case Pending | (7) Fee Date | (8) Hours Awarded | (9) Hours Dis-allowed | (10) Net Recovery per hr. (2/3-3) | (11) Lode-star Hourly Rate | (12) Multiplier (13/11) | (13) Total Hourly Rate (3/8) | (14) Total Hourly Rate 2/03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 687 | (S) Hodge v. Franklin Select Realty Tr | 4,000 | 1,200 | 41 | 31.0 | 3.0 | 6/19/00 | | | | | | | |
| 688 | (S) Housecall Medical Resources | 4,000 | 1,200 | 86 | 32.2 | 3.3 | 12/1/99 | | | | | | | |
| 689 | (S) Koenig v. Benson | 4,000 | 1,164 | 36 | 30.0 | 3.0 | 4/1/89 | 2,231 | | 1,852 | 264.23 | 1.98 | 521.93 | 770.38 |
| 690 | (S) Spirow v. Anderson | 4,000 | 1,141 | 148 | 32.2 | 0.8 | 12/1/81 | 3,946 | | 1,328 | 139.70 | 2.07 | 289.11 | 558.84 |
| 691 | (S) Hocker & Arnett v. Lehigh | 4,000 | 990 | 306 | 32.4 | 2.2 | 8/25/88 | 2,500 | | 1,646 | 187.86 | 2.10 | 394.63 | 602.56 |
| 692 | (S) Arkoma v. Brock | 4,000 | 983 | 70 | 26.3 | 1.8 | 8/11/00 | | | | | | | |
| 693 | (S) Weinberger v. Moldow | 4,000 | 973 | 113 | 27.2 | 1.0 | 7/1/88 | 2,533 | | 1,764 | 181.93 | 2.11 | 384.12 | 588.98 |
| 694 | (S) Meshel v. NutriSystem | 4,000 | 970 | 44 | 25.4 | 1.2 | 5/16/84 | 2,530 | | 2,073 | 165.27 | 2.32 | 383.52 | 673.94 |
| 695 | (C) Stix v. Mount Sinai | 4,000 | 920 | 39 | 24.0 | | 7/6/94 | | | | | | | |
| 696 | (S) Goldstein v. Alodex | 4,000 | 800 | 97 | 22.4 | 2.5 | 12/1/73 | 1,562 | | 7,793 | 74.67 | 6.86 | 512.16 | 2,009.01 |
| 697 | (A) Prats. Geriatric v. Eli Lilly | 4,000 | 731 | 19 | 18.7 | 2.6 | 6/1/82 | 2,048 | | 2,973 | 92.57 | 3.86 | 356.97 | 668.68 |
| 698 | (S) Del Noce v. Delvar | 4,000 | 725 | 53 | 19.5 | 6.0 | 5/1/78 | 6,300 | | 1,437 | 144.28 | 0.80 | 115.08 | 323.45 |
| 699 | (S) Behrens v. Wornalco Ent | 3,975 | 665 | 31 | 17.5 | 2.8 | 1/8/88 | 1,320 | | 3,900 | 167.95 | 3.00 | 503.86 | 791.28 |
| 700 | (S) Bay Financial Corp. | 3,960 | 1,320 | 368 | 42.6 | 7.4 | 11/14/96 | | | | | | | |
| 701 | (S) Forbat Corp. v. Gerhart | 3,925 | 1,053 | 276 | 33.8 | 4.4 | 9/1/89 | 6,231 | | 606 | 179.28 | 0.94 | 168.94 | 245.57 |
| 702 | (G) Jenkel v. Del. Solid Waste Auth. | 3,900 | 1,160 | 224 | 35.5 | 1.8 | 2/15/00 | | | | | | | |
| 703 | (S) Rawlings v. Prudential-Bache | 3,900 | 567 | 23 | 15.1 | 3.6 | 11/1/93 | 1,121 | | 3,680 | 253.05 | 2.00 | 506.10 | 630.71 |
| 704 | (S) Spence v. Comsery Corp. | 3,850 | 929 | 197 | 29.3 | 2.3 | 12/30/86 | 3,429 | | 1,306 | 138.92 | 1.95 | 271.04 | 445.68 |
| 705 | (S) Sapi v. Delphi Ventures | 3,800 | 1,140 | 61 | 31.6 | 2.8 | 11/29/01 | | | | | | | |
| 706 | (S) U.S. Franchise Systems, Inc. | 3,750 | 1,125 | 25 | 30.7 | 1.9 | 4/15/02 | | | | | | | |
| 707 | (S) Walsingham v. Bocontrol Tech | 3,700 | 1,233 | 93 | 35.8 | 6.4 | 9/3/93 | | | | | | | |
| 708 | (S) Johnson v. Bank of the West | 3,700 | 740 | 0 | 20.0 | 1.3 | 9/27/93 | | | | | | | |
| 709 | (S) Waldman v. Fedeco Growth Inv | 3,700 | 607 | 8 | 16.6 | 1.4 | 7/1/79 | 3,203 | | 2,395 | 105.41 | 1.80 | 189.39 | 470.76 |
| 710 | (S) Grad v. Memorex Corp. | 3,648 | 800 | 0 | 21.9 | 4.0 | 6/1/75 | | | | | | | |
| 711 | (S) Huddleston v. Herman | 3,608 | 1,000 | 55 | 29.2 | 6.0 | 10/1/79 | 4,076 | | 1,508 | 98.56 | 2.54 | 245.34 | 590.78 |
| 712 | (S) Burstein v. AppEd Extrusion Tech. | 3,600 | 1,080 | 114 | 33.2 | 3.7 | 8/15/95 | | | | | | | |
| 713 | (S) Sulcus Computer Corp. Sec. Lit. II | 3,600 | 1,080 | 82 | 32.3 | 2.3 | 7/23/96 | | | | | | | |
| 714 | (S) First Int. v. National Repub. | 3,575 | 1,211 | 384 | 44.6 | 2.3 | 7/3/84 | 9,133 | | 340 | 171.95 | 0.77 | 132.60 | 207.70 |
| 715 | (S) Baffa v. Donaldson | 3,514 | 1,080 | 288 | 38.8 | 5.8 | 7/7/99 | 7,552 | | 301 | 84.61 | 3.26 | 275.45 | 544.93 |
| 716 | (C) U.S. Bancorp Litigation | 3,500 | 1,250 | 327 | 45.0 | 3.6 | 1/15/02 | | | | | | | |
| 717 | (S) Xytronyx | 3,500 | 1,168 | 172 | 38.1 | 2.0 | 7/1/94 | | 441 | | | | | |
| 718 | (S) Software AG Sys, Inc. | 3,500 | 1,155 | 374 | 43.7 | 1.4 | 9/8/00 | | | | | | | |
| 719 | (S) Heart Technology | 3,500 | 1,084 | 416 | 42.9 | 2.3 | 9/15/94 | | | | | | | |
| 720 | (S) Baldelas v. Amin | 3,500 | 1,050 | 495 | 44.1 | 2.5 | 11/23/93 | | | | | | | |
| 721 | (S) Wechsler v. ComFed Bancorp | 3,500 | 950 | 122 | 30.6 | 6.7 | 6/21/96 | 2,500 | | 1,448 | 215.69 | 0.04 | 222.00 | 276.66 |
| 722 | (S) Jensen v. NBAC | 3,500 | 555 | 140 | 19.9 | 3.9 | 5/23/86 | 1,466 | | 2,241 | 237.29 | 2.12 | 503.08 | 620.90 |
| 723 | (U) Illinois Bell Tel. Linkup II Lit | 3,425 | 737 | 27 | 22.3 | 3.3 | 3/4/94 | 4,500 | | 1,557 | 75.00 | 3.02 | 226.67 | 696.88 |
| 724 | (S) Beatties Prod. Sec. & Anti | 3,400 | 1,020 | 101 | 33.0 | 4.0 | 2/1/77 | | | | | | | |
| 725 | (S) Kronfeld v. TWA | 3,400 | 1,017 | 182 | 35.3 | 5.9 | 9/1/89 | 4,757 | | 672 | 169.26 | 1.26 | 213.81 | 310.79 |
| 726 | (S) Schick Technologies, Inc. Sec. Lit. | 3,350 | 850 | 172 | 30.1 | 3.2 | 2/12/02 | | | | | | | |
| 727 | (S) Gerpely v. VanVochis | 3,350 | 1,508 | 164 | 49.9 | 7.3 | 12/1/94 | | | | | | | |
| 728 | (S) Paul Johnson v. Gnulty | 3,315 | 820 | 0 | 25.0 | 4.9 | 12/1/89 | 5,261 | | 668 | 203.27 | 0.76 | 154.60 | 222.76 |
| 729 | (S) Efimaskova v. Gerdent Lew'k | 3,308 | 990 | 47 | 31.4 | 3.9 | 5/28/86 | 2,694 | | 1,405 | 192.71 | 2.01 | 397.48 | 613.14 |
| 730 | (S) Value-Added Communications, Inc. | 3,275 | 819 | 18 | 25.6 | 1.9 | 12/9/96 | | | | | | | |
| 731 | (S) Loranger v. Comba | 3,250 | 1,083 | 133 | 37.4 | 3.3 | 12/11/98 | | | | | | | |
| 732 | (S) Miller v. NTN Communications | 3,250 | 1,083 | 85 | 32.2 | 2.8 | 4/3/00 | | | | | | | |
| 733 | (S) iTurf, Inc. Securities Litigation | 3,250 | 975 | 85 | 32.6 | 1.7 | 4/8/02 | | | | | | | |
| 734 | (S) Meridian Securities | 3,250 | 973 | 194 | 35.9 | 2.5 | 1/8/93 | | | | | | | |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

**TABLE 1 - Class Action Fee Awards for All Cases by Size of Recovery**

| [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pending | [7] Fee Date | [8] Hours Awarded | [9] Hours Disallowed | [10] Net Recovery per hr. (2/03 $) | [11] Lodestar Hourly Rate | [12] Multiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] 2/03 Total Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 735 (S) Kirschner Bros. v. Fuller | 3,250 | 813 | 289 | 33.9 | 1.2 | 4/1/90 | 5,281 | | 665 | 192.09 | 0.76 | 145.05 | 228.58 |
| 736 (S) Levine v. American Express | 3,250 | 766 | 256 | 31.4 | 1.7 | 10/11/87 | 1,097 | | 3,351 | 239.99 | 2.47 | 593.57 | 866.97 |
| 737 (S) In re TSO Financial Lit. | 3,200 | 651 | 41 | 21.6 | 1.5 | 7/11/89 | 7,027 | | 698 | 75.41 | 2.12 | 159.93 | 399.61 |
| 738 (S) Tucson v. Pepsico | 3,200 | 1,531 | 48 | 34.6 | 3.3 | 9/21/01 | | | | | | | |
| 739 (S) Castell Entertainment, Inc. | 3,200 | 1,051 | 90 | 27.8 | 6.8 | 11/4/93 | | | | | | | |
| 740 (S) Deutsch v. Cogan | 3,200 | 800 | 56 | 25.0 | 1.2 | 1/27/86 | 2,666 | | 1,492 | 138.77 | 2.01 | 279.19 | 462.85 |
| 741 (A) Dixie Brewing v. John Barth | 3,145 | 744 | 75 | 26.2 | 4.1 | | 2,706 | | 1,235 | 179.18 | 1.55 | 277.16 | 399.37 |
| 742 (S) Metz v. Jupiter Inds | 3,125 | 750 | 124 | 36.0 | 5.0 | 11/12/91 | | | | | | | |
| 743 (L) Harris v. Republic Airlines | 3,100 | 1,033 | 168 | 38.7 | 3.4 | 7/16/01 | | | | | | | |
| 744 (S) Yoan v. Bayard Drilling Tech. | 3,100 | 1,039 | 998 | 37.6 | 2.6 | 6/14/96 | | | | | | | |
| 745 (G) Lerach / Stevens Graphics Corp | 3,100 | 938 | 277 | 39.0 | 1.6 | | | | | | | | |
| 746 (G) Black v. Chase Bank of Texas NA | 3,100 | 932 | 277 | 61.1 | 11.3 | 11/6/01 | | | | | | | |
| 747 (S) Levinson v. Basic | 3,068 | 1,491 | 304 | 34.7 | 2.0 | 3 & 10/90 | | | | | | | |
| 748 (S) National Media | 3,063 | 919 | 142 | 35.8 | 3.9 | 6/28/95 | | | | | | | |
| 749 (S) Antonopolous v. N. Am. Thoro. | 3,060 | 1,033 | 64 | 26.9 | 3.4 | 5/1/91 | 6,046 | | 435 | 154.06 | 1.11 | 170.80 | 228.87 |
| 750 (S) Molinari v. NetManage, Inc. | 3,060 | 746 | 78 | 32.8 | 1.8 | 11/9/00 | | | | | | | |
| 751 (S) Fawdess Weighing & Vending | 3,013 | 872 | 117 | 36.5 | 4.8 | 11/26/98 | | | | | | | |
| 752 (S) Clark v. Cameron-Brown Co. | 3,012 | 946 | 78 | 16.5 | 5.5 | | 6,706 | | 582 | 76.33 | 1.95 | 148.56 | 302.96 |
| 753 (G) Ofchols v. HealthDyne | 3,010 | 475 | 23 | 10.0 | 0.4 | 7/1/88 | 1,441 | | 3,651 | 139.70 | 3.00 | 418.59 | 689.81 |
| 754 (S) Rand v. Delta Assocs. | 3,005 | 300 | | 40.2 | 4.7 | 2/11/94 | | | | | | | |
| 755 (S) Number Nine Visual Tech. Group | 3,000 | 1,000 | 207 | 37.0 | 4.9 | 2/1/01 | | | | | | | |
| 756 (S) Hebrg v. Vencor, Inc. | 3,000 | 1,000 | 110 | 37.9 | 4.0 | 6/13/02 | | | | | | | |
| 757 (S) Ruskin v. TIG Holdings, Inc. | 3,000 | 1,000 | 137 | 42.1 | 3.7 | 2/15/02 | | | | | | | |
| 758 (S) Novek v. Kasaks | 3,000 | 1,000 | 263 | 47.0 | 6.4 | 12/14/99 | | | | | | | |
| 759 (S) Dinovney Zone, Inc. Sec. Lit | 3,000 | 650 | 112 | 37.7 | 6.4 | 6/19/99 | 5,273 | | 358 | 447.96 | 0.38 | 170.68 | 172.39 |
| 760 (A) Balik v. Donaldson, Lufkin & Jen. | 3,000 | 750 | | 39.2 | 3.3 | 3/1/98 | | | | | | | |
| 761 (S) Gilbert v. First Alert, Inc. | 3,000 | 711 | 190 | 31.7 | 1.0 | 1/15/92 | | | | | | | |
| 762 (S) Breslov v. Prudential-Bache | 3,000 | 600 | 52 | 35.5 | 2.3 | 9/5/95 | | | | | | | |
| 763 (S) Aurora Electronics | 3,000 | 600 | 47 | 41.1 | 8.0 | 9/21/93 | | | | | | | |
| 764 (S) Davis v. Collnet Software | 3,000 | 870 | 364 | 32.1 | 3.5 | 9/1/78 | | | | | | | |
| 765 (A) Professional Adj. Sys. | 3,000 | 900 | 112 | 20.0 | 5.6 | 2/1/97 | 5,840 | | 952 | 107.34 | 1.36 | 145.55 | 397.15 |
| 766 (S) Calif. Fed. Bank, FSS Sec. Lit. | 3,000 | 750 | 190 | 26.2 | 10.5 | 7/7/93 | | | | | | | |
| 767 (S) Daniels v Cordova | 3,000 | 600 | 606 | 20.8 | 3.0 | 1/7/99 | 2,036 | | 1,409 | 200.00 | 1.75 | 350.45 | 459.43 |
| 768 (S) LeVereo v. So. Trust Bank of Ala. | 3,000 | 450 | 100 | 21.6 | 1.9 | 10/1/85 | 1,877 | | 1,502 | 229.87 | 1.39 | 319.59 | 407.34 |
| 769 (S) Korgan v. Mattel, Inc. | 3,000 | 267 | 47 | 16.7 | 1.9 | 6/1/76 | 1,161 | | 3,385 | 148.93 | 3.47 | 516.80 | 863.07 |
| 770 (S) Kora v. Nat'l Distillers | 3,000 | | 18 | 9.5 | 1.7 | 1/1/77 | 2,806 | | 2,846 | 113.37 | 1.41 | 160.37 | 512.26 |
| 771 (S) Barnell v. Prizker | 3,000 | | | | | | 2,256 | | 3,728 | 90.84 | 1.31 | 118.45 | 367.03 |
| **Group VIII Summary, N = 142** | 542,235 | 147,393 | 24,041 | 31.6 | 3.5 | | 274,591 | 4,122 | 1,771 | 161.24 | 1.89 | 282.95 | 498.28 |
| Group VIII Without Price Data, N = 154 | 513,142 | 140,662 | 23,435 | 32.0 | 3.5 | | 238,697 | 2,863 | 1,715 | 166.72 | 1.66 | 285.45 | 484.18 |
| Group VIII Proxy Data Only, N = 88 | 29,094 | 6,131 | 606 | 34.2 | 4.2 | | 35,900 | 1,259 | 1,997 | 137.51 | 2.07 | 285.50 | 607.15 |
| Group VIII No Percentage Fee, N = 55 | 336,652 | 86,771 | 15,406 | 30.4 | 3.6 | | 228,633 | 3,445 | 1,871 | 151.65 | 2.00 | 287.56 | 521.50 |
| Group VIII Percentage Fee Only, N = 85 | 205,684 | 60,623 | 8,635 | 33.7 | 3.4 | | 45,959 | 677 | 1,773 | 216.63 | 1.20 | 255.54 | 360.36 |
| **Group IX - Recovery is $2 million but less than $3 million** | | | | | | | | | | | | | |
| 772 (S) Spectrian Corp. Sec. Lit. | 2,975 | 893 | 174 | 35.8 | 2.8 | 10/11/00 | | | | | | | |
| 773 (S) JL Schiffman v. Standard Indus. | 2,982 | 400 | 35 | 14.7 | 3.5 | 7/19/93 | | | | | | | |
| 774 (S) Goldstein v. Cicippo Corp. | 2,927 | 803 | 106 | 31.0 | 2.2 | 11/23/94 | | | | | | | |
| 775 (S) Zanstra v. Conifer Group, Inc. | 2,900 | 1,160 | 110 | 43.8 | 4.3 | 4/21/95 | | | | | | | |
| 776 (S) O'Shea v. Search Capital Group | 2,900 | 957 | 266 | 42.2 | 1.8 | 4/26/96 | | | | | | | |
| 777 (S) Lee v. Sierra On-Line, Inc. | 2,900 | 870 | 218 | 37.5 | 3.4 | 11/3/95 | | | | | | | |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

SENS07 (MASSACHUSETTS) Page 7

24 NO. 2 Class Action Reports 4

**TABLE 1 – Class Action Fee Awards for All Cases by Size of Recovery**

| (1) Name of Case | (2) Recovery ($ 000's) | (3) Fee Awarded ($ 000's) | (4) Costs ($ 000's) | (5) Fees & Costs as % of Recovery | (6) Years Case Pending | (7) Fee Date | (8) Hours Awarded | (9) Hours Disallowed | (10) Net Recovery per hr. (2/3 $) | (11) Lodestar Hourly Rate | (12) Multiplier (13/11) | (13) Total Hourly Rate (3/8) | (14) Total Hourly Rate (2/3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 778 (S) Lyons v. Scitex Corp. | 2,875 | 235 | 65 | 10.4 | 2.0 | 12/1/97 | 969 | | 2,993 | 312.08 | 0.78 | 242.31 | 272.95 |
| 779 (S) Benecla v. Bartlett | 2,850 | 471 | 110 | 20.4 | 5.0 | 8/1/75 | 2,690 | | 2,816 | 105.75 | 1.65 | 174.95 | 583.85 |
| 780 (S) Trist v. First Fed. S&L | 2,828 | 707 | 77 | 27.7 | 8.1 | 8/1/80 | 7,277 | | 615 | 71.64 | 1.36 | 97.17 | 212.84 |
| 781 (S) Matka v. Constellation Bancorp | 2,800 | 840 | 132 | 34.7 | 6.8 | 4/22/96 | | | | | | | |
| 782 (S) US West v. MacMillan | 2,800 | 800 | 0 | 28.6 | 0.5 | 12/16/92 | | | | | | | |
| 783 (S) Feldman v. Hanley | 2,778 | 450 | 57 | 18.2 | 6.1 | 4/1/75 | 2,987 | | 2,618 | 106.63 | 1.41 | 150.49 | 518.10 |
| 784 (S) Sound Advice | 2,765 | 830 | 150 | 35.4 | 1.8 | 3/25/94 | | | | | | | |
| 785 (A) Phennister v. Harct Brace | 2,750 | 785 | 151 | 34.0 | 7.7 | 9/14/84 | 3,090 | | 1,016 | 163.60 | 1.55 | 254.05 | 439.63 |
| 786 (S) NoraMax Products, Inc. Sec. Lit. | 2,750 | 550 | 10 | 20.4 | 1.6 | 1/14/02 | | | | | | | |
| 787 (S) Shener v BCC Fin. Corp. | 2,750 | 350 | 4 | 12.9 | 2.0 | 10/1/80 | 1,821 | | 2,820 | 112.52 | 1.71 | 192.20 | 411.83 |
| 788 (S) Continental/Midlantic | 2,750 | 275 | 23 | 10.8 | 1.0 | 8/1/87 | 400 | | 9,737 | 224.87 | 3.06 | 687.26 | 1,091.57 |
| 789 (S) Meseret v. HealthAmerica Corp. | 2,737 | 737 | 41 | 28.4 | 3.8 | 10/1/93 | | | | | | | |
| 790 (S) Thompson v. Vaughn-Lee | 2,700 | 810 | 129 | 34.8 | 3.8 | 8/17/01 | | | | | | | |
| 791 (S) Alexander v. Centralfarm | 2,700 | 590 | 74 | 24.6 | 1.4 | 9/1/89 | 1,095 | | 2,703 | 211.79 | 2.54 | 538.60 | 782.91 |
| 792 (C) Toner v. Cadell Mfg. Co. | 2,604 | 868 | 163 | 39.6 | 2.3 | 9/ /02 | | | | | | | |
| 793 (S) Disney v. Wilson, Morton | 2,600 | 867 | 96 | 37.0 | 6.7 | 4/1/86 | 3,411 | | 802 | 175.22 | 1.45 | 254.08 | 424.71 |
| 794 (S) Proxima Corp | 2,600 | 780 | 190 | 37.3 | 2.0 | 9/28/95 | | | | | | | |
| 795 (S) Brekman v. Upjohn | 2,592 | 615 | 120 | 28.4 | 2.1 | 7/1/88 | 1,060 | | 2,085 | 187.42 | 3.10 | 580.18 | 809.61 |
| 796 (S) Saddle Rock Pts., Ltd v. Hiatt | 2,575 | 858 | 174 | 40.1 | 2.0 | 4/11/01 | | | | | | | |
| 797 (A) Inekoon Group, Inc. | 2,500 | 833 | 143 | 39.0 | 1.8 | 3/1/97 | | | | | | | |
| 798 (S) The Welfare Management Grp. | 2,500 | 825 | 279 | 44.1 | 3.8 | 1/1/00 | 799 | | 3,725 | 268.63 | 2.22 | 595.48 | 878.95 |
| 799 (S) Silverman v. CPS Chemical Co. | 2,500 | 750 | 99 | 34.0 | 5.5 | 1/28/94 | 500 | | 6,133 | 326.00 | 2.00 | 652.00 | 929.89 |
| 800 (S) Freedman v. Restaurant Assocs. | 2,500 | 750 | 0 | 30.0 | 5.5 | 2/23/93 | 2,696 | | 681 | 258.69 | 1.53 | 395.97 | 546.72 |
| 801 (S) Credit Acceptance Corp. Sec. Lit. | 2,500 | 750 | 121 | 34.8 | 3.6 | 9/24/01 | | | | | | | |
| 802 (S) Mark's Flaming Cos. | 2,500 | 750 | 95 | 33.8 | 5.4 | 9/6/01 | | | | | | | |
| 803 (S) Provini Securities Litigation | 2,500 | 575 | 72 | 25.9 | 1.6 | 4/1/01 | | | | | | | |
| 804 (S) Schwartz v. Harp | 2,500 | 688 | 100 | 31.5 | 2.2 | 10/1/66 | 3,207 | | 880 | 159.87 | 1.34 | 214.37 | 353.15 |
| 805 (S) Chill v. Capital Bancorp | 2,500 | 600 | 87 | 27.5 | 2.4 | 9/1/89 | 993 | | 2,655 | 201.80 | 3.00 | 604.50 | 878.70 |
| 806 (S) Clearly Canadian Sec. Lit. | 2,500 | 591 | 136 | 29.1 | 6.5 | 9/1/99 | | | | | | | |
| 807 (S) Weasley v. Spear, Leeds | 2,500 | 476 | 8 | 19.3 | 1.1 | 4/20/89 | | | | | | | |
| 808 (S) Breiterman v. Roper Corp. | 2,500 | 326 | 24 | 14.0 | 1.8 | 1/1/90 | | | | | | | |
| 809 (S) Haitz v. Mayer | 2,480 | 1,068 | 83 | 46.4 | 7.0 | 8/1/90 | 1,250 | | 4,559 | 102.28 | 3.13 | 320.00 | 916.38 |
| 810 (S) Solar Hair Management, Inc. | 2,475 | 473 | 129 | 24.3 | 1.8 | 4/1/04 | | | | | | | |
| 811 (S) Pozo v. Smith | 2,450 | 613 | 42 | 26.7 | 6.9 | 1/24/97 | | | | | | | |
| 812 (S) Snago v. Topps Co. | 2,450 | 613 | 120 | 29.9 | 4.1 | 2/1/97 | | | | | | | |
| 813 (S) Woe v. Popoff | 2,450 | 289 | 117 | 16.6 | 2.7 | 3/25/93 | | | | | | | |
| 814 (S) NatconMart Corp. Sec. Lit. | 2,430 | 920 | 335 | 51.7 | 4.5 | 5/1/99 | 4,500 | | 285 | 266.67 | 0.77 | 204.44 | 223.51 |
| 815 (S) In re Orfa Securities Lit. | 2,420 | 775 | 52 | 34.2 | 3.0 | 3/1/89 | 3,225 | | 734 | 211.34 | 1.14 | 240.31 | 357.03 |
| 816 (S) In re Provincetown-Boston | 2,400 | 791 | 94 | 36.9 | 4.5 | 8/1/89 | 3,823 | | 578 | 179.95 | 1.15 | 206.96 | 301.80 |
| 817 (S) Feeney v. Cam-Net Comm. Net | 2,400 | 756 | 251 | 42.0 | 1.6 | 8/1/96 | | | | | | | |
| 818 (C) Kenz v. Transamerica Premier | 2,400 | 672 | 553 | 51.0 | 5.7 | 3/12/98 | | | | | | | |
| 819 (S) Bruno v. Pacific Holding | 2,400 | 400 | 10 | 17.1 | 0.7 | 3/1/78 | | | | | | | |
| 820 (S) Guilford Mills, Inc. Sec. Lit. | 2,350 | 705 | 40 | 31.7 | 1.9 | 9/1/00 | | | | | | | |
| 821 (S) Alpha Group v. Weintraub | 2,350 | 588 | 119 | 30.1 | 2.3 | 5/11/93 | | | | | | | |
| 822 (S) Seffer v. Topsy's Int'l | 2,337 | 780 | 107 | 37.9 | 6.9 | 3/1/77 | 9,099 | 168 | 486 | 96.06 | 0.89 | 85.68 | 261.24 |
| 823 (S) Kartz v. Blum | 2,325 | 698 | 124 | 35.3 | 1.3 | 2/20/96 | | | | | | | |
| 824 (A) Bagel Inn v. All Star Dairies | 2,315 | 451 | 128 | 25.0 | 7.5 | | | | | | | | |
| 825 (A) Certain Snack Food Cos. | 2,300 | 460 | 0 | 20.0 | 7.0 | | 1,741 | | 2,026 | 123.60 | 2.09 | 258.76 | 497.01 |
| 826 (S) Anchor Sec. Lit. | 2,300 | 398 | 27 | 18.5 | 1.8 | | 1,888 | | 1,371 | 210.69 | 1.00 | 210.69 | 290.90 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

**TABLE 1 - Class Action Fee Awards for All Cases by Size of Recovery**

| # | [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pending | [7] Fee Date | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. (2003 $) | [11] Lode-star Hourly Rate | [12] Multiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total Hourly Rate 2/03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 827 | (A) Liebman v. J.W. Paterson | 2,300 | 312 | 3.8 | 15.2 | 3.0 | | 4,437 | 331 | 1,617 | 70.32 | 1.00 | 70.32 | 258.84 |
| 828 | (S) Rappaport v. M.H. Cosmetic | 2,295 | 180 | 15 | 8.5 | 2.8 | | 1,800 | | 3,667 | 93.44 | 1.07 | 100.00 | 313.46 |
| 829 | (CP) Svoka v. Dayton Hudson Corp | 2,284 | 717 | 243 | 42.0 | 3.8 | 7/15/93 | 2,048 | | 8.13 | 229.45 | 1.52 | 349.87 | 440.25 |
| 830 | (S) Metro Sec v. Goodyear | 2,271 | 631 | 115 | 32.9 | 2.9 | 11/15/88 | 1,270 | | 1,813 | 215.25 | 2.31 | 496.96 | 750.61 |
| 831 | (S) Acme Gaming Sec. Lit | 2,260 | 275 | | 12.2 | 2.8 | 6/15/01 | | | | | | | |
| 832 | % S.A.L. Laboratories | 2,250 | 675 | 22 | 31.0 | 1.2 | 2/28/94 | | | | | | | |
| 833 | (S) Sussman v. AML Comm. Inc. | 2,250 | 675 | 170 | 37.6 | 2.2 | 5/1/00 | | | | | | | |
| 834 | (S) Stevelman v. Alias Research, Inc. | 2,200 | 726 | 305 | 46.9 | 10.1 | 11/16/01 | | | | | | | |
| 835 | (S) Steinberg v. System Software | 2,200 | 700 | 51 | 34.1 | 0.8 | 9/30/97 | | | | | | | |
| 836 | (S) Dorfman v. First Boston | 2,200 | 514 | 31 | 24.8 | 5.6 | 3/1/76 | 4,593 | | 1,171 | 73.78 | 1.52 | 111.98 | 384.07 |
| 837 | (L) White v. Emp. Ret. Pl. Amoco | 2,200 | 255 | 12 | 12.1 | 5.3 | 10/10/01 | 893 | 100 | 2,213 | 220.00 | 1.30 | 285.89 | 292.32 |
| 838 | (S) Leibner v. Maxtor | 2,187 | 641 | 78 | 32.9 | 1.0 | 2/14/90 | | | | | | | |
| 839 | (S) Sevin Corp. | 2,175 | 725 | 40 | 35.2 | 8.8 | 9/8/94 | | | | | | | |
| 840 | (S) Levitin v. A Pea in the Pod, Inc. | 2,150 | 860 | 218 | 50.2 | 4.1 | 3/27/98 | | | | | | | |
| 841 | (S) Morton v. Korzwell Applied Intell | 2,150 | 720 | 213 | 43.4 | 3.8 | 2/1/98 | | | | | | | |
| 842 | (S) Allen v. Perry Drug Stores | 2,150 | 717 | 44 | 35.4 | 1.7 | 2/21/95 | | | | | | | |
| 843 | (S) Branca v. Paymentech, Inc. | 2,100 | 667 | 152 | 39.0 | 3.3 | 1/1/01 | | | | | | | |
| 844 | (S) Krause v. Coca-Cola Lit | 2,100 | 630 | 40 | 31.9 | 1.7 | 3/1/93 | | | | | | | |
| 845 | (1) Nat'l Bonded Warehouse v. U.S. | 2,100 | 614 | 9 | 29.6 | 2.5 | 12/1/90 | 2,054 | | 985 | 149.44 | 2.00 | 298.87 | 409.23 |
| 846 | (S) SCB Computer Technology | 2,100 | 525 | 142 | 31.8 | 1.9 | 3/15/02 | | | | | | | |
| 847 | (S) Belmac Securities | 2,075 | 650 | 47 | 33.6 | 1.5 | 4/6/94 | | | | | | | |
| 848 | (A) James v. Phoenix Real Est | 2,065 | 53 | 12 | 3.1 | 2.0 | 9/1/75 | 2,385 | | 2,785 | 88.21 | 0.25 | 22.22 | 73.79 |
| 849 | (S) Epitope Securities | 2,050 | 615 | 158 | 37.7 | 1.0 | 6/17/93 | | | | | | | |
| 850 | (S) H. Bloomberg Tr. v. Gencor Indus | 2,050 | 560 | 64 | 30.4 | 3.8 | 4/23/02 | 4,514 | | 809 | 103.11 | 1.18 | 121.63 | 334.22 |
| 851 | (S) Kahn v. Diet Kramer's | 2,048 | 549 | 115 | 32.4 | 2.7 | 8/1/77 | | | | | | | |
| 852 | (S) Head v. NetManage, Inc. | 2,040 | 459 | 204 | 32.5 | 3.8 | 11/1/00 | | | | | | | |
| 853 | (S) In re GNC Shareholder Lit | 2,025 | 506 | 17 | 25.9 | 2.6 | 9/4/87 | 924 | | 2,581 | 180.80 | 3.03 | 547.89 | 870.21 |
| 854 | (S) Moses v. Builders Inv. Gr | 2,025 | 362 | 105 | 23.1 | 2.7 | 3/1/78 | 2,734 | | 1,631 | 102.68 | 1.29 | 132.41 | 379.02 |
| 855 | (S) Stevens v. O'Brien Environ. Energy | 2,023 | 668 | 110 | 38.4 | 5.0 | 7/1/99 | | | | | | | |
| 856 | (S) Franklin Nat'l Bank Sec | 2,005 | 682 | | 34.0 | 4.2 | | | | | | | | |
| 857 | (S) Pell v. Nat'l Semiconductor | 2,005 | 740 | 336 | 53.8 | 11.2 | 2/1/89 | 6,818 | | 203 | 261.57 | 0.41 | 108.49 | 162.10 |
| 858 | (S) Saia v. Champion Motion | 2,000 | 580 | | 29.0 | 4.0 | 11/2/93 | | | | | | | |
| 859 | (L) Krkvold v. Dakota Pork Indus. Inc. | 2,000 | 660 | 71 | 36.6 | 1.5 | 2/26/99 | | | | | | | |
| 860 | (S) Manupetics Group, Inc. | 2,000 | 608 | 70 | 33.9 | 2.3 | 10/1/00 | | | | | | | |
| 861 | (S) Nemo v. Astrotech | 2,000 | 600 | 51 | 32.5 | 3.0 | 12/1/88 | 2,658 | | 792 | 171.01 | 1.37 | 233.64 | 352.31 |
| 862 | (S) Lone Star Ladies v. Schlotzsky's | 2,000 | 600 | 89 | 34.4 | 3.8 | 4/2/02 | | | | | | | |
| 863 | (S) Georgalas v. Martin Color-fi, Inc. | 2,000 | 600 | 252 | 42.6 | 2.5 | 9/10/97 | | | | | | | |
| 864 | (S) Zucker v. Telstit Corp. | 2,000 | 600 | 101 | 35.0 | 0.5 | 2/1/97 | | | | | | | |
| 865 | (S) Schlanger v. Four Phase Sys. | 2,000 | 550 | | 27.5 | 2.0 | 7/1/84 | 1,852 | | 1,367 | 167.81 | 2.00 | 296.98 | 518.35 |
| 866 | (S) Stoll v. Baker | 2,000 | 300 | 10 | 15.5 | 6.8 | 11/1/01 | 3,300 | | 1,665 | 90.09 | 1.01 | 90.91 | 295.67 |
| 867 | (S) Schoenfeld v. The Drayton Corp. | 2,000 | 200 | 28 | 11.4 | 3.5 | 12/22/01 | 982 | | 1,865 | 365.08 | 0.56 | 203.67 | 200.43 |
| 868 | (S) Schuster v. Arlen Realty | 2,000 | 30 | 10 | 2.0 | 2.5 | 11/11/74 | | | | | | | |
| 869 | (S) Schmidt v. Continental | 2,000 | 25 | | 1.3 | 0.5 | 9/1/75 | 104 | | 63,061 | 88.20 | 2.73 | 240.38 | 798.24 |
| | **Group IX summary, N = 99** | 232,727 | 60,764 | 19,188 | 30.5 | 3.4 | | 103,495 | 899 | 3,493 | 176.76 | 1.83 | 318.07 | 469.90 |
| | Group IX Without Proxy Data, N = 89 | 212,597 | 57,010 | 18,851 | 31.5 | 3.4 | | 79,301 | 431 | 2,094 | 190.85 | 1.60 | 300.89 | 465.71 |
| | Group IX Proxy Data Only, N = 9 | 20,197 | 3,754 | 337 | 20.3 | 3.5 | | 24,194 | 168 | 8,275 | 124.68 | 1.75 | 237.32 | 505.36 |
| | Group IX No Percentage Fee, N = 62 | 146,763 | 36,400 | 5,789 | 28.7 | 7.2 | | 100,582 | 599 | 2,222 | 189.49 | 1.67 | 314.41 | 511.06 |
| | Group IX Percentage Fee Only, N = 38 | 85,965 | 24,364 | 4,399 | 33.5 | 2.9 | | 6,192 | 0 | 2,904 | 260.37 | 2.09 | 493.55 | 693.17 |
| | **Group X - Recovery is $1 million but less than $2 million** | | | | | | | | | | | | | |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

24 NO. 2 CLASS ACTION REPORTS 4

24 NO. 2 Class Action Reports 4

Page 23

**TABLE 1 - Class Action Fee Awards for All Cases by Size of Recovery**

| [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pending | [7] Fee Date | [8] Hours Awarded | [9] Hours Disallowed | [10] Net Recovery per hr. (2/03 $) | [11] Lodestar Hourly Rate | [12] Multiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total 2/03 Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 870 (S) Kaufman v. Physician Reliance | 1,975 | 652 | 205 | 43.4 | 1.3 | 12/1/97 | | | | | | | |
| 871 (A) West Coast Dept. Stores | 1,970 | 493 | 54 | 27.7 | 2.5 | 3/30/82 | | | | | | | |
| 872 (S) American Eagle Outfitters Inc. | 1,950 | 649 | 37 | 35.2 | 1.1 | 12/12/96 | | | | | | | |
| 873 (S) Oppedahl, Inc. | 1,925 | 571 | 28 | 31.0 | 8.1 | 3/6/94 | | | | | | | |
| 874 (S) Sea Containers | 1,900 | 775 | 125 | 47.4 | 1.5 | 10/30/90 | 4,131 | | 329 | 214.70 | 0.87 | 187.61 | 255.34 |
| 875 (L) Smith v. MCI | 1,900 | 750 | 10 | 40.0 | 5.8 | 4/28/93 | | | | | | | |
| 876 (S) Interactive Network, Inc. Sec. Lit | 1,900 | 633 | 161 | 41.8 | 4.7 | 9/1/99 | | | | | | | |
| 877 (A) Clark Oil & Refining | 1,900 | 481 | 64 | 28.7 | 4.0 | 11/17/76 | 7,056 | 892 | 600 | 68.24 | 1.00 | 68.24 | 213.32 |
| 878 (S) Larkin v. Collins | 1,900 | 475 | 36 | 26.9 | 1.0 | 2/25/94 | | | | | | | |
| 879 (S) New Image Indus. Sec. Lit | 1,900 | 475 | 116 | 31.1 | 3.0 | 4/1/97 | | | | | | | |
| 880 % (S) Charlson v. Prudential | 1,892 | 550 | 14 | 29.7 | 3.3 | 1/18/92 | | | | | | | |
| 881 (S) Florence Katz v. La Petite | 1,850 | 402 | 46 | 24.2 | 0.8 | 7/1/89 | 493 | | 4,156 | 226.98 | 3.59 | 814.41 | 1,189.54 |
| 882 % (S) Nelson v. Waring | 1,850 | 388 | 131 | 28.0 | 3.3 | 1/10/84 | 3,503 | | 678 | 107.50 | 1.03 | 110.75 | 197.49 |
| 883 (G) Brewster v. City of Dallas | 1,847 | 554 | 20 | 31.1 | 4.3 | 1/10/03 | | | | | | | |
| 884 (S) Robinson v. Co-Build | 1,800 | 450 | 40 | 27.2 | 2.9 | 6/1/76 | 3,500 | | 1,195 | 67.67 | 1.90 | 128.57 | 410.66 |
| 885 (S) Nat'l Auto Finance Co. Sec. Lit | 1,775 | 525 | 216 | 41.8 | 3.8 | 8/16/02 | | | | | | | |
| 886 (S) Gabb Sec. Corp. v. Prop. | 1,765 | 99 | 0 | 5.6 | 1.5 | 12/11/79 | 396 | | 9,923 | 129.09 | 1.94 | 250.40 | 590.64 |
| 887 % (S) NYC Shoes Sec. Lit | 1,750 | 575 | 123 | 39.9 | 1.9 | 6/1/93 | 3,321 | | 464 | 184.64 | 0.94 | 173.93 | 253.34 |
| 888 (L) Usellton v. Comm. Lovelace | 1,750 | 508 | 0 | 29.0 | 3.4 | 10/28/93 | | 3,510 | | | | | |
| 889 % (S) In re Capital Underwriters | 1,750 | 478 | 81 | 32.0 | 4.5 | 5/5/81 | 5,667 | | 425 | 94.24 | 0.90 | 84.42 | 170.81 |
| 890 (S) Mego Fin. Corp. Sec. Lit | 1,725 | 575 | 101 | 39.2 | 4.3 | 2/1/00 | | | | | | | |
| 891 (S) Slade v. Shearson, Hamill | 1,725 | 450 | 10 | 26.6 | 5.7 | 6/1/78 | 2,944 | | 1,106 | 113.12 | 1.35 | 152.85 | 425.22 |
| 892 (A) Painted Aluminum Products | 1,710 | 459 | 62 | 32.8 | 3.0 | 10/1/98 | | | | | | | |
| 893 (S) Bogart v. Nat'l Community Banks | 1,700 | 567 | 308 | 56.8 | 4.8 | 10/16/95 | | | | | | | |
| 894 (S) Oracle Sec. Lit II - West | 1,700 | 448 | 44 | 28.9 | 1.9 | 7/17/97 | | | | | | | |
| 895 (S) Easton & Co. v. Anderson | 1,694 | 383 | 125 | 30.0 | 3.4 | 6/1/89 | 2,438 | | 712 | 238.55 | 0.66 | 157.14 | 230.07 |
| 896 % (S) In re Johnson | 1,670 | 320 | 22 | 20.5 | 4.3 | 12/1/89 | 1,473 | | 1,290 | 204.27 | 1.06 | 217.24 | 313.03 |
| 897 (S) Ancor Communications, Inc. | 1,650 | 550 | 66 | 37.3 | 1.6 | 2/1/99 | | | | | | | |
| 898 (S) Gibson Greetings Sec. Lit | 1,600 | 533 | 61 | 37.1 | 1.8 | 2/1/97 | | | | | | | |
| 899 (C) Gilman v. Independence Blue Cr | 1,600 | 400 | 27 | 26.7 | 1.7 | 10/1/97 | 574 | | 2,299 | 291.66 | 2.39 | 696.86 | 783.54 |
| 900 % (S) Weinberger v. Flow General | 1,600 | 400 | 13 | 25.8 | 1.8 | 6/1/84 | 1,087 | | 1,809 | 166.79 | 1.99 | 331.13 | 562.83 |
| 901 % (S) Birbara v. Chase Manhattan Bank | 1,599 | 398 | 8 | 25.6 | 1.9 | 6/1/94 | | | | | | | |
| 902 (S) Sheirs v. Smith | 1,575 | 392 | 46 | 27.8 | 1.3 | 10/22/87 | 1,449 | | 1,236 | 165.38 | 1.64 | 270.48 | 426.25 |
| 903 (S) Boyat v. Top Brass Enter. | 1,550 | 465 | 73 | 34.7 | 1.5 | 1/11/00 | 1,666 | | 866 | 186.04 | 1.50 | 279.11 | 398.07 |
| 904 (S) J.E. & Z.B. Butler v. Am. Greetings | 1,550 | 466 | 139 | 39.0 | 1.8 | 8/1/97 | | | | | | | |
| 905 (A) Aero Systems | 1,550 | 434 | 39 | 30.5 | 3.8 | 10/19/93 | | | | | | | |
| 906 (S) Laser Technology, Inc. Sec. Lit | 1,545 | 463 | 68 | 34.4 | 1.7 | 10/1/00 | | | | | | | |
| 907 (S) Braun v. Cgl | 1,525 | 350 | 60 | 26.2 | 1.0 | 4/26/86 | | | | | | | |
| 908 % (S) Goodyear v. FirstSouth S&L of Pitt | 1,519 | 392 | 8 | 25.6 | 1.0 | 3/14/95 | | | | | | | |
| 909 (S) Consolidated Delivery & Logistics | 1,500 | 500 | 44 | 36.3 | 1.9 | 2/1/99 | | | | | | | |
| 910 (S) Zoll Medical Corp. Sec. Lit | 1,500 | 500 | 251 | 50.0 | 4.2 | 10/5/98 | | | | | | | |
| 911 % (S) PLC Sys. Inc. Sec. Lit | 1,500 | 450 | 75 | 35.0 | 3.5 | 2/9/01 | | | | | | | |
| 912 (S) Steiner v. Baxter | 1,500 | 450 | 100 | 36.6 | 4.5 | 12/3/93 | | | | | | | |
| 913 % (S) NeoRx | 1,500 | 430 | 67 | 33.1 | 1.3 | 9/14/95 | | | | | | | |
| 914 (S) Rigg v. Brown | 1,500 | 429 | 60 | 31.9 | 2.5 | 12/13/93 | | | | | | | |
| 915 (S) NovaCare, Inc. | 1,500 | 382 | 98 | 32.0 | 1.0 | 10/17/95 | | | | | | | |
| 916 (S) Geographics, Inc. Lit | 1,500 | 375 | 60 | 29.0 | 1.3 | 10/30/98 | 1,344 | | 897 | 292.64 | 0.97 | 283.88 | 335.59 |
| 917 % (S) Grossman v. Microsoft Corp. | 1,500 | 375 | 16 | 26.1 | 1.3 | 6/1/90 | | | | | | | |
| 918 (S) Phillips v. Bowers | 1,500 | 364 | 49 | 27.5 | 1.8 | 3/1/88 | 976 | | 1,735 | 189.67 | 1.96 | 371.92 | 579.91 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

**TABLE 1 - Class Action Fee Awards for All Cases by Size of Recovery**

| | [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pend-ing | [7] Fee Date | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. (2/03 $) | [11] Lode-star Hourly Rate | [12] Multiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total 2/03 Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 919 | (S) Abramson v. Hyatt Int'l Inc. | 1,500 | 20 | 0 | 1.3 | 0.8 | 2/1/82 | | | | | | | |
| 920 | (S) Finkel v. O'Brien | 1,475 | 4.00 | 2.66 | 45.1 | 4.5 | 3/1/90 | 1,966 | | 581 | 327.98 | 0.62 | 203.46 | 287.25 |
| 921 % | (C) Muller v. Cadbury Schweppes | 1,475 | 375 | 0 | 25.4 | 3.0 | 6/29/99 | | | | | | | |
| 922 | (C) Taylor v. Tropicana Prods. Inc | 1,475 | 325 | 0 | 22.0 | 2.0 | 2/19/99 | | | | | | | |
| 923 | (S) NTN Communications II Sec. Lit | 1,450 | 483 | 130 | 42.3 | 2.8 | 2/1/98 | | | | | | | |
| 924 % | (S) The Children's Place Retail Store | 1,450 | 363 | 146 | 35.1 | 2.6 | 5/23/00 | | | | | | | |
| 925 | (S) Scientific Control | 1,450 | 341 | 132 | 32.6 | 5.8 | 6/1/78 | 5,047 | | 539 | 73.12 | 0.92 | 67.54 | 187.94 |
| 926 % | (S) DeLano v. Reddi Brake Supply | 1,405 | 351 | 20 | 26.4 | 1.2 | 12/1/98 | | | | | | | |
| 927 | (S) Cohen v. Uniroyal, Inc | 1,400 | 479 | 98 | 41.1 | 4.5 | | 3,939 | | 430 | 129.68 | 0.94 | 121.54 | 249.54 |
| 928 % | (S) Upton v. McElarrow | 1,400 | 462 | 157 | 44.2 | 3.5 | 8/1/97 | | | | | | | |
| 929 | (S) Focus Enhancements, Inc | 1,400 | 420 | 100 | 37.1 | 2.9 | 5/20/02 | | | | | | | |
| 930 % | (S) 3DO Securities Litigation | 1,400 | 420 | 31 | 32.2 | 2.9 | 4/1/97 | | | | | | | |
| 931 | (S) MCI Worldcom, Inc. Sec. Lit | 1,400 | 375 | 88 | 33.1 | 2.3 | 10/16/01 | | | | | | | |
| 932 | (S) Denny v. Carey | 1,400 | 346 | 58 | 28.8 | 5.7 | | 1,378 | | 1,410 | 134.78 | 1.86 | 251.07 | 439.49 |
| 933 | (S) Westwood v. Cohen | 1,374 | 600 | 58 | 47.9 | 2.5 | 12/23/94 | | | | | | | |
| 934 | (S) Feuerstein v. Burns | 1,373 | 245 | 128 | 27.2 | 5.3 | 5/1/83 | 2,245 | 1,200 | 818 | 100.00 | 1.09 | 109.00 | 199.65 |
| 935 % | (S) Progressive United v. Batzberg | 1,350 | 491 | 97 | 42.8 | | 10/3/95 | | | | | | | |
| 936 | (S) Metropol v. Manchester Equip | 1,350 | 338 | 23 | 26.7 | 1.3 | 6/8/98 | | | | | | | |
| 937 | (S) Weiss v. Zayre Corp. | 1,350 | 263 | 93 | 26.3 | 2.8 | | 933 | | 1,555 | 231.83 | 1.21 | 281.40 | 410.36 |
| 938 | (S) Bonime v. Doyle | 1,350 | 260 | 11 | 20.1 | 3.7 | | | | | | | | |
| 939 | (S) On-Point Technology Sys. Inc. | 1,335 | 401 | 27 | 32.0 | 1.5 | 10/1/01 | | | | | | | |
| 940 % | (S) Talbot v. Marietta | 1,333 | 318 | 15 | 25.0 | 1.5 | 10/22/93 | | | | | | | |
| 941 | (S) Waldman v. Electrolspace | 1,325 | 264 | 0 | 19.9 | 4.7 | 3/1/79 | 1,955 | | 1,410 | 122.31 | 1.10 | 135.11 | 351.00 |
| 942 | (S) Farmers-Goldman | 1,309 | 329 | 72 | 30.6 | 1.5 | 10/1/78 | 2,364 | | 1,030 | 192.98 | 1.95 | 139.21 | 376.83 |
| 943 | (S) Jacobs v. Coopers & Lybrand, LLP | 1,300 | 300 | 285 | 45.0 | 4.8 | 3/19/02 | | | | | | | |
| 944 | (S) Kemens v. Hextron Corp | 1,272 | 242 | 30 | 21.4 | 6.0 | 5/1/81 | 2,452 | | 825 | 144.66 | 0.68 | 98.69 | 199.70 |
| 945 % | (S) Urbach v. Sayles | 1,250 | 400 | 142 | 43.4 | 4.0 | 4/7/95 | | | | | | | |
| 946 | (S) Anika Therapeutics Sec. Lit | 1,250 | 378 | 16 | 31.5 | 1.3 | 10/22/01 | | | | | | | |
| 947 | (S) Tanzer v. Haynie | 1,250 | 275 | 0 | 22.0 | 6.0 | 6/1/80 | | | | | | | |
| 948 | (S) Weiss v. Drew Nat'l | 1,248 | 316 | 88 | 32.4 | 3.4 | 2/1/78 | 2,714 | | 815 | 101.87 | 1.14 | 116.56 | 305.78 |
| 949 | (S) Golden v. Shulman | 1,240 | 250 | 28 | 22.5 | 1.5 | 12/10/91 | | | | | | | |
| 950 % | (S) Steiner v. Blue Cross | 1,232 | 306 | 3 | 25.1 | 1.5 | 3/4/94 | | | | | | | |
| 951 | (S) Magic Marker | 1,214 | 360 | 46 | 33.5 | 2.0 | 9/1/79 | 4,020 | 290 | 488 | 99.67 | 0.90 | 89.55 | 217.48 |
| 952 % | (S) Bash v. Rexald | 1,202 | 242 | 66 | 25.6 | 2.4 | 10/1/86 | | | | | | | |
| 953 | (S) Prescottano v. Koracorp | 1,200 | 284 | 109 | 32.8 | 3.9 | 10/1/77 | 2,148 | | 1,106 | 105.10 | 1.26 | 132.14 | 389.21 |
| 954 | (S) Hubner v. United Tech | 1,200 | 239 | 8 | 20.5 | 1.1 | 7/25/80 | 1,530 | 28 | 1,369 | 156.12 | 1.00 | 156.12 | 343.01 |
| 955 | (S) Heit v. Abram | 1,193 | 188 | 6 | 16.2 | 4.0 | 4/1/79 | | | | | | | |
| 956 | (S) Golden v. Shaun | 1,175 | 342 | 40 | 32.5 | 2.9 | 8/1/78 | 864 | | 1,392 | 169.99 | 2.33 | 396.41 | 601.23 |
| 957 | (S) Greene v. Emersons, Ltd | 1,175 | 316 | 227 | 46.2 | 11.0 | 5/1/87 | 2,965 | | 342 | 130.19 | 0.82 | 106.53 | 171.15 |
| 958 | (S) Kleinman v. Harris | 1,170 | 390 | 74 | 39.6 | 4.0 | 6/21/93 | | | | | | | |
| 959 | (S) Heartland Comm. v. Sprint Corp | 1,165 | 291 | 215 | 43.4 | 2.6 | 10/17/96 | | | | | | | |
| 960 | (A) Axelrod v. Saks & Co. | 1,160 | 254 | 21 | 23.7 | 4.2 | 2/1/81 | 2,006 | | 912 | 105.70 | 1.20 | 126.58 | 261.66 |
| 961 | (S) Hartigs v. American Express | 1,150 | 346 | 177 | 45.5 | 5.8 | 4/1/94 | | | | | | | |
| 962 % | (S) LeChance v. Harrington | 1,150 | 323 | 91 | 36.0 | 0.8 | 4/1/97 | | | | | | | |
| 963 | (S) Steisy v. JHM Mortgage Sec | 1,150 | 288 | 10 | 25.9 | 2.8 | 6/8/96 | 788 | | 1,289 | 245.83 | 1.48 | 365.06 | 434.96 |
| 964 % | (S) Valavelson International | 1,133 | 317 | 132 | 39.6 | 2.8 | 3/26/97 | 2,288 | | 339 | 257.92 | 0.64 | 138.74 | 157.56 |
| 965 | (S) Seidman v. American Mobile Sys. | 1,125 | 281 | 186 | 41.5 | 4.5 | 3/7/97 | 3,401 | | 220 | 281.79 | 0.29 | 82.70 | 93.91 |
| 966 | (S) Richman v. Pezo Electric | 1,125 | 221 | 12 | 20.7 | 4.2 | 4/1/88 | 741 | | 1,868 | 264.89 | 1.17 | 298.16 | 462.64 |
| 967 | (C) Acree v. Wells Fargo Bank | 1,120 | 224 | 0 | 20.0 | 1.3 | | | | | | | | |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

**TABLE 1 – Class Action Fee Awards for All Cases by Size of Recovery**

| | [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pend-ing | [7] Fee Date | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. (2/03 $) | [11] Lode-star Hourly Rate | [12] Mul-tiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total 2/03 Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 968 % | (A) Plastic. Cutlery Antitrust Litigation | 1,117 | 372 | 88 | 41.2 | 4.1 | 3/1/00 | 3,630 | | 192 | 254.89 | 0.40 | 102.57 | 108.86 |
| 969 | (S) Fried v. Utilities Leasing | 1,108 | 247 | 22 | 24.3 | 5.4 | 5/1/78 | 1,637 | | 1,641 | 91.60 | 1.65 | 151.16 | 485.34 |
| 970 | (S) Crown American Realty Trust | 1,100 | 367 | 27 | 35.7 | 5.8 | 5/30/01 | | | | | | | |
| 971 | (S) Erlin v. Berg | 1,100 | 236 | 107 | 31.2 | 4.3 | 4/17/78 | 2,219 | | 1,102 | 64.47 | 1.65 | 106.23 | 343.16 |
| 972 | (S) Sachs v. MGM Grand Hotels | 1,100 | 150 | 0 | 13.6 | 9.8 | 8/31/94 | | | | | | | |
| 973 % | (S) IGI Securities Litigation | 1,098 | 355 | 85 | 40.5 | 2.3 | 12/1/89 | | | | | | | |
| 974 % | (S) Kazanas v. Millcom | 1,087 | 327 | 83 | 38.4 | 1.0 | 9/17/92 | | | | | | | |
| 975 % | (S) Neoware SYS. Inc. Sec. Lit | 1,060 | 353 | 45 | 37.6 | 2.3 | 7/27/00 | | | | | | | |
| 976 | (S) Grossman v. Cable Funding | 1,060 | 300 | 26 | 30.8 | 5.0 | 6/1/78 | | | | | | | |
| 977 % | (S) Pace v. Real Estate Fund | 1,060 | 250 | 19 | 25.4 | 2.8 | 2/1/74 | | | | | | | |
| 978 % | (S) NetWorth, Inc. | 1,050 | 350 | 50 | 38.1 | 1.7 | 12/10/94 | | | | | | | |
| 979 % | (S) Fisher v. Nelco Corp. | 1,050 | 315 | 133 | 42.7 | 0.7 | 11/22/93 | | | | | | | |
| 980 | (S) Friedlander v. Barnes | 1,037 | 285 | 77 | 34.9 | 2.3 | 5/6/86 | 940 | | 1,198 | 239.12 | 1.27 | 302.32 | 505.42 |
| 981 | (L) Bowen v. Southeast Bank of Ala. | 1,035 | 238 | 38 | 26.6 | 4.7 | 2/1/91 | 952 | | 1,075 | 150.00 | 1.67 | 250.39 | 337.51 |
| 982 | (S) Goldsmith v. Pyramid | 1,035 | 193 | 25 | 21.1 | 2.9 | 1/1/75 | 2,283 | | 1,248 | 89.60 | 0.94 | 84.54 | 294.22 |
| 983 % | (S) Paul v. American General Corp. | 1,005 | 330 | 15 | 34.3 | 3.3 | 9/7/93 | | | | | | | |
| 984 % | (S) Mueller v. Red Eagle Resources | 1,000 | 333 | 0 | 33.3 | 0.8 | 11/22/95 | | | | | | | |
| 985 | (S) Keleman v. Glaze | 1,000 | 300 | 170 | 47.0 | 3.0 | 6/1/70 | | | | | | | |
| 986 | (S) Frame Technology | 1,000 | 300 | 34 | 33.4 | 1.3 | 7/18/94 | | | | | | | |
| 987 | (S) Levi v. First American Bank & Tr. | 1,000 | 250 | 60 | 31.0 | 7.4 | 9/20/95 | | | | | | | |
| 988 % | (S) Wells v. Dartmouth | 1,000 | 250 | 182 | 43.2 | 4.0 | 2/19/93 | | | | | | | |
| 989 | (S) Longo v. Panic | 1,000 | 250 | 47 | 29.6 | 3.4 | 2/1/77 | 1,541 | | 1,401 | 109.41 | 1.48 | 162.15 | 497.45 |
| 990 | (S) Nessel v. Peoples Heritage | 1,000 | 249 | 61 | 31.1 | 1.5 | 1/8/93 | | | | | | | |
| 991 | (S) Rosenbaum v. Seeburg | 1,000 | 239 | 49 | 28.8 | 2.1 | 6/1/77 | 1,732 | | 1,230 | 94.33 | 1.45 | 137.85 | 413.63 |
| 992 | (S) Browne v. Hogan | 1,000 | 238 | 33 | 27.1 | 2.8 | 3/1/76 | 3,073 | 960 | 793 | 71.33 | 1.00 | 71.33 | 231.38 |
| Group X Summary. N = 123 | | 172,466 | 46,104 | 8,907 | 31.9 | 2.3 | | 105,740 | 6,901 | 1,077 | 179.33 | 1.25 | 207.32 | 358.27 |
| Group X Without Proxy Data. N = 121 | | 170,183 | 45,499 | 8,765 | 31.9 | 3.2 | | 102,665 | 6,001 | 1,355 | 157.75 | 1.32 | 208.84 | 373.32 |
| Group X Proxy Data Only. N = 2 | | 2,283 | 605 | 142 | 32.7 | 1.6 | | 3,075 | 0 | 818 | 261.83 | 1.02 | 252.75 | 297.20 |
| Group X No Percentage Fee. N = 84 | | 118,705 | 30,704 | 6,187 | 31.1 | 3.5 | | 95,060 | 6,001 | 1,374 | 149.70 | 1.33 | 199.69 | 372.51 |
| Group X Percentage Fee Only. N = 39 | | 53,761 | 15,400 | 2,720 | 33.7 | 2.5 | | 10,680 | 0 | 981 | 268.26 | 1.13 | 310.14 | 352.59 |
| Group XI – Recovery is less than $1 million | | | | | | | | | | | | | | |
| 993 % | (S) A.B.A. v. Global Technology Sys. | 975 | 322 | 15 | 34.3 | 2.3 | 11/18/00 | | | | | | | |
| 994 | (S) Burger v. CPC Int'l | 965 | 232 | 21 | 26.2 | 1.3 | 9/1/77 | 1,460 | | 1,445 | 125.00 | 1.27 | 159.03 | 471.43 |
| 995 % | (S) Kastover v. Hula | 950 | 285 | 153 | 46.1 | 4.0 | 5/10/04 | | | | | | | |
| 996 % | (S) Bloor v. Ameritrust | 950 | 285 | 15 | 31.5 | 6.4 | 3/16/04 | | | | | | | |
| 997 % | (S) Fecht v. Conseco, Inc. | 950 | 285 | 143 | 45.0 | 6.4 | 11/16/98 | | | | | | | |
| 998 % | (S) Monsky Trust v. Sycor | 950 | 267 | 12 | 29.4 | 1.9 | 6/1/78 | 1,905 | | 936 | 110.85 | 1.21 | 133.96 | 373.00 |
| 999 | (S) Home Unity Shareholder Lit | 950 | 250 | 36 | 26.8 | 2.3 | 1/18/99 | 2,935 | | 1,007 | 211.71 | 1.00 | 211.71 | 317.65 |
| 1000 | (S) Miller v. Alexander Grant | 940 | 250 | 65 | 31.3 | 3.3 | 4/14/99 | 2,359 | | 916 | 87.51 | 1.28 | 112.34 | 373.72 |
| 1001 | (S) Steinberg v. Carey | 925 | 250 | 45 | 31.9 | 3.3 | 4/1/79 | 3,080 | 1,540 | 525 | 111.42 | 0.73 | 81.17 | 209.23 |
| 1002 | (S) Garrity v. Caribbean Cigar Co. | 925 | 231 | 32 | 28.4 | 3.8 | 8/14/01 | | | | | | | |
| 1003 | (S) Gaffard v. Hygrade Food | 913 | 150 | 25 | 19.2 | 1.0 | 3/1/77 | 1,379 | | 1,632 | 120.37 | 0.90 | 108.77 | 331.74 |
| 1004 | (S) Milstein v. Huck | 908 | 226 | 6 | 25.6 | 1.2 | 6/29/84 | 920 | | 1,287 | 163.53 | 1.51 | 246.14 | 431.28 |
| 1005 | (S) Baron v. Comm. & Indus. Bk | 900 | 265 | 63 | 36.5 | 3.6 | 10/11/79 | 3,925 | | 351 | 82.85 | 0.81 | 67.52 | 162.55 |
| 1006 % | (S) Kirshenbaum v. Emerson | 900 | 230 | 20 | 25.6 | 5.9 | 9/16/81 | 5,481 | 437 | 206 | 132.03 | 0.32 | 41.99 | 81.85 |
| 1007 % | (S) MTI Technology Corp. Sec. Lit | 900 | 265 | 30 | 35.8 | 3.0 | 11/30/99 | 705 | | 1,004 | 292.23 | 1.09 | 319.15 | 344.86 |
| 1008 % | (S) Sunrise Technologies | 900 | 225 | 128 | 39.0 | 2.0 | 4/20/94 | | | | | | | |
| 1009 % | (S) Cardiology v. Nat'l Intergp. | 900 | 123 | 16 | 15.6 | 1.6 | 2/13/87 | 334 | 7 | 3,703 | 163.10 | 2.25 | 367.17 | 597.50 |
| 1010 | (S) Altman v. Central Ga. Ry. | 895 | 40 | 3 | 4.8 | 12.0 | 5/1/78 | 400 | 2,100 | 5,987 | 100.00 | 1.00 | 100.00 | 281.06 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

TABLE 1 – Class Action Fee Awards for All Cases by Size of Recovery

| | [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pending | [7] Fee Date | [8] Hours Awarded | [9] Hours Disallowed | [10] Net Recovery per hr. (2/03 $) | [11] Lode-star Hourly Rate | [12] Multiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total 2/03 Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1011 % | (S) Pins Recycling Sec. Lit | 880 | 194 | 52 | 27.9 | 4.1 | 6/2/00 | | | | | | | |
| 1012 % | (S) Blackman v. O'Brien Env. Energy | 875 | 288 | 51 | 38.8 | 4.6 | 5/12/99 | | | | | | | |
| 1013 % | (S) Williams v. MGM-Pathe Comm. | 864 | 775 | 79 | 99.9 | 8.0 | 6/1/99 | | 65 | | | | | |
| 1014 | (S) Votes v. Bertal Media Corp. | 862 | 250 | 27 | 32.2 | 6.3 | 7/11/82 | 1,217 | | 894 | 150.04 | 1.37 | 205.42 | 382.43 |
| 1015 | (S) Yod v. Self T Lok Inc | 850 | 255 | 47 | 35.5 | 1.6 | 2/14/00 | | | | | | | |
| 1016 | (S) Amsterdam v. Turbodyne | 850 | 250 | 68 | 37.4 | 4.0 | 3/1/81 | 1,492 | | 732 | 144.95 | 1.16 | 167.66 | 344.02 |
| 1017 | (L) Six Mexican Workers | 850 | 213 | 0 | 25.0 | 13.0 | 5/18/90 | | | | | | | |
| 1018 | (S) McCausland v. Shareholders | 850 | 170 | 2 | 20.3 | 4.5 | 5/1/74 | 792 | | 3,605 | 78.44 | 3.09 | 242.17 | 904.26 |
| 1019 | (S) Kendrick v. Alcor | 850 | 170 | 22 | 22.6 | 1.4 | 7/27/88 | 651 | | 1,549 | 192.96 | 1.35 | 261.14 | 400.41 |
| 1020 % | (S) Skonovics v. All For a Dollar | 828 | 207 | 91 | 36.0 | 2.8 | 12/1/95 | | | | | | | |
| 1021 | (S) Christianson v. Mail-Well Inc. | 775 | 233 | 5 | 30.8 | 2.5 | 10/10/96 | | | | | | | |
| 1022 % | (S) Cietak v. Castle & Cooke Homes | 800 | 240 | 7 | 30.8 | 1.8 | 6/1/95 | | | | | | | |
| 1023 % | (S) Blech Securities Litigation | 800 | 240 | 50 | 36.3 | 5.5 | 5/19/00 | | | | | | | |
| 1024 | (S) Bruno v. Southdown, Inc. | 800 | 140 | 3 | 17.9 | 2.9 | 4/1/81 | 589 | | 2,275 | 117.49 | 2.02 | 237.69 | 484.72 |
| 1025 | (S) Meer v. United Brands Co. | 800 | 120 | 0 | 15.0 | 3.9 | 2/21/79 | | | | | | | |
| 1026 | (S) Federman v. Empire, Inc. | 785 | 179 | 32 | 26.8 | 3.0 | 3/1/76 | 1,318 | | 1,417 | 108.44 | 1.25 | 135.50 | 440.71 |
| 1027 % | (S) Benzon v. Grieve | 783 | 159 | 55 | 27.4 | 4.6 | 11/1/75 | 2,408 | | 822 | 84.16 | 0.78 | 66.00 | 229.70 |
| 1028 % | (S) Baxter v. Jacobs | 775 | 233 | 41 | 35.3 | 2.7 | 12/1/92 | 788 | | 815 | 255.07 | 1.16 | 295.05 | 377.81 |
| 1029 | (S) Scherek v. FSI Futures, Inc. | 767 | 254 | 43 | 38.7 | 4.0 | 1/25/99 | | | | | | | |
| 1030 | (S) Jones v. Crenstein | 759 | 190 | 63 | 33.3 | 5.8 | 9/1/77 | 3,221 | | 464 | 99.20 | 0.59 | 58.99 | 174.17 |
| 1031 | (S) Delpozzo v. Bluesky Sys. | 750 | 250 | 81 | 44.1 | 7.0 | 1/22/96 | | | | | | | |
| 1032 % | (S) Hiedler v. Telequest | 750 | 225 | 181 | 54.2 | 4.5 | 12/13/93 | | | | | | | |
| 1033 | (S) Ludeman v. C&S/Sovran Corp. | 750 | 206 | 36 | 32.3 | 2.8 | 3/1/95 | | | | | | | |
| 1034 % | (S) Jones v. Nat'l Distillers | 750 | 190 | 4 | 25.3 | 2.6 | 2/1/80 | | | | | | | |
| 1035 % | (S) Barzin v. Globex Security | 748 | 155 | 15 | 22.7 | 2.5 | 6/1/98 | 1,587 | | 810 | 95.15 | 1.26 | 119.72 | 274.96 |
| 1036 | (S) Deban v. Diversified Mort | 725 | 149 | 12 | 21.0 | 5.8 | 4/3/80 | 1,613 | | 1,236 | 79.06 | 1.22 | 98.02 | 324.10 |
| 1037 | (S) Thomas v. AVM Corp | 717 | 80 | 12 | 12.8 | 1.1 | 5/1/75 | 1,252 | | 1,026 | 118.63 | 1.00 | 118.63 | 286.09 |
| 1038 | (T) Wright v. Winn-Dixie | 701 | 234 | 17 | 33.3 | 4.0 | 12/1/91 | 621 | | 3,433 | 75.02 | 1.72 | 128.82 | 439.36 |
| 1039 | (S) Moench v. Robertson | 700 | 245 | 17 | 37.4 | 4.0 | 11/1/96 | | | | | | | |
| 1040 | (S) Abulaban v. R.W. Pressoph | 692 | 104 | 71 | 25.3 | 6.3 | 3/1/76 | 5,000 | | 338 | 90.15 | 0.23 | 20.74 | 67.37 |
| 1041 | (S) Braggar v. Trinity | 658 | 197 | 18 | 32.8 | 1.5 | 7/23/93 | | | | | | | |
| 1042 | (S) Beesten v. Globe Security | 655 | 155 | 8 | 25.9 | 2.3 | 6/1/77 | | | | | | | |
| 1043 | (S) Tomseth v. Diamond-Bath. | 641 | 180 | 86 | 41.6 | 1.1 | 8/1/88 | 1,300 | | 1,101 | 149.15 | 0.44 | 126.92 | 379.20 |
| 1044 | (S) Stryker & Brown v. Chicago Cab | 625 | 132 | 56 | 30.1 | 5.9 | 7/1/74 | 2,723 | | 875 | 65.20 | 1.10 | 71.79 | 100.93 |
| 1045 | (S) Kaufman v. Lawrence | 620 | 180 | 61 | 29.0 | 7.2 | 10/1/77 | 1,834 | | 725 | 99.46 | 1.01 | 100.78 | 263.59 |
| 1046 | (S) The Foothold Fund, L.P. v. Blau | 614 | 100 | 14 | 18.5 | 2.0 | 9/1/98 | 1,786 | | | | | | 296.79 |
| 1047 | (S) Long v. Tranor | 600 | 137 | 13 | 25.0 | 1.9 | 5/7/84 | | | | | | | |
| 1048 | (S) Ditmer v. Deloitte & Touche, LLP | 575 | 161 | 10 | 29.7 | 2.3 | 4/23/02 | | | | | | | |
| 1049 % | (S) Perkins Responsa Television | 555 | 150 | 0 | 27.3 | 3.0 | 5/1/98 | | | | | | | |
| 1050 | (S) Weinberger v. Cook | 550 | 150 | 0 | 27.3 | 4.3 | 4/1/81 | 1,341 | | 608 | 91.68 | 1.22 | 111.86 | 228.11 |
| 1051 | (S) Jordan v. Edie & Co. | 550 | 138 | 21 | 28.9 | 4.3 | 6/20/81 | 1,933 | | 406 | 100.69 | 0.71 | 71.13 | 142.65 |
| 1052 | (S) Long v. Fidelcor | 550 | 125 | 64 | 25.5 | 2.2 | 8/1/88 | 882 | | 709 | 144.26 | 0.98 | 141.72 | 216.40 |
| 1053 | (S) Joslyn v. Hornblower | 550 | 79 | 64 | 25.9 | 7.2 | 1/1/78 | | | | | | | |
| 1054 % | (S) Levit v. Filmways | 525 | 142 | 61 | 38.7 | 4.8 | 6/16/85 | 1,658 | | 324 | 156.32 | 0.55 | 85.71 | 143.27 |
| 1055 | (S) Thompson v. Pac. Gamble | 510 | 124 | 12 | 26.7 | 3.0 | 6/1/76 | 862 | | 1,397 | 73.39 | 1.96 | 143.83 | 460.12 |
| 1056 | (S) Klein v. PDQ Remediation, Inc. | 510 | 124 | 12 | 26.7 | 3.0 | 1/28/90 | 800 | | 460 | 334.72 | 0.63 | 212.50 | 235.90 |
| 1057 | (S) Balakir v. Integrated Comm. Net. | 500 | 167 | 24 | 38.1 | 1.4 | 12/1/97 | | | | | | | |
| 1058 | (S) Feeney v. The Ultimate Corp. | 500 | 167 | 81 | 49.5 | 6.6 | 2/1/98 | | | | | | | |
| 1059 | (S) De Milla v. Cybernetics | 500 | 120 | 15 | 27.0 | 4.7 | 4/1/76 | 1,667 | | 753 | 90.00 | 0.85 | 76.68 | 247.35 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

TABLE 1 - Class Action Fee Awards for All Cases by Size of Recovery

| | [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pending | [7] Fee Date | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. (2/3 $) | [11] Lode-star Hourly Rate | [12] Multiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total Hourly Rate 2/13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1060 | (S) Steiner v. Coopers & Lybrand | 500 | 101 | 2 | 20.7 | 0.3 | 10/26/04 | | | | | | | |
| 1061 | (S) Wabash National Corp. Sec. Lit. | 500 | 25 | 132 | 31.3 | 2.9 | 12/3/01 | | | | | | | |
| 1062 | (S) Cruise v. Condor Services, Inc. | 494 | 155 | 16 | 34.7 | 1.8 | 3/11/96 | | | | | | | |
| 1063 | (S) Phillips v. Automated Telephone | 475 | 153 | 0 | 32.1 | 2.3 | 10/21/96 | | | | | | | |
| 1064 | (S) Greenfield v. Fry | 473 | 118 | 14 | 27.9 | 2.9 | 5/16/84 | | | | | | | |
| 1065 | (S) Fattel v. Ostrow | 450 | 134 | 21 | 34.4 | 1.3 | 6/1/88 | 479 | | 950 | 191.53 | 1.46 | 279.57 | 430.48 |
| 1066 | (S) Perkins v. Healthcare America Inc. | 450 | 130 | 12 | 31.6 | 1.0 | 4/26/96 | | | | | | | |
| 1067 | (S) Gutheriz v. Diaz | 450 | 94 | 163 | 57.0 | 3.9 | 10/1/88 | 1,490 | | 196 | 121.14 | 0.52 | 62.78 | 94.91 |
| 1068 | (S) Waltman v. Silverman | 450 | 68 | 22 | 20.0 | 8.0 | 3/1/74 | | | | | | | |
| 1069 | (A) Butkus v. Chicken | 448 | 157 | 11 | 37.4 | 3.9 | 5/17/5 | | | | | | | |
| 1070 | (U) Carlon v. Jones Intercable | 440 | 84 | 6 | 20.5 | 0.8 | 11/8/04 | | | | | | | |
| 1071 | (S) Russo v. Lord | 440 | 89 | 3 | 19.0 | 7.0 | 2/17/77 | | | | | | | |
| 1072 | (A) Hermson v. Alt. Richfield | 426 | 131 | 15 | 34.5 | 7.0 | | 1,698 | | 447 | 62.24 | 1.24 | 77.33 | 211.01 |
| 1073 | (S) Schwartz v. Novo Industri | 425 | 108 | 30 | 32.4 | 2.7 | 3/21/88 | 632 | | 709 | 170.64 | 1.00 | 170.64 | 266.14 |
| 1074 % | (S) Lee v. Stoloff | 425 | 101 | 122 | 52.5 | 1.2 | 1/20/90 | | | | | | | |
| 1075 | (S) Zinman v. Avemco Corp. | 422 | 130 | 0 | 30.8 | 2.7 | | 2,699 | | 314 | 59.68 | 0.81 | 48.17 | 139.86 |
| 1076 | (S) Hawk Indus. v. Bausch & Lomb | 408 | 120 | 8 | 31.2 | 3.5 | | 1,650 | | 661 | 88.21 | 0.82 | 72.73 | 241.60 |
| 1077 % | (S) Rafner v. Bennett | 400 | 140 | 27 | 41.7 | 3.8 | 8/8/96 | 1,427 | | 190 | 196.83 | 0.60 | 98.11 | 113.83 |
| 1078 | (S) Walkner v. Shannon | 400 | 94 | 28 | 30.5 | 3.2 | | 689 | | 580 | 200.57 | 0.88 | 176.07 | 107.60 |
| 1079 % | (L) Erie County Ret. v. County of Erie | 350 | 133 | 12 | 41.3 | 3.3 | 3/20/02 | 738 | | 283 | 175.00 | 0.73 | 180.22 | 183.14 |
| 1080 | (S) Gilbert v. Prudential-Bache | 350 | 123 | 22 | 41.3 | 3.3 | | 1,389 | | 241 | 177.12 | 0.50 | 88.19 | 143.50 |
| 1081 | (S) Peer v. Blasius Indus. | 350 | 88 | 4 | 26.0 | 1.3 | | 1,000 | | 958 | 43.75 | 2.00 | 87.50 | 323.62 |
| 1082 | (S) Spekenmann v. Whitaker | 350 | 49 | 90 | 39.7 | 3.7 | | 662 | 5.6 | 911 | 75.00 | 0.99 | 74.49 | 212.88 |
| 1083 | (S) Kerp v. D.C. Club Corp. | 348 | 55 | 20 | 21.6 | 1.6 | | 499 | | 1,621 | 98.83 | 1.12 | 110.22 | 326.65 |
| 1084 | (A) Mezz v. Behrens | 347 | 130 | 7 | 39.5 | 4.0 | | 1,737 | | 445 | 75.00 | 1.00 | 74.98 | 275.86 |
| 1085 | (S) Silver v. WCI | 340 | 79 | 3 | 24.1 | 4.0 | | 1,084 | | 618 | 61.42 | 1.00 | 61.42 | 249.32 |
| 1086 | (S) Frledman v. Colgate-Palm | 336 | 84 | 69 | 45.6 | 3.7 | 4/23/84 | 592 | | 543 | 192.55 | 0.73 | 141.47 | 249.32 |
| 1087 | (S) Fischer v. IT&T Corp. | 317 | 74 | 8 | 25.3 | 5.0 | | 1,245 | | 544 | 100.00 | 0.59 | 59.44 | 170.21 |
| 1088 | (S) Goldstein v. Levin-Town. | 312 | 40 | 12 | 16.7 | 3.5 | | 555 | | 1,664 | 82.48 | 0.87 | 72.07 | 255.93 |
| 1089 | (S) Green v. Wolf Corp. | 307 | 62 | 10 | 23.5 | 9.3 | | 798 | | 958 | 77.54 | 1.00 | 77.54 | 252.36 |
| 1090 | (S) Lewis v. Capitol Mortgage | 300 | 112 | 0 | 37.4 | 4.5 | | | | | | | | |
| 1091 | (S) Cistcoff v. Hemisphere | 300 | 94 | 8 | 33.3 | 2.3 | | 1,239 | | 645 | 73.36 | 1.03 | 75.87 | 302.93 |
| 1092 | (A) Parkinson v. Stannett Bros. | 298 | 60 | 2 | 14.0 | 3.0 | | 550 | | 1,585 | 100.00 | 0.73 | 72.73 | 249.16 |
| 1093 | (S) Cooper v. Leeson | 290 | 87 | 0 | 30.0 | 5.0 | 1/31/78 | | | | | | | |
| 1094 | (S) Continental Assurance Co. | 285 | 22 | 3 | 8.8 | 1.4 | 11/1/76 | 400 | | 2,038 | 55.00 | 1.00 | 55.00 | 172.41 |
| 1095 | (S) Greenfield v. Footwear | 278 | 57 | 8 | 23.4 | 2.0 | 9/1/86 | 284 | | 1,234 | 202.99 | 0.98 | 199.32 | 328.64 |
| 1096 | (S) Grier v. Chase Menh'n Auto. Fin. | 265 | 88 | 1 | 33.5 | 1.1 | 2/16/00 | 201 | | 937 | 369.07 | 1.19 | 437.75 | 466.42 |
| 1097 | (S) University Capital Corp. | 263 | 20 | 10 | 11.4 | 0.3 | 1/1/75 | 482 | | 1,682 | 84.16 | 0.49 | 41.49 | 144.42 |
| 1098 | (S) TBK Partners v. Warnow | 258 | 77 | 7 | 32.6 | 0.8 | 10/1/77 | 783 | | 653 | 122.88 | 0.80 | 98.75 | 290.65 |
| 1099 | (A) Thomas v. Veterans Cab Co. | 250 | 100 | 0 | 40.0 | 3.0 | 12/1/79 | 1,000 | 8 | 355 | 123.64 | 0.81 | 100.00 | 236.90 |
| 1100 | (S) Rand v. Standard Kelleman | 250 | 60 | 0 | 24.0 | 5.8 | 7/1/75 | | | | | | | |
| 1101 | (S) Theofilatos v. Brenhouse | 227 | 43 | 1 | 19.2 | 5.5 | 7/1/87 | 774 | | 378 | 100.00 | 0.55 | 54.91 | 87.48 |
| 1102 | (A) Goldieb v. Va. St. Bar | 226 | 53 | 9 | 27.5 | 5.0 | 5/17/78 | 719 | | 644 | 69.54 | 1.00 | 73.71 | 205.16 |
| 1103 | (S) Chen v. Merryman | 225 | 75 | 8 | 36.8 | 3.2 | 5/23/01 | | | | | | | |
| 1104 | (C) Dovberry v. First Commercial Mktg. | 215 | 54 | 1 | 25.3 | 2.3 | 10/1/98 | | | | | | | |
| 1105 | (S) Friedman v. Lansdale Parking | 200 | 70 | 30 | 50.2 | 1.4 | 5/9/94 | | | | | | | |
| 1106 | (S) Roberts v. Magnetic Metals | 200 | 70 | 0 | 37.2 | 4.7 | 2/1/92 | | | | | | | |
| 1107 | (S) Danton v. Cynasticide | 200 | 80 | 0 | 30.0 | 3.2 | 9/1/87 | 1,000 | | 221 | 138.76 | 0.43 | 60.00 | 94.80 |
| 1108 | (S) Richardson v. White, Weld | 185 | 50 | 0 | 27.0 | 4.7 | 4/1/81 | 407 | | 677 | 123.00 | 1.00 | 122.85 | 250.53 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

TABLE 1 - Class Action Fee Awards for All Cases by Size of Recovery

| | [1] Name of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [6] Years Case Pending | [7] Fee Date | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. (2/03 $) | [11] Lode-star Hourly Rate | [12] Mul-tiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] Total Hourly Rate 2/03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1109 | (S) Bazsak v. CGS Scientific | 163 | 50 | 1 | 31.4 | 4.3 | 1/1/75 | 613 | | 633 | 86.55 | 0.94 | 81.57 | 283.91 |
| 1110 | (S) Levine v. American Export | 150 | 23 | 6 | 18.6 | 5.3 | 2/1/77 | | | | | | | |
| 1111 | (S) Miller v. Mackay Int'l Corp. | 144 | 22 | 4 | 17.7 | 6.0 | 3/1/76 | 700 | 1,145 | 549 | 67.68 | 0.46 | 30.80 | 100.12 |
| 1112 | (S) Levin v. Uni-Shield Int'l | 127 | 45 | 0 | 35.5 | 4.0 | 7/1/81 | 1,192 | | 136 | 83.05 | 0.45 | 37.75 | 74.89 |
| 1113 | (S) Robertson v. Seidman | 120 | 40 | 0 | 33.3 | 1.0 | 1/1/80 | | | | | | | |
| 1114 | (S) Grimm v. Whitney-Fidelgo | 120 | 30 | 15 | 37.6 | 5.0 | 2/1/78 | 774 | | 279 | 90.00 | 0.43 | 38.76 | 111.80 |
| 1115 | (S) Wolder v. Isenberg | 103 | 11 | 3 | 14.0 | 0.5 | 10/1/74 | 150 | | 2,091 | 50.00 | 1.50 | 75.00 | 266.33 |
| 1116 | (S) Frome v. ABC International | 85 | 26 | 0 | 30.0 | 3.9 | 7/1/80 | 291 | | 449 | 87.63 | 1.00 | 87.63 | 192.53 |
| 1117 | (S) Oscar Gross v. Geon Indus | 70 | 20 | 5 | 36.0 | 5.4 | 3/18/81 | 607 | | 152 | 74.14 | 0.44 | 32.95 | 67.65 |
| 1118 | (S) Kaye v. Fast Food Operators | 54 | 17 | 0 | 31.8 | 1.3 | 9/1/83 | | | | | | | |
| 1119 | (C) Neelsen v. United Creditors Alfice | 40 | 17 | 0 | 42.1 | 1.8 | 7/18/00 | | | | | | | |
| 1120 | (S) Voege v. Ackerman | 32 | 23 | 8 | 94.8 | 5.3 | 3/31/76 | | | | | | | |
| | Group XI Summary,  N = 128 | 69,272 | 19,165 | 3,556 | 31.4 | 3.5 | | 95,427 | 5,337 | 1,150 | 127.05 | 1.10 | 139.58 | 300.22 |
| | Group XI Without Proxy Data,  N = 117 | 63,690 | 16,933 | 3,310 | 31.8 | 3.5 | | 76,885 | 5,357 | 1,139 | 133.20 | 1.10 | 143.56 | 296.80 |
| | Group XI Proxy Data Only,  N = 11 | 5,582 | 1,232 | 246 | 26.5 | 4.1 | | 18,542 | 0 | 1,214 | 90.08 | 1.10 | 94.60 | 320.79 |
| | Group XI No Percentage Fee,  N = 103 | 51,096 | 12,338 | 2,206 | 28.5 | 3.6 | | 91,568 | 5,357 | 1,881 | 117.27 | 1.10 | 126.52 | 299.42 |
| | Group XI Percentage Fee Only,  N = 25 | 18,176 | 5,827 | 1,350 | 39.5 | 3.8 | | 3,859 | 0 | 728 | 259.64 | 1.02 | 272.93 | 311.01 |

* The claims period in this case does not end until 2009, so the size of the recovery will increase, as will the corresponding plumbing system inspection expenses necessary to determine how much to compensate each future claimant. The reported recovery figure includes claims paid through November 2002.

** We do not have data on the notice and settlement administration expenses (mainly the cost of inspection to determine the cost of replacing damaged hardboard siding on homes), which are to be paid by defendant on top of damages. The claims period in this case continues until 2008, so the recovery and costs amounts will increase.

*** We do not have data on the notice and settlement administration expenses (mainly the cost of inspection to determine the cost of replacing damaged hardboard siding on homes), which are to be paid by defendant on top of damages. The reported recovery figure includes claims paid through February 2003. Plaintiffs0 counsel advises that as of that date new claims were coming in at about $10 million per month.

*EXPLANATION OF DATA*

 *Class Recovery.* Table 1 provides a shorthand name for each case in Column 1 and the amount of the class recovery in Column 2. We have attempted to exclude all cases in which class members received "coupons" usable for discounts off of future purchases from the defendant, newly issued securities of unknown market value, or open ended "claims made" settlements in which the claims made are not now known and/or claims not made revert to the settling defendant, since the real value of those class recoveries is unknown (though the fees are), and no common fund recovery amount or fee percentage can be properly computed. The class recovery includes accrued interest where known (as do fee awards). Where fees and/or other expenses (e.g., notice costs) were paid separately from, and in addition to the settlement amount, the amount of those fees and expenses are added to and included in the class recovery.

 *Fees and Costs.* The total fee awarded all plaintiff attorneys in each case is listed in Column 3, and the total costs and disbursements are listed in Column 4. Where known, compensation awarded for paralegal and law clerk time is treated as costs (at their lodestar rates) rather than fees, which by transferring any paralegal multipliers to attorney compensation sometimes causes the data we compute for attorney hourly rates, lodestars, and multipliers to differ slightly from the figures stated in the court decisions awarding the fees. [FN7]

 *Fee Percentage.* Column 5 shows the percentage of the class recovery consumed by the sum of fees and costs. This percentage is computed not by reference to the *net* class recovery (after deduction of fees and costs) but by reference to the *gross* recovery, which includes fees and costs even where they are awarded separately from and in addition to a class recovery fund. The Table 1 Overall Summary and the Summaries for each recovery range Group separately break down all of the data for cases in which fees were awarded on a percentage basis vs. those in which the lodestar/multiplier or "mixed" method was used. [FN8]

 *Length of Case.* Column 6 shows the approximate length of time between the filing of the complaint and the final fee award, the date of which is given in Column 7. In recent years courts generally have used current rates (or sometimes have added interest to historical rates) to compensate for the delay in payment. In some earlier cases, however, there was either no compensation for delay in payment, or the court added a separate "multiplier" for delay or included that factor in determining the overall multiplier. More recently the delay in payment problem has focused on the time elapsing between the date that the fee petition is initially filed and the date fees are finally awarded. This can sometimes be as long as two years, during which "current" lodestar rates continue to rise. Some courts award interest on fees for this period; others do not.

 *Attorney Hours.* Column 8 shows the total hours for which all plaintiff attorneys in each case were awarded fees. Column 9 provides the number of claimed hours, if any, that were specifically disallowed. Thus it should be kept in mind that the hourly rates displayed as having been awarded in these cases do *not* include disallowed hours. Since time spent preparing fee petitions is not compensable in common fund cases, we do not even count such time as "excluded hours." Of course, this is a necessary task that does take time, and to that extent the hourly rates we publish are somewhat inflated. Sometimes it is difficult to determine whether a court is reducing a fee request by disallowing hours, by reducing hourly rates, or both. To the extent possible, we have tried to keep these concepts distinct. Disallowed hours are reflected in Column 9. Reductions in hourly rates are reflected in Column 11 (lodestar rate).

 *Net Recovery Per Hour.* Column 10 tabulates the net class recovery per compensated attorney hour, after each class recovery (col. 2) has been inflated to current (February 2003) dollars. These data track the pattern

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

seen previously in which hourly rates and multipliers tend to increase (on average) as does the size of the class recovery. So does the net recovery per attorney hour, which should confirm the economies of scale inherent in class action litigation. However, as can be seen by the highlighted $50 to $75 million and $2 to $3 million recovery ranges, this pattern does not pan out. This statistic, which varies widely from case to case, may also be used as a crude measure of efficiency as to what fee should be awarded in a given case. But the time spent just as well be explained by how difficult or easy the case had been.

| Recovery Range ($ millions) | No. of Cases | Net Recovery PerHour (2/03 $) |
| --- | --- | --- |
| ≥ $100m | 64 | 42.085 |
| $75 < $100m | 26 | 8.983 |
| $50 < $75m | 37 | 3.007 |
| $30 < $50m | 67 | 7.664 |
| $20 < $30m | 65 | 3.578 |
| $10 < $20m | 153 | 2.943 |
| $5 < $10m | 217 | 2.600 |
| $3 < $5m | 142 | 1.771 |
| $2 < $3m | 98 | 3.403 |
| $1 < $2m | 123 | 1.077 |
| < $1m | 128 | 1.150 |
| **All Cases** | **1,120** | **30,183** |

*Lodestar Rates.* Column 11 shows the average lodestar hourly rate for all plaintiff attorneys or firms in each case. For the unfamiliar, the "lodestar" rate is the "market" hourly rate that the petitioning plaintiff attorney charges paying clients in a noncontingent fee case (or sometimes what some hypothetical attorney of similar skill and experience would or should charge). These rates typically vary with the experience and skill of the attorney or firm-- partners charge higher rates than associates--as well as geographically.

*Multipliers.* In Column 12 is listed any multiplier applied to the lodestar to produce the total hourly rate (col. 13). Often multipliers are not explicitly awarded but can be computed from the total fee awarded (even if on a percentage fee basis) if the total lodestar is known. Values such as 0.80 represent negative multipliers, where counsel failed to recover their normal billing rate (often as a result of a voluntary reduction in the lodestar because the fee would otherwise consume too high a percentage of the recovery, but sometimes because of inferior performance by counsel, or judicial hostility). [FN9]

*Total Hourly Rates.* Column 13 displays the average total hourly rates derived by dividing the fee by the hours (col. 3 / col. 8--also derived by applying the multiplier (col. 12) to the lodestar rate (col. 11) where that data is available.

*Current Rates.* The total hourly rate data (col. 13) are a stepping stone to Column 14, which inflates those rates into February 2003 dollars using the Consumer Price Index (for all urban consumers). These are cases in which fees were awarded at widely varying points in time over a nearly 30 year period of price inflation. Converting all of these rates to constant and current dollars enables valid comparisons to be made among the cases. [FN10] We have not attempted to investigate how accurately the CPI reflects increases in lawyers' fees in general or in plaintiff class action attorney lodestar fees in particular.

*Proxies.* In a number of cases the court provided incomplete lodestar/multiplier/hours data. For example, the total lodestar for all class counsel may be given but not the number of attorney hours. Or the total hours may be specified but not their lodestar value. On occasion the resulting multiplier may be indicated but not the hours or

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

lodestar value. The boldfaced numbers in Table 1 represent hourly and multiplier data derived from average hourly rate "proxies." In particular, the average attorney lodestar hourly rate (inflated to February 2003 dollars) is $292.20. [FN11] Where the lodestar hourly rate is unavailable for a particular case, we have substituted that average figure in order to compute the multiplier. Similarly, where the number of attorney hours is unavailable, we have divided the total fee awarded by the $292.20 average hourly rate to estimate the number of hours. And where only the multiplier is available, the number of hours can be estimated by total fee/multiplier/$292.20. The Table 1 Overall Summary and the Summaries for each recovery range Group separately break down the lodestar and total hourly rates for cases not using proxies (i.e., the actual data is available) and cases using proxies.

*Caveat Regarding Rates/Multipliers*. It should be kept in mind that 616 of the 1,120 Survey cases have no data (actual or proxy) for hours, hourly rates, or multipliers. These cases--most of which are pure percentage fee awards-- account for 60% of the total recoveries and 65.1% of the total fees. We just do not presently know, without further very time-consuming and expensive investigation into court records of fee petitions or corres- pondence asking plaintiffs' counsel to provide copies (as we did for the 1990 Survey), how many hours were spent on these cases.

### III. Analysis

*Fees by Type of Case.* In the introduction we noted that the use of the percentage rather than the lodestar/ multiplier method of awarding fees seemingly has resulted in an increase from 14.8% to 18.4% of the attorney fee/expenses "take" of what class members actually receive (though other factors may also be at play here). The data may be analyzed in other ways as well. One question we thought of interest is to separate the total Database into particular types of cases--antitrust, consumer, securities, etc.--and see whether fees awarded were higher or lower depending upon the type of case. These summary data are displayed in Table 2.

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

### TABLE 2 - Class Action Fee Awards by Type of Case

| [1] Type of Case | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of Recovery | [7] Years Case Pend-ing | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. (2/9 3) | [11] Lode-star Hourly Rate | [12] Mul-tiplier (13/11) | [13] Total Hourly Rate (3/8) | [14] 2/03 Total Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Securities, N = 877 | 18,049,677 | 3,032,546 | 371,105 | 18.9 | 3.9 | 3,590,655 | 63,601 | 40,411 | 269.98 | 4.29 | 1,146.67 | 1,370.49 |
| Antitrust, N = 100 | 5,661,925 | 1,086,034 | 78,476 | 20.6 | 5.2 | 1,448,923 | 41,712 | 5,431 | 192.62 | 2.78 | 563.46 | 741.39 |
| Consumer, N = 57 | 13,496,535 | 2,204,980 | 119,190 | 17.2 | 4.3 | 92,346 | 19,384 | 3,835 | 253.81 | 4.31 | 1,098.64 | 1,270.21 |
| Labor/Wage/Pension, N = 35 | 1,613,360 | 226,004 | 10,887 | 14.7 | 8.5 | 212,997 | 4,150 | 6,616 | 232.73 | 2.29 | 547.92 | 636.47 |
| Employment Discrimination, N = 18 | 1,024,412 | 225,343 | 10,421 | 23.0 | 6.0 | 51,698 | 0 | 5,061 | 247.40 | 4.40 | 1,071.51 | 1,158.86 |
| Mass Tort, N = 10 | 939,034 | 123,725 | 27,513 | 16.1 | 5.1 | 310,988 | 0 | 5,282 | 196.98 | 2.97 | 831.43 | 791.02 |
| Other, N = 23 * | 789,987 | 125,662 | 19,437 | 18.4 | 5.5 | 52,416 | 0 | 69,300 | 244.20 | 5.00 | 1,161.53 | 1,360.93 |
| Overall Summary,  N = 1,120 | 41,574,841 | 7,024,295 | 637,029 | 18.4 | 4.5 | 5,760,011 | 128,847 | 30,183 | 249.75 | 3.89 | 999.64 | 1,192.43 |

*The "Other" cases break down into five Civil Rights (CR), five Taxpayer (T), five derivative (D), three Social Welfare/Entitlements (W), two Environmental Pollution (EN), two Utilities (U), and two Government Regulation (G). We should have lumped the four stockholder derivative cases into the securities fraud category. Next time we will, but that would change the numbers by only an insignificant few dollars.

It can be seen that the percentage of the recovery consumed by fees and costs ranges from 14.7% for Labor/Wage/Pension cases to 23.0% for Employment Discrimination cases, with the other case types in between. The current total hourly rates (for cases in which data or proxy data are available) range from $636.47/hr. for Labor/Wage/Pension cases to $1,370.49/hr. for Securities cases. Just eyeballing these averages suggests that the disparities are significant, even though the same fee award standards are supposedly used in all types of cases. Some of these disparities, however, might be explained by grouping each case type into size of recovery ranges, as was done for the entire sample in Table 1. We have not presently run those separate numbers.

***Fees by Time Period.*** Table 3 breaks the fee awards down into seven time periods between 1973 and 2003.

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 2:07-cv-05295-MRP -MAN    Document 1032-3    Filed 02/04/11   Page 19 of 84   Page ID
#:42985
24 NO. 2 CLASS ACTION REPORTS 4

24 NO. 2 Class Action Reports 4

## TABLE 3 - Fee Awards by Time Period (1973-2003)

| Date of Fee Award | [1] Number of Cases | [2] Recovery ($ 000's) | [3] Fee Awarded ($ 000's) | [4] Costs ($ 000's) | [5] Fees & Costs as % of | [7] Years Case Pend. | [8] Hours Awarded | [9] Hours Dis-allowed | [10] Net Recovery per hr. | [11] Lode-star Hourly | [12] Mul-tiplier | [13] Total Hourly Rate | [14] 2/03 Total Hourly |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1973-1975 | 37 | 298,752 | 50,779 | 6,449 | 19.2 | 6.3 | 298,220 | 11,174 | 3,445 | 81.75 | 2.10 | 166.70 | 592.37 |
| 1976-1980 | 125 | 1,013,097 | 122,082 | 15,726 | 13.6 | 4.8 | 655,428 | 35,849 | 6,039 | 102.56 | 1.84 | 188.49 | 504.93 |
| 1981-1985 | 71 | 1,708,378 | 196,022 | 17,630 | 12.5 | 5.2 | 556,299 | 19,439 | 8,731 | 122.42 | 2.75 | 327.44 | 586.60 |
| 1985-1990 | 184 | 3,402,955 | 487,876 | 75,987 | 16.6 | 3.3 | 1,057,359 | 11,575 | 53,668 | 186.53 | 6.74 | 1,292.86 | 1,966.84 |
| 1991-1995 | 291 | 8,408,770 | 1,552,749 | 273,132 | 21.7 | 5.6 | 1,297,996 | 50,710 | 11,722 | 222.59 | 2.91 | 649.40 | 802.12 |
| 1996-2000 | 278 | 8,273,936 | 1,723,258 | 159,653 | 22.8 | 3.7 | 1,376,755 | 0 | 4,607 | 255.88 | 2.68 | 708.69 | 790.04 |
| 2001-2003 | 134 | 18,468,953 | 2,891,329 | 88,453 | 16.1 | 4.5 | 517,953 | 100 | 52,867 | 349.33 | 4.35 | 1,509.77 | 1,520.36 |
| All Cases | 1,120 | 41,574,841 | 7,024,295 | 637,029 | 18.4 | 4.5 | 5,760,011 | 128,847 | 30,183 | 249.75 | 3.89 | 990.84 | 1,192.43 |

There are disparities in these averages as well, though the general upward trend since 1985 is probably explainable in part by the rise of the percentage method of awarding fees. Again, breaking down these recoveries into size ranges (expressed in current dollars) might further explain the disparities, but we have not yet run those numbers.

## IV. Citations to Cases in Attorney Fee Study

*A & J Deutscher Family Fund v. Pacific Scientific Co.*, No. 85-1850 (C.D. Cal. June 16, 1989) (see *13*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Class Action Rep. *324 (1990))*

*AAMCO Automatic Transmissions, Inc. v. Tayloe*, 82 F.R.D. 405 (E.D. Pa. 1979) (*see* 13 *Class Action Rep.* 496 (1990))

*Abramson v. Hyatt Int'l Corp., 1982 Fed. Sec. L. Rep. (CCH) ¶ 98,447 (S.D.N.Y.)* (see *13* Class Action Rep. *458 (1990))*

*Abulaban v. R.W. Pressprich & Co., No. 69-5734 (S.D.N.Y. Feb. 5, 1976),* as noted in N.Y.L.J., *Feb. 10, 1976 (*see *13* Class Action Rep. *444 (1990))*

*Acree v. Wells Fargo Bank*, No. 948134 (Cal. Super Ct. San Francisco Mar. 4, 1994) (*see 17 Class Action Rep.* 428 (1994))

*Adair v. Bristol Technology Systems, Inc.*, 1999 Fed. Sec. L. Rep. (CCH) ¶ 90,731, 1999 WL 1037878 at *3-*4 (S.D.N.Y. Nov. 16, 1999) (*see* 21 *Class Action Rep.* 260 (2000))

*Adams v. Standard Knitting Mills, Inc., 1978 Fed. Sec. L. Rep. (CCH) ¶ 96,377 (E.D. Tenn.)* (see *13* Class Action Rep. *438 (1990))*

*Alexander v. Centrafarm Group, N.V., No. 88-3378 (N.D. Ill. Sept. 20 & Nov. 9, 1989) (*see *13* Class Action Rep. *372 (1990))*

*Alexander v. National Football League*, 1977-2 Trade Cases (CCH) ¶ 61,730 (D. Minn.) (*see* 13 *Class Action Rep.* 486 (1990))

*Allan v. Perry Drug Stores, Inc*., Nos. 93-74303 & 93-74557 (E.D. Mich. Feb. 21, 1995) (*see 19 Class Action Rep.* 67 (1997))

*Almand v. Lesok*, No. 3-96-1571 (N.D. Tex. Feb. 1, 1999) [Texas Commerce Bank] (*see 20 Class Action Rep.* 388 (1999))

*Alpha Group Consultants, Ltd. v. Weintraub*, No. 91-0143 (S.D. Cal. May 11, 1993) (McCue, Mg) (*see 17 Class Action Rep.* 124 (1994))

*Altman v. Central of Ga. Ry. Co*., 540 F.2d 1105 (D.C. Cir. 1976), 580 F.2d 659 (D.C. Cir. 1978) (*see* 13 *Class Action Rep.* 404 (1990))

*Ampex* (same as *In re Consolidated Pretrial Proceedings in Ampex Securities Cases*, No. 73360 (N.D. Cal. Oct. 6, 1976) (*see 13 Class Action Rep.* 316 (1990)))

*Amsterdam v. Turbodyne Corp., 1981 Fed. Sec. L. Rep. (CCH) ¶ 97,976 (S.D.N.Y.)* (see *13* Class Action Rep. *406 (1990))*

*Anderson v. Boothe*, No. 85-0025 (E.D. Pa. June 13 & July 14, 1986) (*see 13 Class Action Rep.* 292 (1990))

*Antonopulos v. North American Thoroughbreds, Inc.*, 1991 Fed. Sec. L. Rep. (CCH) ¶ 96,058 (S.D. Cal.) ( *see* 14 *Class Action Rep.* 264 (1991))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Antonson v. Robertson*, 1993 WL 500871 (D. Kan. Nov. 23, 1993) (*see* 16 *Class Action Rep.* 576 (1993))

**Armstrong v. Crown Life Ins. Co.**, No. 96-1675 (W.D. Wash. Mar. 25, 1998)

**Arnold v. Bank of Boston Corp.**, No. 12883 (Del. Ch. New Castle Co. Nov. 6, 1996 & Hearing Tr.)

**Axelrod v. Saks & Co.**, *1980-1 Trade Cases (CCH) ¶ 63,861 (E.D. Pa. 1981)* (see *13* Class Action Rep. *506 (1990))*

**Ayers v. Sutliffe**, Nos. 1-90-650, 1-91-240 & 1-91-595 (S.D. Ohio Dec. 11, 1992) (*see* 16 *Class Action Rep.* 472 (1993))

**B&B Inv. Club v. Kleinert's, Inc.**, *No. 73-642 (E.D. Pa. Aug. 4, 1978) (*see *13* Class Action Rep. *376 (1990))*

**Babbitt v. Albertson's Inc.**, No. 92-1883 (N.D. Cal. Oct. 5, 1994) (*see* 18 *Class Action Rep.* 338 (1996))

*Baffa v. Donaldson Lufkin & Jenrette Securities Corp.*, 2002 WL 1315603 (S.D.N.Y. June 17, 2002) (*see* 23 *Class Action Rep.* 784 (2002))

*Bagel Inn, Inc. v. All Star Dairies*, 539 F. Supp. 107 (D.N.J. 1982) (Meanor, J) (*see* 13 *Class Action Rep.* 502 (1990))

**Bakalor v. Integrated Communication Network, Inc.**, No. 96-2021 (S.D. Fla. Dec. 15, 1997)

**Baker v. Health Management, Inc.**, No. 97-1646 (E.D.N.Y. Nov. 30, 1999)

**Balan v. Merrill Lynch & Co.**, No. 94-9043 (S.D.N.Y. Dec. 26, 2000) (*see* 22 *Class Action Rep.* 259 (2001))

**Bank v. Pitt**, No. 89-6015 (S.D. Fla. Sept. 30, 1994) (*see* 17 *Class Action Rep.* 532 (1994))

*Barnett v. Pritzker*, 73 F.R.D. 430 (S.D.N.Y. 1977) (MacMahon, J) (*see* 13 *Class Action Rep.* 368 (1990))

**Barnhart v. Safeway Stores, Inc.**, No. 92-0803 (E.D. Cal. June 28, 1994) (Shubb, J) (*see* 18 *Class Action Rep.* 338 (1996))

**Baron v. Commercial & Indus. Bank of Memphis**, 1979 Fed. Sec. L. Rep. (CCH) ¶ 97,132 (S.D.N.Y.) (*see* 13 *Class Action Rep.* 404 (1990))

*Barr v. WUI-TAS, Inc., 1976-1 Trade Cases (CCH) ¶ 60,725 (S.D.N.Y.) (MacMahon, J)* (see *13* Class Action Rep. *506 (1990))*

*Basile v. Merrill Lynch, Pierce, Fenner & Smith, Inc., 640 F. Supp. 697 (S.D. Ohio 1986)* (*see 13* Class Action Rep. *298 (1990))*

**Bassett v. Toyota Motor Credit Corp.**, No. 92-063-K (Ala. Cir. Ct. Washington Co. Feb. 23, 1995) (*see* 19 *Class Action Rep.* 72 (1997))

**Bassman v. Union Pacific Corp.**, No. 97-2819 (N.D. Tex. Dec. 13, 2000) (*see* 22 *Class Action Rep.* 259 (2001))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Beckmann v. CBS, Inc*., No. 96-1172 (D. Minn. Jan. 19, 2001) (*see* 22 *Class Action Rep.* 402 (2001))

*Beecher v. Able*, 435 F. Supp. 397 (S.D.N.Y. 1977) (*see* 13 *Class Action Rep.* 338 (1990))

*Beeson v. Producer's Brokerage Co., No. 83-1872 (7th Cir. June 5, 1987)* (see *13* Class Action Rep. *348 (1990))*

*Behrens v. Wometco Enterprises., Inc., 118 F.R.D. 534, 544-550 (S.D. Fla. 1988)* (see *13* Class Action Rep. *356 (1990))*

*Beldekas v. Amin*, No. 91-2283 (C.D. Cal. Nov. 22, 1993) (*see* 17 *Class Action Rep.* 124 (1994))

*Benerofe v. Bartlett*, 1975 Fed. Sec. L. Rep. (CCH) ¶ 95,260 (S.D.N.Y.) (*see* 13 *Class Action Rep.* 368 (1990))

*Benzoni v. Greve*, No. 70-3194 (S.D.N.Y. Jan. 15, 1975), *as noted in N.Y.L.J.,* Jan. 20, 1975 (*see* 13 *Class Action Rep.* 444 (1990))

*Berl v. The Southland Corp.*, No. CA3-90-1254 (N.D. Tex. Nov. 1, 1991)

*Berlinsky v. Alcatel Alsthom*, 970 F. Supp. 348 (S.D.N.Y. 1997)

*Bernstein Assocs., Inc. Defined Benefits Pension Plan v. Kidder Peabody & Co.*, Nos. 93-1569, 93-4288 & 93-4417 (Colo. Dist. Ct. City & Co. of Denver Apr. 28, 1995) (*see* 19 *Class Action Rep.* 66 (1997))

*Bharucha v. Reuters Holdings, PLC*, No. 90-3838 (E.D.N.Y. May 30, 1996)

*Biagas v. Chadsey*, No. 97-191 (S.D. Fla. Nov. 30, 2001) (*see* 22 *Class Action Rep.* 958 (2001))

*Biben v. Card*, Nos. 84-0844, 84-0846 & 840978 (W.D. Mo. Dec. 16, 1993) (*see* 17 *Class Action Rep.* 662 (1994))

*Black v. Chase Bank of Texas National Ass'n*, No. 00-822 (N.D. Tex. Nov. 6, 2001) (*see* 22 *Class Action Rep.* 955 (2001))

*Blackman v. O'Brien Environmental Energy, Inc.*, 1999 WL 397389 (E.D. Pa. May 12, 1999) (*see* 22 *Class Action Rep.* 93 (2001))

*Blank v. Talley Industries, Inc., 390 F. Supp. 1 (S.D.N.Y. 1975)* (see *13* Class Action Rep. *304 (1990))*

*Bleznak v. CGS Scientific Corp*., 387 F. Supp. 1184 (E.D. Pa. 1974) (*see* 13 *Class Action Rep.* 422 (1990))

*Bloor v. Ameritrust Corp.*, No. 90-1501 (N.D. Ohio Mar. 17, 1994) (*see* 17 *Class Action Rep.* 425 (1994))

*Bobalik v. Ameritech Mobile Communications, Inc.*, No. 96 CH 4130 (Ill. Cir. Ct. Cook Co. Mar. 5, 2002) (*see* 23 *Class Action Rep.* 453 (2002))

*Bogart v. National Community Banks, Inc.*, No. 90-5032 (D.N.J. Oct. 16, 1995 & notice dated Aug. 21, 1995)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Boggess v. Hogan*, 410 F. Supp. 443 (N.D. Ill. 1976) (Robson, J) (*see* 13 *Class Action Rep.* 398 (1990))

*Bogosian v. Gulf Oil Corp., Nos. 71-1137 & 71-2543 (E.D. Pa. June 19, 1981), 621 F. Supp. 27 (E.D. Pa. 1985) (Van Artsdalen, J) (see 13* Class Action Rep. *478 (1990))*

*Bonime v. Doyle*, 1977 Fed. Sec. L. Rep. (CCH) ¶ 96,113 (S.D.N.Y.) (Lasker, J) (*see* 13 *Class Action Rep.* 460 (1990))

*In re Borland I & II Securities Litigation*, Nos. 95-2295 & 95-669 ((N.D. Cal. Sept. 20, 1999) [Kaplan v. Kahn; Crook v. Kahn]

*Bosco v. Scott*, No. 00-901 (M.D.N.C. May 7 & 17, 2002)

*Bowen v. Southtrust Bank of Alabama*, 760 F. Supp. 889 (M.D. Ala. 1991) (*see* 14 *Class Action Rep.* 179 (1991))

*Bowles v. Washington Dep't of Retirement Sys.*, 847 P.2d 440, 452-453 (Wash. 1993)

*Bowling v. Pfizer, Inc*., 922 F. Supp. 1261 (S.D. Ohio 1996), 927 F. Supp. 1036 (S.D. Ohio 1996), *aff'd*, 102 F.3d 777 (6th Cir. 1996)

*Boyet v. Top Brass Enterprises, Inc., No. 85-0162 (E.D.N.Y. 1990) (see 13* Class Action Rep. *388 (1990))*

*Bragger v. Trinity Capital Enterprise Corp.*, 1993 WL 287626 (S.D.N.Y. July 23, 1993) (*see* 16 *Class Action Rep.* 577 (1993))

*Branca v. Paymentech, Inc.*, No. 97-2507 (N.D. Tex. Jan. 4, 2001) (*see* 22 *Class Action Rep.* 260 (2001))

*Braun v. Culp*, 1985 Fed. Sec. L. Rep. (CCH) ¶ 92,093 (M.D.N.C.) (*see* 13 *Class Action Rep.* 388 (1990))

*Breiterman v. Roper Corp., 1990 Fed. Sec. L. Rep. (CCH) ¶ 94,885 at 94,832-94,833 (S.D.N.Y.) (see 13* Class Action Rep. *374 (1990))*

*Breslow v. Prudential-Bache Properties, Inc., No. 91-1230 (N.D. Ill. Jan. 15, 1992) (Kocoras, J) (see 16* Class Action Rep. *737 (1993))*

*Brewer v. Southern Union Co., 607 F. Supp. 1511 (D. Colo. 1984) (see 13* Class Action Rep. *476 (1990))*

*Brewster v. City of Dallas*, No. DV98-08100 (Tex. Dist. Ct. Dallas Co. Jan. 10, 2003) (*see* 24 *Class Action Rep.* 121 (2003))

*Briskman v. Upjohn Co., No. 86-3625 (E.D. Pa. July 1, 1988 & Nov. 20, 1989) (Bechtle, J) (see 13* Class Action Rep. *372 (1990))*

*Brogren v. Pohlad*, Nos. 3-93-714 & 3-94-20 (D. Minn. Dec. 3, 1998) [MEI Diversified] (*see* 20 *Class Action Rep.* 396 (1999))

*Brown v. Steinberg*, 1991 Fed. Sec. L. Rep. (CCH) ¶ 95,680 (S.D.N.Y. 1990) (Motley, J) (*see* 13 *Class Action Rep.* 352 (1990))

© 2010 Thomson Reuters. No Claim to Orig. U.S. Gov. Works.

*Brucker v. Thyssen-Bornemisza Europe N.V.*, *No. 74-5755 (S.D.N.Y. Sept. 14, 1977) (Stewart, J),* as noted in N.Y.L.J., *Sept. 1, 1977 (*see *13* Class Action Rep. *322 (1990))*

*Bruno v. Pacific Holding Corp.*, *No. 11983/77 (N.Y. Sup. Ct. N.Y. Co. Mar. 16, 1978) (Greenfield, J),* as noted in N.Y.L.J., *Mar. 21, 1978 (*see *13* Class Action Rep. *442 (1990))*

*Bruno v. Southdown, Inc.*, *1981 Fed. Sec. L. Rep. (CCH) ¶ 97,977 (S.D.N.Y.) (Lowe, J) (*see *13* Class Action Rep. *408 (1990))*

*Buchet v. ITT Consumer Fin. Corp.*, No. 3-91 CIV 809 (D. Minn. Jan. 17, 1995) (Alsop, J) (*see 17 Class Action Rep.* 666 (1994))

*Bullock v. Kircher*, 84 F.R.D. 1 (D.N.J. 1979) (Brotman, J) (*see* 13 *Class Action Rep.* 340 (1990))

*Burger v. CPC Int'l, Inc., 76 F.R.D. 183 (S.D.N.Y. 1977) (MacMahon, J) (*see *13* Class Action Rep. *398 (1990))*

*Burney v. Thorn Americas, Inc.*, No. 97-1596 (Wis. Cir. Ct. Racine Co. Mar. 19, 1999)

*Burstein v. Applied Extrusion Technologies, Inc.*, No. 92-12166 (D. Mass. Aug. 15, 1995) (Saris, J) (*see 18 Class Action Rep.* 333 (1996))

*Bush v. Rewald*, No. 84-0881 (D. Hawaii Oct. 23, 1986) (Pence, J) (*see 13 Class Action Rep.* 460 (1990))

*Butkus v. Chicken Unlimited Enterprises, Inc.*, *No. 71-1607 (N.D. Ill. May 29, 1975) (*see *13* Class Action Rep. *520 (1990))*

*Butler v. Northstar Health Servs., Inc.*, No. 96-701 (W.D. Pa. Nov. 10, 1997)

*In re California Federal Bank, FSB Securities Litigation*, No. 93-4497 (C.D. Cal. Feb. 19, 1997)

*Camden I Condominium Ass'n v. Dunkle*, 946 F.2d 768 (11th Cir. 1991), *on remand*, No. 83-8265 (S.D. Fla.) (Dubina, J, w/Tjoflat & Williams, JJ) (*see 17 Class Action Rep.* 223 (1994))

*Cardiology Assocs., P.C. Pension Plan Trust v. National Intergroup, Inc.*, *No. 85-3048 (S.D.N.Y. Feb. 13, 1987) (Walker, J) (*see *13* Class Action Rep. *402 (1990))*

*Carley Capital Group v. Deloitte & Touche, L.L.P.*, No. 97-3183 (N.D. Ga. Nov. 21, 2000) [Medaphis Corp.] (*see* 21 *Class Action Rep.* 745 (2000))

*Carlon v. Jones Intercable, Inc.*, No. 94-275 (D. Colo. Nov. 8, 1994) (Nottingham, J) (*see 18 Class Action Rep.* 186 (1995))

*Carlson v. General Motors Corp.*, No. 2:86-2674-1 (D.S.C. Nov. 22, 1991, Nov. 9, 1992, Apr. 12, 1993, Sept. 28, 1993 & Oct. 13, 1993) (Hawkins, J) (*see 16 Class Action Rep.* 580 (1993))

*Chalverus v. Pegasystems, Inc.*, No. 97-12570 (D. Mass. Dec. 19, 2000) (*see 22 Class Action Rep.* 260 (2001))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Charal v. Andes*, 88 F.R.D. 265 (E.D. Pa. 1980) (Bechtle, J) (*see* 13 *Class Action Rep.* 330 (1990))

*Chatelain v. Prudential-Bache Securities, Inc., 805 F. Supp. 209, 215-216 (S.D.N.Y. 1992) (Lowe, J) (*see 16 Class Action Rep. 739 (1993))

*Chill v. Capitol Bancorporation*, No. 87-0924 (D. Mass. Sept. 19, 1989) (Harrington, J) (*see* 13 *Class Action Rep.* 456 (1990))

*Christian Fellowship Foundation Peace United Church of Christ v. American Government Income Portfolio, Inc.*, No. 95-987 (W.D. Wash. Aug. 20, 1997)

*Christiansen v. Medi-Mail, Inc.*, No. 95-0052 (S.D. Cal. Oct. 28, 1996)

*Cimarron Pipeline Construction, Inc. v. National Council on Compensation Insurance*, Nos. 89-822 & 89-1186 (W.D. Okla. June 7, 1993) (Thompson, J) (*see* 16 *Class Action Rep.* 472 (1993))

*Ciszek v. Castle & Cooke Homes, Inc.*, No. 94-6582 (C.D. Cal. June 26, 1995)

*Clark v. Cameron-Brown Co., 1981 Fed. Sec. L. Rep. (CCH) ¶ 98,014 (M.D.N.C.) (Gordon, J) (*see 13* Class Action Rep. 366 (1990))

*Clark v. Ford Motor Credit Co.*, No. 674525-7 (Cal. Super. Ct. Alameda Co. Dec. 15, 1993)(Lambden, J) (*see* 17 *Class Action Rep.* 327 (1994))

*Clen v. Merryman*, No. 98-412 (D. Nev. May 23, 2001) (*see* 22 *Class Action Rep.* 958 (2001))

*Cohen v. Apache Corp., 1993 WL 126560 (S.D.N.Y. Apr. 21, 1993) (Leval, J) (*see 16 Class Action Rep. 351 (1993))

*Cohen v. Uniroyal, Inc., No. 76-2989 (E.D. Pa. Mar. 2, 1981) (Giles, J) (*see 13 Class Action Rep. 388 (1990))

*Colaprico v. Sun Microsystems, Inc.*, No. 90-20610 (N.D. Cal. June 2, 1993) (Infante, Mg), *as noted in L.A. Daily J.*, June 7, 1993, at 3 (*see* 16 *Class Action Rep.* 739 (1993))

*Cole v. Schenley Indus., Inc., No. 71-1028 (S.D.N.Y. May 30, 1979) (Owen, J),* as noted in N.Y.L.J., *June 7, 1979 (*see 13 Class Action Rep. 440 (1990))

*Commins v. Johnson & Higgins, Inc., No. 88-0364 (N.D. Cal. Sept. 28, 1989) (Vukasin, J) (*see 13* Class Action Rep. 452 (1990))

*Conley v. Bank One, Youngstown, N.A.*, No. 4:91-0251 (N.D. Ohio Apr. 19, 1994) (*see* 18 *Class Action Rep.* 186 (1995))

*Continental Assurance Co. Separate Account (B) v. Continental Assurance Co., No. 75-1807 (N.D. Ill. Oct. 1976) (*see 13 Class Action Rep. 420 (1990))

*Cook v. McCarron*, 1997 WL 47448 (N.D. Ill. Jan. 30, 1997)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Cooper v. Lewson*, 1978 Fed. Sec. L. Rep. (CCH) ¶ 96,329 (S.D.N.Y.) (*see* 13 *Class Action Rep.* 464 (1990))

*Cooperman v. Lee*, No. CA001093 (Cal. Super. Ct. Los Angeles Co. Nov. 18, 1988) (Cooperman, J) (*see* 13 *Class Action Rep.* 266 (1990))

*Copland v. Fischer & Porter Co*., No. 93-8366-09-5 (Pa. Ct. C.P. Bucks Co. Dec. 13, 2001) (*see* 23 *Class Action Rep.* 458 (2002))

*Cosgrove v. Sullivan*, 759 F. Supp. 166 (S.D.N.Y. 1991) (Goettel, J) (*see* 15 *Class Action Rep.* 384 (1992))

*Cox v. Shell Oil Co.*, 1995 WL 775363 (Tenn. Ch. Obion Co. Nov. 17, 1995) (*see* 18 *Class Action Rep.* 536 (1996))

*Crouch v. Tenneco, Inc.*, 853 S.W.2d 643 (Tex. App. 1993) (Davidson, J) (*see* 17 *Class Action Rep.* 669 (1994))

*Croucher v. MidCon Corp. Employee Stock Ownership Plan Administrative Committee*, No. 98-4159 (S.D. Tex. Mar. 15, 2001) (*see* 22 *Class Action Rep.* 956 (2001))

*Cross v. Dickstein Partners, Inc.*, Nos. 95-6247, 95-9496, 95-9343 & 95-6548 (S.D.N.Y. Dec. 17, 1999) [Hills Stores] (*see* 21 *Class Action Rep.* 261 (2000))

*Cruise v. Condor Servs., Inc*., *No. 94-832 (D. Ariz. Mar. 11, 1996)*

*Cumberland Farms, Inc. v. Browning-Ferris Indus., Inc.*, No. 87-3717 (E.D. Pa. Dec. 18, 1990)) (*see* 14 *Class Action Rep.* 265 (1991))

*Curran v. Oeberst*, Nos. 85-1685, 86-1314, 87-0342, 87-0833, 87-1250, 87-1476, 88-0308 & 89-0396 (E.D. Cal. July 21, 1989) (*see* 13 *Class Action Rep.* 332 (1990))

*Cytryn v. Cook*, No. 89-20801 (N.D. Cal. May 1, 1992) (Infante, Mg) (*see* 16 *Class Action Rep.* 472 (1993))

*Daniels v. First Union National Bank of Florida*, No. 94-125 (M.D. Fla. Nov. 20, 1996) (Schlesinger, J)

*Danton v. Cymaticolor Corp*., *No. 84-2866 (D.N.J. Sept. 28, 1987) (Thompson, J)* (see *13* Class Action Rep. *422 (1990))*

*Davies v. Continental Bank*, MDL No. 745 (E.D. Pa. Feb. 24, June 9 & June 28, 1989) (Newcomer, J) (*see* 13 *Class Action Rep.* 300 (1990))

*Davis v. Cullinet Software, Inc.*, No. 85-3204 (D. Mass. Sept. 21, 1993) (Wolf, J) (*see* 16 *Class Action Rep.* 739 (1993))

*Day v. NLO, Inc.*, No. C-1-90-67 (S.D. Ohio May 23, 1995 & Nov.3, 1995)

*DeLano v. Reddi Brake Supply Corp.*, No. 95-7444 (C.D. Cal. Dec. 9, 1996)

*De Milia v. Cybernetics Int'l Corp*., *No. 713696 (S.D.N.Y. 1976) (Lasker, J)* (see *13* Class Action Rep. *412*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*(1990))*

**Decker v. Security Pacific Corp.**, Nos. 90-6497 & 91-2409 (C.D. Cal. Nov. 16, 1993) (Takasugi, J) (*see* 16 *Class Action Rep.* 738 (1993))

*Dekro v. Stern Bros. & Co., 571 F. Supp. 97 (W.D. Mo. 1983)* *(Stevens, J)* (see *13* Class Action Rep. *354 (1990))*

**Delay v. Hurd Millwork Co.**, No. 97-07371-0 (Wash. Super. Ct. Spokane Co. Dec. 18, 1998)

**Del Noce v. Delyar Corp.**, No. 72-1819 (S.D.N.Y. 1978) (Brieant, J), *as noted in N.Y.L.J.,* May 24, 1978 ( *see* 13 *Class Action Rep.* 354 (1990))

**Delgozzo v. Blueray Sys.**, No. L-04603-88 (N.J. Super. Ct. Camden Co. Jan. 22, 1996) (Supnick, J) (*see* 18 *Class Action Rep.* 542 (1996))

*Dennis v. Saks & Co., 1978-1 Trade Cases (CCH) ¶ 61,871 (S.D.N.Y.)* *(Werker, J)* (see *13* Class Action Rep. *494 (1990))*

**Denny v. Carey**, No. 76-259 (E.D. Pa. Sept. 15, 1981) (*see* 13 *Class Action Rep.* 388 (1990))

**DePriest v. McCaw Cellular Communications, Inc.**, No. 90-1112 (D.D.C. Jan. 17, 1996)

**DeSario v. Industrial Excess Landfill, Inc**., No. 89-570 (Ohio Ct. C.P. Stark Co. Aug. 30, 1996) (*see* 19 *Class Action Rep.* 475 ((1998))

*Detroit v. Grinnell Corp., 1976-1 Trade Cas. (CCH) ¶ 60,913 (S.D.N.Y.)* *(Metzner, J),* rev'd, *560 F.2d 1093 (2d Cir. 1977),* *1978-1 Trade Cas. (CCH) ¶ 61,111 (2d Cir.) (Moore, J, w/ Mulligan & Clark, JJ)* (see *13* Class Action Rep. *488 (1990))*

**Deutsch v. Cogan**, No. 8808 (Del. Ch. New Castle Co. Nov. 4, 1993) (Hartnett, J) (*see* 17 *Class Action Rep.* 124 (1994))

**DiCicco v. American Eagle Outfitters, Inc**., No. 95-1937 (W.D. Pa. Oct. 12, 1996)

**Di Giacomo v. Plains All American Pipeline**, No. 99-4137 (S.D. Tex. Dec. 18, 2001) (*see also* **Koplovitz v. Plains Resources, Inc**., No. 99-4212 (S.D. Tex. Dec. 18, 2001) (see *23* Class Action Rep. *304 (2002))*

**Dittmer v. Deloitte & Touche, LLP**, No. 00-131 (M.D. Fla. Apr. 23, 2002) (*see* 23 *Class Action Rep.* 458 (2002))

**Dixie Brewing Co. v. John Barth, Inc**., *No. 84-4112 (E.D. Pa. Jan. 27, 1986) (Hannum, J)* (see *13* Class Action Rep. *500 (1990))*

**Donlevy v. First Commercial Mortgage Co.**, No. 96-11401 (D. Mass. Oct. 8, 1998) (*see* 20 *Class Action Rep.* 638 (1999))

*Dorey Corp. v. E.I. duPont de Nemours & Co., 1977-1 Trade Cas. (CCH) ¶ 61,313 (S.D.N.Y.)* *(Bonsal, J)* ( see *13* Class Action Rep. *484 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Dorfman v. First Boston Corp., 70 F.R.D. 366 (E.D. Pa. 1976)* (*Lord, J*) (see *13* Class Action Rep. *376 (1990))*

*Draney v. Wilson, Morton, Assaf & McElligott*, 1985 Fed. Sec. L. Rep. (CCH) ¶ 92,360 (D. Ariz.) (Hardy, J) (*see* 13 *Class Action Rep.* 456 (1990))

*Duban v. Diversified Mortgage Investors*, 87 F.R.D. 33 (S.D.N.Y. 1980) (Gagliardi, J) (*see* 13 *Class Action Rep.* 408 (1990))

*Dunlop v. Bowers*, No. 569577 (Cal. Super. Ct. Orange Co. July 24, 1990) (Rylaarsdam, J) (*see* 13 *Class Action Rep.* 282 (1990))

*Dworsky v. Bank Shares, Inc.*, No. 3-93-13 (D. Minn. May 3, 1993) (Magnuson, J) (*see* 16 *Class Action Rep.* 353 (1993))

*Dyson v. Flagstar Corp.*, No. 93-1503 (D. Md. Aug. 1, 1994) (Chasanow, J) (*see* 19 *Class Action Rep.* 72-73 (1997))

*Easton & Co. v. Anderson*, No. CA-000756 (Cal. Super. Ct. Los Angeles Co. June 12, 1989) (Cooperman, J) (*see* 13 *Class Action Rep.* 386 (1990))

*Edmonds v. U.S.*, 658 F. Supp. 1126 (D.S.C. 1987) (Blatt, J) (*see* 11 *Class Action Rep.* 377 (1988))

*Eltman v. Grandma Lee's, Inc., 1986 Fed. Sec. L. Rep. (CCH) ¶ 92,798 at 93,906-93,907 (E.D.N.Y.) (Glasser, J) (*see 13* Class Action Rep. *364 (1990))*

*Enterprise Energy Corp. v. Columbia Gas Transmission Corp.*, 137 F.R.D. 240, 248-250 (S.D. Ohio 1991) (Smith, J) (*see* 14 *Class Action Rep.* 375 (1991))

*Entin v. Barg*, 412 F. Supp. 508 (E.D. Pa. 1976) (Becker, J) (*see* 13 *Class Action Rep.* 396 (1990))

*Epstein v. Itron, Inc.*, No. 97-214 (E.D. Wash. Nov. 19, 1999)

*Erie County Retirees Ass'n v. County of Erie*, 192 F. Supp. 2d 369 (W.D. Pa. 2002)

*Esden v. Retirement Plan of the First National Bank of Boston*, No. 97-114 (D. Vt. Mar. 21, 2001) (*see* 22 *Class Action Rep.* 259 (2001))

*Escamilla v. ASARCO, Inc.*, No. 91-5716 (Colo. Dist. Ct. City & Co. of Denver Nov. 5, 1993) (Hoffman, J) (*see* 16 *Class Action Rep.* 740 (1993))

*Evans v. BCI Coca-Cola Bottling Co. of Los Angeles*, No. BC 220525 (Cal. Super. Ct. Los Angeles Co. Oct. 17, 2001)

*Fantel v. Osrow*, No. 87-0875 (E.D.N.Y. June 22, 1988) (Nickerson, J) (*see* 13 *Class Action Rep.* 414 (1990))

*Farrington v. ConAgra, Inc.*, No. 84D01 9210 CP 1535 (Ind. Cir. Ct. Vigo Co. Nov. 4, 1996) (Eldred, J) (*see* 19 *Class Action Rep.* 346) (1998))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Fecht v. Conseco, Inc.*, No. 92-699 (S.D. Ind. Nov. 16, 1998)

*Federman v. Empire Fire & Marine Ins. Co., 1976 Fed. Sec. L. Rep. (CCH) ¶ 95,418 (S.D.N.Y.) (MacMahon, J) (*see *13* Class Action Rep. *408 (1990))

*Feeney v. Cam-Net Communications Network, Inc.*, No. 94-6431 (May 16, 1996)

*Feeney v. The Ultimate Corp.*, No. 91-2953 (D.N.J. Feb. 23, 1998)

*Feldman v. Glaze*, No. 87-20723 (N.D. Cal. June 4, 1990) (Ingram, J) (*see 13 Class Action Rep.* 462 (1990))

*Feldman v. Hanley*, No. 69 Civ. 772 (S.D.N.Y. Mar. 6, 1975) (Lasker, J), *as noted in N.Y.L.J.*, Mar. 11, 1975 (*see* 13 *Class Action Rep.* 370 (1990))

*Feldman v. Motorola, Inc.*, No. 90-5887 (N.D. Ill. June 28, 1995) (Norgle, J) (*see 19 Class Action Rep.* 66 (1997))

*Feuerstein v. Burns*, 569 F. Supp. 268 (S.D. Cal. 1983) (Keep, J) (*see 13 Class Action Rep.* 390 (1990))

*Fine v. Houston Oil Trust*, No. 82-551 (S.D. Tex. Dec. 16, 1986) (Bue, J) (*see 13 Class Action Rep.* 272 (1990))

*Finkel v. O'Brien*, No. 85-2539 (D.N.J. Mar. 27, 1990) (Politan, J) (*see 13 Class Action Rep.* 388 (1990))

*First Eastern Corp. v. Mainwaring*, No. 92-1176 (E.D. Pa. Nov. 18, 1994) (Buckwalter, J) (*see 18 Class Action Rep.* 80 (1995))

*First Interstate Bank of Nevada N.A. v. Nat'l Republic Bank of Chicago*, No. 80-C-6401 (N.D. Ill. Feb. 12, 1988) (Plunkett, J) (*see 13 Class Action Rep.* 360 (1990))

*Fischer v. International Tel. & Tel. Corp., 78 F.R.D. 237 (E.D.N.Y. 1978) (Platt, J) (*see *13* Class Action Rep. *418 (1990))

*Fisher v. Netrix Corp.*, No. 93-401 (E.D. Va. Nov. 22, 1993) (Cacheris, J) (*see 16 Class Action Rep.* 738 (1993))

*Florin v. NationsBank of Georgia, N.A.*, 60 F.3d 1245 (7th Cir. 1995) (Kanne, J, w/Eschbach & Rovner, JJ) (*see 18 Class Action Rep.* 336 (1996))

*Forbush v. J.C. Penney Co*., No. 3:90-2719 (N.D. Tex. Sept. 20, 1995)

*Forman v. Sun Co.*, No. 9805-003157 (Pa. Ct. C.P. Philadelphia Co. Apr. 7, 2000) (*see 21 Class Action Rep.* 426 (2000))

*Forsyth v. Humana, Inc.*, No. 89-0249 (D. Nev. Nov. 30, 1999) (*see 21 Class Action Rep.* 257 (2000))

*Fossett Corp. v. Gearhart*, No. 4-88-715 (N.D. Tex. Sept. 22, 1989) (*see 13 Class Action Rep.* 358 (1990))

*Fournier v. PFS Investments, Inc.*, 997 F. Supp. 828 (E.D. Mich. 1998) [Basic Energy and Affiliated Resources]

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Fox v. American Cyanamid Co.*, No. 19,996 (Tenn. Ch. Ct. Obion Co. June 2, 1999) (*see* 21 *Class Action Rep.* 255 (2000))

*Frankenstein v. McCrory Corp., 425 F. Supp. 762 (S.D.N.Y. 1977) (*see* 13 Class Action Rep. *348 (1990))*

*Franklin v. First Union Corp.*, Nos. 99-344 & 99-610 (E.D. Va. June 13, 2001)

*Freedman v. Restaurant Assocs. Indus.*, Nos. 9212, 9232 & 9274 (Del. Ch. New Castle Co. Feb. 23, 1993) (Allen, J) (*see* 18 *Class Action Rep.* 81 (1995))

*Fried v. Utilities Leasing Corp., 1976 Fed. Sec. L. Rep. (CCH) ¶ 95,695 (E.D. Pa.) (Gorbey, J) (*see* 13* Class Action Rep. *396 (1990))*

*Friedberg v. Discreet Logic, Inc.*, No. 96-11232 (D. Mass. Nov. 25, 1997 & Dec. 22, 1998)

*Friedlander v. Barnes*, 1986 Fed. Sec. L. Rep. (CCH) ¶ 92,754 (S.D.N.Y.) (Carter, J) (*see* 13 *Class Action Rep.* 396 (1990))

*Friedman v. Colgate-Palmolive Co., 1984 Fed. Sec. L. Rep. (CCH) ¶ 91,494 (E.D.N.Y.) (Sifton, J) (*see* 13* Class Action Rep. *418 (1990))*

*Friedman v. Lansdale Parking Auth.*, No. 92-7257 (E.D. Pa. May 9, 1994), 1995 Fed. Sec. L. Rep. (CCH) ¶ 98,676 (E.D. Pa.) (Yohn, J) (*see* 18 *Class Action Rep.* 334 (1996))

*Frome v. ABC Int'l, Inc., 1980 Fed. Sec. L. Rep. (CCH) ¶ 97,598 (S.D.N.Y.) (Sand, J) (*see* 13* Class Action Rep. *426 (1990))*

*Galdi Securities Corp. v. Propp*, 1980 Fed. Sec. L. Rep. (CCH) ¶ 97,233 (S.D.N.Y. 1979) (Lowe, J) (*see* 13* Class Action Rep. *380 (1990))*

*Ganesh, L.L.C. v. Computer Learning Centers, Inc.*, No. 98-859 (E.D. Va. July 9, 1999) (*see* 20 *Class Action Rep.* 640 (1999))

*Garcia v. General Motors Corp.*, No. L-4394-95 (N.J. Super. Ct. Bergen Co. Aug. 3, 2000); *Bishop v. General Motors Corp*., No. L-01756-95 (N.J. Super. Ct. Burlington Co. Aug. 3, 2000) (*see* 22 *Class Action Rep.* 91 (2001))

*Garrett v. Republic Nat'l Life Ins. Co*., No. 74-206 (N.D. Tex. June 1975) (Hughes, J) (*see* 13 *Class Action Rep.* 320 (1990))

*Garrity v. Caribbean Cigar Co.*, No. 97-3802 (S.D. Fla. Aug. 14, 2001) (*see* 22 *Class Action Rep.* 605 (2001))

*Gaskill v. Gordon*, 1995 WL 746091 (N.D. Ill. Dec. 14, 1995), *on reconsideration*, 942 F. Supp. 382 (N.D. Ill. 1996) (Williams, J)

*Gelfand v. Hygrade Food Products Corp.*, 1977 Fed. Sec. L. Rep. (CCH) ¶ 95,926 (S.D.N.Y.) (Conner, J), *as noted in N.Y.L.J.*, Mar. 8, 1977 (*see* 13 *Class Action Rep.* 402 (1990))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

24 NO. 2 Class Action Reports 4

*Gelfer v. Pegasystems, Inc.*, No. 98-12527 (D. Mass. Dec. 19, 2000) (*see* 22 *Class Action Rep.* 260 (2001))

*Gelobter v. Bressler*, 1991 Del. Ch. LEXIS 186 (Del. Ch. New Castle Co. Nov. 6, 1991) (Jacobs, J) (*see* 15 *Class Action Rep.* 302 (1992))

*Genden v. Merrill Lynch, Pierce, Fenner & Smith, Inc., 700 F. Supp. 208 (S.D.N.Y. 1988), 741 F. Supp. 84 (S.D.N.Y. 1990) (Conner, J)* (see *13* Class Action Rep. *348 (1990))*

*Georgallas v. Martin Color-fi, Inc.*, No. 95-0648 (D.S.C. Sept. 10, 1997) (*see* 20 *Class Action Rep.* 298 (1999))

*Gergely v. VanVoorhis*, No. 87-469 (Ohio Ct. C.P. Erie Co. Dec. 7, 1994) [Funtime, Inc.]

*Gerstein v. Micron Technology, Inc*., No. 891262 (D. Idaho Sept. 8, 1993), No. 89-1262 (D. Idaho 1994), 1994 Fed. Sec. L. Rep. (CCH) ¶ 98,334 at 90,305 (D. Idaho) (Ryan, J) (*see* 18 *Class Action Rep.* 184 (1995))

*Giarraputo v. UNUMProvident Corp*., No. 99301 (D. Me. June 27, 2002) (*see* 23 *Class Action Rep.* 626 (2002))

*Gilbert v. First Alert, Inc.*, 1998 WL 142406 (N.D. Ill. Mar. 24, 1998) (*see* 20 *Class Action Rep.* 535 (1999))

*Gilbert v. Prudential-Bache Securities, Inc*., *No. 83-1513 (E.D. Pa. Feb. 18, 1987) (Fullam, J) (*see *13* Class Action Rep. *416 (1990))*

*Gilman v. Independence Blue Cross*, 1997 WL 633568 (E.D. Pa. Oct. 6, 1997) (*see* 20 *Class Action Rep.* 388 (1999))

*Gilman v. Mohawk Data Sciences Corp*., *No. 71 Civ. 4742 (S.D.N.Y. May 3, 1976) (Metzner, J),* as noted in N.Y.L.J*., May 7, 1976* (see *13* Class Action Rep. *352 (1990))*

*Gissen v. Colorado Interstate Corp*., *1975 Fed. Sec. L. Rep. (CCH) ¶ 95,012 (D. Del.) (Latchum, J) (*see *13* Class Action Rep. *342 (1990))*

*Gluck v. Cellstar Corp.*, No. 96-1353 (N.D. Tex. Jan. 25, 1999) (*see* 21 *Class Action Rep.* 156 (2000))

*Gogola v. FirstSouth Savings and Loan of Pittsburgh*, No. 1121 (Pa. Ct. C.P. Fayette Co. Mar. 31, 1993) (Franks, J) (*see* 18 *Class Action Rep.* 186 (1995))

*Goldberg v. Touche, Ross & Co*., *No. 74-1483 (S.D.N.Y. June 26, 1979) (*see *13* Class Action Rep. *346 (1990))*

*Goldberger v. Integrated Resources, Inc.*, No. 89-4255 (S.D.N.Y. June 10, 1993 & Jan. 18, 1999), *aff'd*, 209 F.3d 43 (2d Cir. 2000) (*see* 21 *Class Action Rep.* 816 (2000))

*Golden v. Shulman*, 1988 Fed. Sec. L. Rep. (CCH) ¶ 94,060 at 90,953-90,954 (E.D.N.Y.) (Sifton, J) (*see* 13 *Class Action Rep.* 396 (1990))

*Golden v. U.S. Diagnostic, Inc*., Nos. 97-8010 & 97-8017 (S.D. Fla. Dec. 7 & 21, 1998)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Goldfarb v. Virginia State Bar*, No. 75-72 (E.D. Va. 1977) (Bryan, J) (see *13* Class Action Rep. *508 (1990))*

*Goldsmith v. Pyramid Communications, Inc.*, *No. 72-126 (S.D.N.Y. Jan. 22, 1975) (Brieant, J)*, as noted in N.Y.L.J., *Jan. 27, 1975* (see *13* Class Action Rep. *398 (1990))*

*Goldsmith v. Technology Solutions Co.*, No. 92-4374 (N.D. Ill. Oct. 10 & 18, 1995) (Guzman, Mg) (*see* 19 *Class Action Rep.* 66 (1997))

*Goldstein v. Alodex Corp.*, *No. 71-1857 (E.D. Pa. Dec. 7, 1973) (Broderick, J)* (see *13* Class Action Rep. *440 (1990))*

*Goldstein v. Cytogen Corp.*, No. 92-3960 (D.N.J. Nov. 29, 1994) (Hughes, Mg.) (*see* 18 *Class Action Rep.* 80 (1995))

*Goldstein v. Levin-Townsend Computer Corp.*, *1974 Fed. Sec. L. Rep. (CCH) ¶ 94,833 (S.D.N.Y.)* (see *13* Class Action Rep. *446 (1990))*

*Goodman v. Streufert*, No. 92-1671 (D. Colo. Dec. 1993) (Weinshienk, J) (*see* 17 *Class Action Rep.* 124 (1994))

*Gordon v. American Adjustable Rate Term Trust*, Nos. 4-95-666 & 4-95-667 (D. Minn. Sept. 3, 1996 & Aug. 11, 2000) (*see* 20 *Class Action Rep.* 295 (1999))

*Gordon v. Floating Point Systems, Inc.*, *No. 86-952 (D. Ore. Jan. 29, 1990) (Redden, J)* (see *13* Class Action Rep. *300 (1990))*

*Gordon v. Hunt*, *No. 82-1318 (S.D.N.Y. Aug. 16 & Oct. 1, 1990) (Lasker, J)* (see *13* Class Action Rep. *272 (1990))*

*Gottlieb v. Barry*, 43 F.3d 474 (10th Cir. 1994)

*Gould v. American-Hawaiian Steamship Co.*, *Nos. 3707 & 3722 (D. Del. June 21, 1976) (Wright, J)* (see *13* Class Action Rep. *334 (1990))*

*Gould v. Harris*, No. 95-2584 (C.D. Cal. Jan. 14, 2000) [Guardian Bancorp] (*see* 21 *Class Action Rep.* 426 (2000))

*Gracy Fund, L.P. v. EFX Corp.*, No. 98-1808 (N.D. Tex. Dec. 28, 2000) (*see* 22 *Class Action Rep.* 260 (2001))

*Grad v. Memorex Corp.*, *No. 71-1685 (N.D. Cal. 1975) (Williams, J)* (see *13* Class Action Rep. *454 (1990))*

*Green v. Occidental Petroleum Corp.*, *No. 71-591 (C.D. Cal. Nov. 7, 1979) (Kelleher, J)* (see *13* Class Action Rep. *438 (1990))*

*Green v. Wolf Corp.*, *66 F.R.D. 568 (S.D.N.Y. 1976) (Edelstein, J)* (see *13* Class Action Rep. *420 (1990))*

*Greene v. Emersons, Ltd.*, *1987 Fed. Sec. L. Rep. (CCH) ¶ 93,263 (S.D.N.Y.) (Haight, J)* (see *13* Class Action Rep. *394 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Greenfield v. Compuserve Corp.*, No. 96-06-4810 (Ohio Ct. C.P. Franklin Co. Dec. 20, 2000) (*see* 22 *Class Action Rep.* 959 (2001))

*Greenfield v. Flying Diamond Oil Corp.*, 1984 Fed. Sec. L. Rep. (CCH) ¶ 91,495 (S.D.N.Y.) (Haight, J) (see *13* Class Action Rep. *464 (1990)*)

*Greenfield v. Footwear Investors, Inc.*, 1986 WL 10806 (E.D. Pa. Sept. 30, 1986) (Broderick, J) (see *13* Class Action Rep. *420 (1990)*)

*Greenfield v. Mattel, Inc.*, No. 73-515 (C.D. Cal. Aug. 12, 1977) (Lucas, J) (see *13* Class Action Rep. *274 (1990)*)

*Gregory v. Producer's Brokerage Co.*, No. 83-982 (7th Cir. June 5, 1987) (see *13* Class Action Rep. *348 (1990)*)

*Grier v. Chase Manhattan Automotive Fin. Co.*, 2000 WL 175126 at *7-*8 (E.D. Pa. Feb. 16, 2000) (*see* 21 *Class Action Rep.* 425 (2000))

*Grimm v. Whitney-Fidalgo Seafoods, Inc.*, 458 F. Supp. 7 (S.D.N.Y. 1978) (Brieant, J) (see *13* Class Action Rep. *424 (1990)*)

*Grossman, Faber & Miller v. Cable Funding Corp.*, 1978 Fed. Sec. L. Rep. (CCH) ¶ 96,513 (D. Del.) (Stapleton, J) (see *13* Class Action Rep. *462 (1990)*)

*Grossman v. Microsoft Corp.*, No. 89-326 (W.D. Wash. June 28, 1990) (Coughenour, J) (see *13* Class Action Rep. *460 (1990)*)

*Grunin v. International House of Pancakes*, 513 F.2d 114 (8th Cir. 1975) (Stephenson, J, w/Lay & Vogel, JJ) (*see* 13 *Class Action Rep.* 518 (1990))

*Gunter v. Ridgewood Energy Corp.*, No. 95-438 (D.N.J. Aug. 6, 2001) (*see* 23 *Class Action Rep.* 306 (2002))

*Guthertz v. Diaz*, Nos. 84-4514 & 84-4175 (D. Md. Oct. 14, 1988) (Motz, J) (see *13* Class Action Rep. *414 (1990)*)

*Guthrie County State Bank v. Mahlmann*, 1993 WL 50854 (N.D. Ill. Feb. 24, 1993) (Nordberg, J) (*see* 16 *Class Action Rep.* 84 (1993))

*Haitz v. Meyer*, No. 572968-3 (Cal. Super. Ct. Alameda Co. Aug. 20, 1990) (Girard, J) (see *13* Class Action Rep. *374 (1990)*)

*Hal Bloomberg Trust v. Gencor Industries, Inc*., No. 99-106 (M.D. Fla. Apr. 23, 2002) (*see* 23 *Class Action Rep.* 458 (2002))

*Hall v. Security Planning Serv., Inc.*, 371 F. Supp. 7 (D. Ariz. 1974) (Muecke, J), 419 F. Supp. 405 (D. Ariz. 1976), 462 F. Supp. 1058 (D. Ariz. 1978), sub nom. **De Marco v. Security Planning Serv., Inc**., 462 F. Supp. 1066 (D. Ariz. 1978) (Copple, J) (*see* 13 *Class Action Rep.* 336 (1990))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Haltman v. Aura Systems, Inc.*, Nos. 92-3388, 92-3592 & 92-4563 (C.D. Cal. Aug. 25, 1994) (Marshall, J) ( *see* 18 *Class Action Rep.* 332 (1996))

*Harman v. Lyphomed, Inc., 734 F. Supp. 294 (N.D. Ill. 1990)* (see *13* Class Action Rep. *306 (1990)),* rev'd in part, vacated in part & remanded, *945 F.2d 969 (7th Cir. 1991) (Cudahy, J, w/Coffey & Flaum, JJ),* on remand, *787 F. Supp. 772 (N.D. Ill. 1992)*

*Harmsen v. Smith, 1985 Fed. Sec. L. Rep. (CCH) ¶ 92,379 (S.D. Cal.) (Enright, J)* (see *13* Class Action Rep. *298 (1990))*

*Harris v. E.F. Hutton Group, Inc.*, 1993 WL 541661 (S.D.N.Y. Dec. 29, 1993)

*Harris v. Republic Airlines, Inc.*, 1991 U.S. Dist. LEXIS 16461 (D. Minn. Nov. 12, 1991) (Rosenbaum, J) ( *see* 14 *Class Action Rep.* 475 (1991))

*Hartings v. American Express*, No. 88-0744 (W.D. Pa. Jan. 31, 1994)

*Hawk Industries, Inc. v. Bausch & Lomb, Inc., 1975 Fed. Sec. L. Rep. (CCH) ¶ 95,306 (S.D.N.Y.) (MacMahon, J)* (see *13* Class Action Rep. *444 (1990))*

*Haynes v. Shoney's, Inc., 1993 WL 19915 (N.D. Fla. Jan. 25, 1993)*

*Head v. NetManage, Inc.*, No. 97-4385 (N.D. Cal. Nov. 13, 2000) (*see* 22 *Class Action Rep.* 405 (2001))

*Heartland Communications, Inc. v. Sprint Corp.*, No. 94-2370 (D. Kan. Oct. 17, 1996) (*see* 19 *Class Action Rep.* 598 (1998))

*Heckmann v. Ahmanson, No. CA 000851 (Cal. Super. Ct. Los Angeles Co. Sept. 15, 1989) (Schoettler, J)* ( see *13* Class Action Rep. *270 (1990))*

*Hedberg v. Schanck, 1985 Fed. Sec. L. Rep. (CCH) ¶ 92,384 (N.D. Ill.) (Moran, J)* (see *13* Class Action Rep. *450 (1990))*

*Heideman v. Toreson*, No. 86-20024 (N.D. Cal. Dec. 20, 1989) (McCue, Mg.) (*see* 13 *Class Action Rep.* 322 (1990))

*Heit v. Amrep Corp., 82 F.R.D. 130 (S.D.N.Y. 1979) (Lasker, J)* (see *13* Class Action Rep. *460 (1990))*

*Heliotrope General, Inc. v. Sumitomo Corp.*, No. 701679 (Cal. Super. Ct. San Diego Co. Feb. 8, 1999) (*see* 21 *Class Action Rep.* 255 (2000))

*Helwig v. Vencor, Inc.*, No. 97-835 (W.D. Ky. May 13, 2002) (*see* 23 *Class Action Rep.* 626 (2002))

*Hemley v. American Honda Motor Co., No. 72-4127 (S.D.N.Y. Sept. 28, 1976) (Owen, J)* (see *13* Class Action Rep. *518 (1990))*

*Henderson v. First Interstate Bank of California*, No. 91-01138 (Cal. Super. Ct. Contra Costa Co. Sept. 24, 1992) (Marchiano, J) (*see* 17 *Class Action Rep.* 428 (1994))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Henderson v. Scientific-Atlanta, Inc.*, No. 88-2208 (N.D. Ga. Jan. 31, 1994) (Vining, J)

*Herbst v. International Tel. & Tel. Corp., No. 15,155 (D. Conn. May 31, 1977) (Blumenfeld, J)* (see *13* Class Action Rep. *282 (1990))*

*Hermann v. Atlantic Richfield Co., No. 71-842 (W.D. Pa. Sept. 21, 1978) (Ziegler, J)* (see *13* Class Action Rep. *506 (1990))*

*HEW Corp. v. Tandy Corp., 1979-2 Trade Cases (CCH) ¶ 63,065 (D. Mass.) (Freedman, J)* (see *13* Class Action Rep. *488 (1990))*

*Hinckley v. E.I. DuPont De Nemours & Co., 583 F. Supp. 11 (E.D. Pa. 1983) (Weiner, J)* (see *13* Class Action Rep. *344 (1990))*

*Hindler v. Telequest, Inc.*, No. 89-0847 (S.D. Cal. Dec. 13, 1993) (McCue, Mg) (*see 17 Class Action Rep.* 125 (1994))

*Hodge v. Franklin Select Realty Trust*, No. 400905 (Cal. Super. Ct. San Mateo Co. June 19, 2000) (*see 21 Class Action Rep.* 561 (2000))

*Hoefer & Arnett, Inc. v. Lehigh Press, Inc., 695 F. Supp. 832 (E.D. Pa. 1988) (Gawthrop, J)* (see *13* Class Action Rep. *354 (1990))*

*Hofer v. Capitol American Life Ins. Co.*, Docket 24, No. 336 (Wyo. Dist. Ct. Goshen Co. July 10, 1996, July 15, 1996 & Aug. 1, 1996) (Kautz, J) (see 19 *Class Action Rep.* 475 (1998))

*Holden v. Burlington Northern, Inc.*, 665 F. Supp. 1398 (D. Minn. 1987)

*Holton v. Rothschild, Nos. 83-3253, 84-1557, 84-1993 & 84-4081 (D. Mass. May 15, 1989) (McNaught, J)* (see *13* Class Action Rep. *294 (1990))*

*Hubner v. United Technologies Corp., 1980 Fed. Sec. L. Rep. (CCH) ¶ 97,593 (S.D.N.Y.) (Conner, J)* (see *13* Class Action Rep. *394 (1990))*

*Huddleston v. Herman & MacLean, No. 3-6677 (N.D. Tex. Oct. 16, 1979) (Taylor, J)* (see *13* Class Action Rep. *360 (1990))*

*Husni v. Financial Corp. of America, Nos. 84-6050 & 86-2296 (C.D. Cal. July 7, 1986) (Hatter, J)* (see *13* Class Action Rep. *276 (1990))*

*Hwang v. Smith Corona Corp.*, No. 89-450 (D. Conn. Mar. 12, 1992) (Daly, J) (*see 16 Class Action Rep.* 351 (1993))

*Hynes v. Mendel*, Nos. 90-1204 & 92-573 (M.D. Ala. Oct. 12, 1993) (Clemon, J) (*see 16 Class Action Rep.* 472 (1993))

*Ingram v. Coca-Cola Co.*, 200 F.R.D. 685 (N.D. Ga. 2001)

*In re Aames Fin. Corp. Securities Litigation*, No. 97-6714 (C.D. Cal. Feb. 22, 1999) (*see 20 Class Action*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Rep.* 641 (1999))

**In re Acres Gaming Securities Litigation**, No. 97-1848 (D. Nev. June 15, 2001) (*see* 22 *Class Action Rep.* 956 (2001))

**In re A.L. Laboratories, Inc**., No. 92-4694 (D.N.J. Feb. 16, 1994) (Ackerman, J) (*see* 17 *Class Action Rep.* 425 (1994))

**In re Abbott Laboratories Securities Litigation**, No. 92-C-3869 (N.D. Ill. July 3, 1995) (Aspen, J), 1995 Fed. Sec. L. Rep. (CCH) ¶ 98,973, 1995 WL 792083 (N.D. Ill. July 3, 1995) (Cooley, Sp. M.) (*see* 18 *Class Action Rep.* 329 (1996))

**In re Activision Securities Litigation**, 723 F. Supp. 1373 (N.D. Cal. 1989) (Patel, J) (*see* 13 *Class Action Rep.* 346 (1990))

**In re Aero Sys., Inc. Securities Litigation**, Nos. 90-0083 & 90-0426 (S.D. Fla. Oct. 18, 1993) (Bandstra, Mg) (*see* 17 *Class Action Rep.* 125 (1994))

**In re Aetna, Inc. Securities Litigation**, 2001 WL 20928 at *13-*16 (E.D. Pa. Jan. 4, 2001) (*see* 22 *Class Action Rep.* 91 (2001))

**In re "Agent Orange" Prod. Liability Litigation**, 611 F. Supp. 1296 (E.D.N.Y. 1985), *aff'd in part, rev'd in part & remanded*, 818 F.2d 226 (2d Cir. 1987) (Miner, J, w/Van Graafeiland & Winter, JJ), *on remand*, 139 F.R.D. 581, 583-585 (E.D.N.Y. 1981)

**In re AIA Indus., Inc. Securities Litigation**, 1988 U.S. Dist. LEXIS 2952 (E.D. Pa. Mar. 31, 1988) (Ditter, J) (*see* 13 *Class Action Rep.* 342 (1990))

**In re Air West Securities Litigation**, MDL No. 177 (N.D. Cal. Sept. 5, 1979) (Zirpoli, J) (*see* 13 *Class Action Rep.* 356 (1990))

**In re Alcatel Alsthom Securities Litigation**, No. 99-MD-1263 (E.D. Tex. Dec. 18, 2001) (*see* 23 *Class Action Rep.* 117 (2002))

**In re Alcoholic Beverages Litigation**, 1983-1 Trade Cases (CCH) ¶ 65,342 (E.D.N.Y.) (Sifton, J) (*see* 13 *Class Action Rep.* 492 (1990))

**In re American Integrity Securities Litigation**, 1989 Fed. Sec. L. Rep. (CCH) ¶ 94,738 (E.D. Pa.), *amended*, No. 86-7133 (E.D. Pa. Sept. 5, 1989) (Shapiro, J) (*see* 13 *Class Action Rep.* 326 (1990))

**In re Amdahl Securities Litigation**, No. 92-20609 (N.D. Cal. Sept. 10, 1993) (Infante, Mg) (*see* 17 *Class Action Rep.* 122 (1994))

**In re American Bank Note Holographics, Inc. Securities Litigation**, 127 F. Supp. 418 (S.D.N.Y. 2001) (*see* 22 *Class Action Rep.* 92 (2001))

**In re American Continental Corp./Lincoln Sav. & L. Securities Litigation**, MDL No. 834 (D. Ariz. July 24, 1990) (*see* 15 *Class Action Rep.* 380 (1992))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re American Dental Laser, Inc. Securities Litigation*, No. 92-71917 (E.D. Mich. Feb. 11, 1994) (Rosen, J)

*In re Amino Acid Lysine Antitrust Litigation*, 918 F. Supp. 1190 (N.D. Ill. 1996), MDL No. 1083 & No. 95-7679 (N.D. Ill. Jan. 27, 1997)

*In re Ampicillin Antitrust Litigation*, 81 F.R.D. 395 (D.D.C. 1978), 526 F. Supp. 494 (D.D.C. 1981) (see *13* Class Action Rep. *482 (1990))*

*In re Anchor Securities Litigation*, 1990 Fed. Sec. L. Rep. (CCH) ¶ 95, 481 (E.D.N.Y.), 1991 Fed. Sec. L. Rep. (CCH) ¶ 96,078 (E.D.N.Y.) (Sifton, J) (*see* 13 *Class Action Rep.* 376 (1990))

*In re Ancor Communications, Inc. Securities Litigation*, No. 97-1696 (D. Minn. Feb. 5, 1999) (*see* 20 *Class Action Rep.* 641 (1999))

*In re Anika Therapeutics Securities Litigation*, No. 00-11127 (D. Mass. Oct. 22, 2001) (*see* 22 *Class Action Rep.* 957 (2001))

*In re AnnTaylor Stores Securities Litigation*, 1993 U.S. Dist. LEXIS 7053 (S.D.N.Y. May 25, 1993) (Motley, J) (*see* 16 *Class Action Rep.* 472 (1993))

*In re Anthracite Coal Antitrust Litigation*, 81 F.R.D. 499 (M.D. Pa. 1979), 1979-1 Trade Cases ¶ 62,438 (M.D. Pa.) (Muir, J), *aff'd in part, rev'd in part & remanded sub nom.* **Wilkes Barre Steam Heat Co. v. Blue Coal Corp.**, No. 79-1416 (3d Cir. Dec. 13, 1979) (see *13* Class Action Rep. *496 (1990))*

*In re Antibiotics Antitrust Litigation*, 410 F. Supp. 680, 704 (D. Minn. 1975) (Farmer/Veterinarian Classes) (Lord, J) (*see* 13 *Class Action Rep.* 474 (1990))

*In re Antibiotics Antitrust Litigation*, 410 F. Supp. 706 (D. Minn. 1975) (Consumer Government Entities Classes) ) (Lord, J) (*see* 13 *Class Action Rep.* 474 (1990))

*In re Antibiotics Antitrust Litigation*, 410 F. Supp. 722 (D. Minn. 1975) (Wholesaler Class) ) (Lord, J) (*see* 13 *Class Action Rep.* 474 (1990))

*In re Apple Computer Securities Litigation*, No. 84-20148 (N.D. Cal. Mar. 30, 1992) (Ware, J) (*see* 15 *Class Action Rep.* 200 (1992))

*In re Arakis Energy Corp. Securities Litigation*, 2001 Fed. Sec. L. Rep. (CCH) ¶ 91,646, 2001 WL 1590512 (E.D.N.Y. Oct. 31, 2001)

*In re Archer Daniels Midland Co. Securities Litigation*, No. 95-2287 (C.D. Ill. Apr. 11, 1997 & Oct. 30, 1998) (*see* 20 *Class Action Rep.* 533 ((1999))

*In re Arizona Bakery Products Litigation*, No. 74-208-A-PHX (D. Ariz. Oct. 28, 1976) (Muecke, J) ) (*see* 13 *Class Action Rep.* 494 (1990))

*In re Arizona Dairy Prods. Antitrust Litigation*, No. 74-569A (D. Ariz. Apr. 16, 1979), 1984-1 Trade Cases (CCH) ¶ 65,816 (D. Ariz.) (Muecke, J) (see *13* Class Action Rep. *488 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Arizona Escrow Fee Antitrust Litigation*, 1982-83 Trade Cases (CCH) ¶ 65,198 (D. Ariz. 1982) (Muecke, J) (*see* 13 *Class Action Rep.* 494 (1990))

*In re Armored Car Antitrust Litigation, 472 F. Supp. 1357 (N.D. Ga. 1979),* on reconsideration*, No. 78-139 (N.D. Ga. June 7, 1979) (Freeman, J) (*see *13* Class Action Rep. *486 (1990)*

*In re Art Materials Antitrust Litigation*, 1984-1 Trade Cases (CCH) ¶ 65,815 (N.D. Ohio 1983) (Krupansky, J) (*see 13 Class Action Rep. *492 (1990)*

*In re Ascend Communications Securities Litigation*, No. 97-8861 (C.D. Cal. Sept. 5, 2000) (*see 22 Class Action Rep.* 403 (2001))

*In re Assisted Living Concepts, Inc. Securities Litigation*, No. 99-167 (D. Ore. Nov. 30, 2000 & May 23, 2002) (*see* 23 *Class Action Rep.* 625 (2002))

*In re AST Research Securities Litigation*, No. 94-1370 (C.D. Cal. Aug. 29, 1996), *aff'd,* 156 F.3d 1235 (9th Cir. July 29, 1998) (unpublished)

*In re Aurora Electronics Securities Litigation*, No. 93-3292 (C.D. Cal. Sept. 5, 1995 & notice dated June 20, 1995) (*see* 18 *Class Action Rep.* 333 (1996))

*In re Avant! Securities Litigation*, No. 96-20132 (N.D. Cal. June 11, 2001) (*see 22 Class Action Rep.* 403 (2001))

*In re Avant-Garde Computing, Inc. Securities Litigation*, No. 85-4149 (D.N.J. July 30, 1990) (*see* 13 *Class Action Rep.* 352 (1990))

*In re Avon Products, Inc. Securities Litigation*, 1992 Fed. Sec. L. Rep. (CCH) ¶ 97,061 (S.D.N.Y.) (Lasker, J) (*see* 16 *Class Action Rep.* 84 (1993))

*In re Baldwin-United Corp. Litigation*, 1986 Fed. Sec. L. Rep. (CCH) ¶ 92,918 (S.D.N.Y.) (*see 13 Class Action Rep.* 264 (1990))

*In re Bally Shareholder Litigation*, No. 87-0373 (D.N.J. 1990) (*see 13* Class Action Rep. *452 (1990))*

*In re Bank of New England Corp. Class Action Litigation*, No. 89-2582 (D. Mass. Dec. 15, 1992) (Skinner, J) (*see* 16 *Class Action Rep.* 738 (1993))

*In re Bank One Shareholders Class Actions*, No. 00-880 (N.D. Ill. Apr. 9 & June 1, 2001) (*see 22 Class Action Rep.* 957 (2001))

*In re BankAmerica Corp. Securities Litigation*, 228 F. Supp. 2d 1061 (E.D. Mo. 2002) (*see* 24 *Class Action Rep.* 121 (2003))

*In re Bankamerica Securities Litigation, No. 85-4779 (C.D. Cal. Apr. 26, 1988) (*see 13* Class Action Rep. *284 (1990))*

*In re Bay Financial Corp. Securities Litigation*, No. 89-2377 (D. Mass. Nov. 4, 1996)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Belmac Corp. Securities Litigation*, No. 92-1814 (M.D. Fla. Apr. 6, 1994) (*see* 17 *Class Action Rep.* 218 (1994))

*In re Bestline Products Securities & Antitrust Litigation*, MDL No. 162 (S.D. Fla. Feb. 25 & Mar. 22, 1977) (King, J) (*see* 13 *Class Action Rep.* 364 (1990))

*In re Beverly Enterprises Securities Litigation*, No. 88-01189 (C.D. Cal. June 16, 1992) (Lew, J) (*see* 16 *Class Action Rep.* 351 (1993))

*In re Blech Securities Litigation (Weiss v. Blech)*, 2000 WL 661680 at *5-*6 (S.D.N.Y. May 19, 2000) (*see* 21 *Class Action Rep.* 426 (2000))

*In re Boesky Securities Litigation (Pacific Lumber)*, 888 F. Supp. 551 (S.D.N.Y. 1995) (Pollack, J)

*In re Bolar Pharmaceutical Co. Securities Litigation*, No. 89-1726 (E.D.N.Y. Nov. 26, 1991), *vacated & remanded*, 966 F.2d 731 (2d Cir. 1992), *on remand*, 800 F. Supp. 1091 (E.D.N.Y. 1992) (*see* 15 *Class Action Rep.* 381 (1992))

*In re Brand Name Prescription Drugs Antitrust Litigation*, 2000-1 Trade Cas. (CCH) ¶ 72,835, 2000 WL 204112 (N.D. Ill. Feb. 10, 2000) (*see* 21 *Class Action Rep.* 423 (2000))

*In re Brooktree Securities Litigation*, 915 F. Supp. 193 (S.D. Cal. 1996)

*In re Bulk Popcorn Antitrust Litigation*, No. 3-89-710 (D. Minn. Sept. 3, 1992) (*see* 16 *Class Action Rep.* 580 (1993))

*In re Businessland Securities Litigation*, 1991 Fed. Sec. L. Rep. (CCH) ¶ 96,059 (N.D. Cal.) (*see* 14 *Class Action Rep.* 264 (1991))

*In re C&S/Sovran Shareholder Litigation*, No. 91-1354 (N.D. Ga. May 27, 1994) (*see* 17 *Class Action Rep.* 425 (1994))

*In re C.R. Bard, Inc. Securities Litigation*, No. 90-948 (D.N.J. Oct. 17, 1991)

*In re Cannon Group Securities Litigation, No. 86-5559 (C.D. Cal. Dec. 1, 1989) (*see* 13* Class Action Rep. *274 (1990)*)

*In re Capital Underwriters, Inc. Securities Litigation*, 519 F. Supp. 92 (N.D. Cal. 1981) (*see* 13 *Class Action Rep.* 380 (1990))

*In re Carbon Dioxide Antitrust Litigation*, 1996-2 Trade Cas. (CCH) ¶ 71,522, 1996 WL 523534 (M.D. Fla. July 15, 1996)

*In re Carnegie Int'l Corp. Securities Litigation*, No. 99-1688 (D. Md. May 31, 2002)

*In re Caterpillar, Inc. Securities Litigation*, Nos. 90-1238 & 90-1242 (C.D. Ill. May 11, 1994)

*In re Catfish Antitrust Litigation*, 939 F. Supp. 493 (N.D. Miss. 1996) (*see* 19 *Class Action Rep.* 209 (1997))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Cellular Technical Servs. Co., Inc. Securities Litigation*, No. 97-1155 (W.D. Wash. May 24, 1999) (*see* 21 *Class Action Rep.* 260 (2000))

*In re Cement and Concrete Antitrust Litigation, 1980-81 Trade Cases (CCH) ¶ 63,798 (D. Ariz. 1980) (Muecke, J) (*see* 13 Class Action Rep. 512 (1990))

*In re Cenco, Inc. Securities Litigation*, MDL No. 291 (N.D. Ill. June 2, 1978 & Apr. 28, 1979) (Crowley, J) (*see* 13 Class Action Rep. 294 (1990))

*In re Cendant Corp. Securities Litigation*, 182 F.R.D. 144 (D.N.J. 1998), 109 F. Supp. 2d 285 (D.N.J. 2000), *vacated & remanded*, 264 F.3d 201 (3d Cir. 2001), *on remand*, 243 F. Supp. 2d 166 (D.N.J. Feb. 5, 2003)

*In re Cendant Corp. PRIDES Litigation*, 51 F. Supp. 2d 537 (D.N.J. 1999), *vacated & remanded*, 243 F.3d 722 (3d Cir. 2001), *on remand*, No. 98-2819 (D.N.J. June 11, 2002)

*In re Cendant Corp. Derivative Action Litigation*, 232 F. Supp. 2d 327 (D.N.J. 2002)

*In re Centennial Technologies Litigation*, No. 97-10304 (D. Mass. Apr. 29 1998) (*see* 21 *Class Action Rep.* 426 (2000))

*In re Centocor, Inc. Securities Litigation*, 1993 WL 189937 (E.D. Pa. June 2, 1993) (Bechtle, J) (*see* 16 *Class Action Rep.* 352 (1993))

*In re Centocor Securities Litigation II*, 1995 WL 754454 (E.D. Pa. Dec. 14, 1995) (*see* 16 *Class Action Rep.* 352 (1993))

*In re Ceridian Corp. Securities Litigation*, No. 97-2044 (D. Minn. Mar. 31, 2000) (*see* 21 *Class Action Rep.* 560 (2000))

*In re Chain Link Fence Antitrust Litigation*, No. CLF-1 (D. Md. Nov. 9, 1989) (*see* 13 *Class Action Rep.* 498 (1990))

*In re Chambers Development Securities Litigation*, MDL No. 982 (W.D. Pa. Aug. 23, 1995) (*see* 18 *Class Action Rep.* 329 (1996))

*In re Chicken Antitrust Litigation, 1980-2 Trade Cases (CCH) ¶ 63,485 (N.D. Ga.) (*see* 13 Class Action Rep. 478 (1990))

*In re Chlorine and Caustic Soda Antitrust Litigation*, No. 86-5428 (E.D. Pa. Sept. 22, 1988) (Bechtle, J) (*see* 13 *Class Action Rep.* 478 (1990))

*In re Chrysler Motors Corp. Overnight Evaluation Program Litigation*, 736 F. Supp. 1007 (E.D. Mo. 1990) (Nangle, J) (*see* 13 *Class Action Rep.* 743 (1990))

*In re CHS Electronics, Inc. Securities Litigation*, No. 99-8186 (S.D. Fla. Mar. 1, 2002) (*see* 23 *Class Action Rep.* 304 (2002))

*In re Cincinnati Gas & Elec. Co. Securities Litigation*, 643 F. Supp. 148 (S.D. Ohio 1986) (*see* 13 *Class Action Rep.* 296 (1990))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 2:07-cv-05295-MRP -MAN    Document 1032-3    Filed 02/04/11   Page 41 of 84   Page ID
#:43007
24 NO. 2 Class Action Reports 4

24 NO. 2 Class Action Reports 4

*In re Cincinnati Microwave, Inc. Securities Litigation*, Nos. 95-905, 95-910, 95-928 & 95-967 (S.D. Ohio Mar. 21, 1997)

*In re CitiSource, Inc. Securities Litigation*, No. 86-1711 (S.D.N.Y. Mar. 8, 1994) (*see* 18 *Class Action Rep.* 184 (1995))

*In re Citric Acid Antitrust Litigation*, MDL No. 1092 & No. 95-2963 (N.D. Cal. Oct. 20, 2000)

*In re Cityscape Financial Corp. Securities Litigation*, MDL No. 1234 (E.D.N.Y. Nov. 27, 2000) (*see* 22 *Class Action Rep.* 260 (2001))

*In re Clark Oil & Refining Corp. Antitrust Litigation*, 422 F. Supp. 503 (E.D. Wis. 1976) (Reynolds, J) (*see* 13 *Class Action Rep.* 504 (1990))

*In re Clearly Canadian Securities Litigation*, No. 93-1037 (N.D. Cal. Sept. 3, 1999)

*In re Coastal Physician Group, Inc. Securities Litigation*, No. 95-306 (M.D.N.C. July 7, 1998) (*see* 20 *Class Action Rep.* 640 (1999))

*In re Columbia Gas Sys., Inc. Securities Litigation*, No. 91-357 (D. Del. Nov. 2, 1995) (Farnan, J) (*see* 18 *Class Action Rep.* 536 (1996))

*In re Combustion, Inc.*, 968 F. Supp. 1116 (W.D. La. 1997) (Haik, J)

*In re Commercial Explosives Antitrust Litigation*, MDL No. 1093 (D. Utah Dec. 29, 1998) (20 *Class Action Rep.* 532 (1999))

*In re Compact Video, Inc. Securities Litigation, No. 82-4782 (C.D. Cal. May 13 & June 3, 1986) (Tashima, J) (see 13* Class Action Rep. *324 (1990))*

*In re Comptronix Securities Litigation*, No. 92-02752 (N.D. Ala. Dec. 1, 1993)

*In re Computer Input Servs., Inc. Securities Litigation*, No. 83-1393 (E.D. Pa. June 19, 1987) (*see* 13 *Class Action Rep.* 344 (1990))

*In re Computer Memories Securities Litigation, No. 85-2335 (N.D. Cal. July 10, 1987) (Lynch, J) (see 13* Class Action Rep. *450 (1990))*

*In re Conseco, Inc. Securities Litigation*, No. 00-585 (S.D. Ind. Aug. 7, 2002) (*see* 23 *Class Action Rep.* 785 (2002))

*In re Consolidated Capital Securities Litigation, No. 85-7332 (N.D. Cal. Sept. 11, 1990) (see 13* Class Action Rep. *446 (1990))*

*In re Consolidated Delivery & Logistics, Inc. Securities Litigation*, No. 97 1939 (S.D.N.Y. Feb. 10, 1999) (*see* 20 *Class Action Rep.* 535 (1999))

*In re Consolidated Pretrial Proceedings in Ampex Securities Cases*, No. 73-360 (N.D. Cal. Oct. 6, 1976) (*see* 13 *Class Action Rep.* 316 (1990))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Continental Illinois Securities Litigation*, 750 F. Supp. 868 (N.D. Ill. 1990) (*see* 13 *Class Action Rep.* 428 (1990)), *rev'd & remanded sub nom. In the Matter of: Continental Illinois Securities Litigation, 962 F.2d 566 (7th Cir. 1992)*, on remand, *No. 82-4712 (N.D. Ill. Dec. 1, 1992)*, pet. for writ of mandamus granted & vacated, *985 F.2d 867 (7th Cir. 1993)*, on remand sub nom. **In re Continental Illinois Securities Litigation**, 813 F. Supp. 633 (N.D. Ill. 1993), *pet. for writ of mandamus granted sub nom.* **In the Matter of Much, Shelist, Freed, Dennenberg, Ament & Eiger, Greenfield & Chimicles, Wolf, Haldenstein, Adler, Freeman & Herz**, *No. 92-4088 (7th Cir. Dec. 28, 1993) (*see *16* Class Action Rep. *570 (1993))*

*In re Continental/Midlantic Shareholders Litigation*, 1987 WL 16678 (E.D. Pa. Sept. 1, 1987) (Newcomer, J) (*see* 13 *Class Action Rep.* 370 (1990))

*In re Control Data Corp. Securities Litigation*, Nos. 3-85-1341 & 3-85-1269 (D. Minn. Sept. 21, 1994) (Rosenbaum, J) (*see* 17 *Class Action Rep.* 662 (1994))

*In re Coordinated Pretrial Proceedings in Petroleum Prods. Antitrust Litigation*, MDL No. 150 (C.D. Cal.) & No. 789-489 (Cal. Super. Ct. San Francisco Aug. 11, 1994)

*In re Copley Pharmaceutical, Inc. Securities Litigation*, No. 94-11897 (D. Mass. Feb. 8, 1996)

*In re Copley Pharmaceutical, Inc. "Albuterol" Products Liability Litigation*, 1 F. Supp. 2d 1407 (D. Wyo. 1998) (*see* 20 *Class Action Rep.* 388 (1999))

*In re Cordis Corp. Pacemaker Prod. Liability Litigation*, MDL No. 850 (S.D. Ohio Oct. 6, 1995) (Rice, J) ( *see* 18 *Class Action Rep.* 543 (1996))

*In re Corrugated Container Antitrust Litigation, 1983-2 Trade Cases (CCH) ¶ 65,628 (S.D. Tex.)*, withdrawn & vacated as modified by settlement, *1985-1 Trade Cases (CCH) ¶ 66,457 (S.D. Tex. 1983) (*see *13* Class Action Rep. *472 (1990))*

*In re Cousins Securities Litigation*, No. 84-1821 (S.D. Cal. Aug. 23, 1988) (Gonzalez, Mg.) (*see* 13 *Class Action Rep.* 450 (1990))

*In re Crazy Eddie Securities Litigation*, 824 F. Supp. 320, 325-328 (E.D.N.Y. 1993) (Nickerson, J) (*see* 16 *Class Action Rep.* 736 (1993))

*In re Credit Acceptance Corp. Securities Litigation*, No. 98-70417 (E.D. Mich. Sept. 24, 2001) (*see* 23 *Class Action Rep.* 117 (2002))

*In re Crown American Realty Trust Securities Litigation (Johnson v. Pasquerilla)*, No. 95-202 (W.D. Pa. May 31, 2001) (*see* 22 *Class Action Rep.* 403 (2001))

*In re D.C. Soft Drinks Antitrust Litigation*, 1989-1 Trade Cases (CCH) ¶ 68,602 (D.D.C.) (Sporkin, J) (*see* 13 *Class Action Rep.* 496 (1990))

*In re Datascope Corp. Securities Litigation*, No. 93-4954 (D.N.J. Feb. 25, 1997) (Bassler, J) (*see* 20 *Class Action Rep.* 394 (1999))

*In re Datastream Systems, Inc. Securities Litigation*, No. 99-88 (D.S.C. Dec. 6, 2000) (*see* 22 *Class Action*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Rep.* 260 (2001))

*In re Deforest Tender Offer Securities Litigation*, No. 1:94-CV-2983 (N.D. Ga. Oct. 13, 1995)

*In re Dell Computer Corp. Securities Litigation*, No. 93-282 (W.D. Tex. Apr. 25, 1995)

*In re Detection Sys., Inc. Securities Litigation*, No. 98-6068 (W.D.N.Y. Nov. 29, 2000) (*see* 22 *Class Action Rep.* 94 (2001))

*In re Digital Lightwave, Inc. Securities Litigation*, No. 98-152 (M.D. Fla. Apr. 30, 1999) (*see* 20 *Class Action Rep.* 534 (1999))

*In re Digital Sys. Int'l, Inc. Securities Litigation*, No. C91-1521 (W.D. Wash. Nov. 22, 1993) (Dwyer, J) (*see* 17 *Class Action Rep.* 123 (1994))

*In re Dime Savings Bank of New York Litigation*, 1994 WL 60884 (E.D.N.Y. Feb. 23, 1994) (Mishler, J) (*see* 17 *Class Action Rep.* 326 (1994))

*In re Discovery Zone, Inc. Securities Litigation*, No. 94-7089 (N.D. Ill. Apr. 19, 1999) (*see* 21 *Class Action Rep.* 261 (2000))

*In re Dollar General Corp. Securities Litigation*, No. 01-388 (M.D. Tenn. May 24, 2002) (*see* 23 *Class Action Rep.* 626 (2002))

*In re Dreyfus Aggressive Growth Mutual Fund Litigation*, 2001 WL 709262 at *4-*7 (S.D.N.Y. June 22, 2001) (*see* 22 *Class Action Rep.* 403 (2001))

*In re Dun & Bradstreet Credit Servs. Customer Litigation*, 130 F.R.D. 366, 372-377 (S.D. Ohio 1990) (Weber, J) (*see* 13 *Class Action Rep.* 239 (1990))

*In re E.F. Hutton Banking Practices Litigation*, MDL No. 649 (S.D.N.Y. Mar. 8, 1988) (Knapp, J) (see *13* Class Action Rep. *320 (1990))*

*In re Einstein Noah Bagel Corp. Securities Litigation*, No. 97-1614 (D. Colo. June 4, 1999 & Nov. 3, 2000) (*see* 22 *Class Action Rep.* 260 (2001))

*In re Electric Weld Steel Tubing Antitrust Litigation*, No. 79-4628 (E.D. Pa. Feb. 25 & June 21, 1982) (Huyett, J) (see *13* Class Action Rep. *492 (1990))*

*In re Electro-Catheter Securities Litigation*, No. 87-41 (D.N.J. Sept. 7, 1989) (Politan, J) (*see* 13 *Class Action Rep.* 350 (1990))

*In re Elscint, Ltd. Securities Litigation*, MDL No. 675 (D. Mass. Feb. 21, 1989) (Keeton, J) (see *13* Class Action Rep. *300 (1990))*

*In re Emerson Shareholder Litigation*, No. 87-4046 (E.D.N.Y.) (Caden, Mg), *aff'd*, No. 87-8046 (E.D.N.Y. Apr. 19, 1992), *as noted in Diamond v. Fogelman*, 1992 Fed. Sec. L. Rep. (CCH) ¶ 96,980 at 94,244 (E.D.N.Y.)

*In re Employee Benefit Plans Securities Litigation*, 1993 Fed. Sec. L. Rep. (CCH) ¶ 97,669 (D. Minn.)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 2:07-cv-05295-MRP -MAN   Document 1032-3   Filed 02/04/11   Page 44 of 84   Page ID
#:43010
24 NO. 2 CLASS ACTION REPTS 4
24 NO. 2 Class Action Reports 4

Page 36

*(Kyle, J) (see 16* Class Action Rep. *472 (1993))*

**In re Employee Solutions Securities Litigation**, No. 97-545 (D. Ariz. Mar. 12, 1999) (*see* 20 *Class Action Rep.* 639 (1999))

**In re Endotronics**, *No. 4-87-130 (D. Minn. Dec. 7, 1989) (Rosenbaum, J) (see 13* Class Action Rep. *322 (1990))*

**In re Energy Sys. Equip. Leasing Securities Litigation**, *MDL No. 637 (E.D.N.Y. Oct. 8, 1987, June 29 & July 9, 1990) (Wexler, J) (see 13* Class Action Rep. *290 (1990))*

**In re Engineering Animation Securities Litigation**, Nos. 99-10117 & 99-10590 (S.D. Iowa May 16, 2001) (*see* 22 *Class Action Rep.* 605 (2001))

**In re Epitope, Inc. Securities Litigation**, No. 92-759 (D. Or. June 14, 1993) (Redden, J) (*see* 16 *Class Action Rep.* 577 (1993))

**In re Equatorial Communications Securities Litigation**, No. 86-20782 (N.D. Cal. Nov. 22, 1988) (Williams, J) (*see 13 Class Action Rep.* 328 (1990))

In re Equity Funding Corp. of America, 438 F. Supp. 1303 (C.D. Cal. 1977) (Lucas, J) (*see 13 Class Action Rep.* 426 (1990))

**In re ESC Medical Systems, Ltd. Securities Litigation**, No. 98-7530 (S.D.N.Y. Apr. 2, 2002) (*see 23 Class Action Rep.* 306 (2002))

**In re Exide Corp. Securities Litigation**, No. 98-60061 (E.D. Mich. Sept. 2, 1999) (*see 21 Class Action Rep.* 261 (2000))

**In re F&M Distributors, Inc. Securities Litigation**, No. 95-71778 (E.D. Mich. June 29, 1999) (*see 21 Class Action Rep.* 426 (2000))

**In re Farmers Group Stock Options Litigation**, 1992 Fed. Sec. L. Rep. (CCH) ¶ 96,522 at 92,381 (E.D. Pa. 1991) (Gawthrop, J) (*see 15 Class Action Rep.* 90 (1992))

**In re Fernald Litigation**, No. C-1-85-149 (S.D. Ohio Sept. 29, 1989) (Spiegel, J) (*see 14 Class Action Rep.* 93 (1991))

**In re Fiddler's Woods Bondholders Litigation**, 1987 Fed. Sec. L. Rep. (CCH) ¶ 93,537 (E.D. Pa.) (Newcomer, J) (*see 13 Class Action Rep.* 328 (1990))

In re Fidelity/Micron Securities Litigation, 1998 WL 313735 (D. Mass. June 5, 1998), No. 95-12676 (D. Mass. June 25, 1998), *vacated & remanded*, 167 F.3d 735 (1st Cir. 1999), *on remand*, No. 95-12676 (D. Mass. Aug. 24, 1999)

In re Fine Host Corporation Securities Litigation, 2000 WL 33116538 (D. Conn. Nov. 8, 2000) (*see* 22 *Class Action Rep.* 94 (2001))

In re Fine Paper Antitrust Litigation, 98 F.R.D. 48 (E.D. Pa. 1983), *aff'd in part, rev'd in part & remanded*,

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

751 F.2d 562 (3d Cir. 1984), MDL No. 323 (E.D. Pa. May 23, 1986), MDL No. 323 (E.D. Pa. July 2, 1986), MDL No. 323 (E.D. Pa. Feb. 13, 1987), MDL No. 323 (E.D. Pa. Feb. 17, 1987), *rev'd*, 840 F.2d 188 (3d Cir. 1988), MDL No. 323 (E.D. Pa. Apr. 28, 1987) (*see* 13 *Class Action Rep.* 508 (1990))

*In re Finova Group, Inc. Securities Litigation*, No. 00-619 (D. Ariz. July 30, 2002) (*see* 23 *Class Action Rep.* 626 (2002))

*In re First Fidelity Bancorporation Securities Litigation*, No. 88-5297 (D.N.J. Nov. 13, 1990) (Sarokin, J) ( see *13* Class Action Rep. *280 (1990))*

*In re First Investors Corp. Securities Litigation*, 1993 WL 535009 at *5-*6 (S.D.N.Y. Dec. 22, 1993) (Lowe, J) (*see* 17 *Class Action Rep.* 218 (1994))

*In re First Jersey Securities, Inc. Securities Litigation*, 1989 WL 69901 (E.D. Pa. June 23, 1989) (Weiner, J) (*see* 13 *Class Action Rep.* 308 (1990))

*In re First RepublicBank Securities Litigation*, Nos. 88-0641 & 88-0832 (N.D. Tex. Feb. 28, 1992) (Sanders, J) (*see* 15 *Class Action Rep.* 199 (1992))

*In re Fleet/Norstar Securities Litigation*, 935 F. Supp. 99 (D.R.I. 1996), 974 F. Supp. 155 (D.R.I. 1997)

*In re Flight Transportation Corp. Securities Litigation*, 685 F. Supp. 1092 (D. Minn. 1987) (Weiner, J) ( *see* 13 *Class Action Rep.* 272 (1990))

*In re Foamex Securities Litigation*, No. 99-3004 (S.D.N.Y. Jan. 11, 2001) (*see* 22 *Class Action Rep.* 260 (2001))

*In re Focus Enhancements, Inc. Securities Litigation*, No. 99-12344 (D. Mass. May 20, 2002) (*see* 23 *Class Action Rep.* 458 (2002))

*In re Folding Carton Antitrust Litigation*, 84 F.R.D. 245 (N.D. Ill. 1979) (Will & Robson, JJ) (*see* 13 *Class Action Rep.* 472 (1990))

*In re 4th Dimension Software, Ltd. Securities Litigation*, No. 94-279 (C.D. Cal. Nov. 20, 1995 & notice dated Sept. 5, 1995)

*In re FPI/Agretech Securities Litigation*, MDL No. 763 (D. Hawaii Dec. 8, 1994)

*In re Frame Technology Securities Litigation*, No. 93-20364 (N.D. Cal. July 18, 1994) (Infante, Mg) (*see* 17 *Class Action Rep.* 533 (1994))

*In re Franklin Nat'l Bank Securities Litigation*, 1980 Fed. Sec. L. Rep. (CCH) ¶ 97,571 (E.D.N.Y.) (*see* 13 *Class Action Rep.* 458 (1990))

*In re Fuel Oil Cases, 1982-2 Trade Cases (CCH) ¶ 64,796 (M.D. Fla.) (Carr, J)* (*see 13* Class Action Rep. *494 (1990))*

*In re Gas Meters Antitrust Litigation, MDL No. 360 (E.D. Pa. Jan. 17, 1980) (Weiner, J)* (*see 13* Class Action Rep. *484 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

*In re Genentech, Inc. Securities Litigation*, No. 88-4038 (N.D. Cal. Feb. 21, 1991)

*In re General Public Utilities Securities Litigation, 1984 Fed. Sec. L. Rep. (CCH) ¶ 99,566 (D.N.J. 1983) (Sarokin, J) (*see *13* Class Action Rep. *282 (1990))*

*In re General Instrument Securities Litigation*, 2001 WL 1669375 (E.D. Pa. Dec. 28, 2001)

*In re Geographics, Inc. Securities Litigation*, No. 97-1170 (W.D. Wash. Oct. 30, 1998)

*In re Gibson Greetings Securities Litigation II*, No. 95-265 (S.D. Ohio Feb. 7, 1997)

*In re Gibraltar Financial Corp. Securities Litigation*, No. 87-07876 (C.D. Cal. Sept. 19, 1989) (Pfaelzer, J) (*see* 13 *Class Action Rep.* 318 (1990))

*In re Gillette Securities Litigation*, Nos. 88-1858, 88-1877, 88-1917, 88-2093, 88-2577 & 89-1629 (D. Mass. Mar. 30, 1994) (Keeton, J) (*see 18 Class Action Rep.* 80 (1995))

*In re Gitano Group, Inc. Securities Litigation*, No. 94-0730 (S.D.N.Y. 1995)

*In re Glassine & Greaseproof Paper Antitrust Litigation, No. 80-891 (E.D. Pa. Dec. 22, 1981) (Pollak, J) (*see *13* Class Action Rep. *482 (1990))*

*In re GNC Shareholder Litigation*, 668 F. Supp. 450 (W.D. Pa. 1987) (Ziegler, J) (*see* 13 *Class Action Rep.* 378 (1990))

*In re Goldome Securities Litigation*, No. 88-4765 (S.D.N.Y. Mar. 29, 1990) (Sprizzo, J) (*see* 13 *Class Action Rep.* 352 (1990))

*In re Gould Securities Litigation*, 727 F. Supp. 1201 (N.D. Ill. 1989), No. 86-3598 (N.D. Ill. Nov. 21, 1989) (Aspen, J) (*see* 13 *Class Action Rep.* 310 (1990))

*In re Granada Partnerships Sec. Lit.*, MDL No. 837 (S.D. Tex. Oct. 16, 1992), *as noted in In re Prudential-Bache Energy Income Partnerships Securities Litigation*, MDL No. 888 (E.D. La. Apr. 13, 1994)

*In re Greenwich Pharmaceuticals Securities Litigation*, 1995 Fed. Sec. L. Rep. (CCH) ¶ 98,744, 1995 WL 251293 at *6-*8 (E.D. Pa. Apr. 26, 1995) (Newcomer, J) (*see* 18 *Class Action Rep.* 332-333 (1996))

*In re Guilford Mills, Inc. Securities Litigation*, No. 98-7739 (S.D.N.Y. Sept. 19, 2000)

*In re Gulf Oil/Cities Service Tender Offer Litigation, 142 F.R.D. 588, 596-597 (S.D.N.Y. 1992) (Mukasey, J) (*see *15* Class Action Rep. *505 (1992))*

*In re Gulf Pension Litigation*, No. 86-4365 (S.D. Tex. Sept. 27, 1991)

*In re Gupta Corp. Securities Litigation*, No. 94-1517 (N.D. Cal. Sept. 30, 1996)

*In re Gypsum Cases, 386 F. Supp. 959 (N.D. Cal. 1974) (Zirpoli, J) (*see *13* Class Action Rep. *476 (1990))*

*In re HMO America Securities Litigation*, No. 92-3305 (N.D. Ill. July 21, 1993) (Kocoras, J) (*see 16 Class Action Rep.* 739 (1993))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Heart Technology Securities Litigation*, No. 92-986Z (W.D. Wash. Sept. 15, 1994) (Zilly, J) (*see* 18 *Class Action Rep.* 333 (1996))

*In re Hollywood Park Securities Litigation*, No. 94-6551 (C.D. Cal. Feb. 26, 1996)

*In re Home Unity Shareholder Litigation*, *No. 87-5609 (E.D. Pa. Jan. 10,1989) (Reed, J) (*see *13* Class Action Rep. *400 (1990))*

*In re Homestake Production Co. Securities Litigation*, MDL No. 153 (N.D. Okla. 1990-1996)

*In re Housecall Medical Resources Securities Litigation*, No. 96-2214 (N.D. Ga. Dec. 16, 1999)

*In re Howard Savings Bank Securities Litigation*, No. 89-5131 (D.N.J. Nov. 30, 1993) (Bassler, J) (*see* 17 *Class Action Rep.* 123 (1994))

*In re ICN Pharmaceuticals, Inc. Securities Litigation*, No. 95-128 (C.D. Cal. Feb. 24, 1998) (*see* 20 *Class Action Rep.* 295 (1999))

*In re IDB Communications Group, Inc. Securities Litigation*, No. 94-3618 (C.D. Cal. Jan. 17, 1997) (*see* 19 *Class Action Rep.* 472 (1998))

*In re IGI Securities Litigation*, No. 87-3635 (D.N.J. Dec. 19, 1989) (Brotman, J) (*see* 13 *Class Action Rep.* 460 (1990))

*In re Ikon Office Solutions, Inc. Securities Litigation*, 194 F.R.D. 166, 192-197 (E.D. Pa. 2000) (*see* 21 *Class Action Rep.* 561 (2000))

*In re Illinois Bell Telephone Link-Up II and Late Charge Litigation*, Nos. 91-930, 91-1354 & 91-12529 (Ill. Cir. Ct. Cook Co. Mar. 4, 1994) (Green, J) (*see* 17 *Class Action Rep.* 428 (1994))

*In re Immunex Securities Litigation*, 864 F. Supp. 142 (W.D. Wash. 1994)

*In re Industrial Gas Antitrust Litigation*, *No. 80-3479 (N.D. Ill. Mar. 27, 1987) (Getzendanner, J) (*see *13* Class Action Rep. *516 (1990))*

*In re Infant Formula Antitrust Litigation*, MDL No. 878 (N.D. Fla. Sept. 7, 1993) (Paul, J) (*see* 16 *Class Action Rep.* 472 (1993))

*In re Informix Corp. Securities Litigation*, No. 97-1289 (N.D. Cal. Nov. 23, 1999) (*see* 21 *Class Action Rep.* 261 (2000))

*In re Inso Corp. Securities Litigation*, No. 99-10193 (D. Mass. Sept. 14, 2000) (*see* 21 *Class Action Rep.* 683 (2000))

*In re Intelcom Group, Inc. Securities Litigation*, No. 95-1166 (D. Colo. Mar. 21, 1997)

*In re Intelligent Electronics, Inc. Securities Litigation*, 1997 WL 786984 at *2, *8-*11 (E.D. Pa. Nov. 26, 1997) (*see* 20 *Class Action Rep.* 394 (1999))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Interactive Network, Inc. Securities Litigation*, No. 95-0026 (N.D. Cal. Sept. 1, 1999) (*see* 21 *Class Action Rep.* 261 (2000))

*In re Intermec Corp. Securities Litigation*, 1992 Fed. Sec. L. Rep. (CCH) ¶ 96,858 (W.D. Wash.) (Zilly, J) ( *see* 15 *Class Action Rep.* 200 (1992))

*In re International House of Pancakes Franchise Litigation*, 1974 Trade Cases (CCH) ¶ 74,932 (W.D. Mo.), *rev'd & remanded in part sub nom Grunin v. International House of Pancakes, 513 F.2d 114 (8th Cir. 1975)* (see *13* Class Action Rep. *518 (1990))*

*In re Interspeed, Inc. Securities Litigation*, No. 00-12090 (D. Mass. July 10, 2001) (*see* 22 *Class Action Rep.* 605 (2001))

*In re Investors Funding Corp. of N.Y. Securities Litigation, 1981 Fed. Sec. L. Rep. (CCH) ¶ 97,918 (S.D.N.Y.), 562 F. Supp. 519 (S.D.N.Y. 1983) (Conner, J)* (see *13* Class Action Rep. *316 (1990))*

*In re Iomega Securities Litigation*, 1987 Fed. Sec. L. Rep. (CCH) ¶ 93,542 at 97,433-97,435 (D. Conn.) (Cabranes, J) (*see* 13 *Class Action Rep.* 452 (1990))

*In re Itel Securities Litigation, No. 79-2168A (N.D. Cal. 1983)* (see *13* Class Action Rep. *446 (1990))*

*In re ITT Securities Litigation, No. 84-432 (D. Del. Apr. 27, 1989) (Longobardi, J)* (see *13* Class Action Rep. *322 (1990))*

*In re iTurf, Inc. Shareholders Litigation*, No. 18242 (Del. Ch. New Castle Co. Apr. 8, 2002) (*see* 23 *Class Action Rep.* 458 (2002))

*In re JDN Realty Corp. Securities Litigation*, No. 00-396 (N.D. Ga. Nov. 15, 2001) (*see* 22 *Class Action Rep.* 959 (2001))

*In re Jenny Craig Securities Litigation*, No. 92-845 (S.D. Cal. June 19, 1995)

*In re Johnson, No. 74-316-A (Bankr. E.D. Va. Dec. 12, 1989) (Bostetter, J)* (see *13* Class Action Rep. *386 (1990))*

*In re JWP, Inc. Securities Litigation*, No. 92-5815 (S.D.N.Y. Jan. 24, 1997)

*In re King Resources Co. Securities Litigation*, 420 F. Supp. 610 (D. Colo. 1976) (Finesilver, J) (*see* 13 *Class Action Rep.* 436 (1990))

*In re Kmart Corp. Securities Litigation*, No. 95-75584 (E.D. Mich. Oct. 30, 1998)

*In re Laidlaw Securities Litigation*, 1992 WL 236899 (E.D. Pa. Sept. 15, 1992) (Bechtle, J) (*see* 16 *Class Action Rep.* 83 (1993))

*In re Laser Technology, Inc. Securities Litigation*, No. 99-266 (D. Colo. Oct. 19, 2000)

*In re Lease Oil Antitrust Litigation (No. II)*, 186 F.R.D. 403, 443-449 (S.D. Tex. 1999)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Leasing Solutions, Inc. Securities Litigation*, No. 98-4366 (N.D. Cal. Feb. 28, 2000) (*see* 22 *Class Action Rep.* 405 (2001))

*In re Legato Sys., Inc. Securities Litigation*, No. 00-20111 (N.D. Cal. July 31, 2002) (*see* 23 *Class Action Rep.* 627 (2002))

*In re Lifescan, Inc. Consumer Litigation*, No. 98-20321 (N.D. Cal. Mar. 18, 2002) (*see* 23 *Class Action Rep.* 625 (2002))

*In re Lomas Financial Corp. Securities Litigation*, No. 3-89-1962 (N.D. Tex. Jan. 28, 1992) (Fish, J) (*see* 16 *Class Action Rep.* 351 (1993))

*In re Lotus Development Corp. Securities Litigation*, No. 94-11279 (D. Mass. July 10, 1998) (*see* 20 *Class Action Rep.* 396 (1999))

*In re Louisiana-Pacific Corp. Securities Litigation*, No. 95-707 (D. Ore. Feb. 12, 1997)

*In re Magic Marker Securities Litigation, 1979 Fed. Sec. L. Rep. (CCH) ¶ 97,116 (E.D. Pa.) (Luongo, J) (* see *13* Class Action Rep. *392 (1990))*

*In re Maltol Antitrust Litigation*, Nos. 99-5931 & 99-9237 (S.D.N.Y. Aug. 23, 2001) (*see* 22 *Class Action Rep.* 799 (2001))

*In re Manugistics Group, Inc.*, No. 98-1881 (D. Md. Oct. 13, 2000) (*see* 22 *Class Action Rep.* 261 (2001))

*In re Marion Merrell Dow Securities Litigation*, 965 F. Supp. 25 (W.D. Mo. 1997)

*In re Master Key Antitrust Litigation*, 1978-1 Trade Cases (CCH) ¶ 61,887 (D. Conn. 1977) (Blumenfeld, J) (*see* 13 *Class Action Rep.* 482 (1990))

*In re McDonnell Douglas Equipment Leasing Securities Litigation*, 842 F. Supp. 733 (S.D.N.Y. 1994)

*In re MCI Non-Subscriber Tel. Rates Litigation*, MDL No. 1275 (S.D. Ill. Apr. 19, 2001)

*In re MCI Worldcom, Inc. Securities Litigation*, No. 99-3136 (E.D.N.Y. Oct. 16, 2001) (*see* 22 *Class Action Rep.* 959 (2001))

*In re MDC Holdings Securities Litigation*, 1990 Fed. Sec. L. Rep. (CCH) ¶ 95,474 (S.D. Cal.) (McCue, Mg.) (*see* 13 *Class Action Rep.* 448 (1990))

*In re Medeva Securities Litigation*, No. 93-4376 (C.D. Cal. Mar. 25, 1996)

*In re Media Vision Technology Securities Litigation*, No. 94-1015 (N.D. Cal. Mar. 17, 1998)

*In re Medical Care America, Inc. Securities Litigation*, No. 92-1996 (N.D. Tex. Apr. 26, 1996) (Robinson, J) (*see* 19 *Class Action Rep.* 66 (1997))

*In re Medical X-Ray Film Antitrust Litigation*, 1998-2 Trade Cas. (CCH) ¶ 72,305, 1998 WL 661515 at *6-*8 (E.D.N.Y.) (*see* 20 *Class Action Rep.* 638 (1999))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Medimmune, Inc. Securities Litigation*, No. 93-3980 (D. Md. May 6, 1996) (Messitte, J) (*see* 19 *Class Action Rep.* 67 (1997))

*In re Mego Fin. Corp. Securities Litigation*, No. 9-95-01082 (D. Nev. Oct. 19, 1998), *aff'd*, 213 F.3d 454, 463 (9th Cir. 2000) (*see* 20 *Class Action Rep.* 396 (1999))

*In re Melridge, Inc. Securities Litigation*, No. 87-1426 (D. Or. Mar. 19, 1992), No. 87-1426 (D. Or. Nov. 1, 1993), 154 F.R.D. 260 (D. Or. 1994), No. 87-1426 (D. Or. Apr. 15, 1996) (*see* 19 *Class Action Rep.* 65-66 (1997))

*In re Meridian Securities Litigation*, No. 90-6211 (E.D. Pa. Jan. 8, 1993) (Cahn, J) (*see* 16 *Class Action Rep.* 352 (1993))

*In re Methionine Antitrust Litigation*, No. 99-3491, MDL No. 00-1311 (N.D. Cal. Oct. 3, 2002)

*In re Metro Mobile CTS, Inc. Shareholders Litigation*, No. 12300 (Del. Ch. New Castle Co. Aug. 18, 1993) (Berger, J) (*see* 17 *Class Action Rep.* 122 (1994))

*In re Michael Milken & Assocs. Securities Litigation*, 835 F. Supp. 147 (S.D.N.Y. 1993)

*In re Microcom, Inc. Securities Litigation*, No. 90-11504 (D. Mass. June 21, 1993) (Harrington, J) (*see* 17 *Class Action Rep.* 664 (1994))

*In re Micropro Securities Litigation*, No. 85-7428 (N.D. Cal. Oct. 28, 1988) (Lynch, J) (*see* 13 *Class Action Rep.* 296 (1990))

*In re MicroStrategy, Inc. Securities Litigation*, 172 F. Supp. 2d 778 (E.D. Va. 2001) (*see* 23 *Class Action Rep.* 117 (2002))

*In re Middle South Utilities Securities Litigation*, 1991 WL 275769 (E.D. La. Dec. 17, 1991)

*In re Midlantic Corp. Shareholder Litigation*, No. 90-1275 (D.N.J. June 6, 1995) (Debevoise, J) (*see* 18 *Class Action Rep.* 536 (1996))

*In re Molten Metal Technology, Inc. Securities Litigation*, Nos. 97-10325 & 98-10161 (D. Mass. Aug. 6, 2001) (*see* 22 *Class Action Rep.* 605 (2001))

*In re Morrison Knudsen Securities Litigation*, No. 94-334 (D. Idaho Dec. 1, 1995)

*In re MTI Technology Corp. Securities Litigation*, No. 98-6975 (C.D. Cal. Nov. 30, 1999) (21 *Class Action Rep.* 262 (2000))

*In re Mutual Savings Bank Securities Litigation*, No. 95-71590 (E.D. Mich. July 27, 1998) (*see* 20 *Class Action Rep.* 295 (1999))

*In re Nanophase Technologies Corp. Litigation*, No. 98-3450 (N.D. Ill. Mar. 27, 2001) (*see* 22 *Class Action Rep.* 261 (2001))

*In re NASDAQ Market-Makers Antitrust Litigation*, 187 F.R.D. 465 (S.D.N.Y. 1998) (*see* 20 *Class Action*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Rep.* 530 (1999))

*In re National Auto Credit, Inc. Securities Litigation*, No. 98-0264 (N.D. Ohio Nov. 28, 2000) (*see* 22 *Class Action Rep.* 95 (2001))

*In re National Auto Finance Co. Securities Litigation*, No. 98-8767 (S.D. Fla. Aug. 16, 2002) (*see* 23 *Class Action Rep.* 786 (2002))

*In re National Data Corp. Shareholder Litigation*, No. 90-1037 (N.D. Ga. Jan. 7, 1994) (Carnes, J) (*see* 16 *Class Action Rep.* 738 (1993))

*In re National Education Corp. Securities Litigation, No. 89-405 (C.D. Cal. Aug. 13, 1990) (Stotler, J) (*see 13 Class Action Rep. *452 (1990))*

*In re National Health Laboratories Securities Litigation*, Nos. 92-1949 & 93-1694 (S.D. Cal. Aug. 15, 1995) (Brooks, Mg) (*see* 19 *Class Action Rep.* 64-65 (1997))

*In re National Media Securities Litigation*, No. 93-2977 (E.D. Pa. June 28, 1995) (Padova, J) (*see* 19 *Class Action Rep.* 67 (1997))

*In re NationsMart Corp. Securities Litigation*, No. 94-2182 (E.D. Mo. May 3, 1999)

*In re Navigant Consulting, Inc. Securities Litigation*, No. 99-7617 (N.D. Ill. Mar. 22, 2001) (*see* 22 *Class Action Rep.* 405 (2001))

*In re NeoRx Securities Litigation*, No. 94-777 (W.D. Wash. Sept. 14, 1995) (Coughenour, J) (*see* 18 *Class Action Rep.* 334 (1996))

*In re Neoware Sys., Inc. Securities Litigation*, 2000 WL 1100871 at *2-*4 (E.D. Pa. July 27, 2000) (*see* 21 *Class Action Rep.* 562 (2000))

*In re Network Assocs., Inc. Securities Litigation*, No. 99-01729 (N.D. Cal. May 21, 2001, May 23, 2001, & June 15, 2001), *appeal dismissed sub nom. Knisley v. Network Assocs., Inc., 312 F.3d 1123 (9th Cir. 2002) (*see 24 Class Action Rep. *124 (2003))*

*In re NetWorth, Inc. Securities Litigation*, No. 3-93-0747 (N.D. Tex. Dec. 14, 1994) (Buchmeyer, J) (*see* 18 *Class Action Rep.* 185 (1995))

*In re Newbridge Networks Securities Litigation*, 1998 Fed. Sec. L. Rep. (CCH) ¶ 90,319, 1998 WL 765724 at *2 (D.D.C. Oct. 22, 1998)

*In re New Image Indus. Securities Litigation*, No. 94-6590 (C.D. Cal. Apr. 25, 1997)

*In re New York City Municipal Securities Litigation, 1984 Fed. Sec. L. Rep. (CCH) ¶ 91,419 (S.D.N.Y.) (Owen, J) (*see 13 Class Action Rep. *298 (1990))*

*In re New York City Shoes Securities Litigation*, 1989 WL 60417 (E.D. Pa. June 6, 1989) (Newcomer, J) ( *see* 13 *Class Action Rep.* 384 (1990))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re NextLevel Sys., Inc. Securities Litigation*, No. 97-7362 (N.D. Ill. Mar. 14, 2001) (*see* 22 *Class Action Rep.* 406 (2001))

*In re Nordstrom Securities Litigation*, No. 90-295 (W.D. Wash. Nov. 1 1991) (Coughenour, J) (*see* 14 *Class Action Rep.* 375 (1991))

*In re North American Philips Stockholders' Litigation*, 1987 WL 28434 (Del. Ch. New Castle Co. Dec. 16, 1987), 1988 WL 3011 (Del. Ch. New Castle Co. Jan. 13, 1988)

*In re NovaCare Securities Litigation*, No. 94-5808 (E.D. Pa. Oct. 13, 1995 & notice dated July 5, 1995)

In re NTN Communications II Securities Litigation, No. 95-0505 (S.D. Cal. Feb. 23 & Aug. 28, 1998)

*In re Nucorp Energy Corp. Securities Litigation*, MDL 514 (S.D. Cal. Jan. 18, 1989)

*In re Number Nine Visual Technology Corp. Securities Litigation*, No. 96-11207 (D. Mass. Feb. 6, 2001)

*In re Numerex Corp. Securities Litigation*, No. 95-4378 (E.D. Pa. Mar. 3, 1997) (*see* 20 *Class Action Rep.* 298 (1999))

*In re NutraMax Products, Inc. Securities Litigation*, No. 00-10861 (D. Mass. Jan. 14, 2002) (*see* 23 *Class Action Rep.* 310 (2002))

*In re Nuveen Fund Litigation*, No. 94-360 (N.D. Ill. June 3, 1997)

*In re Oak Industries Securities Litigation*, Nos. 83-0537 & 85-0906 (S.D. Cal. Aug. 29, 1986) (McCue, Mg.) (*see* 13 *Class Action Rep.* 276 (1990))

*In re Olsten Corp. Securities Litig.*, No. 97-5056 (E.D.N.Y. Aug. 31, 2001)

*In re Olympic Financial Securities Litigation*, No. 97-496 (D. Minn. Oct. 5, 2001) (*see* 22 *Class Action Rep.* 959 (2001))

*In re On-Point Technology Sys., Inc. Securities Litigation*, No. 00-812 (S.D. Cal. Oct. 1, 2001) (*see* 22 *Class Action Rep.* 959 (2001))

*In re Oracle Securities Litigation*, 852 F. Supp. 1437, 1449-1458 (N.D. Cal. 1994) (Walker, J) (*see* 17 *Class Action Rep.* 423 (1994))

*In re Orbital Sciences Corp. Securities Litigation*, No. 99-197 (E.D. Va. Dec. 13, 2000) (*see also* **Martin v. KPMG, LLP**, *No. 00-2086 (E.D. Va. Mar. 30, 2001)*) (see 22 Class Action Rep. *406 (2001)*)

*In re Orfa Securities Litigation, No. 86-1121 (D.N.J. Mar. 3, 1989) (Brotman, J) (*see 13 Class Action Rep. 374 (1990)*)

*In re Orthopedic Bone Screw Products Liability Litigation*, 2000 WL 1622741 (E.D. Pa. Oct. 23, 2000)

*In re O'Sullivan Industries Holdings, Inc. Securities Litigation*, No. 94-5047 (W.D. Mo. July 8, 1996)

*In re Pacific Enterprises Securities Litigation*, Nos. 92-0841 & 93-2934 (C.D. Cal. May 5, 1994) (Letts, J),

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*aff'd*, 47 F.3d 373 (9th Cir. 1995)

*In re PaineWebber Securities Litigation*, 1994 WL 416020 (S.D.N.Y. Aug. 5, 1994), Nos. 86-6776 & 87-4296 (S.D.N.Y. Feb. 6, 1997)

*In re PaineWebber L.P. Litigation*, 999 F. Supp. 719 (S.D.N.Y. 1998) [No. 94-8547]

*In re Painted Aluminum Products Antitrust Litigation*, No. 95-6557 (E.D. Pa. Oct. 1, 1998) (*see* 20 *Class Action Rep.* 387 (1999))

*In re Paracelsus Corp. Securities Litigation*, No. 96-3464 (S.D. Tex. July 22, 1999)

*In re Penn Central Securities Litigation*, 416 F. Supp. 907 (E.D. Pa. 1976) (Lord, J) (*see* 13 *Class Action Rep.* 340 (1990))

*In re PennCorp Fin. Group, Inc. Securities Litigation*, No. 98-5998 (S.D.N.Y. Apr. 18, 2001) (*see* 22 *Class Action Rep.* 406 (2001))

*In re PEPCO Employment Litigation*, No. 86-603 (D.D.C. June 8, 1993) (*see* 16 *Class Action Rep.* 583 (1993))

*In re People Express Securities Litigation*, *No. 86-2497 (D.N.J. Apr. 28, 1989)* (*see* *13* Class Action Rep. *318 (1990))*

*In re Pepsico Securities Litigation*, *No. 82-8403 (S.D.N.Y. Apr. 29, 1985)* (*see* *13* Class Action Rep. *282 (1990))*

*In re Perseptive Biosystems, Inc. Securities Litigation*, No. 94-12575 (D. Mass. Aug. 1, 1995) (*see* 18 *Class Action Rep.* 332 (1996))

*In re Petro-Lewis Securities Litigation*, *No. 84-326 (D. Colo. Jan. 23, 1985) (Carrigan, J)* (*see* *13* Class Action Rep. *266 (1990))*

*In re Pharmaceuticals, Inc. Securities Litigation*, No. 95-128 (C.D. Cal. Feb. 24, 1998)

*In re PictureTel Corp. Securities Litigation*, No. 97-12135 (D. Mass. Nov. 4, 1999) (*see* 21 *Class Action Rep.* 262 (2000))

*In re Piper Funds, Inc. Institutional Government Income Portfolio Litigation*, No. 3-94-587 (D. Minn. Dec. 14, 1995)

*In re Pizza Time Theatre Securities Litigation*, No. 84-20048 (N.D. Cal. June 30, 1989) (Aguilar, J) (*see* 13 *Class Action Rep.* 294 (1990))

*In re Plastic Cutlery Antitrust Litigation*, No. 96-728 (E.D. Pa. Mar. 1, 2000) (*see* 21 *Class Action Rep.* 424 (2000))

*In re Plastic Tableware Antitrust Litigation*, 1995-2 Trade Cas. (CCH) ¶ 71,192, 1995 WL 723175 (E.D. Pa. Dec. 4, 1995) (Huyett, J) (*see* 19 *Class Action Rep.* 68 (1997))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re PLC Sys., Inc. Securities Litigation*, No. 97-11737 (D. Mass. Feb. 9, 2001) (*see* 22 *Class Action Rep.* 959 (2001))

*In re Plumbing Fixtures Antitrust Litigation--Builder-Owner Class--Lindy Bros. Builders, Inc. of Philadelphia v. American Radiator & Standard Sanitary Corp., 487 F.2d 161 (3d Cir. 1973),* on remand, *382 F. Supp. 999 (E.D. Pa. 1974),* vacated & remanded, *540 F.2d 102 (3d Cir. 1976) (en banc)* (see *13* Class Action Rep. *480 (1990))*

*In re Plywood Antitrust Litigation, MDL No. 159 (E.D. La. Apr. 29, 1983) (Pointer, J)* (see *13* Class Action Rep. *514 (1990))*

*In re PNC Securities Litigation*, No. 90-592 (W.D. Pa. Dec. 6, 1993) (Diamond, J) (*see* 17 *Class Action Rep.* 123 (1994))

*In re Policy Management Systems Corp.*, Nos. 93-0807 & 94-1150 (D.S.C. May 26, 1995)

*In re Positive Response Television Securities Litigation*, No. 95-2892 (C.D. Cal. May 5, 1998)

*In re Premiere Technologies, Inc. Securities Litigation*, No. 98-1804 (N.D. Ga. July 31, 2002) (*see* 23 *Class Action Rep.* 627 (2002))

*In re Prime Motor Inns Shareholders Litigation*, No. 90-87 (D.N.J. Feb. 3, 1993)

*In re Prins Recycling Securities Litigation*, No. 96-2444 (D.N.J. June 2, 2000) (21 *Class Action Rep.* 562 (2000))

*In re Private Civil Treble Damage Actions Against Certain Snack Food Cos., No. 71-2007 (C.D. Cal. 1978) (*see *13* Class Action Rep. *520 (1990))*

*In re Procter & Gamble Co. Securities Litigation*, No. 00-190 (S.D. Ohio Dec. 20, 2001) (*see* 23 *Class Action Rep.* 311 (2002))

*In re Procyte Securities Litigation*, No. 94-1557 (W.D. Wash. Sept. 12, 1996) (*see* 20 *Class Action Rep.* 296 (1999))

*In re Provincetown-Boston Airline Securities Litigation*, MDL No. 669 (S.D.N.Y. Aug. 17, 1989) (Stewart, J) (*see* 13 *Class Action Rep.* 376 (1990))

*In re Proxima Corp. Securities Litigation*, No. 93-1139-J (S.D. Cal. Sept. 28, 1995) (Jones, J) (*see* 18 *Class Action Rep.* 333-334 (1996))

*In re Prudential Securities, Inc. L.P. Litigation*, 912 F. Supp. 97 (S.D.N.Y. 1996), 985 F. Supp. 410 (S.D.N.Y. 1997)

*In re Prudential-Bache Energy Income Partnerships Securities Litigation*, 1994 WL 86682 (E.D. La. Mar. 7, 1994), 1994 WL 150742 (E.D. La. Apr. 13, 1994), 1994 WL 202394 (E.D. La. May 18, 1994) (*see* 17 *Class Action Rep.* 324 (1994))

*In re PS Group, Inc. Securities Litigation*, No. 93-2046 (C.D. Ill. Oct. 25, 1995)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Public Service Co. of Indiana Securities Litigation*, 125 F.R.D. 480 (S.D. Ind. 1988) (*see* 13 *Class Action Rep.* 284 (1990))

*In re Public Service Co. of New Mexico Class & Derivative Actions*, 1992 Fed. Sec. L. Rep. (CCH) ¶ 96,988 at 94,294 (S.D. Cal.)

*In re Quantum Health Resources, Inc. Securities Litigation*, 1997 WL 101563 (C.D. Cal. Mar. 5, 1997)

*In re Quintel Entertainment, Inc. Securities Litigation*, No. 98-3163 (S.D.N.Y. Sept. 21, 2001) (*see* 22 *Class Action Rep.* 960 (2001))

*In re Quorum Securities Litigation*, No. 98-1004 (M.D. Tenn. Aug. 14, 2002) (*see* 23 *Class Action Rep.* 786 (2002))

*In re Ramada Stockholder Litigation*, *No. 81-456 (D. Del. Oct. 5, 1984) (Stapleton, J) (*see* 13 Class Action Rep. *340 (1990))*

*In re Ramtek Securities Litigation*, No. 88-20195 JW (N.D. Cal. Apr. 20, 1992) (*see* 16 *Class Action Rep.* 85 (1993))

*In re RasterOps Corp. Securities Litigation*, Nos. 92-20349 & 93-20115 (N.D. Cal. Aug. 28, 1995) (*see* 18 *Class Action Rep.* 332 (1996))

*In re Records & Tape Antitrust Litigation*, *No. 82-7589 (N.D. Ill. Dec. 5, 1986) (*see* 13 Class Action Rep. *516 (1990))*

*In re Residential Doors Antitrust Litigation*, 1997-1 Trade Cas. (CCH) ¶ 71,681, 1996 WL 751550 at *9-*11 (E.D. Pa. Dec. 31, 1996)

*In re Retix Securities Litigation*, No. 93-1683 (C.D. Cal. July 13, 1994) (Letts, J) (*see* 17 *Class Action Rep.* 532 (1994))

*In re Revco Securities Litigation*, 1992 Fed. Sec. L. Rep. (CCH) ¶ 96,956 (N.D. Ohio) (Aldrick, J), 1993 WL 497208 (N.D. Ohio Sept. 14, 1993), *modified*, 1993 Fed. Sec. L. Rep. (CCH) ¶ 97,810 (N.D. Ohio) (Thomas, J) (*see* 16 *Class Action Rep.* 576 (1993))

*In re Rio Hair Naturalizer Prods. Liability Litigation*, 1996 WL 780512 (E.D. Mich. Dec. 20, 1996) (Rosen, J)

*In re RISCORP, Inc. Securities Litigation*, No. 96-2374 (M.D. Fla. Apr. 16, 1999)

*In re Rite Aid Corp. Securities Litigation*, 146 F. Supp. 2d 706 (E.D. Pa. 2001)

*In re RJR Nabisco, Inc. Securities Litigation*, 1992 Fed. Sec. L. Rep. (CCH) ¶ 96,984 (S.D.N.Y.) (Mukasey, J) (*see* 15 *Class Action Rep.* 299 (1992))

*In re Rohr Shareholder and Securities Litigation*, No. 89-1699 (S.D. Cal. Aug. 23, 1993) (Gonzalez, Mg) ( *see* 17 *Class Action Rep.* 125 (1994))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Ross Cosmetics Securities Litigation*, No. 92-1706 (D.S.C. Dec. 15, 1993) (Anderson, J) (*see* 17 *Class Action Rep.* 122 (1994))

*In re Ross Sys. Securities Litigation*, No. 94-0017 (N.D. Cal. Dec. 15, 1995)

*In re Safety Components, Inc. Securities Litigation*, 166 F. Supp. 2d 72 (D.N.J. 2001)

*In re Sahlen & Asssocs., Inc. Securities Litigation*, No. 89-6308 (S.D. Fla. June 20, 1994) (Gonzalez, J) (*see* 17 *Class Action Rep.* 425 (1994))

*In re Salomon Bros. Treasury Litigation*, No. 91 Civ. 5471 (S.D.N.Y. July 26 & Aug. 5, 1994) (Patterson, J) (*see* 17 *Class Action Rep.* 324 (1994))

*In re Salomon, Inc. Securities Litigation*, No. 91-5442 (S.D.N.Y. June 15, 1994) (Patterson, J) (*see* 17 *Class Action Rep.* 423 (1994))

*In re Sapiens Securities Litigation*, No. 94-3315 (S.D.N.Y. Nov. 26, 1996)

*In re Savin Corp. Securities Litigation*, No. B-85-617 (D. Conn. Sept. 8, 1994) (Nevas, J) (*see* 18 *Class Action Rep.* 333 (1996))

*In re Savings Investment Service Corp. Loan Commitment Litigation*, 1990 Fed. Sec. L. Rep. (CCH) ¶ 94,997 (W.D. Okla.) (Weiner, J) (*see* 13 *Class Action Rep.* 312 (1990))

*In re SCB Computer Technology Securities Litigation*, No. 00-2343 (W.D. Tenn. Mar. 15, 2002) (*see* 23 *Class Action Rep.* 311 (2002))

*In re Schick Technologies, Inc. Securities Litigation*, No. 98-7802 (E.D.N.Y. Feb. 12, 2002) (*see* 23 *Class Action Rep.* 311 (2002))

*In re Schulman Securities Litigation*, *MDL No. 753 (C.D. Cal. July 27, 1989) (Hauk, J)* (see *13* Class Action Rep. *274 (1990))*

*In re Scientific Control Corp. Securities Litigation*, 80 F.R.D. 237 (S.D.N.Y. 1978) (Brieant, J) (*see* 13 *Class Action Rep.* 388 (1990))

*In re SCT Securities Litigation*, 1986 WL 10552 (E.D. Pa. Sept. 19, 1986) (Green, J) (*see* 13 *Class Action Rep.* 300 (1990))

*In re Sea Containers, Ltd. Securities Litigation*, *Nos. 89-930, 89-1194, 89-1601, 89-1917 & 89-2750 (D.D.C. Oct. 31, 1990) (Penn, J)* (see *13* Class Action Rep. *378 (1990))*

*In re Sears, Roebuck & Co. Securities Litigation*, No. 97-2567 (N.D. Ill. Aug. 10, 1998)

*In re Sequoia Systems, Inc. Securities Litigation*, 1993 Fed. Sec. L. Rep. (CCH) ¶ 98,089 (D. Mass.) (Woodlock, J) (*see* 17 *Class Action Rep.* 123 (1994))

*In re Shared Medical Systems Corp. Securities Litigation*, No. 87-5601 (E.D. Pa. Mar. 22, 1989) (Gawthrop, J) (*see* 13 *Class Action Rep.* 344 (1990))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re Shell Oil Refinery*, 155 F.R.D. 552 (E.D. La. 1993) (Mentz, J) (*see* 17 *Class Action Rep.* 667 (1994))

*In re Shopping.com, Inc. Securities Litigation*, No. 98-3255 (C.D. Cal. Feb. 12, 2001)

*In re Sirrom Capital Corp. Securities Litigation*, No. 98-0643 (M.D. Tenn. Feb. 4, 2000) (*see* 21 *Class Action Rep.* 427 (2000))

*In re SmithKline Beckman Corp. Securities Litigation*, 751 F. Supp. 525, 531-535 (E.D. Pa. 1990) (Broderick, J) (*see* 13 *Class Action Rep.* 436 (1990))

*In re SmithKline/Beecham Shareholder Litigation*, No. 2303 (Pa. Ct. C.P. Philadelphia Co. May 22, 1990) (Kremer, J)

*In re Software AG Sys., Inc. Securities Litigation*, No. 99-496 (E.D. Va. Sept. 8, 2000) (*see* 21 *Class Action Rep.* 821 (2000))

*In re Sorbates Direct Purchaser Antitrust Litigation*, No. 98-4886 (N.D. Cal. Nov. 20, 2000) (*see* 22 *Class Action Rep.* 90 (2001))

*In re Sound Advice, Inc. Securities Litigation*, No. 92-6457 (S.D. Fla. Mar. 25, 1994) (Ungaro-Benages, J) (*see* 17 *Class Action Rep.* 327 (1994))

*In re Southeast Banking Corp. Securities Litigation*, No. 90-0760 (S.D. Fla. Nov. 23, 1993) (Moore, J) (*see* 17 *Class Action Rep.* 218 (1994))

*In re Spectrian Corp. Securities Litigation*, No. 97-4672 (N.D. Cal. Oct. 20, 2000)

*In re Standard Microsystems Securities Litigation*, No. 95-2266 (E.D.N.Y. Jan. 28, 1998)

*In re Standard Oil Company/British Petroleum Litigation*, No. 126760 (Ohio Ct. C.P. Cuyahoga Co. July 2, 1987)

*In re State Police Litigation*, No. 89-606 (D. Conn. Dec. 2, 1999) (*see* 21 *Class Action Rep.* 682 (2000))

*In re Storage Technology Securities Litigation*, No. 92-B-750 (D. Colo. Dec. 1. 1995), Nos. 92-750 & 92-1059 (D. Colo. Dec. 12, 1995) (*see* 18 *Class Action Rep.* 536 (1996))

*In re Stratosphere Corp. Securities Litigation*, No. 96-708 (D. Nev. Dec. 6, 2000)

*In re Structural Dynamics Research Corp.*, No. 94-630 (S.D. Ohio Mar. 22, 1996)

*In re Sugar Industry Antitrust Litigation--Eastern Cases*, MDL No. 201A (E.D. Pa. 1980) (Cahn, J) (see 13 Class Action Rep. *516 (1990))*

*In re Sugar Industry Antitrust Litigation--Western Cases*, MDL No. 201 (N.D. Cal. May 12, 1978) (Boldt, J), MDL No. 201 (N.D. Cal. Nov. 28, 1979) (Cahn, J) (*see 13* Class Action Rep. *514 (1990))*

*In re Sulcus Computer Corp. Securities Litigation*, No. 92-1165 (W.D. Pa. Sept. 16, 1994) (Standish, J) (*see* 17 *Class Action Rep.* 491 (1994))

© 2010 Thomson Reuters. No Claim to Orig. U.S. Gov. Works.

*In re Sumitomo Copper Litigation*, 74 F. Supp. 2d 393 (S.D.N.Y. 1999), 146 F. Supp. 2d 436 (S.D.N.Y. 2001)

*In re Summit Technology Securities Litigation*, No. 96-11589 (D. Mass. Apr. 25, 2001)

*In re Sunbeam Securities Litigation*, 176 F. Supp. 2d 1323, 1332-1337 (S.D. Fla. 2001), No. 98-8258 (S.D. Fla. Jan. 25, 2002), No. 98-8258 (S.D. Fla. Aug. 9, 2002) (*see* 23 *Class Action Rep.* 786 (2002))

*In re Sun Microsystems, Inc. Securities Litigation*, No. 89-20351 (N.D. Cal. June, 1993), *as noted in L.A. Daily J.*, June 7, 1993, at 3 (Whyte, J) (*see* 16 *Class Action Rep.* 472 (1993))

*In re Sunrise Technologies Securities Litigation*, No. 92-0948 (N.D. Cal. Apr. 18, 1994) (Henderson, J) (*see* 17 *Class Action Rep.* 327 (1994))

*In re Surgical Laser Technologies Securities Litigation*, 1992 WL 328809 (E.D. Pa. Oct. 30, 1992) (Ditter, J) (*see* 15 *Class Action Rep.* 592 (1992))

*In re Sybase, Inc. Securities Litigation*, No. 95-1144 (N.D. Cal. June 13, 2000)

*In re Sybase, Inc. II Securities Litigation*, No. 98-252 (N.D. Cal. Sept. 29, 2000)

*In re Synergen, Inc. Securities Litigation*, No. 93-402 (D. Colo. Mar. 10, 1995) (Babcock, J) (*see* 18 *Class Action Rep.* 332 (1996))

*In re Synthroid Marketing Litigation,* 201 F. Supp. 2d 861 (N.D. Ill. 2002), *aff'd in part, vacated in part & remanded*, 2003 WL 1873816 (7th Cir. Apr. 15, 2003) (*note*: Due to time constraints, the Fee Study does not reflect the Seventh Circuit's recent decision in which it enhanced Consumer Counsel's fee award from about $14.6 million (including interest and costs) to about $17.52 million (plus interest and costs). Including these additional fees would not have substantially affected the overall averages in our Study).

*In re Tambrands, Inc. Securities Litigation*, No. 93-2872 (S.D.N.Y. Nov. 17, 1995) (Brieant, J) (*see* 18 *Class Action Rep.* 536 (1996))

*In re TCW/DW North American Government Income Trust Securities Litigation*, No. 95-0167 (S.D.N.Y. Apr. 26, 2000) (*see* 21 *Class Action Rep.* 683 (2000))

*In re Tel-Save Securities Litigation*, No. 98-3145 (E.D. Pa. Nov. 9, 2001) (*see* 22 *Class Action Rep.* 961 (2001))

*In re Terra-Drill Partnerships Securities Litigation*, 733 F. Supp. 1127 (S.D. Tex. 1990) (*Pollack, J) (*see 13 Class Action Rep. 294 (1990))

*In re The Children's Place Retail Store, Inc. Securities Litigation*, No. 97-5021 (D.N.J. May 23, 2000) (*see* 21 *Class Action Rep.* 426 (2000))

*In re The Chubb Corp. Drought Ins. Litigation*, MDL No. 782 (S.D. Ohio Dec. 12, 1988)

*In re The Coca-Cola Co. Apple Juice Consumer Litigation*, No. E-47054 (Ga. Super. Ct. Fulton Co. May 4, 1998) (*see* 19 *Class Action Rep.* 597 (1998))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re The WellCare Management Group, Inc. Securities Litigation*, No. 96-0521 (N.D.N.Y. Jan. 31, 2000)

*In re Thortec Int'l Securities Litigation*, No. 88-2470 (N.D. Cal. Aug. 15, 1989) (Smith, J) (*see* 13 *Class Action Rep.* 446 (1990))

*In re 3Com Securities Litigation*, No. 97-21083 (N.D. Cal. Mar. 9, 2001)

*In re 3Com Securities Litigation*, No. 89-20480 (N.D. Cal. Oct. 18, 1993) (Ingram, J) (*see* 16 *Class Action Rep.* 738 (1993))

*In re 3DO Securities Litigation*, No. 94-1820 (N.D. Cal. Apr. 18, 1997)

*In re Time Warner, Inc. Securities Litigation*, No. 91-4081 (S.D.N.Y. Nov. 10, 1994)

*In re Total Renal Care Securities Litigation*, No. 99-1745 (C.D. Cal. Oct. 16, 2000) (*see* 21 *Class Action Rep.* 821 (2000))

*In re Toys "R" Us Antitrust Litigation*, 191 F.R.D. 347 (E.D.N.Y. 2000)

*In re TransOcean Tender Offer Securities Litigation, MDL No. 223 (N.D. Ill. Sept. 29, 1979) (Will, J) (*see* 13 Class Action Rep. *284 (1990))*

*In re Travel Agency Commission Antitrust Litigation*, 953 F. Supp. 280 (D. Minn. 1997)

*In re Triangle Industries, Inc. Shareholders Litigation*, No. 10,466 (Del. Ch. New Castle Co. Mar. 15, 1990) (Hartnett, V.C.) (*see* 13 *Class Action Rep.* 426 (1990))

*In re Trilogy Securities Litigation, No. 84-20617 (N.D. Cal. Mar. 14, 1986) (Aguilar, J) (*see* 13 Class Action Rep. *320 (1990))*

*In re Trimble Navigation Securities Litigation*, No. 98-20441 (N.D. Cal. Sept. 23, 1999) (*see* 21 *Class Action Rep.* 262 (2000))

*In re Triton Energy Corp. Securities Litigation*, No. 92-1068 (N.D. Tex. Mar. 7, 1994)

*In re TSO Financial Litigation*, Nos. 87-7903, 7961, 8142 & 8302 (E.D. Pa. July 17, 1989), Nos. 87-7903, 7961, 8142 & 8302 (E.D. Pa. Aug. 7, 1989) (Broderick, J) (*see* 13 *Class Action Rep.* 364 (1990))

*In re Tucson Elec. Co. Securities Litigation*, 1992 WL 64520 (D. Ariz. Feb. 20, 1992) (Copple, J), *aff'd sub nom. Torrisi v. Tucson Elec. Power Co., 8 F.3d 1370, 1379 (9th Cir. 1993) (Thompson, J)*

*In re Twinlab Corp. Securities Litigation*, 187 F. Supp. 2d 80, 84-89 (E.D.N.Y. 2002) (*see* 23 *Class Action Rep.* 311 (2002))

*In re UCAR International, Inc. Securities Litigation*, No. 98-600 (D. Conn. Jan. 19, 2000) (*see* 21 *Class Action Rep.* 427 (2000))

*In re U.S. Bioscience Securities Litigation*, 1994 Fed. Sec. L. Rep. (CCH) ¶ 98,346 (E.D. Pa.) (Adams, Sp. Master), *aff'd*, 155 F.R.D. 116 (E.D. Pa. 1994) (Dalzell, J) (*see* 17 *Class Action Rep.* 531 (1994))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re U.S. Financial Securities Litigation*, MDL No. 161 (S.D. Cal. Nov. 27, 1978) *(Turrentine, J) (*see *13* Class Action Rep. *272 (1990))*

*In re Union Carbide Corp. Consumer Products Business Securities Litigation*, 724 F. Supp. 160, 1110 (S.D.N.Y. 1989) (Brieant, J) (*see* 13 *Class Action Rep.* 278 (1990))

*In re Unisys Corp. Retiree Medical Benefits ERISA Litigation*, 886 F. Supp. 445 (E.D. Pa. 1995)

*In re Unisys Corp. Securities Litigation*, No. 99-5333 (E.D. Pa. Dec. 6, 2001) (*see 22 Class Action Rep.* 961 (2001))

*In re Unisys Securities Litigation*, No. 89-1179 (E.D. Pa. June 11, 1992)

*In re United Energy Corp. Solar Power Modules Tax Shelter Investments Securities Litigation*, 1989 Fed. Sec. L. Rep. (CCH) ¶ 94,376 (C.D. Cal.) (Kenyon, J) (*see* 13 *Class Action Rep.* 452 (1990))

*In re United Telecommunications, Inc. Securities Litigation*, 1994 WL 326007 (D. Kan. June 1, 1994) (O'Connor, J) (*see* 17 *Class Action Rep.* 215 (1994))

*In re Urohealth Sys. Securities Litigation*, No. 97-552 (C.D. Cal. June 5, 2000)

*In re USA Detergents, Inc. Securities Litigation*, No. 97-2459 (D.N.J. Dec. 15, 1998)

*In re U.S. Bancorp Litigation*, No. 99-891 (D. Minn. Dec. 12, 2000), *aff'd*, 291 F.3d 1035 (8th Cir. 2002)

*In re U.S. Franchise Systems, Inc. Securities Litigation*, No. 00-1244 (N.D. Ga. Apr. 15, 2002) (*see 23 Class Action Rep.* 459 (2002))

*In re U.S. Healthcare Securities Litigation*, No. 88-559 (E.D. Pa. Nov. 22, 1989), 1990 WL 44988 (E.D. Pa. Apr. 11, 1990) (McGlynn, J) (*see* 13 *Class Action Rep.* 334 (1990))

*In re USX Corp., Steel Stock Securities Litigation*, No. 93-1246 (W.D. Pa. Mar. 18, 1996) (Diamond, J) ( *see* 19 *Class Action Rep.* 66 (1997))

*In re ValuJet, Inc. Securities Litigation*, No. 96-1355 (N.D. Ga. Oct. 28, 1999) (*see* 21 *Class Action Rep.* 263 (2000))

*In re Value-Added Communications, Inc. Securities Litigation* (**see** *Papanikolaou v. Value-Added Communications, Inc.*)**, No. 95-0346 (N.D. Tex. Dec. 9, 1996)**

*In re Valuevision International, Inc. Securities Litigation*, 1997 WL 151774 (E.D. Pa. Mar. 25, 1997)

*In re Vesta Insurance Group, Inc. Securities Litigation*, No. 98-1407 (N.D. Ala. Dec. 10, 2001) (*see 23 Class Action Rep.* 312 (2002))

*In re Vitamins Antitrust Litigation*, MDL No. 1285 (D.D.C. July 16, 2001)

*In re VMS Securities Litigation*, No. 89-9448 (N.D. Ill. Nov. 19, 1991)

*In re Wabash National Corp. Securities Litigation*, No. 99-3 (N.D. Ind. Dec. 3, 2001) (*see 23 Class Action*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Rep.* 312 (2002))

*In re Warner Communications Securities Litigation, 618 F. Supp. 735 (S.D.N.Y. 1985) (Keenan, J) (*see *13* Class Action Rep. *284 (1990))*

*In re Washington Public Power Supply Sys. Securities Litigation (WPPSS)*, 779 F. Supp. 1063 (D. Ariz. 1990) (*see* 13 *Class Action Rep.* 258-265 (1990)), *vacated & remanded*, 19 F.3d 1291 (9th Cir. 1994), *on remand*, MDL No. 551 (D. Ariz. July 18, 1995) (Adams, Sp. Master) (*see 17 Class Action Rep.* 119 (1994))

*In re Waste Management, Inc. Securities Litigation*, No. 97-7709 (N.D. Ill. Sept. 17, 1999) (*see 21 Class Action Rep.* 263 (2000))

*In re Waste Management, Inc. Securities Litigation*, No. 99-2183 (S.D. Tex. Apr. 29, 2002)

*In re Water Heater Antitrust Litigation, MDL No. 379 (E.D. Pa. Aug. 8, 1980) (Ditter, J) (*see *13* Class Action Rep. *516 (1990))*

*In re WCT Securities Litigation*, No. 94-6524 (C.D. Cal. Feb. 1, 1996)

*In re Wedtech Securities Litigation*, MDL No. 735 (S.D.N.Y. July 30, 1992)

*In re Wells Fargo Securities Litigation*, No. 91-1944 (N.D. Cal. Mar. 31, 1995)

*In re West Coast Department Stores Antitrust Litigation, 1982-2 Trade Cases (CCH) ¶ 64,763 (N.D. Cal.) (Williams, J) (*see *13* Class Action Rep. *520 (1990))*

*In re Western Union Securities Litigation, Nos. 84-5092 & 87-1415 (D.N.J. June 28, 1989) (Gerry, J) (*see *13* Class Action Rep. *320 (1990))*

*In re Westinghouse Securities Litigation*, Nos. 91-354, 97-309 & 97-960 (W. D. Pa. Oct. 19, 1999)

*In re WICAT Securities Litigation*, 671 F. Supp. 726 (D. Utah 1987) (Greene, J) (*see 13 Class Action Rep.* 330 (1990))

*In re Wickes Cos., Inc. Securities Litigation, MDL No. 513 (S.D. Cal. Jan. 21, 1985) (Enright, J) (*see *13* Class Action Rep. *278 (1990))*

*In re Winchell's Donut Houses, L.P. Securities Litigation*, Nos. 88-117 (D. Del.) (Longobardi, J) & 9478 (Del. Ch. Oct. 27, 1989) (*see 13 Class Action Rep.* 436 (1990))

*In re Wirebound Boxes Antitrust Litigation*, MDL No. 793 (D. Minn. May 2, 1991) (*see 14 Class Action Rep.* 265 (1991))

*In re Woolworth Corp. Securities Class Action Litigation*, No. 94-2217 (S.D.N.Y. Oct. 9, 1997 & Nov. 10, 1999)

*In re Workers' Compensation Insurance Antitrust Litigation*, 771 F. Supp. 284 (D. Minn. 1991) (Rosenbaum, J) (*see 14 Class Action Rep.* 265 (1991))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*In re WorldPort Communications, Inc. Securities Litigation*, No. 99-1817 (N.D. Ga. Oct. 19, 2001) (*see* 22 *Class Action Rep.* 961 (2001))

*In re W.R. Grace & Co. Securities Litigation*, No. 95-9003 (S.D.N.Y. Mar. 30, 1998) (*see* 21 *Class Action Rep.* 263 (2000))

*In re Wyse Technology Securities Litigation*, No. 89-1818 (N.D. Cal. Mar. 30, 1992 & Oct. 26, 1993)

*In re Xytronyx Securities Litigation*, No. 92194 (S.D. Cal. June 11, 1994) (McKee, Mg), *aff'd*, No. 92-194 (S.D. Cal. July 26, 1994) (Gonzalez, J) (*see* 18 *Class Action Rep.* 333 (1996))

*In re Zoll Medical Corp. Securities Litigation*, No. 94-11579 (D. Mass. Oct. 5, 1998) (*see* 20 *Class Action Rep.* 299 (1999))

*In re ZZZZ Best Securities Litigation*, No. 873574 (C.D. Cal. Jan. 23, 1995 & Nov. 20, 1995)

*In the Matter of the Appraisal of Shell Oil Co.*, 1992 WL 321250 (Del. Ch. New Castle Co. Oct. 30, 1992) (Hartnett, J) (*see* 15 *Class Action Rep.* 594 (1992))

*J.E. and Z.B. Butler Foundation v. American Greetings Corp.*, No. 95-2411 (N.D. Ohio Aug. 18, 1997)

*J.L. Schiffman & Co., Inc. Profit Sharing Trust v. Standard Indus., Inc.*, 1993 WL 271441 at *3-*4 (Del. Ch. New Castle Co. July 19, 1993) (Allen, J) (*see* 17 *Class Action Rep.* 125 (1994))

*J/H Real Estate, Inc. v. Abramson*, 951 F. Supp. 63 (E.D. Pa. 1996 & 1997) (Bartle, J)

*J.N. Futia Co. v. Phelps Dodge Indus., Inc., 1982-2 Trade Cases (CCH) ¶ 64,978 (S.D.N.Y.) (Sofaer, J) (*see* 13* Class Action Rep. *490 (1990))*

*Jack Faucett Assocs. v. American Telephone & Telegraph Co., 1986 Trade Cases (CCH) ¶ 67,044 (D.D.C.) (Jackson, J)* (see 13 Class Action Rep. *518 (1990)*

*Jacobs v. Coopers & Lybrand, L.L.P.*, No. 97-3374 (S.D.N.Y. Mar. 19, 2002) (*see* 23 *Class Action Rep.* 458 (2002))

*James v. Phoenix Real Estate Bd., Inc., No. 73-559 (D. Ariz. 1975) (Craig, J)* (see 13 Class Action Rep. *512 (1990)*

*Jaroslawicz v. Engelhard Corp., No. 84-3641 (D.N.J. Mar. 2, 1990) (Fisher, J)* (see 13 Class Action Rep. *452 (1990)*

*Jenifer v. Delaware Solid Waste Authority*, Nos. 98-270 & 98-565 (D. Del. Feb. 15, 2000) (*see* 21 *Class Action Rep.* 816 (2000))

*Jezarian v. Csapo, 1980 Fed. Sec. L. Rep. (CCH) ¶ 97,211 (S.D.N.Y. 1979) (Bonsal, J)* (see 13 Class Action Rep. *304 (1990)*

*Johnson v. Bank of the West*, No. 92-02127 (Cal. Super. Ct. Contra Costa Co. Sept. 21, 1993) (Marchiano, J) (*see* 17 *Class Action Rep.* 428 (1994))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Jones v. National Distillers*, *No. 77-3646 (S.D.N.Y. Feb. 20, 1980) (Motley, J)* (see *13* Class Action Rep. *408 (1990))*

*Jones v. Orenstein*, *No. 71-5576 (S.D.N.Y. Sept 13, 1977) (see 13 Class Action Rep. 444 (1990))*

*Jordan v. Edie & Co.*, *1981 Fed. Sec. L. Rep. (CCH) ¶ 98,230 (S.D.N.Y.) (Griesa, J)* (see *13* Class Action Rep. *410 (1990))*

*Jorstad v. IDS Realty Trust, 489 F. Supp. 1180 (D. Minn. 1980) (Lord, J),* rev'd & remanded, *643 F.2d 1305 (8th Cir. 1981) (Ross, J, w/Stephenson & McMillian, JJ)* (see *13* Class Action Rep. *268 (1990))*

*Joseph v. Shell Oil Co., 1985 WL 150466 (Del. Ch. New Castle Co. Apr. 22, 1985) (Hartnett, J)* (see *15* Class Action Rep. *594 (1992))*

*Joslyn v. Hornblower & Weeks- Hemphill, Noyes*, *No. 70-2283 (C.D. Cal. Jan. 31, 1978) (Lucas, J)* (see *13* Class Action Rep. *464 (1990))*

*Kalodner v. Michaels Stores, Inc.*, *Nos. 95-1903 & 95-1904 (N.D. Tex. Jan. 26, 1998)* (*see* 20 *Class Action Rep.* 296 (1999))

*Kamens v. Horizon Corp.*, *1981 Fed. Sec. L. Rep. (CCH) ¶ 98,007 (S.D.N.Y.) (Sand, J)* (see *13* Class Action Rep. *392 (1990))*

*Kaplan v. Kahn*, No. 95-2295 (N.D. Cal. Sept. 20, 1999) [Borland I]; *Crook v. Kahn*, No. 95-669 (N.D. Cal. Sept. 20, 1999) [Borland II]

*Karp v. D.C. Club Corp.*, *No. 76-678 (S.D.N.Y. Aug. 1977) (Knapp, J)* (see *13* Class Action Rep. *444 (1990))*

*Kassover v. Huta*, No. 90-00848 (S.D. Cal. May 10, 1994) (McCue, Mg & Gonzalez, J) (*see* 18 *Class Action Rep.* 334 (1996))

*Katheryn A. Doege, IRA v. Skolniks, Inc.*, No. 94-1884 (W.D. Okla. Apr. 24, 1997)

*Katz v. Pels*, 1992 U.S. Dist. LEXIS 8869 (S.D.N.Y. June 19, 1992) (Duffy, J) (*see* 15 *Class Action Rep.* 383 (1992))

*Kaufman v. Lawrence*, 1977 Fed. Sec. L. Rep. (CCH) ¶ 96,230 (S.D.N.Y.) (*see* 13 *Class Action Rep.* 444 (1990))

*Kaufman v. Physician Reliance Network, Inc.*, No. 96-2628 (N.D. Tex. Dec. 1997)

*Kaye v. Fast Food Operators, Inc., 99 F.R.D. 161 (S.D.N.Y. 1983) (Brieant, J)* (see *13* Class Action Rep. *466 (1990))*

*Kazanas v. Millicom, Inc.*, 1992 Fed. Sec. L. Rep. (CCH) ¶ 97,255 (S.D.N.Y.) (Motley, J) (*see* 16 *Class Action Rep.* 352 (1993))

*Kelly v. Piper, Jaffray & Hopwood, Inc., No. 732509 (Minn. Dist. Ct. Hennepin Co. July 20, 1981)*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*(Sedgwick, J) (*see *13* Class Action Rep. *360 (1990))*

**Kendrick v. Atcor, Inc**., *No. 87-1186, U.S. Dist. LEXIS 8389 (N.D. Ill. July 27, 1988) (Aspen, J) (*see *13*
Class Action Rep. *406 (1990))*

**Kensington Capital Mgt. v. Oakley, Inc.**, No. 97-808 (C.D. Cal. Dec. 18, 2000)

**Kenty v. Transamerica Premier Ins. Co.**, 92CVH07-5822 (Ohio Ct. C.P. Franklin Co. Mar. 12, 1998) (*see*
21 *Class Action Rep.* 94 (2000))

**Kestenbaum v. Emerson**, 1981 Fed. Sec. L. Rep. (CCH) ¶ 98,293 (S.D.N.Y.) (*see* 13 *Class Action Rep.* 402
(1990))

**Kiefer v. Ceridian Corp**., No. 3-95-818 (D. Minn. Oct. 24, 1997)

**Kirkorian v. Borelli**, 695 F. Supp. 446, 454-457 (N.D. Cal. 1988) (Peckham, J) (*see* 13 *Class Action Rep.*
454 (1990))

**Kirkvold v. Dakota Pork Indus., Inc.**, No. 97-4166 (D.S.D. Feb. 26, 1999) (*see* 20 *Class Action Rep.* 533
(1999))

**Kirschner Bros. Oil, Inc. Profit Sharing Plan v. Fuller**, *No. 89-0800 (C.D. Cal. Apr. 27, 1990) (Wilson, J) (*
see *13* Class Action Rep. *454 (1990))*

**Kiser v. Mocatta Metals Corp**., No. 114811/93 (N.Y. Sup. Ct. N.Y. Co. Apr. 19, 1996)

**Kisilenko v. STB Systems, Inc.**, No. 99-2872 (N.D. Tex. Nov. 2, 2000)

**Klein v. King**, No. 88-3141 (N.D. Cal. May 10, 1993 & notice dated Apr. 5, 1993) (*see* 16 *Class Action Rep.*
738 (1993))

**Klein v. PDG Remediation, Inc.**, 1999 Fed. Sec. L. Rep. (CCH) ¶ 90,428, 1999 WL 38179 at *3 -*4
(S.D.N.Y. Jan. 28, 1999) (*see* 21 *Class Action Rep.* 261 (2000))

**Kleinman v. Harris**, No. 3-89-1869 (N.D. Tex. June 21, 1993) (Kendall, J) (*see* 16 *Class Action Rep.* 738
(1993))

**Kline v. First Western Government Securities**, No. 83-1076 (E.D. Pa. Nov. 19, 1996)

**Koch v. Dwyer**, No. 98-5519 (S.D.N.Y. May 3, 2002) (*see* 23 *Class Action Rep.* 453 (2002))

**Koenig v. Benson**, *Nos. 86-1391 & 86-4290 (E.D. N.Y. Apr. 28, 1989) (Bartels, J) (*see *13* Class Action Rep.
*354 (1990))*

**Kohn v. American Metal Climax, Inc**., *No. 70-933 (E.D. Pa.) (Masterson, J),* aff'd*, 489 F.2d 262 (3d Cir.
1973), No. 70-933 (E.D. Pa. Mar. 29, 1974) (Ditter, J) (*see *13* Class Action Rep. *438 (1990))*

**Koplovitz v. Plains Resources, Inc**., No. 99-4212 (S.D. Tex. Dec. 18, 2001) (*see also* **Di Giacomo v. Plains
All American Pipeline**, *No. 99-4137 (S.D. Tex. Dec. 18, 2001) (*see *23* Class Action Rep. *304 (2002))*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Kors v. National Distillers & Chem. Corp.*, *No. 74-3049 (S.D.N.Y. June 9, 1976) (Ward, J)* (see *13* Class Action Rep. *368 (1990))*

*Korwek v. Hunt*, *No. 84-7934 (S.D.N.Y. Aug. 16 & Oct. 1, 1990) (Lasker, J)* (see *13* Class Action Rep. *272 (1990))*

*Kosen v. American Express Financial Advisors, Inc.*, No. 02-82 (D.D.C. June 16, 2002)

*Kraszewski v. State Farm General Ins. Co*., No. 79-1261 (N.D. Cal. June 10, 1993), *in* Class Counsel's Submission to the Special Master in Further Support of Application for an Award of Attorneys' Fees at 8, *Roberts v. Texaco, Inc.*, No. 94-2015 (S.D.N.Y. Apr. 24, 1997)

*Kriegel v. Pacific Scientific Co.*, No. 98-4163 (C.D. Cal. May 3, 1999, Aug. 19, 1999 & Sept. 8, 2000)

*Kronfeld v. Trans World Airlines, Inc.*, *No. 83 Civ. 8641 (S.D.N.Y. Sept. 6, 1989) (Bartell, Sp. M.),* aff'd, *129 F.R.D. 598 (S.D.N.Y. 1990) (Wood, J)* (see *13* Class Action Rep. *362 (1990))*

*Kuhnlein v. Dep't of Revenue*, 662 So.2d 309 (Fla. 1995)

*Kurgan v. Mattel, Inc.*, *No. 84-5677 (C.D. Cal. Mar. 5, 1986) (Williams, J)* (see *13* Class Action Rep. *368 (1990))*

*Kurtz v. Blum*, No. 94-1043 (C.D. Cal. Feb. 20, 1996)

*Kurzweil v. Philip Morris Cos.*, 1999 WL 1076105 (S.D.N.Y. Nov. 30, 1999) (*see* 21 *Class Action Rep.* 262 (2000))

*Labbee v. Wm. Wrigley, Jr. Co.*, *719 BNA Antitrust & Trade Reg. Rep. A-29 (W.D. Wash. 1975) (Boldt, J)* ( see *13* Class Action Rep. *486 (1990))*

*LaChance v. Harrington*, No. 94-4383 (E.D. Pa. Apr. 2, 1997) [National Media Corp.]

*Lambert v. American Express Financial Corp*., No. 99-493 (D. Minn. Dec. 17, 2001) (*see* 23 *Class Action Rep.* 304 (2002))

*Larkin v. Collins*, No. 93-1252 (D. Kan. Feb. 25, 1994) (Belot, J) (*see* 17 *Class Action Rep.* 222 (1994))

*Larkins v. Singley*, *No. 83-2533 (D. Ariz. Dec. 15, 1988)* (see *13* Class Action Rep. *346 (1990))*

*Lasker v. Stevens Graphics Corp.*, No. 90-2766 (N.D. Tex. June 18 & Oct. 18, 1996)

*Lavallie v. Owens-Corning Fiberglass Corp.*, No. 91-7640 (N.D. Ohio Sept. 20, 1995 & notice dated May 9, 1995)

*Lazy Oil Co. v. Witco Corp.*, No. 94-110 No. 94-110 (W.D. Pa. Dec. 31, 1997)

*Lee v. Sierra On-Line, Inc.*, No. 92-2089 (E.D. Cal. Nov. 3, 1995 & notice dated Sept. 13, 1995)

*Lee v. Steloff*, No. 88-0811 (C.D. Cal. Jan. 29, 1990) (Hupp, J) (*see* 13 *Class Action Rep.* 464 (1990))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Leonard v. Net Frame Sys., No. 95-0238 (N.D. Cal. Mar. 20, 1996)*

*Lerner v. Haimsohn*, Nos. 86-2384, 87-182, 87183 & 88-1900 (D. Colo. Aug. 2, 1990) (Nottingham, J) (*see* 13 *Class Action Rep.* 316 (1990))

*LeVerso v. SouthTrust Bank of Ala.*, No. 891367 (N.D. Ala. Jan. 7, 1993 & Aug. 15, 1994) (Blackburn, J) (*see* 17 *Class Action Rep.* 532-533 (1994))

*Levin v. Mississippi River Corp., 377 F. Supp. 926 (S.D.N.Y. 1974)* (Weinfeld, J) (see 13 Class Action Rep. 436 (1990))

*Levin v. Uni-Shield Int'l Corp., Nos. 77-2095 & 78-1971 (E.D. Pa. July 15, 1981) (Newcomer, J) (see 13* Class Action Rep. *424 (1990))*

*Levine v. American Export Industries*, 1977 Fed. Sec. L. Rep. (CCH) ¶ 95,881 (S.D.N.Y.) (Pierce, J) (*see* 13 *Class Action Rep.* 466 (1990))

*Levine v. American Express Co*., No. 84-546 (S.D.N.Y. Oct. 23, 1978) (Ward, J) (*see* 13 *Class Action Rep.* 364 (1990))

*Levinson v. Basic, Inc., No. 79-1220 (N.D. Ohio Mar. 16, Mar. 26 & Oct. 31, 1990) (Thomas, J) (see 13* Class Action Rep. *454 (1990))*

*Levit v. Filmways, Inc., 620 F. Supp. 421 (D. Del. 1985) (Wright, J) (see 13* Class Action Rep. *412 (1990))*

*Levit v. First American Bank & Trust*, No. 88-0638 (S.D. Fla. Sept. 20, 1995)

*Levitin v. A Pea in the Pod, Inc*., No. 94-247 (N.D. Tex. Mar. 27, 1998)

*Levy v. Eletr*, No. 88-3457 (N.D. Cal. June 17, 1994)

*Lewis v. Capitol Mortgage Invs., No. 75-1094 (D. Md. Dec. 28, 1979) (Northrop, J) (see 13* Class Action Rep. *464 (1990))*

*Liebhard v. Square D Co.*, No. 91-1103 (N.D. Ill. June 15, 1993) (Plunkett, J) (*see* 17 *Class Action Rep.* 122 (1994))

*Liebman v. J. W. Peterson Coal & Oil Co., 63 F.R.D. 684 (N.D. Ill. 1974) (Will, J) (see 13* Class Action Rep. *504 (1990))*

*Lindy Bros. Builders, Inc. of Philadelphia v. American Radiator & Standard Sanitary Corp., 487 F.2d 161 (3d Cir. 1973) (Seitz, J, w/Weis & Scalera, JJ),* on remand, *382 F. Supp. 999 (E.D. Pa. 1974) (Harvey, J),* vacated & remanded, *540 F.2d 102 (3d Cir. 1976) (en banc) (Aldisert, J, w/Weis, Rosenn & Hunter, JJ, Gibbons & Seitz, JJ, dissenting in part)* (see 13 Class Action Rep. *480 (1990))*

*Livesay v. Punta Gorda Isles, Inc., No. 73-517 (E.D. Mo. Oct. 13, 1978) (Wangelin, J) (see 13* Class Action Rep. *390 (1990))*

*Local 56 v. Campbell Soup Co.*, 954 F. Supp. 1000 (D.N.J. 1997)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Logan v. King County*, No. 93-2-20233-4 (Wash. Super. Ct. King Co. Dec. 19, 1997)

**Lone Star Ladies Investment Club v. Schlotzsky's, Inc., No. 98-550 (W.D. Tex. Apr. 2, 2002)**

*Long v. Fidelcor, Inc., No. 86-3584 (E.D. Pa. Aug. 30, 1988) (Bechtle, J) (see 13 Class Action Rep. 410 (1990))*

*Long v. Trainor, 583 F. Supp. 1124 (E.D. Pa. 1984) (Luongo, J) (see 13 Class Action Rep. 462 (1990))*

*Long v. TWA*, 1993 WL 121824 (N.D. Ill. Apr. 19, 1993)

*Longden v. Sunderman*, No. 3-87-0612 (N.D. Tex.), *aff'd*, 979 F.2d 1095 (5th Cir. 1992)

*Longo v. Panic, No. 73-2207 (C.D. Cal. Feb. 9, 1977) (Firth, J) (see 13 Class Action Rep. 398 (1990))*

*Lowinger v. Combs*, Nos. 95-73411 & 95-73420 (E.D. Mich. Dec. 11, 1998)

*Lubliner v. Maxtor Corp., 1990 Fed. Sec. L. Rep. (CCH) ¶ 94,949 (N.D. Cal.) (see 13 Class Action Rep. 456 (1990))*

*Ludeman v. C&S/Sovran Corp.*, No. 92-8368 (S.D. Fla. Mar. 27, 1995)

*Lynn v. Infinity Investors, Ltd*., No. 97-226 (E.D. Tenn. May 21, 2001) (*see 22 Class Action Rep. 605 (2001))*

*Lyons v. Scitex Corp.*, 987 F. Supp. 271 (S.D.N.Y. 1997)

*Manngard v. Manchester Equipment Co.*, No. 97-1504 (E.D.N.Y. June 8, 1998)

*Malanka v. de Castro*, 1991 Fed. Sec. L. Rep. (CCH) ¶ 95,657 (D. Mass. 1990) (McNaught, J) (*see 13 Class Action Rep.* 742 (1990))

*Mallory v. Regency Health Servs*., No. 94-616 (C.D. Cal. Dec. 18, 1995)

*Mark v. Fleming Cos*., No. 96-506 (W.D. Okla. Sept. 6, 2001) (*see 23 Class Action Rep.* 310 (2002))

*Marks v. Amre, Inc.*, No. 89-1045 (N.D. Tex. Dec. 22, 1992 & Dec. 2, 1993)

*Marks v. Simulation Sciences, Inc.*, No. 98-546 (C.D. Cal. June 4, 2001) (*see 22 Class Action Rep.* 405 (2001))

*Martin v. Government Employees Insurance Co*., No. SU-01-CV-312 (Ga. Super. Ct. Muscogee Co. June 3, 2002)

*Martin v. KPMG, LLP*, No. 00-2086 (E.D. Va. Mar. 30, 2001) (*see also* **In re Orbital Sciences Corp. Securities Litigation**, *No. 99-197 (E.D. Va. Dec. 13, 2000))* (see 22 Class Action Rep. 406 (2001))

*Mashburn v. National Healthcare, Inc., 684 F. Supp. 679 (M.D. Ala. 1988) (Dubina, J) (see 13 Class Action Rep. 288 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Matthey v. KDI Corp.*, *No. C-1-88-0304 (S.D. Ohio July 14, 1989) (Rubin, J) (see 13* Class Action Rep. *314 (1990))*

*Maxwell v. HealthAmerica*, No. 3-87-0599 (M.D. Tenn. Oct. 1, 1993) (*see 17 Class Action Rep.* 664 (1994))

*Maywalt v. Parker & Parsley Petroleum Co.*, 864 F. Supp. 1422, 1434-1440 (S.D.N.Y. 1994), 1995 WL 138626 (S.D.N.Y. Mar. 30, 1995), 1997 WL 7668 (S.D.N.Y. Jan. 9, 1997), 963 F. Supp. 310 (S.D.N.Y. 1997) (Sweet, J) (*see 17 Class Action Rep.* 663 (1994))

*Mazur v. Behrens*, *1974 Trade Cases (CCH) ¶ 75,213 (N.D. Ill.) (McMillen, J) (see 13* Class Action Rep. *506 (1990)*

*McCausland v. Shareholders Mgt. Co.*, *1974 Fed. Sec. L. Rep. (CCH) ¶ 94,580 (S.D.N.Y.) (Lasker, J) (*see *13* Class Action Rep. *444 (1990))

*McLendon v. Continental Group, Inc.*, *872 F. Supp. 142 (D.N.J. 1994)*

*Meer v. United Brands Co.*, *1979 Fed. Sec. L. Rep. (CCH) ¶ 96,794 (S.D.N.Y.) (Carter, J) (see 13* Class Action Rep. *462 (1990))*

*Meilke v. Constellation Bancorp*, No. 90-3915 (S.D.N.Y. Apr. 22, 1996 & Hearing Tr.) (*see 19 Class Action Rep.* 67 (1997))

*Meredith v. Mid-Atlantic Coca-Cola Bottling Co.*, *Nos. 89-00302 & 89-00525 (E.D. Va. May 1 & June 18, 1990) (Merhige, J) (see 13* Class Action Rep. *498 (1990))*

*Meshel v. Nutri/System, Inc.*, *102 F.R.D. 135 (E.D. Pa. 1984) (Weiner, J) (see 13* Class Action Rep. *354 (1990))*

*Metropolitan Securities v. Goodyear Tire & Rubber Co.*, *No. 86-9840 (S.D.N.Y. Nov. 8, 1988) (Broderick, J) (see 13* Class Action Rep. *376 (1990))*

*Metz v. Jupiter Indus., Inc.*, *No. 85-08414 (N.D. Ill. Dec. 21, 1989) (Zagel, J) (see 13* Class Action Rep. *366 (1990))*

*Miller v. Alexander Grant & Co.*, *No. 71 C 1005 (E.D.N.Y. June 26, 1975) (Dooling, J) (see 13* Class Action Rep. *400 (1990))*

*Miller v. Fisco, Inc.*, *1978 Fed. Sec. L. Rep. (CCH) ¶ 96,348 (E.D. Pa.) (Van Artsdalen, J) (see 13* Class Action Rep. *350 (1990))*

*Miller v. Mackey Int'l, Inc.*, *515 F.2d 241 (5th Cir. 1975) (F),* on remand, *70 F.R.D. 533 (S.D. Fla. 1976) (Roettger, J) (see 13* Class Action Rep. *424 (1990))*

*Miller v. NTN Communications, Inc.*, No. 97-1116 (S.D. Cal. Apr. 3, 2000) (*see 21 Class Action Rep.* 683 (2000))

*Milstein v. Huck, 600 F. Supp. 254 (E.D.N.Y. 1984) (Platt, J) (see 13* Class Action Rep. *402 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Moelis v. Hyperion Capital Mgt., Inc.*, No. 94-3328 (S.D.N.Y. Oct. 21, 1997)

*Moench v. Robertson*, No. 92-4829 (D.N.J. Nov. 1, 1996)

*Molinari v. NetManage, Inc.*, No. 98-202 (N.D. Cal. Nov. 9, 2000) (*see* 22 *Class Action Rep.* 405 (2001))

*Morganstein v. Esber*, 768 F. Supp. 725 (C.D. Cal. 1991) (*see* 14 *Class Action Rep.* 375 (1991))

*Morrison v. Chase Manhattan Bank*, No. 93-2136 (S.D. Fla. Oct. 25, 1994)

*Morton v. Kurzweil Applied Intelligence, Inc.*, No. 94-10829 (D. Mass. Feb. 4, 1998)

*Moses v. Builders Inv. Group, No. 75-2259 (E.D. Pa. Mar. 23, 1978 & Feb. 26, 1979) (Van Artsdalen, J)* (
see *13* Class Action Rep. *378 (1990))*

*Muchnick v. First Federal Savings & Loan Ass'n of Philadelphia, No. 86-1104 (E.D. Pa. Sept. 29, 1986)
(Newcomer, J)* (see *13* Class Action Rep. *338 (1990))*

*Mueller v. Red Eagle Resources Corp*., No. 13990 (Del. Ch. Ct. New Castle Co. Nov. 22, 1995)

*Muller v. Cadbury Schweppes P.L.C.*, No. 96-0148788 (Conn. Super. Ct. Waterbury Jud. Dist. June 29,
1999) (*see* 21 *Class Action Rep.* 94 (2000))

*Munsey Trust v. Sycor*, 457 F. Supp. 924 (S.D.N.Y. 1978) (MacMahon, J) (*see* 13 *Class Action Rep.* 398
(1990))

*Murphy v. Hollywood Entertainment Corp.*, No. 95-1926 (D. Ore. Aug. 15, 1997)

*Murphy v. Presley Cos., No. CV 78-3035 (C.D. Cal. Apr. 7, 1981) (Waters, J)* (see *13* Class Action Rep. *350
(1990))*

*Mutual Shares Corp. v. Delhi Int'l Oil Corp., No. 3-74-1195-D (N.D. Tex. July 1977) (Hill, J)* (see *13* Class
Action Rep. *312 (1990))*

*Mynaf v. Taco Bell Corp*., No. CV 761193 (Cal. Super. Ct. Santa Clara Co. Sept. 21, 2001) (*see* 23 *Class
Action Rep.* 304 (2002))

*Naef v. Masonite Corp*., No. 94-4033 (Ala. Cir. Ct. Mobile Co. Jan. 23, 1998)

*National Bonded Warehouse Ass'n, Inc. v. United States*, 754 F. Supp. 874, 876-878 (Ct. Int'l Trade 1990)
(Restani, J) (*see* 14 *Class Action Rep.* 178 (1991))

*National Treasury Employees Union v. United States*, No. 02-128 (Cl. Ct. Dec. 20, 2002)

*Naye v. Boyd*, 1988 Fed. Sec. L. Rep. (CCH) ¶ 93,636 (W.D. Wash.), 1988 Fed. Sec. L. Rep. (CCH) ¶
93,697 (W.D. Wash.) (Rothstein, J) (*see* 13 *Class Action Rep.* 296 (1990))

*Nelson v. All American Life & Financial Corp.*, No. 75-100-2 (S.D. Iowa July 19, 1990) (O'Brien, J) (*see*
14 *Class Action Rep.* 178 (1991))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Nelson v. Waring*, 602 F. Supp. 410 (N.D. Miss. 1984) *(Senter, J) (*see *13* Class Action Rep. *380 (1990))*

**Nemo v. Astrotech Int'l Corp.**, *Nos. 85-982 & 85-1500 (W.D. Pa. Dec. 20, 1988) (*see *13* Class Action Rep. *378 (1990))*

*Nensel v. Peoples Heritage Fin. Group, Inc.*, 815 F. Supp. 26 (D. Me. 1993) (Carter, J) (*see* 17 *Class Action Rep.* 220 (1994))

**Neuberger v. Shapiro**, No. 97-7947 (E.D. Pa. Aug. 25, 2000 & May 1, 2001) [Equipment Leasing Corp. of America]

**Newman v. Caribiner Int'l, Inc**., No. 99-2271 (S.D.N.Y. Oct. 25, 2001) (*see* 22 *Class Action Rep.* 959 (2001))

*New York v. Darling-Delaware, Inc., 440 F. Supp. 1132 (S.D.N.Y. 1977) (Stewart, J) (*see *13* Class Action Rep. *496 (1990))*

**Nielsen v. United Creditors Alliance Corp**., No. 98-5910 (N.D. Ill. July 18, 2000) (*see* 21 *Class Action Rep.* 558 (2000))

*Northwestern Fruit Co. v. A. Levy & J. Zentner Co., 117 F.R.D. 670 (E.D. Cal. 1987), No. 84-263 (E.D. Cal. Jan. 11, 1988) (Price, J) (*see *13* Class Action Rep. *490 (1990))*

**Novak v. Kasaks**, No. 96-3073 (S.D.N.Y. Dec. 14, 1999) [AnnTaylor Stores] (*see* 21 *Class Action Rep.* 426 (2000))

**O'Brien v. Nat'l Property Analysts Partners**, *No. 88-4153 (S.D.N.Y. Aug. 1989) (Leisure, J) (*see *13* Class Action Rep. *342 (1990))*

**Orman v. America Online, Inc.**, No. 97-264 (E.D. Va. Dec. 14, 1998) (*see* 20 *Class Action Rep.* 295 (1999))

*O'Rourke v. Healthdyne, Inc., 1986 WL 923 (E.D. Pa. Jan. 16, 1986) (Weiner, J) (*see *13* Class Action Rep. *368 (1990))*

**O'Shea v. Search Capital Group, Inc**. Nos. 94-1428, 94-1452 & 94-1494 (N.D. Tex. Apr. 26, 1996)

*Oppenlander v. Standard Oil Co., 64 F.R.D. 597 (D. Colo. 1974) (Finesilver, J) (*see *13* Class Action Rep. *436 (1990))*

**Orosa v. NationsBank of Florida**, No. 93-2089 (S.D. Fla. Feb. 17, 1995) (Hoeveler, J) (*see* 18 *Class Action Rep.* 543 (1996))

**Oscar Gruss & Son v. Geon Indus., Inc**., *1981 Fed. Sec. L. Rep. (CCH) ¶ 97,917 (S.D.N.Y.) (Sand, J) (*see *13* Class Action Rep. *426 (1990))*

**Ostroff v. Hemisphere Hotels Corp.**, *1974 Fed. Sec. L. Rep. (CCH) ¶ 94,713 (S.D.N.Y.) (Bonsal, J) (*see *13* Class Action Rep. *446 (1990))*

**Pace v. Real Estate Fund**, *No. 71-2161 (S.D.N.Y. Feb. 7, 1974) (Palmieri, J), as noted in N.Y.L.J. Feb. 8,*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*1974 (*see *13* Class Action Rep. *462 (1990))*

**Papanikolaou v. Value-Added Communications, Inc.**, No. 95-0346 (N.D. Tex. Dec. 9, 1996)

**Paper Systems, Inc. v. Mitsubishi Corp.**, No. 96-959 (E.D. Wis. June 26, 2001) (*see 22 Class Action Rep.* 604 (2001))

**Patterson v. Nationsbank, N.A.**, No. 99-481 (S.D. Ill. Feb. 4, 2000) (*see 21 Class Action Rep.* 425 (2000))

**Paul v. American General Corp.**, No. H-90-2097 (S.D. Tex. Sept. 7, 1993) (Rainey, J) (*see 18 Class Action Rep.* 334 (1996))

*Paul, Johnson, Alston & Hunt v. Graulty, 886 F.2d 268 (9th Cir. 1989)* (*Wiggins, J, w/Tang & Reinhardt, JJ*), on remand*, (Bankr. D. Hawaii Dec. 1989)* (*Pence, J*) (see *13* Class Action Rep. *440 (1990))*

**Pearlman v. Starrett Bros.& Eken Dev. Corp.**, No. 72-2247 (S.D.N.Y. Apr. 11, 1975) (Cannella, J), as noted in N.Y.L.J. *Apr. 16, 1975* (see *13* Class Action Rep. *420 (1990))*

**Peerless Weighing & Vending Machine Corp**. (see **Ravenswood Investment Co. v. Peerless Weighing & Vending Machine Corp.**, No. 95 CH 5885 (Ill. Cir. Ct. Cook Co. Nov. 26, 1996))

**Peil v. National Semiconductor Corp.**, No. 77-4244 (E.D. Pa. Feb. 27, 1989) (Kelly, J) (see *13* Class Action Rep. *378 (1990))*

**Peller v. Southern Co.**, No. 86-975 (N.D. Ga. Apr. 3, 1992) (Freeman, J) (*see 16 Class Action Rep.* 580 (1993))

*Peregrine Options, Inc. v. Farley, Inc.*, 1992 WL 317037 (N.D. Ill. Oct. 28, 1992) (Williams, J) (*see 16 Class Action Rep.* 84 (1993))

**Perkins v. Healthcare America, Inc.**, No. 95-223 (W.D. Tex. Apr. 26, 1996) (Sparks, J) (*see 19 Class Action Rep.* 68 (1997))

*Phemister v. Harcourt Brace Jovanovich, Inc., 1984-2 Trade Cases (CCH) ¶ 66,234 (N.D. Ill.)* (*Moran, J*) ( see *13* Class Action Rep. *502 (1990))*

**Philadelphia Geriatric Center v. Eli Lilly & Co**., Nos. 79-4363 & 80-2682 (E.D. Pa. June 16, 1982) (Luongo, J) (see *13* Class Action Rep. *500 (1990))*

**Phillips v. Automated Telephone Management Sys**., No. 94-1602 (N.D. Tex. Oct. 21, 1996)

**Phillips v. Bowers**, No. 86-288 (D. Del. Mar. 18, 1988) (Latchum, J) (see *13* Class Action Rep. *388 (1990))*

**Picower v. Lord**, 1977 Fed. Sec. L. Rep. (CCH) ¶ 95,882 (S.D.N.Y.) (Weinfeld, J) (see *13* Class Action Rep. *464 (1990))*

**Piggly Wiggly Clarksville, Inc. v. Mrs. Baird's Bakeries, Inc.**, No. 3:95-48 (E.D. Tex. Jan. 17, 1997)

**Piser v. Blasius Indus., Inc**., No. 73-F-30 (N.D. Ind. June 14, 1974) (see *13* Class Action Rep. *418 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Pleasant Overseas Corp. v. Hajjar*, No. 93-20197 (N.D. Cal. Aug. 10, 1995)

*Plumb v. State of Utah*, 809 P.2d 734 (Utah 1990)

*Pozzi v. Smith*, 952 F. Supp. 218 (E.D. Pa. 1997)

*Prescottano v. Koracorp Indus., Inc.*, No. 73-1074 (N.D. Cal. Apr. 25, 1977) (Sweigert, J) (see *13* Class Action Rep. *394 (1990))*

*Presley v. Carter Hawley Hale Profit Sharing Plan*, 2000 WL 16437 at *2 (N.D. Cal. Jan. 7, 2000) (*see* 21 *Class Action Rep.* 259 (2000))

*Price v. Ciba-Geigy Corp.*, No. 94-0647 (S.D. Ala. March, 28, 1995) (Butler, J) (*see 18 Class Action Rep.* 335 (1996))

*Price (Miles) v. Philip Morris, Inc.*, No. 00-L-112 (Ill. Cir. Ct. Madison Co. Mar. 21, 2003)

*Probandt v. Union Exploration Partners, Ltd.*, Nos. 90-3125, 90-5149 & 91-0306 (C.D. Cal. Sept. 29, 1992) (Lew, J) (*see 16 Class Action Rep.* 194 (1993))

*Professional Adjusting Sys. of America, Inc. v. General Adjustment Bureau, Inc.*, No. 72-5122 (S.D.N.Y. Sept. 22, 1978) (Werker, J) (see *13* Class Action Rep. *512 (1990))*

*Progressive United Corp. v. Belzberg*, No. BC051367 (Cal. Super. Ct. Los Angeles Co. Oct. 3, 1995)

*Purdue v. Country Mutual Ins. Co.*, No. 99-L-91 (Ill. Cir. Ct. Marion Co. Apr. 25, 2001) (*see 23 Class Action Rep.* 301 (2002))

*Ramah Navajo Chapter v. Babbitt*, 50 F. Supp. 2d 1091 (D.N.M. 1999), No. 90-0957 (D.N.M. Dec. 6, 2002)

*Rand v. Duke Assocs.*, No. 49DO1-9309-CT-0949 (Ind. Super. Ct. Marion Co. Feb. 11, 1994) (Mowery, J) (*see 17 Class Action Rep.* 533 (1994))

*Rand v. Standard Kollsman Industries*, 1975 Fed. Sec. L. Rep. (CCH) ¶ 92,245 (S.D.N.Y.) (Cannella, J) (see *13* Class Action Rep. *466 (1990))*

*Rappaport v. Merle Norman Cosmetics, Inc.*, No. 74-248 (C.D. Cal. Oct. 1976) (Gray, J) (see *13* Class Action Rep. *442 (1990))*

*Ratner v. Bennett*, 1996 Fed. Sec. L. Rep. (CCH) ¶ 99,225, 1996 WL 243645 (E.D. Pa. May 8, 1996)

*Ravenswood Investment Co. v. Peerless Weighing & Vending Machine Corp.*, No. 95 CH 5885 (Ill. Cir. Ct. Cook Co. Nov. 26, 1996)

*Rawlings v. Prudential-Bache Properties, Inc.*, No. 90-70958 (E.D. Mich. Apr. 10, 1992) (Gilmore, J), 9 F.3d 513 (6th Cir. 1993) (Norris, J, w/Jones & Jarvis, JJ) (*see 17 Class Action Rep.* 218 (1994))

*Raz v. Archer Daniels Midland Co.*, No. 96-009729 (Wis. Cir. Ct. Milwaukee Co. Nov. 16, 1998) (*see 20 Class Action Rep.* 638 (1999))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

***Red Eagle Resources Corp. v. Baker Hughes, Inc.***, No. 91-627 (S.D. Tex. May 31, 1994) (Black, J) (*see* 17 *Class Action Rep.* 426 (1994))

***Ressler v. Jacobson***, 149 F.R.D. 651 (M.D. Fla. 1992) (Nimmons, J) (*see* 16 *Class Action Rep.* 577 (1993))

***Retsky Family, LP v. Price Waterhouse, LLP***, 2001 WL 1568856 at *4 (N.D. Ill. Dec. 10, 2001) (*see* 22 *Class Action Rep.* 960 (2001))

***Reynolds v. First Ala. Bank of Montgomery***, 471 So. 2d 1238 (Ala. 1985)

***Richardson v. White, Weld & Co***., *1981 Fed. Sec. L. Rep. (CCH) ¶ 97,968 (S.D.N.Y.) (Conner, J)* (see *13* Class Action Rep. *422 (1990))*

***Richman v. Piezo Elec. Prods., Inc***., *No. 84-0809 (S.D.N.Y. Apr. 13, 1988) (Griesa, J)* (see *13* Class Action Rep. *396 (1990))*

***Ridgeway v. TW Servs., Inc.***, Nos. 93-20202 & 93-20208 (N.D. Cal. July 29, 1994) (Ware, J) (*see* 19 *Class Action Rep.* 73 (1997))

***Rievman v. Burlington Northern Railroad Co***., 118 F.R.D. 29 (S.D.N.Y. 1987) *(Carter, J)* (see *13* Class Action Rep. *274 (1990))*

***Rigg v. Brown***, No. 932861 (Cal. Super. Ct. San Francisco Co. Dec. 13, 1993) (Dearman, J) (*see* 17 *Class Action Rep.* 126 (1994))

***Roberts v. Heim***, 1991 Fed. Sec. L. Rep. (CCH) ¶ 96,221 at 91,153, 91,155-91,156 (N.D. Cal.) (Henderson, J) (*see* 14 *Class Action Rep.* 374 (1991))

***Roberts v. Magnetic Metals Co***., *No. 78-0023 (D.N.J. Feb. 9, 1982) (Brotman, J)* (see *13* Class Action Rep. *466 (1990))*

***Roberts v. Texaco, Inc***., 979 F. Supp. 185 (S.D.N.Y. 1997) (Brieant, J & Moerdler, Sp. M)

***Robertson v. Seidman & Seidman***, *1981 Fed. Sec. L. Rep. (CCH) ¶ 97,847 (S.D.N.Y. 1980)* (see *13* Class Action Rep. *466 (1990))*

***Robinson v. Allegheny Beverage Corp***., *Nos. S-86-2309, S-87-1365 & S-87-1394 (D. Md. Sept. 6, 1988) (Smalkin, J)* (see *13* Class Action Rep. *324 (1990))*

***Robinson v. Co-Build Co***., *No. 73-1826 (E.D. Pa. June 1976) (Weiner, J)* (see *13* Class Action Rep. *380 (1990))*

***Romero v. Tokai Credit Corp.***, No. BC081490 (Cal. Super. Ct. Los Angeles Co. July 19, 1994)

***Rose v. Cooney***, No. 92-208 (D. Conn. Sept. 8, 1994)

***Rosenbaum v. Seeburg Indus., Inc***., *No. 75-1369 (E.D. Pa. June 22, 1977) (Luongo, J)* (see *13* Class Action Rep. *398 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Ross v. A. H. Robins Co., Inc., 700 F. Supp. 682, 685-688 (S.D.N.Y. 1988) (Motley, J) (*see *13* Class Action Rep. *324 (1990))*

*Rothfarb v. Hambrecht*, 649 F. Supp. 183 (N.D. Cal. 1986) (Orrick, J) (*see* 13 *Class Action Rep.* 300 (1990))

**Rubenstein v. Collins**, No. 92-1297 (S.D. Tex. Sept. 25, 1996)

*Rubenstein v. Republic Nat'l Life Ins. Co., 74 F.R.D. 337 (N.D. Tex. 1976) (Pollack, J) (*see *13* Class Action Rep. *320 (1990))*

*Rudolph v. Merrill Lynch, Pierce, Fenner & Smith, Inc., 1990 WL 7168 (N.D. Ill. Jan. 18, 1990) (Williams, J) (*see *13* Class Action Rep. *314 (1990))*

**Ruskin v. TIG Holdings, Inc.**, No. 98-1068 (S.D.N.Y. Feb. 15, 2002) (*see* 23 *Class Action Rep.* 311 (2002))

**Ryan v. City of Chicago**, No. 83-CH-0390 (Ill. Cir. Ct. Cook Co. Dec. 14, 1992)

**Rybarczyk v. TRW, Inc.**, No. 95-2800 (N.D. Ohio Oct. 26, 2001)

**Sachs v. MGM Grand Hotels, Inc.**, No. 7808 (Del. Ch. New Castle Co. Aug. 31, 1994) (Allen, J) (*see* 17 *Class Action Rep.* 664 (1994))

**Saddle Rock Pts., Ltd. v. Hiatt**, No. 96-9474 (S.D.N.Y. Apr. 13, 2001) [Maybelline, Inc.]

**Salus v. Thomson McKinnon Asset Mgt., L.P.**, No. 89-6382 (S.D.N.Y. Oct. 29, 1993) (Duffy, J) (*see* 17 *Class Action Rep.* 124 (1994))

**Sampson v. Eastman Kodak Co.**, No. 86-CH-650 (Ill. Cir. Ct. Cook Co. Dec. 21 & Dec. 22, 1988) (Rakowski, J), *as noted in* 552 N.E.2d 1194 (Ill. App. 1990) (DiVito, J, w/Egan & Gordon, JJ) (*see* 14 *Class Action Rep.* 376 (1991))

**Sanders v. Robinson Humphrey/American Express, Inc.**, 1990 Fed. Sec. L. Rep. (CCH) ¶ 95,315 at 96,494 (N.D. Ga.) (Vining, J) (*see* 13 Class Action Rep. *448 (1990))*

**Sandpiper Village Condominium Ass'n v. Louisiana-Pacific Corp**., No. 95-879 (D. Ore. Apr. 26, 1996) (*see* 19 *Class Action Rep.* 706 (1998))

**Sands Point Partners, L.P. v. Pediatrix Medical Group, Inc.**, No. 99-6181 (S.D. Fla. May 3, 2002) (*see* 23 *Class Action Rep.* 458 (2002))

**Sapir v. Delphi Ventures**, No. 99-8086 (S.D. Fla. Nov. 29, 2001) (*see* 23 *Class Action Rep.* 311 (2002))

**Schaefer v. Overland Express Funds, Inc**., *No. 95-0314 (S.D. Cal. Mar. 10, 1997)*

*Schenek v. FSI Futures, Inc.*, 1999 WL 33872 (S.D.N.Y. Jan. 25, 1999) (*see* 21 *Class Action Rep.* 262 (2000))

**Schlanger v. Four Phase Sys., Inc**., No. 81-7798 (S.D.N.Y.) (Brieant, J), *as noted in N.Y.L.J.*, July 23,

© 2010 Thomson Reuters. No Claim to Orig. U.S. Gov. Works.

1984, at 1 (*see* 13 *Class Action Rep.* 458 (1990))

**Schmidt v. Continental Securities, Inc.**, *No. 75-279 (D. Ore. Sept. 18, 1975) (Skopil, J)* (see *13* Class Action Rep. *444 (1990))*

**Schoenfeld v. The Dreyfus Corp.**, *No. 98/604167 (N.Y. Sup. Ct. N.Y. Co. Dec. 20, 2001)* (see *23* Class Action Rep. *458 (2002))*

**Scholes v. Tomlinson**, No. 90-1350 (N.D. Ill. Apr. 1993), *sub nom.* **Scholes v. Stone, McGuire & Benjamin, Nos. 90-6615 & 7201 (N.D. Ill. Sept. 29, 1994),** sub nom. **Scholes v. Douglas**, No. 90-1292 (N.D. Ill. Sept. 29, 1994) (Alesia, J) (*see 17 Class Action Rep.* 425 (1994))

**Schuster Fund, Inc. v. Arlen Realty & Dev. Corp.**, *1974 Fed. Sec. L. Rep. (CCH) ¶ 94,879 (S.D.N.Y.)* (see *13* Class Action Rep. *458 (1990))*

**Schwartz v. Celestial Seasonings, Inc.**, No. 95-1045 (D. Colo. Apr. 25, 2000)

**Schwartz v. Harp**, No. 84-4235 (C.D. Cal. Oct. 23, 1986) (Rymer, J) (*see* 13 *Class Action Rep.* 372 (1990))

*Schwartz v. Novo Industri A/S*, 119 F.R.D. 359, 364-367 (S.D.N.Y. 1988) (Conboy, J) (*see* 13 *Class Action Rep.* 414 (1990))

**Seagoing Uniform Corp. v. Texaco, Inc.**, *1989 Fed. Sec. L. Rep. (CCH) ¶ 94,791 (S.D.N.Y.) (Motley, J)* (see *13* Class Action Rep. *322 (1990))*

**Segil v. Dynamex, Inc.**, No. 98-2593 (N.D. Tex. June 29, 2001) (*see 22 Class Action Rep.* 605 (2001))

**Seiden v. Nicholson**, *No. 74-3117 (N.D. Ill. 1976)* (see *13* Class Action Rep. *316 (1990))*

*Seidman v. American Mobile Sys., 965 F. Supp. 612 (E.D. Pa. 1997)*

*Seiffer v. Topsy's Int'l, Inc., 70 F.R.D. 622 (D. Kan. 1976), 80 F.R.D. 272 (D. Kan. 1978)* (O'Connor, J) ( see *13* Class Action Rep. *442 (1990))*

**Seretan v. Globe Security Sys. Inc.**, *No. 75-3317 (E.D. Pa. June 1, 1977) (McGlynn, J)* (see *13* Class Action Rep. *410 (1990))*

*Service Spring, Inc. v. Cambria Spring, Inc., 1985-1 Trade Cases (CCH) ¶ 66,437 (N.D. Ill. 1984) (Leighton, J)* (see *13* Class Action Rep. *492 (1990))*

**Shapiro v. Consolidated Edison Co.**, *1978 Fed. Sec. L. Rep. (CCH) ¶ 96,364 (S.D.N.Y.) (Pierce, J)* (see *13* Class Action Rep. *342 (1990))*

**Shea v. New York Life Ins. Co.**, No. 96-0746 (S.D. Fla. July 3, 1996)

**Sheftelman v. Jones**, No. 84-472 (N.D. Ga. Feb. 14, 1991) (Freeman, J), *aff'd*, 1992 U.S. App. LEXIS 2107 (11th Cir. Feb. 18, 1992) (unpublished) (Fay, Cox & Johnson, JJ) (*see 15 Class Action Rep.* 382 (1992))

**Sherin v. Smith**, *1988 Fed. Sec. L. Rep. (CCH) ¶ 93,582 (E.D. Pa. 1987) (Newcomer, J)* (see *13* Class Ac-

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

tion Rep. *386 (1990))*

**Sherman v. Widder**, No. 92-1827 (S.D. Cal. June 3 & 17, 1994) (Gonzalez, J & McCue, Sp. Master) (*see* 17 *Class Action Rep.* 664 (1994))

**Shields v. Dow Jones & Co.**, No. 11,115 (Del. Ch. New Castle Co. Apr. 26, 1991) (Hartnett, J), *remanded*, No. 184 (Del. Nov. 22, 1991) (Moore, J, w/ Walsh & Holland, JJ), *on remand*, 1992 Del. Ch. LEXIS 24 (New Castle Co. Jan. 10, 1992) (Hartnett, J) (*see* 15 *Class Action Rep.* 301 (1992))

**Shipping Financial Servs. Corp. v. Able Telcom Holding Corp.**, No. 98-8633 (S.D. Fla. May 24, 2002)

**Shores v. Publix Super Markets, Inc**., No. 95-1162 (M.D. Fla. May 23, 1997)

**Silverman v. CPS Chemical Co.**, No. 86-4894 (D.N.J. Jan. 28, 1994) (Bissell, J) (*see* 17 *Class Action Rep.* 532 (1994))

**Silverman v. WMX Technologies, Inc.**, No. 12963 (Del. Ch. New Castle Co. Sept. 27, 2000)

**Silverton Victorian Millworks, Inc. v. U.S. West, Inc.**, No. 95-CV-130 (Colo. Dist. Ct. La Plata Co. July 17, 1997) (*see* 19 *Class Action Rep.* 598 (1998))

**Sirota v. Econo-Car Int'l, Inc**., *No. 72-4899 (S.D.N.Y. June 25,1975) (Metzner, J),* as noted in N.Y.L.J., *June 26, 1975 (*see 13 Class Action Rep. *408 (1990))*

**Six (6) Mexican Workers v. Arizona Citrus Growers**, 904 F.2d 1301, 1311 (9th Cir. 1990) (Farris, J, w/ Fernandez, J, Sneed, J, concurring) (*see* 16 *Class Action Rep.* 85 (1993))

**Slade v. Shearson, Hammill & Co**., 79 F.R.D. 309 (S.D.N.Y. 1978) (Carter, J) (*see* 13 *Class Action Rep.* 384 (1990))

**Slavin v. Morgan Stanley & Co**., No. 91-10191 (D. Mass. May 18, 1993) (Skinner, J) (*see* 17 *Class Action Rep.* 123 (1994))

**Slomovics v. All For A Dollar**, 906 F. Supp. 146 (E.D.N.Y. 1995)

**Sloter v. Blue Cross of Western Pa.**, No. 92-1925 (W.D. Pa. Mar. 4, 1994) (Standish, J) (*see* 18 *Class Action Rep.* 82 (1995))

**Smith v. MCI Telecommunications Corp.**, 1993 WL 142006 at *5 (D. Kan. Apr. 28, 1993) (*see* 17 *Class Action Rep.* 126 (1994))

**Smith v. Shell Petroleum, Inc.**, No. 8395 (Del. Ch. New Castle Co. Sept. 29, 1992) (Hartnett, J) (*see* 15 *Class Action Rep.* 594 (1992))

**Smith v. Texaco, Inc**., No. 96-749 (E.D. Tex. Nov. 19, 2001) (*see* 23 *Class Action Rep.* 304 (2002))

**Snapp v. Topps Co.**, No. 93-0347 (E.D.N.Y. Feb. 18 & Dec. 29, 1997)

**Sonnenfeld v. City & County of Denver**, No. 95-468 (D. Colo. Dec. 9, 1997)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Soroka v. Dayton Hudson Corp.*, No. H-143579-3 (Cal. Super. Ct. Alameda Co. July 15, 1993) (Parrilli, J) (*see* 18 *Class Action Rep.* 186-187 (1995))

*Spencer v. Comserv. Corp.*, 1987 Fed. Sec. L. Rep. (CCH) ¶ 93,124 (D. Minn. 1986) *(Rosenbaum, J)* (see *13* Class Action Rep. *358 (1990))*

*Spicer v. Chicago Board Options Exchange, Inc.*, 844 F. Supp. 1226 (N.D. Ill. 1993)

*Spiekermann v. Whittaker Corp., 598 F. Supp. 1 (E.D.N.Y. 1978)* (Neaher, J) *(see 13* Class Action Rep. *418 (1990))*

*Spilove v. Anderson*, No. 81-833 (C.D. Cal. Dec. 14, 1981) (Real, J) (*see 13* Class Action Rep. *354 (1990))*

*Spivak v. Petro-Lewis*, 120 F.R.D. 693, 701 (D. Colo. 1988) (Carrigan, J) (*see* 13 *Class Action Rep.* 452 (1990))

*Spring v. Continental Illinois Corp., Nos. 84-4648 & 84-8596 (N.D. Ill. Jan. 29, 1987) (Leinenweber, J)* ( see *13* Class Action Rep. *286 (1990))*

*State of Alabama v. Brown, 577 So. 2d 1256 (Ala. 1991)*

*Steinberg v. Carey*, 470 F. Supp. 471 (S.D.N.Y. 1979) (Weinfeld, J) (*see* 13 *Class Action Rep.* 400 (1990))

*Steinberg v. System Software Assocs.*, No. 97 CH 00287 (Ill. Cir. Ct. Cook Co. Sept. 30, 1997) (*see* 20 *Class Action Rep.* 298 (1999))

*Steiner v. Baxter*, No. 89-809 (D. Colo. Dec. 3, 1993) (Sparr, J) (*see* 17 *Class Action Rep.* 327 (1994))

*Steiner v. BOC Fin. Corp., 1980 Fed. Sec. L. Rep. (CCH) ¶ 97,656 (S.D.N.Y.) (Pierce, J)* (see *13* Class Action Rep. *372 (1990))*

*Steiner v. Coopers & Lybrand*, No. 94-388 (D. Del. Oct. 26, 1994) (McKelvie, J) (*see* 18 *Class Action Rep.* 81 (1995))

*Steiner v. Figgie International, Inc., No. 94-0805 (N.D. Ohio June 12, 1996)*

*Steiner v. Hercules, Inc.*, 835 F. Supp. 771 (D. Del. 1993), *reconsideration granted in part*, No. 90442 (D. Del. Nov. 22, 1993) (*see* 18 *Class Action Rep.* 77 (1995))

*Steiner v. Ideal Basics, Indus., Inc., No. 86-M-456 (D. Colo. Nov. 2, 1989) (Matsch, J)* (see *13* Class Action Rep. *290 (1990))*

*Steiner v. Whittaker Corp., No. CA-000817 (Cal. Super. Ct. Los Angeles Co. Mar. 23, 1989)* (see *13* Class Action Rep. *286 (1990))*

*Stender v. Lucky Stores, Inc.*, No. 88-1467 (N.D. Cal. Apr. 20, 1994) (*see* 18 *Class Action Rep.* 338 (1996))

*Sterman v. Louisiana Pacific Corp., 81-1550 (E.D. Pa. Jan. 10, 1983)* (see *13* Class Action Rep. *350 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. U.S. Gov. Works.

*Stevelman v. Alias Research, Inc.*, No. 91-682 (D. Conn. Nov. 16, 2001)

*Stevens v. O'Brien Environmental Energy, Inc.*, No. 94-4577 (E.D. Pa. June 8, 1999 & 10/10/2000) (*see* 22 *Class Action Rep.* 93 (2001))

*Stewart v. Butler*, *No. 88-02240 (C.D. Cal. Oct. 17, 1989) (Hatter, J) (*see *13* Class Action Rep. *334 (1990))*

*Stix v. Mount Sinai Hospital, Inc*., No. 103856/93 (N.Y. Sup. Ct. N.Y. Co. July 6, 1994) (Baer, Referee & Wilk, J) (*see 18 Class Action Rep.* 335 (1996))

*Strang v. JHM Mortgage Securities, L.P.*, 890 F. Supp. 499 (E.D. Va. 1995)

*Stryker & Brown v. Chicago Yellow Cab Co*., *No. 68-4001 (S.D.N.Y. June 28,1974) (Ward, J),* as noted in N.Y.L.J., *July 2, 1974* (see *13* Class Action Rep. *410 (1990))*

*Stull v. Baker*, 410 F. Supp. 1326 (S.D.N.Y. 1976) (Conner, J) (*see 13 Class Action Rep.* 442 (1990))

*Sussman v. AML Communications, Inc*., No. 98-2010 (C.D. Cal. May 3, 2000)

*Swedish Hospital Corp. v. Shalala*, 1 F.3d 1261 (D.C. Cir. 1993)

*Tabankin v. Kemper Short-Term Global Income Fund*, No. 93-5231 (N.D. Ill. Nov. 9, 1995)

*Talbot v. Marietta Corp.*, No. 92-048 (N.D.N.Y. Oct. 22, 1993) (McAvoy, J) (*see 16 Class Action Rep.* 738 (1993))

*Tanzer v. Haynie*, *1980 Fed. Sec. L. Rep. (CCH) ¶ 97,560 (S.D.N.Y.) (Carter, J)* (see *13* Class Action Rep. *460 (1990))*

*Tauber v. Rhone-Poulenc Rorer, Inc.*, No. 90-4556 (S.D.N.Y. Dec. 22, 1993) (Sprizzo, J) (*see 17 Class Action Rep.* 216 (1994))

*TBK Partners, Ltd v. Warshow*, *1977 Fed. Sec. L. Rep. (CCH) ¶ 96,196 (S.D.N.Y.) (Cannella, J) (*see *13* Class Action Rep. *422 (1990))*

*Tepper v. Tropicana Prods., Inc.*, Nos. 96-000846, 96-001048 & 96-003496 (Fla. Cir. Ct. Manatee Co. Feb. 26, 1999) (*see 20 Class Action Rep.* 532 (1999))

*The Foothold Fund, L.P. v. Blau*, No. 15037 (Del. Ch. New Castle Co. Sept. 15, 1998) [Barry Blau & Ptns., Inc.] (*see 20 Class Action Rep.* 535 (1999))

*Theofilakos v. Brenhouse*, 1978 Fed. Sec. L. Rep. (CCH) ¶ 96,581 (S.D.N.Y.) (*see 13 Class Action Rep.* 422 (1990))

*Thomas v. AVM Corp*., *No. 74 Civ. 1549 (S.D.N.Y. May 12, 1975),* as noted in N.Y.L.J., *May 14, 1975 (*see *13* Class Action Rep. *408 (1990))*

*Thomas v. Veterans Cab Co*., No. 715,705 (Cal. Super. Ct. San Francisco Co. Dec. 1979) (*see 13 Class Action Rep.* 512 (1990))

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Thompson v. Pacific Gamble Robinson Co., No. 1374-73 (D.D.C. June 22,1976) (*see *13* Class Action Rep. *412 (1990))*

*Thompson v. Vaughan-Lee*, No. 97-3007 (M.D. Fla. Aug. 17, 2001) (*see 22 Class Action Rep. 606 (2001))*

*Toner v. Cadet Mfg. Co*., No. 98-2-10876-2 (Wash. Super. Ct. King Co. Sept. 6, 2002) (*see 23 Class Action Rep. 992 (2002))*

*Tonnemacher v. Sasak*, No. 89-0201 (D. Ariz. June 10, 1991) (*see 14 Class Action Rep. 374 (1991))*

*Tornetta v. Diamond-Bathurst, Inc., No. 87-4678 (E.D. Pa. Aug. 2,1988) (*see *13* Class Action Rep. *410 (1990))*

*Trief v. Dun & Bradstreet Corp*., 840 F. Supp. 277, 282-285 (S.D.N.Y. 1993), *reconsideration denied*, 1994 WL 9781 (S.D.N.Y. Jan. 11, 1994) (*see 17 Class Action Rep.* 219 (1994))

*Trist v. First Fed. Sav. & Loan Ass'n of Chester, 89 F.R.D. 8 (E.D. Pa. 1980) (*see *13* Class Action Rep. *500 (1990))*

*Trustee of the Florence Katz Trust v. La Petite Academy, Inc., Nos. 88-7535 & 89-4991 (E.D. Pa. July 11, 1989) (Kelly, J) (*see *13* Class Action Rep. *380 (1990))*

*Turabo Medical Center v. Beach*, Nos. 96-2250, 96-8671, 96-2290, 96-8578, 96-2459, 96-8590, 96-8712 & 96-4010 (D.P.R. Aug. 13, 1997) [Pepsi-Cola Puerto Rico Bottling Co.] (*see 20 Class Action Rep.* 394 (1999))

*U.S. West, Inc. v. MacAllister*, 1993 Fed. Sec. L. Rep. (CCH) ¶ 97,169 at 95,237-95,238 (D. Colo. 1992) ( *see* 16 *Class Action Rep.* 739 (1993))

*University Capital Corp. v. Barbara Lynn Stores, Inc., 1975 Fed. Sec. L. Rep. (CCH) ¶ 94,949 (S.D.N.Y.) (* see *13* Class Action Rep. *446 (1990))*

*Upton v. McKerrow*, No. 94-0353 (N.D. Ga. Aug. 14, 1997) [Longhorn Steaks, Inc.]

*Urbach v. Sayles*, No. 91-1291 (D.N.J. Apr. 7, 1995) (*see 18 Class Action Rep.* 334 (1996))

*Uselton v. Commercial Lovelace Motor Freight, Inc.*, 9 F.3d 849 (10th Cir. 1993)

*Valente v. PepsiCo. Inc., 1979 Fed. Sec. L. Rep. (CCH) ¶ 96,921 (D. Del.) (*see *13* Class Action Rep. *366 (1990))*

*Van Gemert v. Boeing Co*., 1981 Fed. Sec. L. Rep. (CCH) ¶ 98,008 (S.D.N.Y.) (*see 13 Class Action Rep.* 316 (1990))

*Van Vranken v. Atlantic Richfield Co.*, 1995 WL 507005 (N.D. Cal. Aug. 16, 1995), 901 F. Supp. 294 (N.D. Cal. 1995) (*see 18 Class Action Rep.* 537 (1996))

*Varljen v. H.J. Meyers & Co.*, 2000 WL 1683656 at *4-*6 (S.D.N.Y. Nov. 8, 2000) [Palomar Medical Technologies, Inc.]

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Vaszlavik v. Storage Technology Corp.*, 83 FEP Cas. 1094 (D. Colo. 2000)

**Verdin v. R&B Falcon Drilling USA, Inc**., Nos. 01-168 & 00-488 (S.D. Tex. Apr. 24, 2002)

*Vizcaino v. Microsoft Corp.*, 142 F. Supp. 2d 1299 (W.D. Wash. 2001), *aff'd*, 290 F.3d 1043 (9th Cir. 2002) (*see* 23 *Class Action Rep.* 454 (2002))

*Voege v. Ackerman*, 67 F.R.D. 432 (S.D.N.Y. 1975), 70 F.R.D. 693 (S.D.N.Y. 1976) (*see* 13 *Class Action Rep.* 466 (1990))

**Vogt v. Abbott Labs**., No. 94-404 (Ill. Cir. Ct. St. Clair Co. Dec. 13, 1996)

**Voisin v. Bartell Media Corp**., *1982 Fed. Sec. L. Rep. (CCH) ¶ 99,014 (S.D.N.Y.)* (see *13* Class Action Rep. *406 (1990))*

**Wade v. Industrial Funding Corp.**, No. 92-0343 (N.D. Cal. Dec. 19, 1994) (*see* 18 *Class Action Rep.* 536 (1996))

*Walco Investments, Inc. v. Thenen*, 975 F. Supp. 1468 (S.D. Fla. 1997)

**Waldman v. Electrospace Corp**., *No. 74-3097 (S.D.N.Y. Mar. 15, 1979),* as noted in N.Y.L.J. *Mar. 19, 1979* (see *13* Class Action Rep. *390 (1990))*

**Waldman v. Fidelco Growth Investors**, *Nos. 78-623, 78-796, 78-1349, 78-1527 & 78-2135 (E.D. Pa. July 7, 1979) (*see *13* Class Action Rep. *360 (1990))*

*Waldner v. Shulman*, 1989 WL 100184 (E.D. Pa. Aug. 28, 1989) (*see* 13 *Class Action Rep.* 416 (1990))

**Walsingham v. Biocontrol Technology, Inc**. No. 96-809 (W.D. Pa. Sept. 3, 2002) (*see* 23 *Class Action Rep.* 787 (2002))

**Waltman v. Silverman**, *No. 66-1182 (S.D.N.Y. Mar. 12, 1974),* as noted in N.Y.L.J., *Mar. 13, 1974* (see *13* Class Action Rep. *464 (1990))*

**Warkel v. Cummins Engine Co**., *No. 90-428 (S.D. Ind. July 8, 1996)*

**Warnell v. Ford Motor Co**., Nos. 98-1503 & 98-5287 (N.D. Ill. Nov. 20, 2000) (*see* 22 *Class Action Rep.* 403 (2001))

**Waters v. International Precious Metals Corp.**, No. 90-6863 (S.D. Fla. Apr. 4, 1997), *aff'd*, 190 F.3d 1291 (11th Cir. 1999)

**Weatherford Roofing Co. v. Employers National Ins. Co.**, No. 91-05637 (Tex. Dist. Ct. Dallas Co. Ct. Dallas Co. Sept. 20, 1994, Feb. 27, 1995, Dec. 27, 1995 & Nov. 1, 1996)

**Wechsler v. Comfed Bancorp, Inc**., *No. 89-2224 (D. Mass. June 21, 1996)*

**Weinberger v. Cook Indus., Inc**., *1981 Fed. Sec. L. Rep. (CCH) ¶ 97,978 (S.D.N.Y.)* (see *13* Class Action Rep. *410 (1990))*

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Weinberger v. Flow General, Inc., 1984 Fed. Sec. L. Rep. (CCH) ¶ 91,541 (S.D.N.Y.)* (see *13* Class Action Rep. *458 (1990))*

*Weinberger v. Int'l Harvester Co., No. 81-1859 (S.D.N.Y. Jan. 19, 1988)* (see *13* Class Action Rep. *350 (1990))*

*Weinberger v. Moldaw*, No. 87-20107 (N.D. Cal. July 8, 1988) (*see* 13 *Class Action Rep.* 354 (1990))

*Weinberger v. Schroeder, No. 84-20757 (N.D. Cal. Aug. 3, 1990)* (see *13* Class Action Rep. *324 (1990))*

*Weinberger v. U.O.P., Inc.*, No. 5642 (Del. Ch. New Castle Co. Mar. 10, 1987)

*Weiner v. Quaker Oats Co.*, No. 98-3123 (N.D. Ill. Sept. 14, 2001) (*see* 22 *Class Action Rep.* 961 (2001))

*Weiss v. Drew Nat'l Corp., 465 F. Supp. 548 (S.D.N.Y. 1979)* (see *13* Class Action Rep. *392 (1990))*

*Weiss v. Zayre Corp., 1990 Fed. Sec. L. Rep. (CCH) ¶ 94,883 (D. Mass. 1989)* (see *13* Class Action Rep. *390 (1990))*

*Welling v. Alexy*, No. 93-1591 (N.D. Cal. July 1, 1997) [Cirrus Logic]

*Wells v. Dartmouth Bancorp, Inc., 813 F. Supp. 126 (D.N.H. 1993)* (*see* 16 *Class Action Rep.* 353 (1993))

*Weseley v. Spear, Leeds & Kellogg, 711 Fed. Supp. 713 (E.D.N.Y. 1989)* (*see* 13 *Class Action Rep.* 372 (1990))

*Westwood v. Cohen*, No. 92-4406 (S.D.N.Y. Dec. 23, 1994) (*see* 19 *Class Action Rep.* 67 (1997))

*White v. Employee Retirement Plan of Amoco Corp.*, 2001 WL 1204193 (N.D. Ill. Oct. 10, 2001)

*White v. Heartland High-Yield Municipal Bond Fund*, No. 00-1388 (E.D. Wis. July 18, 2002)

*Wiegand v. Berry Petroleum Co.*, No. 9216 (Del. Ch. New Castle Co. Nov. 25, 1991)

*Wilder v. Isenberg, 1974 Fed. Sec. L. Rep. (CCH) ¶ 94,818 (S.D.N.Y.)* (see *13* Class Action Rep. *424 (1990))*

*Wilkins v. Nissan Motors Acceptance Corp.*, No. 92-02178 (Cal. Super. Ct. Contra Costa Co. Dec. 2, 1993) (*see 17 Class Action Rep.* 428 (1994))

*Williams v. MGM-Pathe Communications Co.*, No. 91-03276 (C.D. Cal. Feb. 16, 1996), *rev'd & remanded*, 129 F.3d 1026 (9th Cir. 1997), *on remand*, No. 91-03276 (C.D. Cal. Feb. 2, 1998 & June 7, 1999) (*see 19 Class Action Rep.* 473 (1998))

*Willis v. Thorn Americas, Inc.*, Nos. 95-5878 & 96-3682 (E.D. Pa. July 6, 1998) (*see* 20 *Class Action Rep.* 638 (1999))

*Wise v. Popoff*, 835 F. Supp. 977 (E.D. Mich. 1993)

*Wolff v. Cash 4 Titles*, No. 00-542 (S.D. Fla. Nov. 9 & Dec 18, 2001)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

*Wooten v. Dillard's, Inc.*, No. 99-990 (W.D. Mo. Jan. 16, 2002)

*Wright v. Winn Dixie, Inc*., No. 91-0047 (Ala. Cir. Ct. Montgomery Co. Dec. 1991) (*see* 16 *Class Action Rep.* 85 (1993))

*Yuan v. Bayard Drilling Technologies, Inc*., *No. 98-171 (W.D. Okla. July 16, 2001) (*see *22* Class Action Rep. *961 (2001))*

*Yud v. Saf T Lok, Inc.*, No. 98-8507 (S.D. Fla. Feb. 14, 2000) (*see* 21 *Class Action Rep.* 427 (2000))

*Zaazouh v. Bank One of Youngstown, N.A.*, No. 89-145 (W.D. Pa. Nov. 10, 1993) (*see* 18 *Class Action Rep.* 186 (1995))

*Zeid v. Open Environmental Corp.*, No. 96-12466 (D. Mass. June 24, 1999)

*Zimmerman v. Home Shopping Network, Inc.*, Nos. 10,911 & 10,919 (Del. Ch. New Castle Co. Sept. 5, 1991), *as noted in Gelobter v. Bressler*, 1991 Del. Ch. LEXIS 186 (Del. Ch. New Castle Co. Nov. 6, 1991) (*see* 15 *Class Action Rep.* 381 (1992))

*Zinman v. Avemco Corp.*, *1978 Fed. Sec. L. Rep. (CCH) ¶ 96,325 (E.D. Pa.) (*see *13* Class Action Rep. *416 (1990))*

*Zucker v. Sasaki*, No. 95-10517 (S.D.N.Y. June 17, 1999) [Cygne Designs, Inc.]

*Zucker v. Telebit Corp.*, No. 95-11793 (D. Mass. Feb. 14, 1997)

[FN1]. Case information compiled and analyzed by Stuart J. Logan, Associate Editor, and Beverly C. Moore, Jr., Editor in-Chief. Database compiled by statistician Dr. Jack Moshman, Moshman Associates, Inc., Bethesda, Md.

[FN2]. 13 *Class Action Rep.* 249 (1990).

[FN3]. To the left of each case name in the main Table 1 is a symbol indicating the type of case. S = securities, A = antitrust, C = consumer, M = mass tort, T = taxpayer, L = labor/wage/pension, E = employment discrimination, EN = environmental pollution, CP = civil rights, W = social welfare/entitlements, U = utilities, D = derivative, and G = government regulation. The data for these particular types of cases are separately broken down later in Table 2 (*see* p. 196).

[FN4]. This Survey does not cover any awards before approximately 1974, when fees were usually based on a percentage of the recovery, and data on attorney hours and hourly rates were typically unavailable. Some of these pre-*Lindy* awards are discussed at 5 *Class Action Rep.* 334-344, 472-480 (1978).

[FN5]. Total costs may be modestly understated to the extent that in some cases we do not have full information on post-settlement/judgment notice and claims administration costs later deducted from the common fund prior to its disbursement to class members. In some other cases for which this data is lacking, these expenses are paid by the defendants on top of the settlement fund.

[FN6]. 6 *Class Action Rep.* 82 (1980).

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

[FN7]. This conceptual distinction between attorney and paralegal compensation was developed in the 1990 Survey when the lodestar/multiplier method of awarding fees was most common. Under the criteria originating with *Lindy Bros. Builders, Inc. v. American Standard & Sanitary Corp.*, 487 F.2d 161 (3d Cir. 1973), fee petitions would typically detail the hours and lodestar rates for attorneys and paralegals separately, so that the distinction between true attorney compensation and paralegal costs could be made. However, given the subsequent ascendancy of the percentage fee method and the fee petition tendency to lump all attorney and paralegal time together, the data necessary to distinguish attorney fees and paralegal costs is generally no longer available, at least not from the court orders/decisions awarding fees. Thus, most paralegal costs in the Survey cases are as a practical matter included in the Column 3 attorney fees.

[FN8]. Cases in which fees appear to have been awarded purely or primarily on a percentage basis are indicated by "%" immediately to the left of Column 1. This is sometimes a judgment call, because in addition to the "pure" lode-star/multiplier method, there is also the "mixed method" where the court uses what the multiplier would turn out to be as a check on the reasonableness of the percentage selected or vice-versa.

[FN9]. As with lodestar rates, the multiplier for each case is an average for all attorneys or firms weighted by their respective hours and hourly rates. Just as lodestars typically vary among members of a given firm (e.g., partners vs. associates), the multipliers awarded occasionally vary among different plaintiff firms in the same case (e.g., "lead" vs. subordinate co-counsel). For example, in a given case lead counsel may be awarded a multiplier of 2.5, but the overall multiplier for all counsel may be only 1.9.

[FN10]. In some cases two or more separate fee awards are made at different points in time, as where there is a series of partial settlements. In those cases an intermediate date of award is extrapolated based upon the number of attorney hours involved in each separate fee award. That intermediate date is then used for the CPI adjustment.

[FN11]. The historical lodestar hourly rates (col. 11) can be converted into current rates by dividing the total current rate (col. 14) by the historical total rate (col. 13) and multiplying by the col. 11 lodestar rate.
30I76B06CA23C68482AA73D6F93A1A73F6Fimage/png18757px961.02745.04001.401IB18D29861AED401B
B2EABBBF365CDF1Fimage/png7380px616.02757.04001.402IFAD59A8439B74F9D9B846F6660EDE133ima
ge/
png121314px3360.02556.04001.403I61B25D39694D49A5BB7D02730136A6C4image/png120271px3356.0256
4.04001.404IC46D6B6EC5CC4E9C89594D3CA95C28ADimage/png118007px3380.02556.04001.405I74675C3
A72B04BEC003D2DC13D7EB400image/png112010px3352.02560.04001.406I4AF4F3082A254F57916967344
4548BB8image/png115488px3360.02576.04001.407I18B330C66A5F452EB3B35B9581F16597image/png1129
56px3352.02564.04001.408IF2F952FDF4F74331B1B279893121EB8Fimage/png110362px3360.02548.04001.4
09IA750BD76425F41DDA1E594A46C3CCE60image/png112341px3360.02544.04001.4010IDAFD2321E4EC4
2898317B84551D400E4image/png107903px3352.02592.04001.4011I6164C5E792CF424B99DBBC3D2BD09E
F6image/png114904px3364.02576.04001.4012I83BC7CC4376041E38D3713B13BD470A1image/png109759px
3352.02568.04001.4013I59582294FFCB4AB792105B492D416D3Fimage/png109369px3360.02560.04001.401
4IB09A66504F8A48709C6C6386001B68F9image/png106641px3360.02548.04001.4015IAB676F45469147AF
8100F29F1CF51149image/png112796px3360.02564.04001.4016I8E1851BB3DB247998CBDE32194362F8ima
ge/
png111020px3360.02560.04001.4017IF823A83FB952442DAD4C8180531F9FF6image/png108517px3360.025
36.04001.4018I9F5075B1EE1B4C8E9B9E5C33666162CFimage/png109249px3352.02552.04001.4019IB40950
977DC248088B4BDE21B2EEB600image/png108058px3360.02564.04001.4020I43B1E628B05244E18B2D000

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

0EA19AD48image/png109705px3368.02568.04001.4021IFA510B3968854442AF00E1395DBF7D4Eimage/png
105088px3360.02560.04001.4022ICF721AF9EF04448282879D0019E048F3image/png106068px3376.02560.04
001.4023I28DD42D398C241F7000005D6E748FEE7image/png110923px3360.02560.04001.4024I6E682AE8A
2334ADC828900FF662DD22Dimage/png107292px3360.02564.04001.4025I67FD8CBDDF954399A98200D28
82869EBimage/png107715px3352.02568.04001.4026I26460E18D61640A283C7456963751F15image/png6611
5px3376.01696.04001.4027I1CE2CC6D9FB44F1AB0FC5BD923229C30image/png8049px848.01280.04001.40
28IBA462A2750AF423FB400E495FF3C1E7Fimage/png26537px2580.01020.04001.4029I86C25056B2414417
AD54A5993F60454Fimage/png19151px2596.0872.04001.4030

24 NO. 2 Class Action Reports 4

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.