LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
*jbernstein@labaton.com*
JONATHAN M. PLASSE
*jplasse@labaton.com*
IRA A. SCHOCHET
*ischochet@labaton.com*
DAVID J. GOLDSMITH
*dgoldsmith@labaton.com*
MICHAEL H. ROGERS
*mrogers@labaton.com*
JOSHUA L. CROWELL
*jcrowell@labaton.com*
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiffs New York Funds*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Lead Case No.<br>CV 07-05295 MRP (MANx)<br><br>**DECLARATION OF JOEL H. BERNSTEIN IN RESPONSE TO RECENT SUBMISSION OF BYRON B. MATHEWS, JR. AND IN FURTHER RESPONSE TO OBJECTION OF IFS**<br><br>Date:  February 25, 2011<br>Time:  1:00 p.m.<br>Courtroom:  12<br>Judge:  Hon. Mariana R. Pfaelzer |
|---|---|

JOEL H. BERNSTEIN declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the New York law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel for Lead Plaintiffs New York Funds and the certified Class in the above-titled action. I am admitted to practice before this Court *pro hac vice.*

2. I respectfully submit this declaration in response a further submission recently received from Byron B. Mathews, Jr., who wishes to be excluded from the Class, and in further response to the objection of Independent Fiduciary Services, Inc. ("IFS").

3. Annexed hereto as Exhibit A is a true and correct copy of the Response of Byron B. Mathews, Jr. to Second Supplemental Declaration of Thomas R. Glenn, received by Plaintiffs on February 16, 2011. It is unclear whether Mr. Mathews has sought to file this document with the Court.

4. Annexed hereto as Exhibit B is a true and correct copy of the Stipulation and Agreement of Settlement filed jointly in *Layne v. Countrywide Financial Corp.*, No. BC 389208 (Cal. Super. Ct., Los Angeles County) ("*Layne*") and *Teratsonian v. Countrywide Financial Corp.*, No. BC 389332 (Cal. Super. Ct., Los Angeles County).

5. Annexed hereto as Exhibit C is a true and correct copy of a relevant excerpt of the current docket in *Layne*, reflecting that the court granted plaintiffs' motion for preliminary approval of the settlement on February 15, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of February, 2011.

        */s/ Joel H. Bernstein*
        JOEL H. BERNSTEIN

BERNSTEIN DECL. IN RESPONSE TO MATHEWS & IFS OBJECTIONS
LEAD CASE NO. CV 07-05295 MRP (MANx)