UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

Date: February 25, 2011

**CASE NO: CV07-5295-MRP (MANx)  GEORGE PAPPAS, et al., v. COUNTRYWIDE FINANCIAL CORP.,**
==========================================================================
PRESENT: <u>THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE</u>

| <u>Cynthia Salyer</u> | <u>Leandra Amber</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| Joel Bernstein | Brian Pastaszenski |
| David Goldsmith | Alexis Shapiro |
| Nancy Ross | Gwyn Guillen |
| J. Michael Hennigan | Nicholas Morgan |
| Michael Swartz | James Sanders |
| Gretchen Nelson | Thad Davis |
| | Teodora Manolova |
| | Daniel Lefler |
| | D. Anthony Rodriguez |
| | Justin Farar |
| | Peter Morrison |
| | Dean Kitchens |
| | Christopher Caldwell |

**PROCEEDINGS:   HEARING (held and completed) ON:**
1. **MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND PLAN OF ALLOCATION OF NET SETTLEMENT FUNDS (fld 10/11/10 doc #983; fld 2/4/11 doc #1030))**
2. **PETITION OF LEAD COUNSEL FOR LEAD PLAINTIFFS FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES (fld 10/11/10 doc 988; fld 2/4/11 doc #1024)**

The case is called and appearances are made. Court and counsel discuss the objections, the proposed settlement and award of fees and costs. The Court approves the settlement as fair, adequate and reasonable for the reasons stated on the record. The Court grants the dismissal of defendants Garcia and Gissinger.

MINUTES FORM 11                                                              Initials of Deputy Clerk <u>cs</u>
CIVIL - GEN                                                                         TIME: 2/30