Nancy G. Ross
nross@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, IL  60606-5096
Telephone:  312.372.2000
Facsimile:  312.984.7700

Chris C. Scheithauer (State Bar No. 184798)
cscheithauer@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA  92612-7108
Telephone:  949.851.0633
Facsimile:  949.851.9348

Attorneys for
Plaintiff Class Member Settlement Objector
The Bank of America 401(k) Plan for Legacy
Companies, as a Successor to the
Countrywide Financial Corporation 401(k)
Savings and Investment Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION. | Lead Case No.: 07-CV-05295 MRP (MANx)<br><br>**Notice of Appeal to the United States Court of Appeals for the Ninth Circuit** |

|   |   |
|---|---|
| 1 | Notice is hereby given that Plaintiff Class Member Settlement Objector The Bank of America 401(k) Plan for Legacy Companies, as a Successor to the Countrywide Financial Corporation 401(k) Savings and Investment Plan ("401(k) Plan" or "Plan"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment And Order of Dismissal With Prejudice, entered on March 4, 2011 (Docket Number 1063), and all interlocutory orders giving rise to that final order, including the Order Approving Plan of Allocation of Net Settlement Fund As Modified, entered on March 4, 2011 (Docket Number 1061). Copies of Docket Numbers 1063 and 1061 are attached hereto as Exhibits 1 and 2, respectively. |

Notice is further given that, in accordance with Circuit Rule 3-2, a Representation Statement is attached hereto as Exhibit 3, identifying all parties to the action, including the names, addresses, and telephone numbers of the respective counsel of record.

Dated: April 4, 2011

McDERMOTT WILL & EMERY LLP
Nancy G. Ross
Chris C. Scheithauer

By: /s/ Chris C. Scheithauer
Chris C. Scheithauer
Attorneys for Class Member Settlement Objector The Bank of America 401(k) Plan for Legacy Companies, as a Successor to the Countrywide Financial Corporation 401(k) Savings and Investment Plan

# CERTIFICATE OF SERVICE

I certify that on April 4, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing documents by First Class Mail, postage prepaid, to the following non-CM/ECF participants:

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

Brien T. O'Connor
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624

Byron B. Matthews, Jr.
410 West 24th Street, #2H
New York City, NY 10011

Elizabeth P. Lin
BERNSTEIN, LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130-3582

Lindsay R. Pennington
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Mitchell A Lowenthal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1 Liberty Plaza
New York, NY 10006-1470

Sandy A Liebhard
BERNSTEIN LIEBHARD & LIFSHITZ
10 E. 40th St., 22nd Fl.
New York, NY 10016

Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I declare that I am I am familiar with the Firm's practice of collection and processing mailing.

Executed on April 4, 2011, at Irvine, California.

/s/ Chris C. Scheithauer